# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED
APR 05 2019
AT 8:30 __ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| **PLAINTIFF** Donell Freeman | **COURT CASE NUMBER** 18-CV-07802-BRM-TJB |
| **DEFENDANT** Hasmi° Kabeerudin | **TYPE OF PROCESS** Summons Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hasmi Kabeerudin, MD @

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** MCCP 1 Waterworks Rd Freehold NJ 07728

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donell Freeman 932683-B
168 Frontage Rd Northern St Prison
Newark NJ 07114

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Hasmi, Kabeerudin MD   was employed by medical provider
1 Water Works Rd. Freehold N.J. 07728   Correct Care Solution of
  of Nashvill TN.

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER  DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. B50 | District to Serve No. B50 | Signature of Authorized USMS Deputy or Clerk | Date 04/03/19 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. *(See remarks below)*

Name and title of individual served (if not shown above)
X Teodor Mkzilu

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges (including endeavors) 37.44 | Forwarding Fee | Total Charges 102.44 | Advance Deposits | Amount owed to U.S. Marshal or 102.44 | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**DONELL FREEMAN,**
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

**KEVIN MCDONNELL, MD, ET AL.,**
*Defendant*

CASE NUMBER: **3:18-CV-07802-BRM-TJB**

TO: *(Name and address of Defendant):*

Kabeeruddin Hashmi

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019-04-01 15:49:03**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                     *Signature of Server*

                                       _____
                                       *Address of Server*

Case 3:18-cv-07802-BRM-TJB   Document 19   Filed 04/05/19   Page 4 of 6 PageID: 165

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

RECEIVED
APR 05 2019
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| **PLAINTIFF** Donell Freeman | **COURT CASE NUMBER** No. 18-7802 (BRM) |
| **DEFENDANT** HASMi KABEERUDIN, MD. et al. AT 8:30 M | **TYPE OF PROCESS** S+C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HASMi KABEERUDIN MD et al At Monmouth County Jail medical Dept.

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Water Works Rd Freehold N.J 07728

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donell Freeman 932683-B
108 Frontage Rd - Northern St. Prison
Newark N.J 07114

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

HASMi KABEERUDIN, MD. et At Monmow County Correction institution
1 Water Works Rd
Freehold, NJ 07728

was employed under Correct Care Solution out of Nashville TN.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Donell Freeman*

TELEPHONE NUMBER: 
DATE: 3-2-19

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. B50 | District to Serve No. B50 | Signature of Authorized USMS Deputy or Clerk | Date 04/03/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Teodor Nazine

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 04-04-19    Time: 1:30 pm

Signature of U.S. Marshal or Deputy: Holland

| Service Fee 65.00 | Total Mileage Charges (including endeavors) 37.44 | Forwarding Fee | Total Charges 102.44 | Advance Deposits | Amount owed to U.S. Marshal or 102.44 | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

---

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**DONELL FREEMAN,**
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

**KEVIN MCDONNELL, MD, ET AL.,**
*Defendant*

CASE NUMBER: **3:18-CV-07802-BRM-TJB**

TO: *(Name and address of Defendant)*:

MCC, Medical Dept.

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON **2019-04-01 15:49:03**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                 *Signature of Server*

                                        _____
                                        *Address of Server*