Donell Freeman 932683B
168 Frontage R.d
Newark, NJ. 07114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO. 3:18-cv-0780-BRM TJB

Donell Freeman

: Certification in Support of Motion

:

v. :

:

:

Hashmi-Kabeerudin

I, Donell Freeman, of full age, being duly sworn according to law, upon my oath depose and say:

1. I am the petitioner in the above captioned matter.

2. The first time my claim was dismiss without predijuce, before Amending my complaint And receiving Approval last months to proceed against Hashmi-Kabeerudin —

3. Prior, i filed in civil law Division, on 18-day of Oct. 2018 order was granted. see Docket Docket Mont-L-7574-18 I'm also awaiting descion, Amedding other Parties,

4. "Correct care Solution-monmouth County medical Contractor" "Warden Donald Sutton" - And "Monmouth County Correction" I'm waiting on Order to see if it was approved.

5. However, I'm making the courts aware of these Both

Certification in Support of Motion
page two of two

6. Pending litigation as pursuant to N.J. Court Rules. NJ. Court R. Amend Cirtification Rule 42-1(b1) 4:5-1 4:29-1(b) Asking the District And Superior law civil Division-
7. Sua Sponte- Both Controversy which ps the subject matter now of other Action Pending in Both U.S. District And civil law divison See
8. MON-L-001574-18. And IF THIS District will taken State Jurisdiction-
   Both case were grounds on medical malepractice-
9. ① medical negligence ; ② medical Neglect to serious medical Needs "deliberate indifferent- Violation of NJ. civil rights- And Fed violation of 14th, 8th Amend violation "1983 can be Joined with State Tort"

### CERTIFICATION IN LIEU OF OATH

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Donell Freeman*

Dated: