Dominic A. DeLaurentis, Jr.*
David P. Brigham
Robert D. Brown
John A. Talvacchia*

\* Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
+ Of Counsel

# STAHL & DeLAURENTIS, P.C.
### ATTORNEYS AT LAW

10 E. Clements Bridge Road
Runnemede, NJ 08078

(856) 380-9200
Fax: (856) 939-1354
Visit our web site: www.stahl-delaurentis.com

Sharon K. Galpern
Bryan Gaster+
Erica L. Busch
Michael C. Pacholski
Dominic A. DeLaurentis III

**email: dad3@sdnjlaw.com**
**Direct Dial (856) 402-2578**
**Assistant (856) 402-2565**

File No.: 18331

October 7, 2019

The Honorable Zahid N. Quraishi
United States District Court
For the District of New Jersey
Trenton Vicinage
402 E. State Street
Trenton, NJ 08608

      RE:    Freeman v. St. Francis Medical Center
                  Docket # 3:18-cv-7802

Your Honor:

      Enclosed please find a copy of the parties agreed upon Case Management Order pursuant to the Case Management Conference held on October 7, 2019. Should the form of Order be acceptable to Your Honor kindly enter same. Thank you for the Court's time and attention.

                                Respectfully submitted,

                                DOMINIC A. DELAURENTIS, III

DAD3/dph

Enclosure

cc:    Michael Poreda, Esq. (w/encl)
        Melissa Jennifer Brown, Esq. (w/encl)
        Thomas M. Reardon, III, Esq. (w/encl)
        H. Lockwood Miller, III, Esq. (w/encl)