| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**<br>BY: Melissa J. Brown, Esquire<br>535 Route 38 East<br>Suite 501<br>Cherry Hill, NJ  08002<br>(856)663-4300 | **ATTORNEY FOR DEFENDANTS**<br>**Kabeeruddin Hashmi, M.D. and Correct Care Solutions LLC, d/b/a WellPath** |

1275-107074(MJB/JRS)

| | |
|---|---|
| Donell Freeman<br><br>vs.<br><br>Kabeeruddin Hashmi, M.D. and Correct Care Solutions LLC, d/b/a WellPath | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>(Trenton Vicinage)<br><br>DOCKET NO.  3:18-cv-7802<br><br>**CORPORATE DISCLOSURE STATEMENT** |

The undersigned counsel for Defendant, Correct Care Solutions, LLC d/b/a WellPath, certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                              **MARKS, O'NEILL, O'BRIEN,**
                                              **DOHERTY & KELLY, P.C.**

_____
Melissa J. Brown, Esquire
Attorney for Defendants,
Kabeeruddin Hashmi and
Correct Care Solutions, LLC d/b/a WellPath

Dated: November 15, 2019

{NJ039223.1}