**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Cell: (908) 704-9291
e-Mail: poreda@poredalaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONELL FREEMAN,<br><br>                    *Plaintiff,*<br><br>vs.<br><br>KABEERUDDIN HASHMI, M.D., KEVIN MCDONNELL, M.D., DANIEL A. UNACHUKWU, MONMOUTH COUNTY CORRECTIONAL INSTITUTION, DONALD SUTTON, JOHN DOES A-E, CORRECT CARE SOLUTIONS LLC d/b/a WELLPATH, COUNTY OF MONMOUTH, DEPARTMENT OF CORRECTIONS, VRAD, "RICK," A MONMOUTH COUNTY OFFICIAL WITH BUDGETARY OVERSIGHT OF MCCI.<br><br>                    *Defendants.* | Docket No. 3:18-cv-7802<br><br><u>**Civil Action**</u><br><br>**AFFIDAVIT OF MERIT OF RENEE DAHRING, MSN. RN, CNP, CCHP, FAANP** |

STATE OF  Minnesota

                    :          ss

COUNTY OF  Ramsey

1

Renee Dharing, MSN. RN, CNP, CCHP, FAANP, duly licensed to practice medicine in the the State of Minnesota, duly being sworn, deposes and states the following under penalties of perjury:

Annexed and incorporated into this affidavit is my Curriculum Vitae.

At the request of Plaintiff's Attorney, Michael Poreda, I have reviewed and examined Plaintiff's medical records from Monmouth County Correctional Institution, regarding the Plaintiff's allegations, among others, that his condition was not properly treated and/or diagnosed.

Based on the aforementioned records, which are those annexed and incorporated into this affidavit, it is my conclusion that there exists a reasonable probability that the medical care provided to Plaintiff by Wellpath and its employee nurse practitioners, fell outside acceptable medical professional treatment standards and practices, and caused Plaintiff permanent injury and/or pain and suffering.  Within a reasonable degree of medical probability, I find that the substandard care and deviation from ordinary medical practice by the professional members of Wellpath, whose names appear in the annexed medical record, inadequately treated Plaintiff's degenerative hip disease, his deformity, and associated pain and disabillity.

I do not have any financial interest in the outcome of this action

Dated: _____ , 2020

_____
Renee Dahring, MSN. RN, CNP, CCHP, FAANP

Sworn before me on this _____ day of 20___

_____
NOTARY PUBLIC

ALYSSA R ILACQUA
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2024

2

**Renee Dahring, MSN, RN, CNP,CCHP, FAANP**                       Ph: 651-484-6183
3110 Evelyn Street, Roseville, MN   55113                       Email: mindthegaps@comcast.net

**Education**

> University of Minnesota, Minneapolis, Minnesota
>> Masters of Science in Nursing – May 2000
>> Family Nurse Practitioner Program

> North Dakota State University, Fargo, North Dakota
>> Bachelor of Science in Nursing – May1989

> Moorhead State University, Moorhead, Minnesota – 1985 through1987
>> Pre-nursing coursework

**Licensure and Certification**

> ANCC Board certification - Family Nurse Practitioner
> Minnesota State Registered Nurse
> Minnesota State Public Health Certification
> DEA registration
> Certified Correctional Health Professional (CCHP)

**Professional Experience**

> Centurion, Roseville, MN
>> Per diem NP – July 2020 to present
>>> Provide acute and primary care for Hennepin County Workhouse

> Anoka County Jail, Anoka, Minnesota
>> Independent contractor, March 2018 to present
>>> Nurse Practitioner services to inmates in the jail.

> University of Minnesota, Minneapolis, Minnesota
>> Teaching Specialist, Sept 2011 to present
>>> College of Nursing – Family Nurse Practitioner Program, Entry Level Masters Program

> Metropolitan State University, St. Paul, Minnesota
>> Community Faculty September 2019 to present
>>> Family Nurse Practitioner program clinical skills instructor
>> Community Faculty 2009 - 2012
>>> Instructor for pre and post licensure nursing health assessment course

> Advanced Practice Solutions, Little Canada, Minnesota
>> Director of Clinical Services, 2016 to 2018
>> Nurse Practitioner, October 2001 to 2019
>>> Acute and primary care to adults and juveniles of both genders in Ramsey County Correctional facilities. Other assignments included prisons, Healthcare for the Homeless project, public health agencies, refugee screening, family planning and urgent care centers.
>> Clinical Director 2006 - 2009
>>> Recruiting and hiring of NP's and PA's for per diem and locum tenens assignments.  Development of job descriptions, hiring strategies, strategic planning.  Responsible for coordination and oversight of website and database development as well as marketing and public relations initiatives.  Involved in company strategic planning.

> Centurion, Roseville, Minnesota
>> Nurse Practitioner, casual - October 2016 to March 2019
>>> Provide direct care to inmates in the state prison

> MEnd Correctional Care, Waite Park, Minnesota
>> Nurse Practitioner, part time April 2012 to August 2016
>>> Provide direct care to inmates in several jails in Minnesota

**Renee Dahring, MSN, RN, CNP,CCHP, FAANP**                    Ph: 651-484-6183
3110 Evelyn Street, Roseville, MN   55113                    Email: mindthegaps@comcast.net

Open Cities Health Center
    Nurse Practitioner, Sept 2011 to May 2014
        Acute and primary care for inmates in Ramsey County Correctional Facilities
        Development policies and procedures, provided continuing education for nursing staff

RHSC, Minneapolis, Minnesota
    Nurse Practitioner, February 2003 to December 2004
        Provide acute and primary care to adults and juveniles in Ramsey County correctional facilities

**Leadership and Committees**

National Commission on Correctional Health – Nursing Education Subcommittee – 2018 to present
Minnesota APRN Coalition – President 2014-2018 Chair of Education Planning Committee and Legislative
Committee 2018 to present, Communications Chair 2013-2014,
Minnesota Prescription Monitoring Program Advisory Task Force 2016 to present
Reviewer – Rural Advanced Practice Provider Loan Forgiveness Program 2019
Legislative Advisory Committee on Standards of Care for Incarcerated Pregnant Women – 2014 to 2018
Clinician 1 Editorial Advisory Board Member 2015 to 2019
Board of Directors 3rd District Nurses Association – APRN Director 2005-2007
APRN Steering Committee – 3rd District Nurses Association 2005-2008
Fellow American Association of Nurse Practitioners (FAANP)

**Memberships**

American Association of Nurse Practitioners
Academy of Correctional Health Professionals
Minnesota APRN Coalition
American Correctional Nurses Association

**Awards**

2018 State Award for Excellence – American Association of Nurse Practitioners

**Presentations**

**PRESENTATIONS**
**National**

| 10/2018 | "APRNs in Corrections" NCCHC Fall Conference, Las Vegas, NV |
| 10/2018 | "Breathing Easier – Managing Asthma in Corrections" NCCHC Fall Conference, Las Vegas, NV |
| 11/207 | "Breathing Easier – Managing Asthma in Corrections" NCCHC Fall Conference, Chicago, IL |
| 06/2017 | "Resumes Worth Reading", American Association of Nurse Practitioners Conference, Philadelphia, PA |
| 05/2017 | "Alcohol Withdrawal Management Protocols and Staff Education", NCCHC Spring Conference, Atlanta, GA |
| 04/2011 | "Job Search Secrets and Resumes Worth Reading", American Academy of Anesthesiologist Assistants 35th Annual Conference, Destin, FL, |

**State, and Local**

| | |
|---|---|
| Annually 02/2015 through 02/2019 | "Resumes Worth Reading", Annual Minnesota Nurse Practitioner and Nurse-Midwife Student Conference, Minneapolis, MN |
| 09/2019 " | Protecting your Practice" Correctional Health Conference, Alexandria, MN |
| 10/2018 | "APRN Advocacy" MN NACNS Fall Conference, Burnsville, MN |
| 10/2018 | "Finding the Sweet Spot – Diabetes in Corrections" Correctional Health Conference, Alexandria, MN |
| 04/2018 | "Legislative Update" APRN Summit and Pharmacology Review, St. Paul, MN |
| 09/2017 | "Diagnostic Cues and Clues" Correctional Health Conference, Alexandria, MN |
| 06/2017 | "Common Clinical Issues – I'm all Ears", 1st Annual Correctional Healthcare Nursing Conference, St. Cloud, MN |
| 09/2015 | "Breaking Bad - The Role of the Correctional Nurse" Correctional Health Conference, Alexandria, MN |
| 02/2015 | "Healthcare in Corrections", Southeast Asian Services, Minneapolis, MN |
| 09/2014 | "Breathing Easier – Managing Asthma in Corrections" Correctional Health Conference, Alexandria, MN |
| 11/2013 | "Gut Feelings: Assessing Abdominal Pain" Correctional Health Conference, Alexandria, MN |
| 06/2013 | "Women in Corrections" HealthPartners OB/GYN Wabasha Clinic, St. Paul, MN |
| 11/2012 | "A Systematic Approach to Assessing Chest Pain", American Correctional Health Services Association (MN Chapter), Alexandria, MN |
| 05/2010 | "Corrections 101", Long Prairie Memorial Hospital and Home, Long Prairie, MN |
| 03/2010 | "OB 101: The Pregnant Inmate", Adult Detention Center, St Paul, MN |
| 09/2009 | "OB 101: The Pregnant Inmate", Ramsey County Correctional Facility, Maplewood, MN |

## Publications (solicited)

Dahring, R. (2010). Taking Call, Lessons from Experience. *Advance for Nurse Practitioners*, *18 (4), 45-46*

Dahring, R. (2010).  Today's Job Market? Bound to change. *Advance for NPs & PAs, 1(1), 16*

**Renee Dahring, MSN, RN, CNP,CCHP, FAANP**                    Ph: 651-484-6183
3110 Evelyn Street, Roseville, MN   55113                    Email: mindthegaps@comcast.net

Dahring, R. (2010). New Grad or unemployed? Don't get rusty while waiting. *Advance for NPs & PAs, 1(3), 14*

*Dahring, R. (2011).* Need Job, will Travel: Consider locum tenens. *Advance for NPs & PAs, 2(1), 18*

*Dahring, R. (2011).* Locum Tenens, part 2: What's in it for you? *Advance for NPs & PAs, 2 (3), 20*

Dahring, R. (2011). Your Journey is just beginning. *Advance for NPs & PAs,* 2(4) 39-40

Dahring, R. (2011). Working with recruiters: What's the real deal? *Advance for NPs & PAs,* 2(5) 14

Dahring, R. (2011). Overcoming negatives in your work history. *Advance for NPs & PAs.* 2(7) 16

Dahring, R. (2011). The big question: How can you find the right fit? *Advance for NPs & PAs.* 2(9) 11

Dahring, R. (2011). Image Alert: What do you look like online? *Advance for NPs & PAs.* 2(11)  17

Dahring, R. (2012). What's on tap for NP and PA jobs in 2012? *Advance for NPs & PAs.* 3(1) 11

Dahring, R. (2012). Contract Negotiation: Don't be afraid. *Advance for NPs & PAs.* 3(3) 18

Dahring, R. (2012). Finding Your First Job. Timing, resume writing and other advice. *Advance for NPs & PAs.* 3(4) 26-27

Dahring, R. (2012). Who –or what – is reading your resume? *Advance for NPs & PAs.* 3(5) 15
Dahring, R. (2012). The top 5 faux pas committed by job seekers. *Advance for NPs & PAs.* 3(7) 18

Dahring, R. (2012). Before you answer the phone, Read this.  *Advance for NPs & PAs.* 3(9) 13

Dahring, R. (2012).  Conferences offer much more than education. *Advance for NPs & PAs.* 3(11) 17

Dahring, R. (2013).  Predictions and Resolutions for 2013. *Advance for NPs & PAs.* 4(1) 7

Dahring, R. (2013).  How to Plan for Your Job Search. *Advance for NPs & PAs.* 4(5) 19

Dahring, R. (2013).  Contracts: Avoiding the Wrong Regrets. *Advance for NPs & PAs.* 4(7) 16

Dahring, R. (2013).  Where's Your Mountain and how will you climb it? *Advance for NPs & PAs.* 4(9) 13

Dahring, R. (2013).  Cover Letter Caveats. *Advance for NPs & PAs.* 4(11) 13

Dahring, R. (2013).  Don't sabotage your 2014 Job Search. *Advance for NPs & PAs.* 5(1)


**Other publications (solicited)**

Author of a biweekly blog titled "Career Coach" (2009 to 2017) for Advance (Merion Publishing) Topics are market, professional issues and job search advice for NPs and PAs.   www.advanceweb.com

**Miscellaneous**

Owner of "NP Career www.npcareercoach.com which provides information on resumes, interviewing and job searching, current market trends as well as workshops and seminars for NPs and other advanced practice clinicians.
Served as Expert Witness for correctional health. Have reviewed and supplied opinions for over 25 cases in various states.

AUG 07 2019

# FREEMAN, DONELL

# 12/25/1975

MCCI MED RECORDS 1

Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 Fax 732-866-3669
732-866-3665 Fax 732-866-3669

# Patient Profile - Summary



| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| FREEMAN, DONELL | CCS_26184 | 12/25/1975 | 42 | M |

## Allergies

| Type | Allergy | Reaction | Observed Date | Active | Last Note |
|---|---|---|---|---|---|
| Allergy Items | No Known Allergies | N/A | 6/30/2015 | Yes | Added via dynamic document submission. |

## Appliances

| Medical Appliance | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|

No Active Appliances

## Problems

| Type | Category | Problem | Code | Observed Date | Confirmed | Active |
|---|---|---|---|---|---|---|
| Acute | Symptoms | Abnormality of Gait | 781.2 | 3/19/2016 | No | Yes |
| Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | 296.30 | 6/30/2015 | Yes | Yes |
| Acute | PSYCH: Substance Abuse | Alcohol Abuse | 305.0 | 6/30/2015 | No | Yes |
| Chronic | RESP: Asthma | Asthma Not Otherwise Specified | 493.9 | 6/30/2015 | No | Yes |

## Diets

| Diet Type | Start Date | End Date | Chart | Associated Diagnosis |
|---|---|---|---|---|

No Active Diets

## Orders

| Order Date | Instructions | | Start Date | End Date | KOP |
|---|---|---|---|---|---|

No Active Orders

## PPDs

| Stay | Date Given | Date Read | Results (mm) | Refused PPD | Past = PPD | X-Ray Info |
|---|---|---|---|---|---|---|
| 6/30/2015 | 6/20/2016 9:54:00 AM | 6/22/2016 1:00:00 PM | 0 | No | No | No |
| 6/30/2015 | 6/30/2015 2:25:00 PM | 7/2/2015 8:00:00 PM | 0 | No | No | No |

## Special Needs

| Type | Special Need | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|---|

No Active Special Needs

## Vitals

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | Fasting | PO₂ | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/2017 8:45 AM | 100 | 18 | 98.00 | N/A | 70.00 | 121/94 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 2/21/2017 8:43 AM | 81 | 18 | 98.70 | N/A | 70.00 | 118/71 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 1/14/2017 1:36 PM | 79 | 16 | 97.50 | N/A | 70.00 | 123/86 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 1/9/2017 9:57 AM | 101 | 16 | 98.10 | N/A | 70.00 | 141/83 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 1/8/2017 4:20 PM | 98 | 18 | 98.00 | N/A | 70.00 | 134/97 | N/A | N/A | N/A | No | 98 | No | N/A | N/A |

© 2011 Correct Care Solutions, LLC

## Vitals cont'd

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | Fasting | POx | O2 | Amt. | P.F. |
|------|-------|-------|-------|-----|-----|------|------------|-----|------|---------|-----|-----|------|------|
| 12/26/2016 9:24 AM | 100 | 16 | 97.70 | 195.00 | 70.00 | 137/85 | N/A | 28 | N/A | No | N/A | No | N/A | 480 |
| 12/6/2016 1:36 PM | 79 | 18 | 97.50 | N/A | 70.00 | 159/109 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 9/22/2016 11:01 AM | 101 | 16 | 98.70 | 200.00 | 70.00 | 128/75 | N/A | 28.7 | N/A | No | N/A | No | N/A | 550 |
| 7/13/2016 9:58 AM | 74 | 16 | 98.40 | N/A | 70.00 | 123/80 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 6/24/2016 10:32 AM | N/A | N/A | N/A | 200.00 | 70.00 | N/A | N/A | 28.7 | N/A | No | N/A | No | N/A | N/A |
| 6/24/2016 10:19 AM | 94 | 16 | 97.90 | N/A | 70.00 | 101/78 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 6/20/2016 8:51 AM | 115 | 16 | 97.70 | 199.00 | 70.00 | 106/68 | N/A | 28.6 | N/A | No | N/A | No | N/A | N/A |
| 3/24/2016 11:12 AM | 64 | 18 | 98.70 | N/A | 70.00 | 134/76 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 2/26/2016 11:04 AM | 64 | 16 | 97.80 | N/A | 70.00 | 120/74 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 12/15/2015 10:46 AM | 63 | 16 | 97.20 | N/A | 70.00 | 132/73 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 12/1/2015 9:56 AM | 60 | 16 | 97.50 | 199.00 | 70.00 | 115/79 | N/A | 28.6 | N/A | No | 98 | No | N/A | 425 |
| 11/13/2015 8:13 AM | 62 | 16 | 97.80 | N/A | 70.00 | 124/80 | N/A | N/A | N/A | No | 97 | No | N/A | N/A |
| 10/27/2015 10:14 AM | 104 | 16 | 99.10 | 200.00 | 70.00 | 140/86 | N/A | 28.7 | N/A | No | 96 | No | N/A | 500 |
| 7/27/2015 11:09 AM | 63 | N/A | 97.90 | 205.00 | 70.00 | 113/59 | N/A | 29.4 | N/A | No | N/A | No | N/A | 450 |
| 7/26/2015 8:23 PM | 62 | 16 | 98.30 | N/A | 70.00 | 104/67 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/25/2015 7:49 PM | 74 | 16 | 98.90 | N/A | 70.00 | 136/91 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/24/2015 8:00 PM | 107 | 18 | 98.00 | N/A | 70.00 | 115/76 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/23/2015 3:15 PM | 62 | 18 | 97.90 | N/A | 70.00 | 123/74 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/21/2015 2:30 PM | 66 | 18 | 98.10 | N/A | 70.00 | 101/64 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/20/2015 4:00 PM | 102 | 18 | 98.20 | N/A | 70.00 | 115/78 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/19/2015 9:21 PM | 54 | 16 | 98.30 | N/A | 70.00 | 104/67 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/18/2015 7:00 AM | 65 | 16 | 97.10 | N/A | 70.00 | 118/76 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/15/2015 3:43 PM | 55 | 18 | 98.00 | N/A | 70.00 | 102/62 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/14/2015 3:00 PM | 62 | 18 | 97.30 | N/A | 70.00 | 104/71 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/13/2015 4:00 PM | 60 | 18 | 98.00 | N/A | 70.00 | 113/76 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/12/2015 8:28 AM | 69 | 18 | 97.20 | N/A | 70.00 | 103/69 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/11/2015 6:17 PM | 70 | 16 | 97.90 | N/A | 70.00 | 112/77 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/10/2015 4:00 PM | 50 | 18 | 98.30 | N/A | 70.00 | 98/47 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/9/2015 3:30 PM | 88 | 18 | 97.90 | N/A | 70.00 | 122/64 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |

## Vitals cont'd

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | Fasting | POx | O2 | Amt. | P.F. |
|------|-------|-------|-------|-----|-----|------|-----------|-----|------|---------|-----|-----|------|------|
| 7/7/2015 2:45 PM | 63 | 18 | 98.20 | N/A | 70.00 | 96/65 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/7/2015 1:13 AM | 54 | 18 | N/A | N/A | 70.00 | 95/59 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/6/2015 4:00 PM | 50 | 18 | 98.00 | N/A | 70.00 | 98/55 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/5/2015 1:09 AM | 65 | 18 | 98.60 | N/A | 70.00 | 111/67 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/4/2015 9:47 PM | 69 | 16 | 98.70 | N/A | 70.00 | 111/69 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/4/2015 12:35 AM | 62 | 18 | N/A | N/A | 70.00 | 106/66 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/3/2015 3:00 PM | 67 | 16 | 98.80 | N/A | 70.00 | 101/63 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/2/2015 11:33 PM | 81 | 18 | 98.30 | N/A | 70.00 | 100/55 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/2/2015 3:00 PM | 70 | 16 | 97.20 | N/A | 70.00 | 104/64 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/2/2015 11:43 AM | 91 | 20 | 98.30 | N/A | 70.00 | 140/70 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/2/2015 12:55 AM | 61 | 18 | 98.40 | N/A | 70.00 | 105/69 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/1/2015 5:13 PM | 73 | 16 | 98.10 | N/A | 70.00 | 103/59 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 7/1/2015 11:12 AM | 95 | 20 | 98.70 | N/A | 70.00 | 118/72 | N/A | N/A | N/A | No | 98 | No | N/A | N/A |
| 7/1/2015 3:27 AM | 81 | 18 | 97.90 | N/A | 70.00 | 99/68 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 6/30/2015 3:00 PM | 87 | 18 | 98.00 | N/A | 70.00 | 106/61 | N/A | N/A | N/A | No | N/A | No | N/A | N/A |
| 6/30/2015 12:55 PM | 72 | 14 | 98.00 | 208.00 | 70.00 | 120/84 | N/A | 29.8 | N/A | No | N/A | No | N/A | N/A |

AIMS_CIFSJ3                    Face Sheet   6-30-2015  13:18:37                    Page   1

Booking#   3279258 FREEMAN          DONELL              H S A

| Name Numbr | SBI # | FBI # | Social Sec | Alien # | Printed | DNA Test | MED ALERT |
|---|---|---|---|---|---|---|---|
| 26184 | 932683B | 507701VAO | 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 | | 6-30-15 | | |

| Birth Date | Age | Place of Birth | Citizen | Eng Spk | Sx | MS | Religion | RE | Height | Weight | Skin | Hair | Face | Eye | Build |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-25-1975 | 39 | Long Branch  NJ | Y | Y | M | S | BP | B | 5 10 | 164 | DBR | BLA | G | BRO | MED |

258

| Drivers License | | Military | Admission Type | | Commitment Type |
|---|---|---|---|---|---|
| NJ F73Q4174C012752 | | | GJ   GRAND JURY | | GJ GRAND JURY |

| Last Move | Institut | Location | Rec'd Date/Time | Inmate Class | Effective |
|---|---|---|---|---|---|
| 6-30-2015 13:09 | MCC1 | D  02 | 6-30-2015 13:09 | GJ Grand Jury | 6-30-2015 |

Offense History

| Open Chg | Keep Separate | | Drunk at Intake | | Min. Failure | | High Risk | |
|---|---|---|---|---|---|---|---|---|
| Y | O | | N | | N | | N | COOP |

| Terroristic Threats | Sex Offender | Arson History | Kidnapping | Psych History |
|---|---|---|---|---|
| N | 00 | 00 | N | N |

| Child Abuse | Prior Probations | Prior Paroles | Prior Incarcerations | Escape History |
|---|---|---|---|---|
| 00 | | | | N |

| Notify KH on Release | Notify SS on Release |
|---|---|
| 00 | 00 |

Credits        None

Total Term     None

| Charges   2 | Detainers   0 | Active   0 | Inactive   0 |
|---|---|---|---|

| Total Bail | 350,000.00 | Paid | .00 |
|---|---|---|---|
| Bail Payable | 350,000.00 | Unpaid | 350,000.00 |
| Fees | .00 | | |

| Date and Type | Agency | Bail | Status and Date | Bail |
|---|---|---|---|---|
| WARRANT # | Court, Judge and Offense Code | | Charge Status and Date | Fee |
| INDICTMENT # | Offense Description | | | Unpaid |
| Comments | | | | |

| 6-30 2015 C O | Aberdeen Twp | | Set | 6-30-2015 | Blanket Bail | .00 |
|---|---|---|---|---|---|---|
| W-15-250 | PUGLIESE | C15-2A1 | Pending Grand J | | | .00 |
| | CJ-INFLCT BI OR USE FORCE ON OCU OR PER | | | 6-30-2015 | Unpaid | .00 |
| | | | Court & Next Date | | | |

| 6-30 2015 C O | Aberdeen Twp | | Set | 6-30-2015 | Full Cash Bond | 350,000.00 |
|---|---|---|---|---|---|---|
| W-15-250 | PUGLIESE | C15-1A1 | Pending Grand J | | | .00 |
| | ROBBERY-BI | | | 6-30-2015 | Unpaid | 350,000.00 |
| | VNIF TO BE FAXED | | Court & Next Date | | | |

Emergency1 karen              boateng

**MCCI MED RECORDS 5**

732-915-0042
Girlfriend

Current Addr  DONELL          FREEMAN
33 remsen ave

new brunswick  NJ  07102
XX None
(732) 846-7221

Alias      AKA SSN 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
           AKA DOB 08/17/67
           LAIMORE          SHANDALE
           GRAY             MARK
           SPEAR            MARQUAN
           WILLIAMS         MARQUAN
           FOLK             KENNETH
           SSN# 452566500
           FREEMAN          DARNELL

Scars/Tattoos/Markings

SMALL SCAR ON RT. EYE



**MCCI MED RECORDS 6**

*Printed: 6/30/2015 at 1:52 AM*

**Bayshore Community Hospital**
**727 N BEERS ST**
**HOLMDEL, NJ, 07733**
**(732)739-5924**

Page: 1/4

## Physician Notes

Patient Name: FREEMAN, DONELL          Date of Service: 06/29/2015   ED Physician: Yuan

Date of Birth: 12/25/1975   Age: 39 Yrs   Sex: M   Chart #: 6300127934   Medrec #: 00591513   PMD:

HISTORY OF PRESENT ILLNESS: DONELL FREEMAN is a 39 -year-old Male who presents via police for evaluation after the patient crashed the vehicle that he carjacked after drinking alcohol followed by using crack/cocaine after which his car collided head-on with a wall, (-) SB, (-) AB. Patient states that he has no recollection of the crash. He now complains of left hip pain. Patient was arrested for the carjacking after the incident. Police also bring patient to ED for psychiatric evalution after he threatened suicide. Patient reports suicidal ideation in the past that he states normally resolves after he talks about his emotions with someone; he denies any current suicide plan. Other psychiatric symptoms: (-) hallucinations, (-) homicidal ideation. Otherwise: (-) fever, (-) headache, (-) dyspnea, (-) vomiting, (+) substance abuse. Has history of psychiatric disorder: depression.

PMD: None

REVIEW OF SYSTEMS: Other than the symptoms associated with the present events, the following is reported with regard to recent health: General: (-) fever. HENT: (-) congestion. Respiratory: (-) cough. Cardiovascular: (-) chest pain. GI: (-) abdominal pain. GU: (-) urinary complaints. Musculoskeletal: (-) other aches or pains. Endocrine: (-) generalized weakness. Neurological: (-) localized weakness. Psychiatric: (-) prior emotional stress.

PAST MEDICAL HISTORY: (-) DM, (-) HTN, (+) asthma, (-) COPD, (-) heart disease, (+) left hip surgery s/p trauma at age 14, (+) depression
FAMILY HISTORY: (-) known inherited disease
SOCIAL HISTORY: (+) smoking, (+) etoh, (+) recreational drug use: crack/cocaine, marijuana
MEDICATIONS: Per nurse's note, reviewed by me
ALLERGIES: Per nurse's note, reviewed by me : Shellfish, Motrin

PHYSICAL EXAMINATION:
GENERALIZED APPEARANCE: Patient is alert and awake with slow, somewhat slurred speech. Police at bedside.
VITAL SIGNS: Per nurse's note, reviewed by me BP: 122/90, HR: 116, RR: 20, T: 98.9 degrees.
SKIN: Warm, dry; (-) cyanosis.
HEAD: (-) scalp/facial swelling, (-) scalp/facial tenderness.
EYES: (-) conjunctival pallor, (-) scleral icterus, (-) nystagmus.
ENMT: Mucous membranes moist. Airway patent: (-) stridor, (-) odor of alcohol
NECK: (-) tenderness, (-) stiffness, (-) lymphadenopathy.
CHEST AND RESPIRATORY: (-) rales, (-) rhonchi, (-) wheezes; breath sounds equal bilaterally.
HEART AND CARDIOVASCULAR: (-) irregularity; (-) murmur, (-) gallop.
ABDOMEN AND GI: Soft; (-) tenderness.
EXTREMITIES: (+) tenderness over left hip with full ROM intact, (-) swelling, (-) ecchymosis. Other extremities: WNL.
NEURO: Mental status as above; (-) focal findings.
PSYCH: (-) apparent hallucinations or delusions. Affect: normal.

---

The diagnostic results contained in this document reflect the information available to the physician at the time of the patient encounter. Final results, when completed, will be found in the patient's permanent hospital medical chart.

---

DIAGNOSTICS:

DIFF-WBC DIFFERENTIAL          *Date Back:6/29/2015 9:50:25 PM

| Test | Result | Flag | Unit | Ref.Range | Status |
|------|--------|------|------|-----------|--------|
| WBC | 7.5 | | K/uL | 4.3-10.8 | F |
| RBC | 4.90 | | M/uL | 4.4-6.0 | F |
| HEMOGLOBIN | 13.9 | L | GM/dL | 14.0-18.0 | F |
| HEMATOCRIT | 43.8 | | % | 41.0-53.0 | F |
| MCV | 88.9 | | FL | 80.0-100.0 | F |
| MCH | 28.4 | | PG | 27.0-31.0 | F |
| MCHC | 31.9 | | % | 31.0-37.0 | F |

FREEMAN, DONELL          Medrec #: 00591513          Chart#: 6300127934

MCCI MED RECORDS 7

*Printed: 6/30/2015 at 1:52 AM*

**Bayshore Community Hospital**
**727 N BEERS ST**
**HOLMDEL, NJ, 07733**
**(732)739-5924**

Page: 2/4

## Physician Notes

| Patient Name: FREEMAN, DONELL | | | | Date of Service: 06/29/2015 | ED Physician: Yuan | |
|---|---|---|---|---|---|---|
| Date of Birth: 12/25/1976 | Age: 39 Yrs | Sex: M | | Chart #: 6300127934 | Medrec #: 00591513 | PMD: |

| | | | | | |
|---|---|---|---|---|---|
| PLATELET COUNT | 235 | | K/uL | 130-400 | F |
| RDW | 13.2 | | % | 11.5-14.5 | F |
| MPV | 10.0 | | fL | 7.4-10.4 | F |
| DIFFERENTIAL TYPE | AUTOMATED | | | | F |
| PATHOLOGY REVIEW: | NOT INDICATED | | | | F |
| NEUT PERCENT | 89.5 | H | % | 50.0-70.0 | F |
| LYMPH PERCENT | 7.8 | L | % | 25.0-43.0 | F |
| MONO PERCENT | 1.8 | | % | 0.0-9.0 | F |
| EOS PERCENT | 0.1 | | % | 0.0-9.0 | F |
| BASO PERCENT | 0.8 | | % | 0.0-2.0 | F |
| NEUT ABSOL | 6.7 | | 10^3/uL | 1.8-8.0 | F |
| LYMPH ABSOL | 0.6 | L | 10^3/uL | 1.5-3.5 | F |
| MONO ABSOL | 0.1 | | 10^3/uL | 0.0-1.0 | F |
| EOS ABSOL | 0.0 | | 10^3/uL | 0.0-0.7 | F |
| BASO ABSOL | 0.1 | | 10^3/uL | 0.0-0.1 | F |

| BALC-ALCOHOL | | | *Date Back:6/29/2015 10:04:55 PM | | |
|---|---|---|---|---|---|
| Test | Result | Flag Unit | Ref.Range | Status | |
| ALCOHOL | 164 | H mg/dL | <10 | F | |
| ALCOHOL | This test is for medical purposes only. | | | | F |
| ALCOHOL | The specimen has been received without | | | | F |
| ALCOHOL | chain of custody and has not been | | | F | |
| ALCOHOL | handled as a legal specimen. | | | F | |

| METB-METABOLIC PROFILE | | | *Date Back:6/29/2015 10:04:55 PM | | |
|---|---|---|---|---|---|
| Test | Result | Flag Unit | Ref.Range | Status | |
| SODIUM | 142 | MMOL/L | 137-145 | F | |
| POTASSIUM | 4.3 | mmol/L | 3.6-5.1 | F | |
| CHLORIDE | 104 | mmol/L | 98-107 | F | |
| CO2 | 21 | L mmol/L | 22-30 | F | |
| BLOOD UREA NITROGEN | 13 | mg/dL | 7-20 | F | |
| GLUCOSE | 96 | MG/DL | 74-106 | F | |
| CREATININE | 1.37 | H MG/DL | 0.66-1.25 | F | |
| CALCIUM | 9.2 | mg/dL | 8.4-10.2 | F | |
| ANION GAP | 21 | H | 9-18 | F | |
| CALCULATED OSMO | 283 | | | F | |
| BUN CRE RATIO | 9 | | | F | |
| GFR AFRICAN-AMER | >60 | | >60 | F | |
| GFR NON AFRICAN-AMER | 50 | L | >60 | E | |
| GFR NON AFRICAN-AMER | Stages of Chronic Kidney Disease (CKD) | | | | F |
| GFR NON AFRICAN-AMER | Stage    Description | GFR ml/min/1.73m2 | | | F |
| GFR NON AFRICAN-AMER | 1   Kidney Damage w/Norm/Hi GFR | >90 | | | F |
| GFR NON AFRICAN-AMER | 2   Kidney Damage w/mild decrease GFR | 60-89 | | | F |
| GFR NON AFRICAN-AMER | 3   Moderate decrease GFR | 30-59 | | | F |
| GFR NON AFRICAN-AMER | 4   Severe decrease GFR | 15-29 | | | F |
| GFR NON AFRICAN-AMER | 5   Kidney failure or dialysis | <15 | | | F |
| GFR NON AFRICAN-AMER | The eGFR is not accurate for values | | | F | |
| GFR NON AFRICAN-AMER | =>60 ml/min or for GFR Stage 1 or Stage 2 | | | | F |
| GFR NON AFRICAN-AMER | CKD is defined as eGFR <60 ml/min/1.73m2 | | | F | |
| GFR NON AFRICAN-AMER | for =>3 months with or without kidney damage. | | | | F |

| UNAC-URINALYSIS (UNAC) | | *Date Back:6/29/2015 10:37:55 PM | |
|---|---|---|---|
| FREEMAN, DONELL | | Medrec #: 00591513 | Chart #: 6300127934 |

*Printed: 6/30/2015 at 1:52 AM*

### Bayshore Community Hospital
### 727 N BEERS ST
### HOLMDEL, NJ, 07733
### (732)739-5924

Page: 3/4

## Physician Notes

| Patient Name: FREEMAN, DONELL | | | Date of Service: 06/29/2015 | ED Physician: Yuan | |
|---|---|---|---|---|---|
| Date of Birth: 12/25/1975 | Age: 39 Yrs | Sex: M | Chart #: 6300127934 | Medrec #: 00591513 | PMD: |

| Test | Result | Flag | Unit | Ref.Range | Status |
|---|---|---|---|---|---|
| APPEARANCE | CLEAR | | | | F |
| URINE COLOR | YELLOW | | | | F |
| URINE GLUCOSE | NEGATIVE | | mg/dL | NEG | F |
| URINE BILI | NEGATIVE | | | NEG | F |
| URINE KETONES | TRACE | A | mg/dL | NEG | F |
| URINE SPEC GRAVITY | >=1.030 | | | 1.005-1.030 | F |
| URINE BLOOD | TRACE | A | | NEG | F |
| URINE PH | 5.5 | | | 5.0-9.0 | F |
| URINE PROTEIN QUAL | TRACE | A | MG/DL | NEG | F |
| UR UROBILINOGEN | 0.2 | | EU/DL | 0.2-1.0 | F |
| URINE NITRITES | NEGATIVE | | | NEG | F |
| UR LEUKOCYTES | NEGATIVE | | | NEG | F |

| RUM1C-UR MICRO | | \*Date Back:6/29/2015 10:37:55 PM | | | |
|---|---|---|---|---|---|

| Test | Result | Flag | Unit | Ref.Range | Status |
|---|---|---|---|---|---|
| URINE RBC'S | 0-2 | | /HPF | 0-2 | F |
| BACTERIA | OCC/FEW | | /HPF | | F |

| SUADS--URINE DRUG SCREEN | | \*Date Back:6/29/2015 10:41:55 PM | | | |
|---|---|---|---|---|---|

| Test | Result | Flag | Unit | Ref.Range | Status |
|---|---|---|---|---|---|
| URINE CANNABINOIDS | POSITIVE | A | | NEG | F |
| URINE PHENCYCLIDINE | NEGATIVE | | | NEG | F |
| URINE COCAINE | POSITIVE | A | | NEG | F |
| URINE METHAMPHETAMINE | NEGATIVE | | | NEG | F |
| URINE OPIATES | NEGATIVE | | | NEG | F |
| URINE AMPHETAMINES | NEGATIVE | | | NEG | F |
| URINE BENZODIAZEPINE | POSITIVE | A | | NEG | F |
| URINE TRICYCLIC ANTIDEPRESSANT | NEGATIVE | | | NEG | F |
| URINE METHADONE | NEGATIVE | | | NEG | F |
| URINE BARBITURATES | NEGATIVE | | | NEG | F |
| URINE OXYCODONE | NEGATIVE | | | NEG | F |
| URINE PROPOXYPHENE | NEGATIVE | | | NEG | F |
| DRUG SCRN INTERP | These assays provide preliminary screening | | | | F |
| DRUG SCRN INTERP | FOR MEDICAL PURPOSES ONLY. | | | | F |
| DRUG SCRN INTERP | Specimen analysis was performed | | | | F |
| DRUG SCRN INTERP | without chain of custody handling. | | | | F |
| DRUG SCRN INTERP | If confirmatory testing of a positive | | | | F |
| DRUG SCRN INTERP | screening result is clinically indicated | | | | F |
| DRUG SCRN INTERP | please submit an order specifying the drug | | | | F |
| DRUG SCRN INTERP | to be analyzed by our reference laboratory | | | | F |
| DRUG SCRN INTERP | by a more specific method. | | | | F |
| DRUG SCRN INTERP | The following are cut off values for the | | | | F |
| DRUG SCRN INTERP | screening assays: | | | | F |
| DRUG SCRN INTERP | Cannabinoid | | 50 ng/mL | | F |
| DRUG SCRN INTERP | Phencyclidine | | 25 ng/mL | | F |
| DRUG SCRN INTERP | Cocaine Metabolites | | 150 ng/mL | | F |
| DRUG SCRN INTERP | Methamphetamines | | 500 ng/mL | | F |
| DRUG SCRN INTERP | Opiates | | 100 ng/mL | | F |
| DRUG SCRN INTERP | Amphetamines | | 500 ng/mL | | F |
| DRUG SCRN INTERP | Benzodiazepines | | 150 ng/mL | | F |
| DRUG SCRN INTERP | Tricyclic Antidepressants | | 300 ng/mL | | F |

| FREEMAN, DONELL | Medrec #: 00591513 | Chart#: 6300127934 |
|---|---|---|

*Printed: 6/30/2015 at 1:52 AM*

**Bayshore Community Hospital**
**727 N BEERS ST**
**HOLMDEL, NJ, 07733**
**(732)739-5924**

Page: 4/4

## Physician Notes

| Patient Name: FREEMAN, DONELL | | | Date of Service: 06/29/2015   ED Physician: Yuan | |
|---|---|---|---|---|
| Date of Birth: 12/25/1975   Age: 39 Yrs | Sex: M | | Chart #: 6300127934   Medrec #: 00591513   PMD: | |

| DRUG SCRN INTERP | Methadone | 200 ng/mL | | F |
|---|---|---|---|---|
| DRUG SCRN INTERP | Barbiturates | 200 ng/mL | | F |
| DRUG SCRN INTERP | Oxycodone | 100 ng/mL | | F |
| DRUG SCRN INTERP | Propoxyphene | 300 ng/mL | | F |

(Lab) End

Pulse ox: 97% on RA indicating adequate oxygenation
X-ray pelvis/left hip: nap; screw in place, as read by me

EMERGENCY DEPARTMENT COURSE AND TREATMENT: Patient placed in Emergency Department physician observation status at 2108 for psych eval, s/p MVA. Initial assessment and exam completed. Decision made to obtain prior medical records. Prior records found and reviewed. Patient last seen in the ED on 6/2/15 for asthma, chronic hip pain; patient discharged home.

Orders written. 1:1 ordered security watch urgently ordered by me after patient's arrival in ED; patient is a potential danger to self and-or others. Patient initially treated with diagnostics. Observed at bedside for initial response to treatment. Diagnostics reviewed. Patient re-evaluated multiple times during their evaluation.

First re-assessment of the patient and ongoing treatment included diagnostics and re-evaluation and the patient's symptoms stable, cooperative, no distress.

Second re-assessment revealed the patient's symptoms cooperative, cleared for crisis clinician evaluation.

The observation discharge examination revealed the patient's symptoms and physical exam stable, cooperative. Observation discharge care of the patient included instructions for continuing care and preparation of the discharge records.

Based on the patient's reassessment and response to treatment arrangements made for discharge in police custody; cleared by crisis.

The patient remained under the direct care of an emergency physician for a total observation time of 4.9 hours.

After the evaluation in the Emergency Department, my clinical impression is MVA – L hip contusion; polysubstance abuse; depression.

PLAN AND FOLLOW-UP: Patient received written and verbal instructions regarding this condition. Follow up to be arranged by jail staff.

==========Emergency Physician Note======================================
I scribed for Dr. Yuan signed by M.Spinella, CTM on 06/29/15.The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me.
======================================================================

Digitally signed by Dr. Yuan, Ann-lee on Tuesday, June 30, 2015 at 01:50

**Condition:**   STABLE
**Diagnosis:**   MVA, L HIP CONTUSION, DEPRESSION 4] POLYSUBSTANCE ABUSE
94760 99219 99217

These notes were digitally signed by Dr. Ann-lee Yuan M.D. on Tuesday, June 30, 2015 at 01:50

--------------------------------------------------
Physician: Yuan, Ann-lee M.D.

PMD:
--------------------------------------------------
PA:

| FREEMAN, DONELL | Medrec #: 00591513 | Chart#: 6300127934 |
|---|---|---|

MCCI MED RECORDS 10

MERIDIAN HEALTH JSUMC•OMC•RMC•BCH•SOMC
**ADULT CRISIS EVALUATION**
70332-005CX (9-14)S    PAGE 1 OF 10



*ER0200*

6300127934  06/29/15    EMR W07
**FREEMAN ,DONELL**
00581513 12/25/75  39 M E003980508
Attn Dr: EMERGENCY, ROOM

FREEMAN ,DONELL

## IDENTIFYING INFORMATION

Patient Name: **Donell Freeman**    Date of Birth: **12/25/1975**

Does the patient have a Mental Health Advanced Directive? ☒No  ☐Yes

If No, does the patient request information?
☒No  ☐Information Provided

If Yes, has a copy been obtained?
☐Yes  ☐No Location: _____
Documents efforts to obtain in progress note

## PRESENTATION

Start Date: **6/30/15**    Start Time: **12:30**  ☒AM ☐PM

Brought in by: **Police**    Referred by: **Police**

☒Safety check completed    ☒Belongings removed    ☒Patient placed in hospital gowns

Confirm address and phone # on face sheet: ☒Confirmed

PESS Mobile: ☒No  ☐Yes, Details:

Presenting Problem:
pt. was arrested for robbing a cash register and hitting car into wall while under the influence. pt repats being depressed and wanting to hurtself & others

## COLLATERAL CONTACTS

| Name | Relationship | Phone # | Date and Time of Contact |
|------|--------------|---------|--------------------------|
| Raymond N. Campbell | officer | 732 566 2054 Aberdeen P.D | 821 pm 6/29/15 |

Information Gathered: #75

Officer Campbell reported pt was arrested for robbing a cash register from A&P, walked over to a friends car he saw in parking lot and asked for a ride. The friend got out of the car and left scene. officer then reported pt got into the car and drove off, but hit a wall w/ car. officer Campbell stated the pt. admitted to the crimes and was cooperative

Crisis Clinician: Lyndsey Kidd, LAC    Date: 6/29/15  Time: 930  AM/PM

MERIDIAN BEHAVIORAL HEALTH
☐ JSUMC ☐ OMC ☐ RMC ☐ BCH
**CRISIS DISCHARGE INSTRUCTIONS**
70332-007CX (10-14)S  PAGE 1 OF 2



G300127934  06/29/15    EMR W07
FREEMAN, DONELL
00591513  12/25/75  39 M  E003980508
Atn Dr: EMERGENCY, ROOM

FREEMAN, DONELL

*ER0202*

Date: 6/30/15

## DISCHARGE INSTRUCTIONS:

Instructions:
☐ If condition worsens, please return to the nearest emergency department immediately. Crisis card given.
☐ Appointments arranged:

☐ Jersey Shore Behavioral Health/TMS,  Parkway 100 Complex, Building 5, 3535 Route 66, Neptune 732-643-4400

☐ Riverview Behavioral Health (Booker Behavioral Health) 661 Shrewsbury Ave., Shrewsbury 732-345-3400

☐ Children's Mobile Response (877) 652-7624:

☐ Monmouth County Adult Face to Face Outreach Follow-up (732) 923-6999

☐ Monmouth County Child Clinician (732) 923-6999

☑ Patient will call to arrange for appointment (specify phone number, location, type of appointment)
*Pt instructed to alice county outreach physician follow-up*
☐ Referred back to current ongoing treatment (specify who and type of treatment) *within 24 hours*

☐ Educational information provided to patient and family
☐ Patient left AGAINST MEDICAL ADVICE (AMA)
☐ Patient refused all services
☐ LWT patient refused medical clearance; risks and benefits of refusing medical clearance discussed with patient and/or family members
☐ Other instructions:

Patient's Signature: X _____ Date: 6/30/15 Time: ____ am/pm ☐ Patient refuses to sign
Clinician's Signature: _____ Date: 6/30/15 Time: ____ am/pm

**IMPORTANT PHONE NUMBERS**

| | | | |
|---|---|---|---|
| Addictions Hotline | 800-322-5525 | Domestic Violence | 732-264-4111 |
| Alcoholics Anonymous | 800-245-1377 | Women's Center/Monmouth | 732-264-4111 |
| Alanon | 973-744-8886 | Children's Crisis Intervention | 732-923-6999 |
| Detox – New Hope | 732-946-3030 | Family Crisis Intervention | 732-409-4826 |
| Narcotics Anonymous | 800-992-0401 | Physician Referral Services | 732-776-4445 |
| AIDS Hotline | 800-624-2377 | Poison Control | 800-962-1253 |
| A-Team Screening | 732-774-0151 | NAMI | 800-950-NAMI |
| Meridian Behavioral Health | 800-822-8905 | Ocean County Mobile Screening | 732-886-4474 |
| Monmouth County Mobile Screening | 732-923-6999 | | |

WHITE - Patient Copy          YELLOW - Chart Copy

MERIDIAN BEHAVIORAL HEALTH
☐ JSUMC ☐ OMC ☐ RMC ☐ BCH
**CLIENT RIGHTS**
B1848-030CX (10-14)S



*CO4000*

CLIENT NAME:

6300127934  06/29/15   EMR W07
Medic FREEMAN ,DONELL
00591513 12/25/75  39 M E003980508
Atn Dr: EMERGENCY, ROOM

FREEMAN ,DONELL

## As a client at Meridian Behavioral Health Services you are entitled to the following rights:

The right to be free from unnecessary or excessive medication.

The right to not be subjected to non-standard treatment or procedures, experimental procedures or research, psycho-surgery, sterilization, electro-convulsive therapy or provider demonstration programs, without written informed consent, after consultation with counsel or interested party of your choice. If the client has been adjudicated incompetent, authorization for such procedures may be obtained only pursuant to the requirements of N.J.S.A. 30:4-24.2(d)2.

The right to treatment in the least restrictive setting free from physical restraints and isolation.

The right to be free from corporal punishment.

The right to privacy and dignity.

The right to the least restrictive conditions necessary to achieve the goals of treatment/services.

The right to not be required to perform work for the facility unless the work is part of the client's treatment and is performed voluntarily by the client.

The right to be notified and to have the opportunity to appeal an involuntary discharge.

These rights may not be denied under any circumstances

### Confidentiality

All information and records directly or indirectly identifying any person currently or formerly receiving services from an agency shall be treated as confidential, and may only be disclosed under those circumstances as outlined in state law NJSA 30:4-24.3 and NJAC 10:37-6.79.

The confidentiality of alcohol and drug abuse patient records maintained by this program is protected by Federal law and regulations.  Generally, the program may not say to a person outside the program that a patient attends the program or disclose any information identifying a patient as an alcohol or drug abuser **unless:**
The patient consents in writing;
The disclosure is allowed by a court order; or
The disclosure is made to medical personnel in a medical emergency or to qualified personnel for research, audit or program evaluation.

Violation of the Federal law and regulations by a program is a crime.  Suspected violations may be reported to appropriate authorities in accordance with Federal regulations.  Federal law and regulations do not protect any information about a crime committed by a patient either at the program or against any person who works for the program or about any threat to commit such a crime.  Federal laws and regulations do not protect any information about suspected child abuse or neglect from being reported under state law to appropriate State or local authorities.  (See 42 USC 290dd-3 and 42 USC 290ee-3 for Federal laws and 42 CFR Part 2 for Federal regulations)

## By signing below I acknowledge that:

I have received a copy of my Client's Rights and these rights have been explained to me

I have received a copy of the Meridian Behavioral Health Grievance Procedure

I have received information regarding Mental Health Advance Directives

Client or Guardian Signature X _____  Date 6/30/15 Time 12:30 am/pm

Witness Signature X _____  Date 6/30/15 Time 12:30 am/pm

WHITE - Patient Copy        YELLOW - Chart Copy

Case 3:18-cv-07802-BRM-ZNQ Document 88 Filed 12/14/20 Page 20 of 486 PageID: 699

06/30/2015
1:42

**Bayshore Community Hospital**
727 N BEERS ST HOLMDEL,
NJ, 07733 (732)739-5924

Page : 1

Patient Name : DONELL FREEMAN

Date of Service : 06/29/2015

Age : 39Yrs    Sex : M

Medical Record # : 00591513

## After Care Instructions

We are pleased to provide you with emergency care. Please review these instructions when you return home in order to better understand you diagnosis and the necessary further treatment and precautions related to your condition.

DEPRESSION:
Your exam shows you have signs of mental depression. This is a very common problem since 1 person in 4 will have a severe depression during their lives. Although depression is very common, it is often hard to recognize. Symptoms of depression may include feeling unhappy or worthless, chronic tiredness, and self-destructive thoughts and actions. Depressed patients have trouble with insomnia, or sometimes they sleep too much. Some complain of headaches or feeling anxious. Depression makes it difficult to concentrate or make decisions. Unexplained physical complaints and substance abuse are also common problems in depression which can occur at any and all ages.

Depression is believed to be caused by an imbalance in brain chemicals. It may be triggered by an unpleasant event, but it may also start without any apparent reason. Relationship crises, a death in the family, financial worries, retiring, or other stressors are often involved. Many medical illnesses, some medicines, alcohol, and drug abuse often play a part. Depression interferes with your basic ability to function in life. It upsets your relationships as well as your sleep, eating, and work habits. When you're depressed, you don't have enough energy to solve all your problems.

Depression usually gets better with treatment. This can include antidepressant medicine, but it may take weeks before the proper dose and benefit are reached. Counseling, talking with a therapist, minister, counselor, or a friend can help you gain insight into your problem and regain control of your life. Eating a good diet, getting regular physical exercise (such as walking for 30 minutes every day), and not abusing alcohol or drugs are also very helpful to recovery. Treating depression often takes 6 months or longer, but the results are good. Be sure to call your doctor and arrange for follow-up care as suggested by our staff.

Please return immediately if you feel that you are not able to function, or if you feel you may harm yourself or others.

FACIAL & SCALP CONTUSIONS:
The exam today shows a contusion (deep bruise) around the face or scalp. Injuries around the face and head cause a lot of swelling, especially around the eyes. This is because the blood supply to this area is so good. Usually the swelling from a contusion will be better in 2-3 days, but it takes 7-10 days for a "black eye" to clear up.

You should apply ice packs to the injured area for about 20-30 minutes every 2-3 for the first 2 days. Use mild pain medicine as needed. Please call or return here right away if you notice:
* Severe pain or headache, unrelieved by mild pain medicine.
* Sleepiness, confusion, personality changes, or vomiting.
* Persistent nosebleed, double or blurred vision, or drainage from the nose or ear.

There may be a mild headache, slight dizziness, nausea, trouble concentrating, and weakness for a few days. This usually clears up with bed rest and mild pain medicine. Contact the doctor if any symptoms are continuing

For   DONELL FREEMAN,                    Tuesday, June 30, 2015          1:42

Copyright by Alpha Physician Resources, 2004

dx_instr

MCCI MED RECORDS 14

Case 3:18-cv-07802-BRM-ZNQ   Document 88   Filed 12/14/20   Page 21 of 486 PageID: 700

06/30/2015
1:42

**Bayshore Community Hospital**
727 N BEERS ST HOLMDEL,
NJ, 07733 (732)739-6924

Page : 2

---

Patient Name : DONELL FREEMAN

Date of Service :  06/29/2015

Age : 39Yrs    Sex :  M

Medical Record # :  00591513

after 3 days.   Anyone with a head injury must be regularly checked by a responsible person every 2 hours, for at least 24 hours after the injury.

CONTUSIONS:
The examination today suggests a contusion (bruise), which is an area of trauma and bleeding under the skin, which can often cause discoloration, pain and swelling. If x-rays were taken, they do not show a broken bone; however, this is only a preliminary reading. All x-rays will also be checked by a Radiology specialist and you will be called if a fracture is seen or if more studies may be needed to be sure about the diagnosis. Some fractures do not show up on x-rays, and others, such as growth plate fractures in children, are sometimes hard to see initially. For this reason, any painful area must remain immobilized and not used or walked on, and make sure you arrange follow up carefully, as instructed.

The treatment of contusions includes:
* Rest. Compression bandages (ACE), slings, immobilizers or splints are sometimes used to reduce motion, prevent reinjury, and relieve pain.
* Elevatingthe affected area can reduce swelling.
* It may be helpful to apply ice packs every 2-3 hours for 15 minutes during the first 2 days. Avoid heat.
* If medication was prescribed to reduce pain and inflammation, be careful to check and see if drowsiness is one of the side effects of the medication.

A hematoma may form in large contusions; this is a collection of blood in the deep tissues. Hematomas are usually reabsorbed by the body naturally, but sometimes they need to be drained. Please contact a doctor or go to the emergency room right away if the contusion shows signs of infection (increased redness, red streaks, swelling, increased pain), of if there is any fever, numbness, or tingling.

The injured area should remain immobilized and an orthopedist must be seen for follow-up care if pain or swelling hasn't gone away after several days.  Further studies, such as more x-rays or MRI, may be necessary then.

MOTOR VEHICLE ACCIDENTS:
You have suffered injuries in a car crash. Although you have been injured, hospital care does not appear to be needed right now. You can expect increasing pain and stiffness from your bumps and bruises for the first day after an accident. These minor injuries are usually much better after 3 days.

Neck muscle strains are very common with car crashes and can cause moderate pain and spasm. Treatment for these strains and bruises includes rest, ice packs for the first 2 days, and medicines to reduce pain and inflammation. Signs of more serious injuries that require medical attention right away include:
* Severe neck, chest, or abdominal pain.
* Trouble breathing or repeated vomiting.
* Weakness, fainting, or numbness.
* Pain that shoots into your arms or legs.

---

For   DONELL FREEMAN,                          Tuesday, June 30, 2015          1:42

dx_Instr

MCCI MED RECORDS 15

Case 3:18-cv-07802-BRM-ZNQ   Document 88   Filed 12/14/20   Page 22 of 486 PageID: 701

Bayshore Community Hospital
727 N BEERS ST HOLMDEL,
NJ, 07733 (732)739-5924

Patient Name : DONELL FREEMAN

Date of Service : 06/29/2015

Age : 39Yrs    Sex : M

Medical Record # : 00591513

Please see your doctor or return here for follow-up care as advised. Wear your safety belt properly every time
you get into a car; this is your best protection against serious injury.

Discharge in police custody.

ED Phy :   Yuan, Ann-lee
Private Physician

ED Nurse :  Lynch, Robert
Referral

Copyright by Alpha Physician Resources, 2004

dx_instr
MCCI MED RECORDS 16

Patient: FREEMAN,DONELL                         Date Of Birth: 12/25/1975
MR#: M1107395                                   Date Of Exam: 03/31/2015
                                                Account#: J6371244
Referring Physician: Lee, Stephen H., M.D.      Location: UNK

        EXAMS: 002845483 HIP 2V LFT 73510

   Indication: Trauma.

   Procedure: Left hip.

   Findings: There is again evidence of deformity of the femoral head
   with arthritic change involving the the acetabulum and femoral head.
   The joint space is significantly narrowed. Single surgical screw is
   seen passing through the neck into the head of the femur compatible
   with previous surgery. When compared with an earlier study of 1/29/15
   left hip appears similar.


    Reading Performed at: Mercy Medical Center on
   Workstation PACS-T01-63E8


        ** REPORT SIGNED IN OTHER VENDOR SYSTEM 04/01/2015 **
           Reported By: Dinker, Robert E., M.D.




   CC: Stephen H., M.D. Lee

   Technologist: Christina L. Thanner R.T.
   Transcribed Date/Time: 04/01/2015 (0808)
   Transcriptionist: RAD.RAD
   Printed Date/Time: 11/13/2015 (1147)

PAGE 1                  Archived Report Printed From PCI

            nter - 301 St. Paul Place - Baltimore, MD 21202
                     410-332-9284

MCCI MED RECORDS 17

Case 3:18-cv-07802-BRM-ZNQ   Document 88   Filed 12/14/20   Page 24 of 486 PageID: 703

Patient: FREEMAN,DONELL                          Date Of Birth: 12/25/1975
MR#: M1107395                                    Date Of Exam: 03/10/2015
                                                 Account#: J6345451
Referring Physician: Lee, Debra S. M.D.          Location: UNK

         EXAMS: 002833736 CXR 2V 71020

     INDICATION: Chest pain and shortness of breath.

     PROCEDURE: Chest x-ray 2 views.

     COMPARISON: None.

     FINDINGS: The lungs are clear. The cardiomediastinal silhouette is
     normal. No significant osseous abnormalities.

     IMPRESSION: Normal.

     Reading Performed at: Mercy Medical Center on
     Workstation PACS-T01-6C9B

              ** REPORT SIGNED IN OTHER VENDOR SYSTEM 03/11/2015 **
                 Reported By: Cartagena, Alicia M.D

     CC: Debra S. M.D. Lee

     Technologist: PIER EPPS, R.T.(R)
     Transcribed Date/Time: 03/11/2015 (0918)
     Transcriptionist: RAD.RAD
     Printed Date/Time: 11/13/2015 (1147)

     PAGE 1              Archived Report Printed From PCI

     Mercy Medical Center - 301 St. Paul Place - Baltimore, MD 21202
                         410-332-9284

MCCI MED RECORDS 18

11/13/2015 11:50:47 AM -0500 FAXCOM                    PAGE 5   OF 5

Patient: FREEMAN,DONELL                      Date Of Birth: 12/25/1975
MR#: M1107395                                Date Of Exam: 01/29/2015
                                             Account#: J6299320
Referring Physician: Vrasich, Chuck, MD      Location: UNK

         EXAMS: 002812675 HIP 2V LFT 73510

    INDICATION: Left hip pain.

    PROCEDURE: Left hip.

    TECHNIQUE: AP pelvis and AP and frog-leg lateral views of the left
    hip.

    COMPARISON: None.

    FINDINGS:

    There is hypertrophy of the left femoral head and acetabulum with
    significant joint space narrowing in the left hip, near complete loss
    of joint space superiorly. Orthopedic *screw* is noted in the left
    femoral neck. Right hip joint and pelvic osseous structures are
    unremarkable.

    IMPRESSION:

    Chronic changes left hip as above.



     Reading Performed at: Mercy Medical Center on
    Workstation PACS-BC0S-6D38


            ** REPORT SIGNED IN OTHER VENDOR SYSTEM 01/29/2015 **
                Reported By: GUPTA, ANKUR M.D.


       CC: Chuck, MD Vrasich

       Technologist: PAMELA PRINCE, R.T.(R)
       Transcribed Date/Time: 01/29/2015 (1211)
       Transcriptionist: RAD.RAD
       Printed Date/Time: 11/13/2015 (1147)

    PAGE 1              Archived Report Printed From PCI


    Mercy Medical Center - 301 St. Paul Place - Baltimore, MD 21202
                          410-332-9284

MCCI MED RECORDS 20

Monmouth County
Monmouth Adult (MCCI)
1 Waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 1

| Monmouth County Sheriff's Office -- Corrections Division **Special Medical Directive** | | | Status: ☐ Adult ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name **FREEMAN, DONELL** | Patient Number **26184** | Booking Number **3279258** | Date of Birth **12/25/1975** | Today's Date: **6/30/2015** |

## Section 1. Medical Staff Objective

Once completed by Medical this Directive must be delivered immediately to a Custody Supervisor.

Date: 6·30·15   Time: 14:15   Expiration Date: 9·30·16

Staff Name (print): A Cordin   Signature: A Cordin

Describe the special medical objective action that the custody staff supervisor is to accomplish based on the medical needs of the inmate.  Include the reason for this action.

Low bunk/tier X 90 days fall risk

## Section 2. Custody Supervisor Action

Date Received: 6/30/15   Time Received: 1443

Name (print): SH Odom   Signature: _____

Describe the actions taken by this supervisor to accomplish the described objective.
I Notified OfC Whent in Consent Watch
of Status.

Name of any staff notified by the supervisor (print): Whent

## Section 3. Watch Commander Review

Signature below signifies that the Watch Commander has ensured compliance with this directive.

Name (print): _____   Signature: _____

Date: _____   Time: _____

## Section 4. Captain Review

Name (print): _____   Signature: _____   Date: _____

Comments: _____

Monmouth 2014



# NO TOP BUNK/TOP TIER KOP FORM

Inmate Name: _____ Freeman, Donell _____

Name Number: _____ 3279 2 5 8 _____

Pod: _____ D _____

Date Ordered: _____ 6·30· 15 _____

- o   No Top Bunk/Top Tier for 5 Days:   Stop Date: _____
- ✓   No Top Bunk/Top Tier for 90 Days:  Stop Date: 9/30/15
- o   No Top Bunk Until Stop Date: _____
- o   No Top Tier Until Stop Date: _____

- This form must be kept on your person at all times
- You are to show this form to your pod officer each time you are transferred to a new pod.
- If you are moved to a top bunk or a top tier before the stop date on this form you are to inform your pod officer immediately.
- If you lose this form your low bunk /tier order will be discontinued until you are re-evaluated by medical.

I/M educated on Low Bunk/Tier form: _____ RC _____ (Staff Initials)

Inmate Signature: X Donell Freeman _____

Only valid if on green paper.

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3685 ext. 3651 Fax 732-866-3669*
Page 1 of 1

| Monmouth County Sheriff's Office – Corrections Division | | | Status: ☐ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| **Special Medical Directive** | | | | |
| Patient Name **FREEMAN, DONELL** | Patient Number **26184** | Booking Number **3279258** | Date of Birth **12/25/1975** | Today's Date: **6/30/2015** |

## Section 1. Medical Staff Objective

Once completed by Medical this Directive must be delivered immediately to a Custody Supervisor.

Date: 6·30·15      Time: 14:15      Expiration Date: 9·30·15

Staff Name (print): _A. Corda_      Signature: _A Corda_

Describe the special medical objective action that the custody staff supervisor is to accomplish based on the medical needs of the inmate. Include the reason for this action.

Low bunk / Tier K 90 days for fall risk

## Section 2. Custody Supervisor Action

Date Received: 6/30/15      Time Received: 1443

Name (print): _Sgt Odom_      Signature: _____

Describe the actions taken by this supervisor to accomplish the described objective.

I notified ofc Wheat in consent watch of status.

Name of any staff notified by the supervisor (print): _Wheat_

## Section 3. Watch Commander Review

Signature below signifies that the Watch Commander has ensured compliance with this directive.

Name (print): _Kilpatrick_      Signature: _Lt Kilpatrick_

Date: 6/30/15      Time: 1500

## Section 4. Captain Review

Name (print): _Kilpatrick_      Signature: _Lt Kilpatrick_      Date: 7/1/__

Comments: _____

Monmouth 2014



**MCCI MED RECORDS 23**

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 1 of 1

*I-2*



| Monmouth County Sheriff's Office – Corrections Division | | | Status: ☐ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| **Special Medical Directive** | | | | |
| Patient Name **FREEMAN, DONELL** | Patient Number **26184** | Booking Number **3279258** | Date of Birth **12/25/1975** | Today's Date: **12/1/2015** |

## Section 1. Medical Staff Objective

Once completed by Medical this Directive must be delivered immediately to a Custody Supervisor.

Date: _12/1/15_   Time: _1215_   Expiration Date: _ETG_

Staff Name (print): _Dr. Hashmi_   Signature: _K Killins_

Describe the special medical objective action that the custody staff supervisor is to accomplish based on the medical needs of the inmate.  Include the reason for this action. _low bunk / low tier til_
_ETG  due to chronic hip pain_

## Section 2. Custody Supervisor Action

Date Received: _____   Time Received: _____

Name (print): _____   Signature: _____

Describe the actions taken by this supervisor to accomplish the described objective.

_____

_____

Name of any staff notified by the supervisor (print): _____

## Section 3. Watch Commander Review

Signature below signifies that the Watch Commander has ensured compliance with this directive.

Name (print): _____   Signature: _____

Date: _____   Time: _____

## Section 4. Captain Review

Name (print): _____   Signature: _____   Date: _____

Comments: _____

Monmouth 2014



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 1



**CCS**
CORRECT CARE
SOLUTIONS

| Booking Admission to CW/Infirmary/C-Pod/B-Pod/E-Dorm Sheet | | | Status: ☐ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| **Attention: Booking Supervisor  Fax Number 5982** | | | | |
| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
| **FREEMAN, DONELL** | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

Date and time sheet delivered to Booking Supervisor: _____ 6·30·15     14.15 _____

Booking Nurse Printed
Name/Signature and time: _____ _____

Name of Booking Supervisor Notified: _____ 54   Crossin _____

Booking Supervisor Signature and time signed: _____ _____

| Medical Reason √ | Mental Health Reason √ | To CW Cell # | To Infirmary Cell # | To C-Pod √ | To E-Dorm √ | To B-Pod √ |
|---|---|---|---|---|---|---|
| ↑ | ↑ | 5A | | | | |

SI · E7OH WD

Place copy of this form in the patient's chart,
Stamp as "copy"

© 2010 Correct Care Solutions, LLC
Monmouth 2014·

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 2407 Fax 732-866-3669
Page 1 of 1

A2    FAXED

| Monmouth County Sheriff's Office – Corrections Division **Special Medical Directive** | | | Status: ☐ Adult   ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name **FREEMAN, DONELL** | Patient Number **26184** | Booking Number **3279258** | Date of Birth **12/25/1975** | Today's Date: **4/25/2016** |

## Section 1. Medical Staff Objective

Once completed by Medical this Directive must be delivered immediately to a Custody Supervisor.

Date: _4/25/16_     Time: _1037_     Expiration Date: _ETG_

Staff Name (print): _Dr. Hashmi_     Signature: _KKuu for Dr. Hashmi_

Describe the special medical objective action that the custody staff supervisor is to accomplish based on the medical needs of the inmate. Include the reason for this action. _low bunk til ETG for_

_chronic hip pain_

## Section 2. Custody Supervisor Action

Date Received: _____     Time Received: _____

Name (print): _____     Signature: _____

Describe the actions taken by this supervisor to accomplish the described objective.

_____

_____

_____

Name of any staff notified by the supervisor (print): _____

## Section 3. Watch Commander Review

Signature below signifies that the Watch Commander has ensured compliance with this directive.

Name (print): _____     Signature: _____

Date: _____     Time: _____

## Section 4. Captain Review

Name (print): _____     Signature: _____     Date: _____

Comments: _____

Monmouth 2014



MCCI MED RECORDS 27

**CCS**
CORRECT CARE
S O L U T I O N S

HEALTHCARE REQUEST
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED | |
|---|---|
| Date: | 1/8/16 |
| Initials: | vc |
| Time: | 2:40 PM |

Name (Nombre): Donell Freeman    DOB (Fecha de nacimiento): 12-25-1975

ID # (N° de identificación): 26184    Living Unit (Unidad): K2

☐ Medical (Medico)    ☐ Behavioral Health (Salud Mental)    ☐ Dental (Dental)    ☒ Other _____

**Nature of problem or Request (be specific)    Naturaleza del problema o solicitud (sea específico)**

I Like To See My SHC Doctor

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): Donell Keon    Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(TO BE COMPLETED BY TRIAGING STAFF)

| TRIAGE: | ☐ Emergent | ☐ Urgent | ☒ Routine | Triage Date: 1/8/16 Initials: PK Time: 10 P |
|---|---|---|---|---|

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)    ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return.
☐ Response sent to patient (if applicable)    ☐ Patient refused, Refusal Form complete
☐ Patient released from custody    Fee Charge   ☐ No   ☐ Yes, Amount $ _____

RESPONSE TO PATIENT / COMMENTS  Mental Health referral made
for anxiety & depression

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature: _____    Date: 1-11-16

Form Number: SC001UN000ACCBI102413    2-Part Form    Page 1 of 1

MCCI MED RECORDS 28

**△ CCS**
CORRECT CARE
S O L U T I O N S

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
| --- |
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): _Dodell Freeman_   DOB (Fecha de nacimiento): _12·25·1978_

ID # (Nº de identificación): _620857 2684_   Living Unit (Unidad): _A·2_

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other _____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_I need some ENSURE_

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _____   Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE:   ☐ Emergent   ☐ Urgent   ☑ Routine   | Triage Date: _3/13/11_ Initials: _ML_ Time: _930 A_

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)          ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☑ Patient refused, Refusal Form complete
☐ Patient released from custody .        Fee Charge   ☐ No   ☐ Yes, Amount $ _____

RESPONSE TO PATIENT / COMMENTS _Refusal_

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

_Darlene Lazaro_ RN          _3/14/11_
Staff Signature                Date

Form Number: SC001UN000ACCBI102413          2-Part Form          Page 1 of 1



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

| RECEIVED |
| --- |
| Date: _____ |
| Initials: _____ |
| Time: _____ |

Name (Nombre): Donell Freeman          DOB (Fecha de nacimiento): 12-25-1975

ID # (N° de identificación): 613857          Living Unit (Unidad): A2
26184

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other_____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

I like to see the Doctor

I consent to be treated by Health Care Staff for the condition described.  I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility.  I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _Donell_          Date (Fecha): _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
---------------------------------------------
(TO BE COMPLETED BY TRIAGING STAFF)

| TRIAGE: ☐ Emergent ☐ Urgent ☑ Routine | Triage Date: 4/23/16 | Initials: MC | Time: 620pm |
| --- | --- | --- | --- |

**INITIAL:** ☐ Sick Call  ☐ Nurse  ☐ HCP  ☐ Dentist  ☐ Behavioral Health  ☐ Eye Doctor  ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)          ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)     ☐ Patient refused, Refusal Form complete
☐ Patient released from custody        Fee Charge  ☑ No  ☐ Yes, Amount $_____

RESPONSE TO PATIENT / COMMENTS___Low bunk not low tier
as per order_____

*NOTE:  Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

KV          4/23/16
Staff Signature          Date

Form Number: SC001UN000ACCBI102413          2-Part Form          Page 1 of 1

MCCI MED RECORDS 30

**CCS**
DIRECT CARE

HEALTHCARE REQUEST
SOLICITUD DE SERVICIO DE SALUD

RECEIVED
Date: 12/5/16
Initials: ___
Time: ___

ame (Nombre): Donell Freeman   DOB (Fecha de nacimiento): 12-25-1975

# (N° de identificación): 26184   Living Unit (Unidad): m-2

☐ Medical (Médico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☑ Other ___

ature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)

need to see Doctor

consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these
ervices and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care
agardless of my ability to pay.

oy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la
stalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias.
ntiendo que yoy a recibir atención médica, independientemente de mi capacidad de pago.

atient Signature (Firma del Paciente): Donell Freeman   Date (Fecha): ___

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregado directamente al personal médico.*

## DO NOT WRITE BELOW THIS LINE

(TO BE COMPLETED BY TRIAGING STAFF)

| TRIAGE: | ☐ Emergent | ☐ Urgent | ☑ Routine | Triage Date: 12/5/16 | Initials: P | Time: 9:30P |

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other ___

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)   ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody   Fee Charge   ☐ No   ☑ Yes, Amount $ 5.00

RESPONSE TO PATIENT / COMMENTS   NPW, mtd.

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Maria Maus   12-6-16
Staff Signature   Date

Form Number: SCD001UN000IACCBI102413   2-Part Form   Page 1 of 1

MCCI MED RECORDS 31

## CCS
CORRECT CARE
SOLUTIONS

**HEALTHCARE REQUEST**
**SOLICITUD DE SERVICIO DE SALUD**

RECEIVED
Date: _12/19/11_
Initials: _____
Time: _8:50am_

Name (Nombre): _Donell Freeman_     DOB (Fecha de nacimiento): _12-25-1975_

ID # (N° de identificación): _26184_     Living Unit (Unidad): _Emer 2_

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other _____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_On 12-6-2016 I was approved for hydroxazine by MRSA._
_I will like to re-fill, it says as Need but haven't been_
_log into the system._

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _Donell Freeman_     Date (Fecha): _12-18-2016_

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

### DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - (TO BE COMPLETED BY TRIAGING STAFF) - - - - - - - - - - - -

| TRIAGE: | ☐ Emergent | ☐ Urgent | ☑ Routine | Triage Date: _2/19/16_ | Initials: _Pp_ | Time: _9:30 P_ |

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)          ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody          Fee Charge   ☐ No   ☑ Yes, Amount $ _5.00_

RESPONSE TO PATIENT / COMMENTS _in court 12-20-16  rescheduled. Cheryl Roman RN_
_progress notes/med_

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

_____     _12-21-1_
Staff Signature                                Date

Form Number: SC001UN000ACCB1102413          2-Part Form          Page 1 of 1

MCCI MED RECORDS 32


**CCS**
CORRECT CARE

**HEALTHCARE REQUEST**
**SOLICITUD DE SERVICIO DE SALUD**

RECEIVED
Date: 2/18/16
Initials: DR
Time: 1830

Name (Nombre): Dentall Freeman      DOB (Fecha de nacimiento): 12-25-1975

ID # (N° de identificación): _____      Living Unit (Unidad): A-2

☑ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other _____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea especifico)**

I need a refill ov sum medical i pick
Rt my casba

I consent to be treated by Health Care Staff for the condition described.  I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility.  I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _____   Date (Fecha): 2-18-217

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**(TO BE COMPLETED BY TRIAGING STAFF)**

| TRIAGE: | ☐ Emergent | ☐ Urgent | ☑ Routine | Triage Date: 2-18-17 | Initials: m | Time: 900 |

INITIAL:   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - **(TO BE COMPLETED BY HEALTHCARE STAFF)** - - - - - - - - - - - - - - - -

☐ Patient seen (if applicable)                ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)    ☐ Patient refused, Refusal Form complete
☐ Patient released from custody      Fee Charge   ☐ No   ☑ Yes, Amount $ 5.00

RESPONSE TO PATIENT / COMMENTS  Npw, mcd

NOTE:  Treatment information should not be noted above but should be documented on the appropriate treatment form(s)

_____                      2-21-17
**Staff Signature**                      **Date**

Form Number:  SC001UN000ACCBl102413          2-Part Form                Page 1 of 1

MCCI MED RECORDS 33

**CCS**
CORRECT CARE

**HEALTHCARE REQUEST**
**SOLICITUD DE SERVICIO DE SALUD**

MAR 18  8:35PM

| RECEIVED |
| --- |
| Date: |
| Initials: |
| Time: |

Name (Nombre): DoNell Freeman   DOB (Fecha de nacimiento): 12-25-75

ID # (N° de identificación): 26184   Living Unit (Unidad): A-2

☒ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other_____

Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea especifico)

Refill of medication

I consent to be treated by Health Care Staff for the condition described.  I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility.  I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas.  Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontar de mi cuenta durante ésta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): _DonMn_____   Date (Fecha): 3-18-2017

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

**(TO BE COMPLETED BY TRIAGING STAFF)**

| TRIAGE: | ☐ Emergent | ☐ Urgent | ☒ Routine | Triage Date: 3/18/17 | Initials: CC | Time: 9:35pm |
| --- | --- | --- | --- | --- | --- | --- |

INITIAL:  ☒ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other_____

**(TO BE COMPLETED BY HEALTHCARE STAFF)**

☐ Patient seen (if applicable)          ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody      Fee Charge   ☐ No   ☒ Yes, Amount $ 15.00

RESPONSE TO PATIENT / COMMENTS_NPW med__

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

Staff Signature: _Maria Marconi_   Date: 3-20-17

Form Number: SC001UN000ACCBI102413        2-Part Form        Page 1 of 1

MCCI MED RECORDS 35

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279268 | 12/25/1975 | 6/30/2015 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 06/30/2015 02:28PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2015 | thiamine HCl 100 mg tablet: give 1 tablet PO Q AM for 30 days. If unable to give oral thiamine, contact Provider. | 1 | tablet | Q AM | 30 | No | No |

Noted By: Cardin, Robert LPN 06/30/2015 02:28PM

MCCI MED RECORDS 36

Monmouth County
Monmouth Adult (MCCI)                          **Medication Order**
1 waterworks road
Freehold, NJ 07728



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

### Order Overview

Ordered By: Buttler, Janice on 07/01/2015 11:04AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/2/2015 | Zoloft (Sertraline) 50 mg tablet: give 1 tablet PO Q AM for 90 days. | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Buttler, Janice MH Nurse Practitioner 07/01/2015 11:04AM*

MCCI MED RECORDS 37

Monmouth County
Monmouth Adult (MGCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/1/2016 |

### Order Overview

Ordered By: Raskauskas, Theress on 07/01/2015 11:28AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2015 | chlordiazepoxide 25 mg capsule: give 2 capsule PO BID AM & HS for 2 days. | 2 | capsule | BID AM & HS | 2 | No | No |

*Noted By: Raskauskas, Theresa Nurse Practitioner 07/01/2015 11:28AM*

MCCI MED RECORDS 38

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

### Order Overview

Ordered By: Raskauskas, Theresa on 07/01/2015 11:34AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2015 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. | 1 | milliliter | Every 3 hours | 180 | Yes | No |

*Noted By: Raskauskas, Theresa Nurse Practitioner 07/01/2015 11:34AM*

E-Signed by Theresa Raskauskas n 07/01/2015 11:35 AM EST

Page 1 of 1

MCCI MED RECORDS 39

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1976 | 7/1/2015 |

## Order Overview

Ordered By: Raskauskas, Theresa on 07/01/2015 11:35AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2015 | acetaminophen 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 7 days. For muscle pain or spasm. | 2 | tablet | BID AM & HS | 7 | Yes | No |

*Noted By: Raskauskas, Theresa Nurse Practitioner 07/01/2015 11:36AM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2015 | loperamide 2 mg capsule: give 1 capsule PO BID AM & HS PRN for 7 days. For additional loose bowel movements following initial loperamide dose. Do not exceed 16mg in 24 hours. | 1 | capsule | BID AM & HS | 7 | Yes | No |

*Noted By: Raskauskas, Theresa Nurse Practitioner 07/01/2015 11:36AM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/1/2015 | meclizine 25 mg chewable tablet: give 1 tablet PO BID AM & HS PRN for 7 days. If nausea or vomiting occurs. | 1 | tablet | BID AM & HS | 7 | Yes | No |

*Noted By: Raskauskas, Theresa Nurse Practitioner 07/01/2015 11:36AM*

**MCCI MED RECORDS 40**

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, OONELL | 26184 | 3279258 | 12/25/1975 | 7/10/2016 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 07/10/2015 10:39AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/10/2015 | Naprosyn (Naproxen) 500 mg tablet: give 1 tablet PO BID AM & HS PRN for 10 days. | 1 | tablet | BID AM & HS | 10 | Yes | No |

*Noted By: Hashmi, Kabeeruddin Provider 07/10/2015 10:39AM*

MCCI MED RECORDS 41

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26104 | 3279258 | 12/25/1976 | 7/14/2015 |

### Order Overview

Ordered By: Buttler, Janice on 07/01/2015 11:04AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/14/2015 | Discontinued - Zoloft (Sertraline) 50 mg tablet; give 1 tablet PO Q AM for 90 days. | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Buttler, Janice MH Nurse Practitioner 07/01/2015 11:04AM*

MCCI MED RECORDS 42

Monmouth County
Monmouth Adult (MCCI)                    **Medication Order**                    
1 waterworks road
Freehold, NJ 07728

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1976 | 7/14/2015 |

## Order Overview

Ordered By: Buttler, Janice on 07/14/2015 03:59PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 7/15/2015 | Zoloft (Sertraline) 100 mg tablet; give 1.5 tablet PO Q AM for 90 days. | 1.5 | tablet | Q AM | 90 | No | No |

*Noted By: Buttler, Janice MH Nurse Practitioner 07/14/2015 03:59PM*

MCCI MED RECORDS 43

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1975 | 10/7/2015 |

## Order Overview

Ordered By: Buttler, Janice on 07/14/2015 03:59PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 10/7/2015 | Discontinued - Zoloft (Sertraline) 100 mg tablet; give 1.5 tablet PO Q AM for 90 days. | 1.5 | tablet | Q AM | 90 | No | No |

Noted By: Buttler, Janice MH Nurse Practitioner 07/14/2015 03:59PM

E-Signed by Janice Buttler n 10/07/2015 04:15 PM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279268 | 12/25/1975 | 10/7/2016 |

## Order Overview

Ordered By: Buttler, Janice on 10/07/2015 04:19PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 10/8/2015 | Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. | 2 | tablet | Q AM | 90 | No | No |

Noted By: Buttler, Janice MH Nurse Practitioner 10/07/2015 04:19PM

MCCI MED RECORDS 45

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 12/1/2015 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 12/01/2015 11:20AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/1/2015 | Mobic (Meloxicam) 7.5 mg tablet: give 1 tablet PO Q HS for 15 days. | 1 | tablet | Q HS | 15 | No | No |

*Noted By: Hashmi, Kabeeruddin Provider 12/01/2015 11:20AM*

MCCI MED RECORDS 46

Monmouth County
Monmouth Adult (MCCI)                    **Medication Order**                    
1 waterworks road
Freehold, NJ 07728

| Patient Name<br>FREEMAN, DONELL | Patient Number<br>28184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>12/24/2016 |
|---|---|---|---|---|

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 12/24/2015 01:55PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/28/2015 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. | 1 | milliliter | Every 3 hours | 180 | Yes | No |

*Noted By: Hashmi, Kabeeruddin Provider 12/24/2015 01:56PM*

**MCCI MED RECORDS 47**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1975 | 12/30/2015 |

## Order Overview

Ordered By: Buttler, Janice on 12/30/2015 03:02PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/6/2016 | Zoloft (Sertraline) 100 mg tablet; give 2 tablet PO Q AM for 90 days. med renewal. | 2 | tablet | Q AM | 90 | No | No |

*Noted By: Buttler, Janice MH Nurse Practitioner 12/30/2015 03:02PM*

MCCI MED RECORDS 48

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

# Medication Order



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1975 | 3/24/2016 |

## Order Overview

Ordered By: Unachukwu, Daniel on 03/24/2016 12:53PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 3/24/2016 | Tylenol Extra Strength (Acetaminophen) 500 mg tablet: give 2 tablet PO Q HS PRN for 7 days. | 2 | tablet | Q HS | 7 | Yes | No |

*Noted By: Unachukwu, Daniel Nurse Practitioner 03/24/2016 12:53PM*

MCCI MED RECORDS 49

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 3/29/2016 |

## Order Overview

Ordered By: Buttler, Janice on 03/29/2016 02:52PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 4/5/2016 | Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. | 2 | tablet | Q AM | 90 | No | No |

*Noted By: Buttler, Janice MH Nurse Practitioner 03/29/2016 02:52PM*

MCCI MED RECORDS 50

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1975 | 6/2/2016 |

## Order Overview

Ordered By: Buttler, Janice on 03/29/2016 02:52PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 6/2/2016 | Discontinued - Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. | 2 | tablet | Q AM | 90 | No | No |

*Noted By: Buttler, Janice MH Nurse Practitioner 03/29/2016 02:52PM*

E-Signed by Janice Buttler n 06/02/2016 10:18 AM EST

Page 1 of 1

**MCCI MED RECORDS 51**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 6/20/2016 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 06/20/2016 01:57PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 6/25/2016 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. | 1 | milliliter | Every 3 hours | 180 | Yes | No |

Noted By: Hashmi, Kabeeruddin Provider 06/20/2016 01:57PM

MCCI MED RECORDS 52

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 9/22/2016 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 09/22/2016 12:29PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 9/22/2016 | Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. | 2 | tablet | BID AM & HS | 90 | Yes | No |

*Noted By: Hashmi, Kabeeruddin Provider 09/22/2016 12:29PM*

MCCI MED RECORDS 53

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279263 | 12/25/1975 | 12/6/2016 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 12/06/2016 02:21PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/6/2016 | hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS PRN for 7 days. | 1 | ointment | BID AM & HS | 7 | Yes | No |

Noted By: Marciano, Marisa RN 12/06/2016 02:21PM

MCCI MED RECORDS 54

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 327925B | 12/25/1975 | 12/13/2016 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 12/13/2016 02:29PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/22/2016 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. | 1 | milliliter | Every 3 hours | 180 | Yes | No |
| | *Noted By: Hashmi, Kabeeruddin Provider 12/13/2016 02:29PM* | | | | | | |
| 12/21/2016 | Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. | 2 | tablet | BID AM & HS | 90 | Yes | No |
| | *Noted By: Hashmi, Kabeeruddin Provider 12/13/2016 02:29PM* | | | | | | |

MCCI MED RECORDS 55

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1976 | 12/21/2016 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 12/21/2016 11:44AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | hydrocortisone 1 % Topical Ointment; give 1 ointment TOP BID AM & HS PRN for 10 days. | 1 | ointment | BID AM & HS | 10 | Yes | No |

*Noted By: Marciano, Marisa RN 12/21/2016 11:44AM*

MCCI MED RECORDS 56

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1976 | 1/9/2017 |

## Order Overview

Ordered By: Tyas, Pauline on 01/09/2017 11:49AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/10/2017 | Zyrtec (Cetirizine) 10 mg tablet: give 1 tablet PO Q AM for 7 days. dose given. | 1 | tablet | Q AM | 7 | No | No |

*Noted By: Tyas, Pauline Nurse Practitioner 01/09/2017 11:49AM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/10/2017 | prednisone 20 mg tablet: give 2 tablet PO Q AM for 5 days. | 2 | tablet | Q AM | 5 | No | No |

*Noted By: Tyas, Pauline Nurse Practitioner 01/09/2017 11:49AM*

E-Signed by Pauline Tyas n 01/09/2017 11:49 AM EST

Page 1 of 1

MCCI MED RECORDS 57

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 2/21/2017 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 02/21/2017 09:41AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 2/21/2017 | hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS for 10 days. | 1 | ointment | BID AM & HS | 10 | No | No |

*Noted By: Marciano, Marisa RN 02/21/2017 09:41AM*

E-Signed by Marisa Marciano n 02/21/2017 09:41 AM EST

E-Signed by Kabeeruddin Hashmi, Provider  on 04/04/2017 09:31 AM EST

MCCI MED RECORDS 58

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

### Medication Order



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1976 | 3/20/2017 |

## Order Overview

Ordered By: Hashmi, Kabeeruddin on 03/20/2017 09:43AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 3/20/2017 | hydrocortisone 1 % Topical Ointment give 30 milliliter TOP BID AM & HS for 10 days. | 30 | milliliter | BID AM & HS | 10 | No | No |

*Noted By: Marciano, Marisa RN 03/20/2017 09:44AM*

MCCI MED RECORDS 59

MCCI MED RECORDS 60

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1975 | 6/30/2015 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 06/30/2015 02:27 PM EST by rCardin LPN

c.w. for suicidal ideations. ciwa protocol for etoh w/d. low bunk x 90 days due to physical infirmities.  rc

Noted by
***Control was NOT noted***

E-Signed by Robert Cardin n 06/30/2015 02:27 PM EST
E-Signed by Kabeeruddin Hashmi n 07/06/2015 04:41 PM EST
E-Signed by Patricia Artz n 07/06/2015 07:43 PM EST

Page 1 of 1

MCCI MED RECORDS 61

Monmouth County
Monmouth Adult (MCCI)                    Infirmary Physician Order
1 waterworks road
Freehold, NJ07728



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/1/2015 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 07/01/2015 11:36 AM EST by traskauskas Nurse Practitioner

*ciwa/cows potocol monitoring*

Noted by
***Control was NOT noted***

MCCI MED RECORDS 62

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

## Infirmary
## Physician's Order



| *Patient Name* | *Patient Number* | *Booking Number* | *Date of Birth* | *Today's Date* |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/21/2015 |

### ALLERGIES

**Physician:**

| Date & Time: | Another brand of drug identical in content may be ☐dispensed unless checked. |
|---|---|
| 7/21/15 @ 10⁰⁰₂ | Please pre-contact mtd. Transfer to infirmary for MH observation. Ugoh, MD |

© 2007 Correct Care Solutions, LLC
Infirmary 2013



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669

**Infirmary
Physician's Order**

CCS
CORRECT CARE
SOLUTIONS

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/27/2015 |

ALLERGIES

| Physician: | | |
|---|---|---|
| Date & Time: | Another brand of drug identical in content may be ☐dispensed unless checked. | |
| 7/27/15 @ 8⁴⁰ am | Release from MH observation in infirmary Transfer to 68. | A. Capila Smith, MD |



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold , NJ 07728*

## Physician Order



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/27/2015 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

## Orders

Added 07/27/2015 12:57 PM EST by cjordan Nurse Practitioner

CCC follow up  90 days

*Noted by*
**Control was NOT noted***

MCCI MED RECORDS 65

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 11/13/2015 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

## Orders

Added 11/13/2015 10:06 AM EST by traskauskas Nurse Practitioner

*Please obtain medical records - radiology only - from Northern state Prison and Mercy Hospital Baltimore form signed*

Noted by
***Control was NOT noted***

MCCI MED RECORDS 66

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/1/2015 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 12/01/2015 11:18 AM EST by khashmi Provider

ccc 90 days

MDSC two weeks

xray left hip

Low bunk low tier till ETG

Noted by
***Control was NOT noted***

E-Signed by Kabeeruddin Hashmi, Provider on 12/01/2015 11:19 AM EST

Page 1 of 1

E-Signed by Krista Killins n 12/01/2015 11:52 AM EST

MCCI MED RECORDS 67

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Physician Order**



| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>12/15/2015 |
|---|---|---|---|---|

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 12/15/2015 12:15 PM EST by ebarton Nurse Practitioner

*low bunk until etg*

*Noted by*
ᴬᴬᴬControl was NOT notedᴬᴬᴬ

MCCI MED RECORDS 68

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/24/2016 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 03/24/2016 12:52 PM EST by dunachukwu Nurse Practitioner

Follow up in 90 days.

Medication when pain in the left leg flares

*Noted by*
***Control was NOT noted***

E-Signed by Daniel Unachukwu n 03/24/2016 12:52 PM EST

E-Signed by Lauren Werthwein n 03/24/2016 01:24 PM EST

Page 1 of 1

MCCI MED RECORDS 69

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold , NJ07728*

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 6/20/2016 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 06/20/2016 10:07 AM EST by dunachukwu Nurse Practitioner

*TB Test.*

*Noted by*
***Control was NOT noted***

MCCI MED RECORDS 70

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/24/2016 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 06/24/2016 11:43 AM EST by dunachukwu Nurse Practitioner

Follow up in 90 days.

Continue with Albuterol neb treatment as needed daily.

Noted by
***Control was NOT noted***

E-Signed by Daniel Unachukwu n 06/24/2016 11:43 AM EST

E-Signed by Lauren Werthwein n 06/24/2016 11:51 AM EST

MCCI MED RECORDS 71

Monmouth County
Monmouth Adult (MCCI)                           **Physician Order**
1 waterworks road
Freehold, NJ07728                                                                  

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/13/2016 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 07/13/2016 11:54 AM EST by dunachukwu Nurse Practitioner

Please allow inmate to use own Orthopedic shoe in his property. Inmate has one foot shorter than the other.

Noted by
***"Control was NOT noted"***

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 9/22/2016 |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

## Orders

> Added 09/22/2016 12:27 PM EST by khashmi Provider
>
> diag #3
> HgBA1C
>
> ccc 90 days

Noted by
\*\*\*Control was NOT noted\*\*\*

E-Signed by Kabeeruddin Hashmi, Provider on 09/22/2016 12:38 PM EST          Page 1 of 1

E-Signed by Lauren Werthwein, RN on 09/22/2016 01:31 PM EST

MCCI MED RECORDS 73

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/26/2016 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

| Added 12/26/2016 10:35 AM EST by khashmi Provider |
|---|
| Flu shot refused. |

Noted by
***Control was NOT noted***

E-Signed by Kabeeruddin Hashmi, Provider on 12/26/2016 10:35 AM EST

E-Signed by Lauren Werthwein, RN on 12/26/2016 11:23 AM EST

Page 1 of 1

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Physician Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/9/2017 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Orders**

Added 01/09/2017 11:53 AM EST by ptyas Nurse Practitioner

*follow up asthma- 5 days*

Noted by
***Control was NOT noted***

E-Signed by Pauline Tyas, Nurse Practitioner on 01/09/2017 11:53 AM EST

Page 1 of 1

E-Signed by Lauren Werthwein, RN on 01/09/2017 12:17 PM EST

MCCI MED RECORDS 75

MCCI MED RECORDS 76

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ07728*

**Provider Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 11/13/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 mililiter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 2.00 tablet | Monmouth Facility: Q AM | 10/8/2015 8:00:00 AM | 1/6/2016 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 11-13-2015 09:13 AM EST | 124/80 | 62 | 16 | 97.80 | 97 | - | - |

**Notes / History:**

> *Added 11/13/2015 10:05 AM EST by traskauskas Nurse Practitioner*
>
> S: c/o left hip pain times several years, injury form youth that is getting more painful. "wants hip repaired"
> O: vss
> Left hip injury, limping gait
> full ROM
> A; limping gait, reporeted hip injury
> P: will request medical records, for signed

MCCI MED RECORDS 77

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/15/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 2.00 tablet | Monmouth Facility: Q AM | 10/8/2015 8:00:00 AM | 1/6/2016 7:59:00 AM |
| Mobic (Meloxicam) 7.5 mg tablet | 1.00 tablet | Monmouth Facility: Q HS | 12/1/2015 7:00:00 PM | 12/16/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

Added 12/15/2015 12:14 PM EST by ebarton Nurse Practitioner

s. IM seen for followup for lt hip pain.  IM had surgery as a child.  IM reports it hurts to walk and this is a chronic condition.  o.  xray revealed degenerative changes, walks with limp.  ap,  chronic pain continue mobic as ordered.  continue bottom bunk

E-Signed by Ellen Barton n 12/15/2015 12:14 PM EST

Page 1 of 1

MCCI MED RECORDS 78

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Provider Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DOHELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 7/13/2016 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 6/25/2016 2:00:00 PM | 12/22/2016 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-13-2016 10:58 AM EST | 123/80 | 74 | 16 | 98.40 | - | - | - |

**Notes / History:**

Added 07/13/2016 11:53 AM EST by dunachukwu Nurse Practitioner

S: Inmate has chronic left hip pain for several years, injury from youth that is getting more painful, seen in medical last week

O: VSS, no temp

PE: Chronic Left hip pain and tenderness, abnormal gait, full ROM.

IMP: Chronic pain.

P: Inmate can use own Orthopedic shoe in his property.

E-Signed by Daniel Unachukwu n 07/13/2016 11:53 AM EST

Page 1 of 1

MCCI MED RECORDS 79

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/8/2017 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

Added 01/08/2017 02:41 AM EST by MMarciano RN

*Neb tx administered.*

E-Signed by Marisa Marciano, RN  on 01/08/2017 02:41 AM EST

MCCI MED RECORDS 80

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| OONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 1/8/2017 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 mililiter | Monmouth Facility: Every 3 hours | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

Added 01/08/2017 08:54 AM EST by AlVignapiano RN

*Neb treatment administered.*

E-Signed by Alicia Vignapiano, RN on 01/08/2017 08:54 AM EST

Page 1 of 1

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Provider Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 1/9/2017 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

*Added 01/09/2017 11:31 AM EST by plyas Nurse Practitioner*

singular not available

give zyrtec 10 mg daily x 7 days/allergy

*Added 01/09/2017 11:45 AM EST by plyas Nurse Practitioner*

S. 41 yo AA male with hx of Asthma presents with c/o frequent exacerbation since moving from M2 - A2. Pt reports ever since his move he has been having frequent exacerbation and frequent treatments for asthma. Pt reports he has not had an episode in over 5 yrs.

O: pt in nad

lungs - inspiratory and exp wheezing

Page 1 of 2

MCCI MED RECORDS 82

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Provider Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 1/9/2017 |

lungs: inspiratory and exp wheezing

*A: Asthma exacerbation*

*P: Prednisone 40 mg x5*

*singular 10 mg daily x 30*

*continue to monitor*

*f/u 5 days*

MCCI MED RECORDS 83

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Provider Progress Notes**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 1/14/2017 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |
| prednisone 20 mg tablet | 2.00 tablet | Monmouth Facility: Q AM | 1/10/2017 8:00:00 AM | 1/15/2017 7:59:00 AM |
| Zyrtec (Cetirizine) 10 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 1/10/2017 8:00:00 AM | 1/17/2017 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

Added 01/14/2017 03:06 PM EST by ptyas Nurse Practitioner

S - Pt is here for follow up of frequent asthma exacerbation since changing pods. Pt reports feeling major improvement since he was placed on prednisone and zyrtec 5 days ago

O - Pt in NAD, Lungs clear b/l

A - Asthma exac improved

Plan- prednisone completed, continue zyrtec until dc

E-Signed by Pauline Tyas, Nurse Practitioner  on 01/14/2017 03:06 PM EST

Page 1 of 1

MCCI MED RECORDS 85

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ07728*

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/6/2016 |

This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment;
when in doubt, please contact a medical provider.

| | |
|---|---|
| Date of Visit | *12/6/2016* |
| Time of Visit | *230* |
| Gender | ◉ *Male*  ○ *Female* |
| Race | *AA* |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

Current Medications

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 6/25/2016 2:00:00 PM | 12/22/2016 1:59:00 PM |
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 9/22/2016 7:00:00 PM | 12/21/2016 6:59:00 PM |
| hydrocortisone 1 % Topical Ointment | 1.00 ointment | Monmouth Facility: BID AM & HS | 12/6/2016 7:00:00 PM | 12/13/2016 6:59:00 PM |

## SUBJECTIVE

| | |
|---|---|
| Date of Onset | *12/4/2016* |
| Time of Onset | *0800* |
| | ◉ *New Onset*  ○ *Chronic Complaint* |
| Duration (Chronic) | |
| Makes Better | ☐ Lotion  ☐ Cool water |
| Makes Worse | |

MCCI MED RECORDS 86

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1976 | 12/6/2016 |

| **Medical History** | ☑ None |
|---|---|

| **Surgical History** | ☐ None |
|---|---|

   ☑ List significant

left hip issue

| **Social History** | ☑ None |
|---|---|

| **Symptoms** | ☐ None |
|---|---|

☐ Pain Rating

_____ /10

Location

☐ Fever

☐ Malaise

☑ Itching

☑ Burning

☐ Pustules

☐ Blisters

☐ Cracking

☐ Swelling

☐ White/Patchy

☐ Flaking

☐ Lice/Scabies/Nits

☐ Weeping

☐ Drainage

Describe

---

**OBJECTIVE**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 12-06-2016 02:28 PM | 159/109 | 79 | 18 | 97.50 | - | - | - |

Page 2 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/6/2016 |

| 2016 02:36 PM EST | 159/109 | 79 | 18 | 97.50 | -- | -- | -- |
|---|---|---|---|---|---|---|---|

| AVPU | ● Alert ○ Responds to Voice ○ Responds to Pain ○ UNRESPONSIVE |
|---|---|

| COLOR | ☑ Pink ☐ Pallor ☐ Flushed ☐ Jaundiced ☐ CYANOTIC |
|---|---|

SKIN
- ☑ Warm
- ☑ Dry
- ☐ Cool
- ☐ Moist/Clammy
- ☐ DIAPHORETIC
- ☐ Intact
- ☐ Excoriation
- ☐ Mite Burrows

Location

| SKIN TURGOR | ● Normal ○ Decreased |
|---|---|

| LESIONS | ● Yes ○ No |
|---|---|

LOCATION
- ☐ Scalp
- ☐ Face
- ☐ Neck
- ☐ Chest
- ☐ Stomach
- ☑ Back
- ☐ Axillae
- ☐ Left arm ☐ Right arm
- ☐ Perineum
- ☑ Right thigh ☑ Left thigh
- ☐ Right leg ☐ Left leg
- ☐ Buttocks

Page 3 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 12/6/2016 |

☐ Buttocks

---

EXAM    ☐ Normal

  ☐ Erythema

  ☐ Inflammation

  ☐ Edema

  ☐ Excoriations

  ☐ Scales

  ☑ Scabs

  ☐ Lice/Scabies/Nits

  ☐ Bleeding

  ☐ Weeping

  ☐ Abscess

  ☐ Purpura

  ☐ Macules

  ☐ Papules

  ☐ Pustules

  ☐ Vesicles

  ☐ Wells

  ☐ Streaking

  ☐ Unfamiliar lesion

Describe

  ☐ Blanches with pressure

  ☐ Drainage

Describe

  ☐ Swelling

---

○ Emergent ● Not Emergent - evaluate for Urgent

**Immediate evaluation by the HCP; if not available activate EMS. Notify HCP after activation of EMS.**

**Time Provider Notified**

**Time EMS Activated**

  ☐ *Third Degree Burns on >10% of the body, second degree burns on >25% of the body, third*

Page 4 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/6/2016 |

☐ *Third Degree Burns on >10% of the body, second degree burns on >25% of the body, third degree to hand, foot, face, or genitalia or high voltage/lightening burn*

  ☐ *Activate EMS*

  ☐ *Maintain airway*

  ☐ *Cover with burn blanket*

  ☐ *Monitor vital signs*

☐ *SBP <100, HR >100 O2 sat <92*

☐ *Radiation Burns*

☐ *Electrical burns – obtain EKG*

---

○ Urgent  ◉ **Not Urgent - evaluate for Routine**

---

If condition deteriorates consider upgrade to emergent

  ☐ *Third degree on 2-10% of the body, second degree on 15-25% of the body, second degree to hand, foot, face or genitalia*

☐ *Minor burn plus smoke exposure*

☐ *Temp >100*

☐ *Abscess with palpable fluid filled sack*

☐ *Rash with secondary infection*

☐ *Drainage/pus, erythema/redness with streaking*

☐ *Systemic symptoms: (URI/UTI/allergic reaction)*

☐ *Cellulitis*

☐ *Probable Herpes Zoster involving face*

☐ *Presence of pustules, vesicles multiple papules or furuncles in beard area*

☐ *Rash with secondary infection*

☐ *Unfamiliar lesions*

☐ *Lice/crabs involve eyelashes*

☐ *Recurrent or not responding to protocol*

---

☑ *Routine*

---

Data collection that does not trigger emergent/urgent intervention

If condition deteriorates consider upgrade to urgent or emergent

☐ *Boils*

☐ *Probable Herpes Zoster/herpes simplex if extensive area of involvement or patient is*

MCCI MED RECORDS 90

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/6/2016 |

☐ Boils

☐ *Probable Herpes Zoster/herpes simplex if extensive areas of involvement or patient is immunocompromised*

☐ *Minor second and third degree burn*

☐ *Lice/crabs*

☐ *Scabies*

☐ *Acne*

☑ *Dermatitis*

☐ *Tinea pedis/tinea cruris*

---

○ *Emergent Interventions*   ○ *Urgent Interventions*   ● *Routine Interventions*

**Emergent Interventions**

☐ **Immediate evaluation by the HCP**

☐ **If EMS activated reassess every 5 minutes until EMS arrival.**

☐ **Maintain airway**

☐ **Additional interventions as ordered**

Consider        ☐ Oxygen  ☐ IV Fluids

**Urgent Interventions**

☐ *Reassured patient*

☐ *Contacted HCP using SBAR format*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

Consider        ☐ *IV Fluids*

☐ *Additional interventions as ordered*

☐ *Instructed per Patient Education Fact Sheet*

☐ *Instructed to contact medical if symptoms reoccur*

☐ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

**Routine Interventions**

☑ *Reassured patient*

☐ *Probable Herpes Zoster/simplex refer HCP*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

MCCI MED RECORDS 91

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/6/2016 |

☐ *Probable Herpes Zoster/simplex refer HCP*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

| Boils |
|---|

☐ *CULTURE ALL DRAINING WOUNDS AND IMPLEMENT MRSA PROTOCOL IF INDICATED*

☐ *If open wound, cover with proper dressing and dressing changes daily until healed*

☐ *Immediate isolation for open, draining wound, if indicated*

| Minor second/third degree burn |
|---|

☐ *Cool compress; cleanse with sterile saline solution, pat dry, cover with clean dry dressing, keep blisters intact, monitor for signs of infection*

| Lice/Crabs |
|---|

☐ *Pyrethrin shampoo 0.33%, one application now and one in 7-10 days if indicated follow directions on label for application procedures.*

☐ *Provided clean clothing and bedding.*

☐ *Isolated patient and clothing per facility policy*

☐ *Notified custody for decontamination per facility policies*

| Scabies |
|---|

☐ *Obtained urine pregnancy test (if female). Rx contraindicated in pregnancy*

☐ *Obtained order from HCP for Stromectol (Ivermectin)*

☐ *Provided clean clothing and bedding.*

☐ *Isolated patient and clothing per facility policy*

☐ *Notified custody for decontamination per facility policies*

| Acne |
|---|

☐ *Instructed patient to keep affected areas clean*

☐ *Refer to HCP for large number of pustules with inflammation or deep painful dermal involvement*

| Hives |
|---|

☐ *Refer to HCP if extensive*

☐ *Consider use of Allergic Reaction - Emergent NDP*

| Contact Dermatitis |
|---|

☑ *Advised thorough washing of skin and clothes to avoid additional irritant*

☑ *Advised that rash will improve over 7-10 days*

Page 7 of 8

MCCI MED RECORDS 92

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 12/6/2016 |

☑ Advised thorough washing of skin and clothes to avoid additional irritant
☑ Advised that rash will improve over 7-10 days
☐ Educated the patient regarding avoidance of reoccurrence and avoiding allergen exposure
☑ Hydrocortisone cream 1% apply topically to affected area TID x 7 days for severe discomfort

---

| Tinea pedis/tinea cruris |
|---|
| ☐ Advised patient to keep area clean and dry |
| ☐ Referred to HCP for any severely macerated, cracked, or broken skin |

☐ Additional interventions as ordered
☐ Instructed per Patient Education Fact Sheet
☐ Instructed to contact medical if symptoms reoccur
☐ Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up

---

☐ **Additional Documentation**

---

**Scheduled Follow-up**

---

☑ None - resolved
☐ Provider
☐ Behavioral Health
☐ Nursing
☐ Referral to
Referral to
☐ Other (provide detail)
Provide detail

---

**Refusals**

---

☐ Refusal form signed
☐ Referred to HCP for repeat refusal
☑ No further action required

---

### Use Progress Note for additional documentation

NUR NDP27.1 022315   *This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.*

E-Signed by Marisa Marciano, RN  on 12/06/2016 02:38 PM EST

Page 8 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 2/21/2017 |

This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.

| | |
|---|---|
| Date of Visit | 2/21/2017 |
| Time of Visit | 0930 |
| Gender | ◉ Male ○ Female |
| Race | AA |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

Current Medications

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |
| hydrocortisone 1 % Topical Ointment | 1.00 ointment | Monmouth Facility: BID AM & HS | 2/21/2017 7:00:00 PM | 3/3/2017 6:59:00 PM |

## SUBJECTIVE

| | |
|---|---|
| Date of Onset | 2/17/2017 |
| Time of Onset | 0800 |
| | ◉ New Onset ○ Chronic Complaint |
| Duration (Chronic) | |
| Makes Better | ☐ Lotion ☐ Cool water |
| Makes Worse | |

Page 1 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 2/21/2017 |

| **Medical History** | ☑ *None* |
|---|---|

| **Surgical History** | ☑ *None* |
|---|---|

| **Social History** | ☑ *None* |
|---|---|

**Symptoms**          ☐ *None*

☐ *Pain Rating*
_____ */10*
Location
☐ *Fever*
☐ *Malaise*
☑ *Itching*
☐ *Burning*
☐ *Pustules*
☐ *Blisters*
☐ *Cracking*
☐ *Swelling*
☐ *White/Patchy*
☐ *Flaking*
☐ *Lice/Scabies/Nits*
☐ *Weeping*
☐ *Drainage*
Describe

**OBJECTIVE**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 02-21-2017 09:43 AM EST | 118/71 | 81 | 18 | 98.70 | -- | -- | -- |

| AVPU | ⦿ *Alert*  ◯ *Responds to Voice*  ◯ *Responds to Pain*  ◯ *UNRESPONSIVE* |
|---|---|

MCCI MED RECORDS 95

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 2/21/2017 |

**AVPU**   ◉ Alert ○ Responds to Voice ○ Responds to Pain ○ UNRESPONSIVE

**COLOR**   ☑ Pink ☐ Pallor ☐ Flushed ☐ Jaundiced ☐ CYANOTIC

**SKIN**
- ☐ Warm
- ☐ Dry
- ☐ Cool
- ☐ Moist/Clammy
- ☐ DIAPHORETIC
- ☐ Intact
- ☐ Excoriation
- ☐ Mite Burrows

Location

**SKIN TURGOR**   ◉ Normal ○ Decreased

**LESIONS**   ◉ Yes ○ No

**LOCATION**
- ☐ Scalp
- ☐ Face
- ☐ Neck
- ☐ Chest
- ☐ Stomach
- ☐ Back
- ☐ Axillae
- ☐ Left arm ☐ Right arm
- ☐ Perineum
- ☑ Right thigh ☐ Left thigh
- ☐ Right leg ☐ Left leg
- ☐ Buttocks

**EXAM**   ☐ Normal

☐ Erythema

Page 3 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 2/24/2017 |

- ☐ *Erythema*
- ☐ *Inflammation*
- ☐ *Edema*
- ☐ *Excoriations*
- ☐ *Scales*
- ☐ *Scabs*
- ☐ *Lice/Scabies/Nits*
- ☐ *Bleeding*
- ☐ *Weeping*
- ☐ *Abscess*
- ☐ *Purpura*
- ☐ *Macules*
- ☐ *Papules*
- ☐ *Pustules*
- ☐ *Vesicles*
- ☐ *Welts*
- ☐ *Streaking*
- ☐ *Unfamiliar lesion*

Describe
- ☐ *Blanches with pressure*
- ☐ *Drainage*

Describe
- ☐ *Swelling*

○ *Emergent*  ◉ *Not Emergent - evaluate for Urgent*

**Immediate evaluation by the HCP; if not available activate EMS. Notify HCP after activation of EMS.**

**Time Provider Notified**

**Time EMS Activated**

- ☐ *Third Degree Burns on >10% of the body, second degree burns on >25% of the body, third degree to hand, foot, face, or genitalia or high voltage/lightening burn*

  - ☐ *Activate EMS*
  - ☐ *Maintain airway*

MCCI MED RECORDS 97

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name DONELL FREEMAN | Patient Number 26184 | Booking Number 3279258 | Birth Date 12/25/1975 | Date Of Service 2/24/2017 |
|---|---|---|---|---|

- ☐ Activate EMS
- ☐ **Maintain airway**
- ☐ **Cover with burn blanket**
- ☐ **Monitor vital signs**

- ☐ **SBP <100, HR >100 O2 sat <92**
- ☐ **Radiation Burns**
- ☐ **Electrical burns – obtain EKG**

| ○ Urgent  ◉ **Not Urgent - evaluate for Routine** |
|---|

If condition deteriorates consider upgrade to emergent

- ☐ *Third degree on 2-10% of the body, second degree on 15-25% of the body, second degree to hand, foot, face or genitalia*
- ☐ Minor burn plus smoke exposure
- ☐ *Temp >100*
- ☐ Abscess with palpable fluid filled sack
- ☐ Rash with secondary infection
- ☐ Drainage/pus, erythema/redness with streaking
- ☐ Systemic symptoms: (URI/UTI/allergic reaction)
- ☐ Cellulitis
- ☐ Probable Herpes Zoster involving face
- ☐ Presence of pustules, vesicles multiple papules or furuncles in beard area
- ☐ Rash with secondary infection
- ☐ Unfamiliar lesions
- ☐ Lice/crabs involve eyelashes
- ☐ Recurrent or not responding to protocol

| ☑ *Routine* |
|---|

Data collection that does not trigger emergent/urgent intervention
If condition deteriorates consider upgrade to urgent or emergent

- ☐ Boils
- ☐ Probable Herpes Zoster/herpes simplex if extensive areas of involvement or patient is immunocompromised
- ☐ Minor second and third degree burn
- ☐ Lice/crabs

*Page 5 of 8*

**MCCI MED RECORDS 98**

Monmouth County, NJ
**Monmouth Adult (MCCI)**
1 waterworks road
Freehold , NJ 07728

### Skin Problems
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 2/21/2017 |

☐ *Minor second and third degree burn*

☐ *Lice/crabs*

☐ *Scabies*

☐ *Acne*

☑ *Dermatitis*

☐ *Tinea pedis/tinea cruris*

---

○ *Emergent Interventions*   ○ *Urgent Interventions*   ◉ *Routine Interventions*

**Emergent Interventions**

☐ *Immediate evaluation by the HCP*

☐ *If EMS activated reassess every 5 minutes until EMS arrival.*

☐ *Maintain airway*

☐ *Additional interventions as ordered*

Consider        ☐ *Oxygen* ☐ *IV Fluids*

**Urgent Interventions**

☐ *Reassured patient*

☐ *Contacted HCP using SBAR format*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

Consider        ☐ *IV Fluids*

☐ *Additional interventions as ordered*

☐ *Instructed per Patient Education Fact Sheet*

☐ *Instructed to contact medical if symptoms reoccur*

☐ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

**Routine Interventions**

☑ *Reassured patient*

☐ *Probable Herpes Zoster/simplex refer HCP*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

| Boils |
|---|
| ☐ *CULTURE ALL DRAINING WOUNDS AND IMPLEMENT MRSA PROTOCOL IF INDICATED* |

MCCI MED RECORDS 99

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 2/21/2017 |

☐ CULTURE ALL DRAINING WOUNDS AND IMPLEMENT MRSA PROTOCOL IF INDICATED

☐ If open wound, cover with proper dressing and dressing changes daily until healed

☐ Immediate isolation for open, draining wound, if indicated

### Minor second/third degree burn

☐ Cool compress; cleanse with sterile saline solution, pat dry, cover with clean dry dressing, keep blisters intact, monitor for signs of infection

### Lice/Crabs

☐ Pyrethrin shampoo 0.33%, one application now and one in 7-10 days if indicated follow directions on label for application procedures.

☐ Provided clean clothing and bedding.

☐ Isolated patient and clothing per facility policy

☐ Notified custody for decontamination per facility policies

### Scabies

☐ Obtained urine pregnancy test (if female). Rx contraindicated in pregnancy

☐ Obtained order from HCP for Stromectol (Ivermectin)

☐ Provided clean clothing and bedding.

☐ Isolated patient and clothing per facility policy

☐ Notified custody for decontamination per facility policies

### Acne

☐ Instructed patient to keep affected areas clean

☐ Refer to HCP for large number of pustules with inflammation or deep painful dermal involvement

### Hives

☐ Refer to HCP if extensive

☐ Consider use of Allergic Reaction - Emergent NDP

### Contact Dermatitis

☑ Advised thorough washing of skin and clothes to avoid additional irritant

☐ Advised that rash will improve over 7-10 days

☐ Educated the patient regarding avoidance of reoccurrence and avoiding allergen exposure

☑ Hydrocortisone cream 1% apply topically to affected area TID x 7 days for severe discomfort

MCCI MED RECORDS 100

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 2/21/2017 |

☑ *Hydrocortisone cream 1% apply topically to affected area TID x 7 days for severe discomfort*

| Tinea pedis/tinea cruris |
|---|
| ☐ *Advised patient to keep area clean and dry* |
| ☐ *Referred to HCP for any severely macerated, cracked, or broken skin* |

☐ *Additional interventions as ordered*

☐ *Instructed per Patient Education Fact Sheet*

☐ *Instructed to contact medical if symptoms reoccur*

☐ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

---

☐ **Additional Documentation**

---

**Scheduled Follow-up**

---

☑ *None - resolved*

☐ *Provider*

☐ *Behavioral Health*

☐ *Nursing*

☐ *Referral to*

Referral to

☐ *Other (provide detail)*

Provide detail

---

**Refusals**

---

☐ *Refusal form signed*

☐ *Referred to HCP for repeat refusal*

☑ *No further action required*

**Use Progress Note for additional documentation**

NUR NDP27.1 022315   *This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.*

E-Signed by Marisa Marciano, RN  on 02/21/2017 09:45 AM EST

Page 8 of 8

MCCI MED RECORDS 101

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/20/2017 |

This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment, when in doubt, please contact a medical provider.

| | |
|---|---|
| Date of Visit | 3/20/2017 |
| Time of Visit | 0930 |
| Gender | ◉ Male ○ Female |
| Race | AA |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Current Medications**

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |
| hydrocortisone 1 % Topical Ointment | 30.00 milliliter | Monmouth Facility: BID AM & HS | 3/20/2017 7:00:00 PM | 3/30/2017 6:59:00 PM |

**SUBJECTIVE**

| | |
|---|---|
| Date of Onset | 3/18/2017 |
| Time of Onset | 0800 |
| | ◉ New Onset ○ Chronic Complaint |
| Duration (Chronic) | |
| Makes Better | ☐ Lotion ☐ Cool water |
| Makes Worse | |

Medical History          ☐ H

MCCI MED RECORDS 102

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| OONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/20/2017 |

| **Medical History** | ☑ *None* |
|---|---|

| **Surgical History** | ☑ *None* |
|---|---|

| **Social History** | ☑ *None* |
|---|---|

**Symptoms**      ☐ *None*

   ☐ *Pain Rating*
   _____ */10*
Location
   ☐ *Fever*
   ☐ *Malaise*
   ☑ *Itching*
   ☐ *Burning*
   ☐ *Pustules*
   ☐ *Blisters*
   ☑ *Cracking*
   ☐ *Swelling*
   ☐ *White/Patchy*
   ☐ *Flaking*
   ☐ *Lice/Scabies/Nits*
   ☐ *Weeping*
   ☐ *Drainage*
Describe

| **OBJECTIVE** |
|---|

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 03-20-2017 09:45 AM EST | 121/94 | 100 | 18 | 98.00 | - | - | - |

| AVPU | ● Alert ○ Responds to Voice ○ Responds to Pain ○ UNRESPONSIVE |
|---|---|

Page 2 of 8

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/20/2017 |

---

**AVPU**     ◉ Alert ○ Responds to Voice ○ Responds to Pain ○ UNRESPONSIVE

---

**COLOR**     ☑ Pink ☐ Pallor ☐ Flushed ☐ Jaundiced ☐ CYANOTIC

---

**SKIN**
☑ Warm
☑ Dry
☐ Cool
☐ Moist/Clammy
☐ DIAPHORETIC
☐ Intact
☐ Excoriation
☐ Mite Burrows
Location

---

**SKIN TURGOR**     ○ Normal ○ Decreased

---

**LESIONS**     ◉ Yes ○ No

---

**LOCATION**
☐ Scalp
☐ Face
☐ Neck
☐ Chest
☐ Stomach
☐ Back
☐ Axillae
☐ Left arm ☐ Right arm
☐ Perineum
☑ Right thigh ☑ Left thigh
☐ Right leg ☐ Left leg
☐ Buttocks

---

**EXAM**     ☐ Normal

☑ Erythema

Page 3 of 8

MCCI MED RECORDS 104

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/20/2017 |

☑ Erythema

☐ Inflammation

☐ Edema

☐ Excoriations

☐ Scales

☐ Scabs

☐ Lice/Scabies/Nits

☐ Bleeding

☐ Weeping

☐ Abscess

☐ Purpura

☐ Macules

☐ Papules

☐ Pustules

☐ Vesicles

☐ Welts

☐ Streaking

☐ Unfamiliar lesion

Describe

☐ Blanches with pressure

☐ Drainage

Describe

☐ Swelling

---

○ Emergent  ● Not Emergent - evaluate for Urgent

**Immediate evaluation by the HCP; if not available activate EMS. Notify HCP after activation of EMS.**

**Time Provider Notified**

**Time EMS Activated**

☐ **Third Degree Burns on >10% of the body, second degree burns on >25% of the body, third degree to hand, foot, face, or genitalia or high voltage/lightening burn**

☐ Activate EMS

☐ Maintain airway

MCCI MED RECORDS 105

| | | | | |
|---|---|---|---|---|
| Monmouth County, NJ<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold , NJ07728 | | **Skin Problems**<br>Nursing Documentation Pathway | |  |

| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279253 | Birth Date<br>12/25/1975 | Date Of Service<br>3/20/2017 |
|---|---|---|---|---|

☐ Activate EMS

☐ **Maintain airway**

☐ **Cover with burn blanket**

☐ **Monitor vital signs**

☐ **SBP <100, HR >100 O2 sat <92**

☐ **Radiation Burns**

☐ **Electrical burns – obtain EKG**

☐ Urgent  ◉ **Not Urgent - evaluate for Routine**

If condition deteriorates consider upgrade to emergent

☐ *Third degree on 2-10% of the body, second degree on 15-25% of the body, second degree to hand, foot, face or genitalia*

☐ *Minor burn plus smoke exposure*

☐ *Temp >100*

☐ *Abscess with palpable fluid filled sack*

☐ *Rash with secondary infection*

☐ *Drainage/pus, erythema/redness with streaking*

☐ *Systemic symptoms: (URI/UTI/allergic reaction)*

☐ *Cellulitis*

☐ *Probable Herpes Zoster involving face*

☐ *Presence of pustules, vesicles multiple papules or furuncles in beard area*

☐ *Rash with secondary infection*

☐ *Unfamiliar lesions*

☐ *Lice/crabs involve eyelashes*

☐ *Recurrent or not responding to protocol*

☐ **Routine**

Data collection that does not trigger emergent/urgent intervention

If condition deteriorates consider upgrade to urgent or emergent

☐ *Boils*

☐ *Probable Herpes Zoster/herpes simplex if extensive areas of involvement or patient is immunocompromised*

☐ *Minor second and third degree burn*

☐ *Lice/crabs*

MCCI MED RECORDS 106



Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 3/20/2017 |

☐ *Minor second and third degree burn*

☐ *Lice/crabs*

☐ *Scabies*

☐ *Acne*

☐ *Dermatitis*

☐ *Tinea pedis/tinea cruris*

---

○ *Emergent Interventions*  ○ *Urgent Interventions*  ◉ *Routine Interventions*

**Emergent Interventions**

☐ *Immediate evaluation by the HCP*

☐ *If EMS activated reassess every 5 minutes until EMS arrival.*

☐ *Maintain airway*

☐ *Additional interventions as ordered*

Consider        ☐ *Oxygen* ☐ *IV Fluids*

**Urgent Interventions**

☐ *Reassured patient*

☐ *Contacted HCP using SBAR format*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

Consider        ☐ *IV Fluids*

☐ *Additional interventions as ordered*

☐ *Instructed per Patient Education Fact Sheet*

☐ *Instructed to contact medical if symptoms reoccur*

☐ *Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up*

**Routine Interventions**

☑ *Reassured patient*

☐ *Probable Herpes Zoster/simplex refer HCP*

☐ *Acetaminophen 650mg po BID x 2 days PRN for any painful skin condition*

| Boils |
|---|
| ☐ *CULTURE ALL DRAINING WOUNDS AND IMPLEMENT MRSA PROTOCOL IF INDICATED* |

MCCI MED RECORDS 107

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 3/20/2017 |

Boils

- ☐ CULTURE ALL DRAINING WOUNDS AND IMPLEMENT MRSA PROTOCOL IF INDICATED
- ☐ If open wound, cover with proper dressing and dressing changes daily until healed
- ☐ Immediate isolation for open, draining wound, if indicated

### Minor second/third degree burn

- ☐ Cool compress; cleanse with sterile saline solution, pat dry, cover with clean dry dressing, keep blisters intact, monitor for signs of infection

### Lice/Crabs

- ☐ Pyrethrin shampoo 0.33%, one application now and one in 7-10 days if indicated follow directions on label for application procedures.
- ☐ Provided clean clothing and bedding.
- ☐ Isolated patient and clothing per facility policy
- ☐ Notified custody for decontamination per facility policies

### Scabies

- ☐ Obtained urine pregnancy test (if female). Rx contraindicated in pregnancy
- ☐ Obtained order from HCP for Stromectol (Ivermectin)
- ☐ Provided clean clothing and bedding.
- ☐ Isolated patient and clothing per facility policy
- ☐ Notified custody for decontamination per facility policies

### Acne

- ☐ Instructed patient to keep affected areas clean
- ☐ Refer to HCP for large number of pustules with inflammation or deep painful dermal involvement

### Hives

- ☐ Refer to HCP if extensive
- ☐ Consider use of Allergic Reaction - Emergent NDP

### Contact Dermatitis

- ☑ Advised thorough washing of skin and clothes to avoid additional irritant
- ☐ Advised that rash will improve over 7-10 days
- ☐ Educated the patient regarding avoidance of reoccurrence and avoiding allergen exposure
- ☑ Hydrocortisone cream 1% apply topically to affected area TID x 7 days for severe discomfort

Page 7 of 8

MCCI MED RECORDS 108

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Skin Problems**
Nursing Documentation Pathway



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 3/20/2017 |

☑ *Hydrocortisone cream 1% apply topically to affected area TID x 7 days for severe discomfort*

| Tinea pedis/tinea cruris |
|---|
| ☐ *Advised patient to keep area clean and dry* |
| ☐ *Referred to HCP for any severely macerated, cracked, or broken skin* |

☐ Additional interventions as ordered

☐ Instructed per Patient Education Fact Sheet

☐ Instructed to contact medical if symptoms reoccur

☐ Patient verbalized understanding of self-care, symptoms to report & when to return for follow-up

☐ **Additional Documentation**

**Scheduled Follow-up**

☑ *None - resolved*

☐ Provider

☐ Behavioral Health

☐ Nursing

☐ Referral to

Referral to

☐ Other (provide detail)

Provide detail

**Refusals**

☐ Refusal form signed

☐ Referred to HCP for repeat refusal

☑ No further action required

**Use Progress Note for additional documentation**

NUR NDP27.1 022315   *This pathway is not meant to be applicable to every patient nor to take the place of sound medical judgment; when in doubt, please contact a medical provider.*

E-Signed by Marisa Marciano, RN  on 03/20/2017 09:47 AM EST

Page 8 of 8

MCCI MED RECORDS 110

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 06-30-2015 04:00 PM EST | 106/61 | 87 | 18 | 98.00 | - | - | - |

Added 06/30/2015 05:07 PM EST by IDivita Supervisory Staff

S:   I'M OK."

O:   A,O,X, 3, SKIN BROWN, WARM AND DRY. NO COMPLAINTS, NO DISTRESS. LAYING IN BED, MAKES POOR EYE CONTACT WHEN SPEAKING WITH I/M. NO SIGNS OF AGITATION OR SELF HARM. I/M WITHDRAWING FROM ETOH, CIWA=1.

A:   MALE I/M ON CONSTANT WATCH FOR S/I.

P:   CONTINUE TO MONITOR, REDUCING RISK OF SELF HARM. REDUICNG RISK OF SEIZURES.

MCCI MED RECORDS 111

Monmouth County
**Monmouth Adult (MCCI)**
1 waterworks road
Freehold , NJ07728

**Provider Infirmary Admission
Orders**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DORELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

| 1. Admit to | ○ *Infirmary Bed* ◉ *Observation Bed* ○ *Medical Housing (Shelter Bed)* ○ *Isolation Bed* |
|---|---|
| | *Isolation Bed* ☐ *Contact* ☐ *Respiratory* ☐ *Airborne* |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

| 2. Diagnosis |
|---|
| *S/I* |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

| 4. Vital Signs | ◉ Q Shift ○ Q 8 hours ○ Q 4 hours |
|---|---|
| | times_____days *7* |
| | ☐ *Fetal heart rate* |
| | ☐ *q shift* ☐ *q day until delivery* |

| 5. Activity | ☑ *Ad lib* ☐ *Bed Rest* ☐ *Bed side Commode* ☐ *Bathroom with Assist* |
|---|---|

| 6. Nursing | ☐ *I&Os* |
|---|---|
| | ☐ *Neuro Checks* |
| | ☐ *Weigh patient* |
| | ☐ *Oxygen* |
| | ☐ *Nebulizer Breathing Treatments* |

| 7. Diet | ☑ *Regular* ☐ *Cardiac* ☐ *ADA* ☐ *NPO* ☐ *Clear Liquid* |
|---|---|
| | *ADA_____kcal* |
| | ☐ *Soft* ☐ *Bland* ☐ *Pureed* ☐ *Fractured Jaw* |

| 8. IV | ◉ *None* ○ *Hep Lock with flushes* ○ *PICC Line flushes* |
|---|---|
| | ○ *Normal Saline* ○ *Lactated Ringers* ○ *D5W* ○ *D51/2 NS* |

MCCI MED RECORDS 112

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Provider Infirmary Admission**
**Orders**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 6/30/2015 |

| 8. IV | ⦿ None ○ Hep Lock with flushes ○ PICC Line flushes |
|---|---|
| | ○ Normal Saline ○ Lactated Ringers ○ D5W ○ D51/2 NS |

| 9. Medications | ☐ Tylenol ☐ Ibuprofen ☐ Ducosate ☐ Sliding Scale insulin |
|---|---|

| 10. Labs | ☐ DP-1 ☐ DP-2 ☐ DP-3 |
|---|---|
| | ☐ Basic Metabolic Panel ☐ CBC with Diff/PLT |
| | ☐ PT ☐ PTT, Activated ☐ INR |
| | ☐ UA, Complete |
| | ☐ Finger Stick Blood Sugars |
| | Finger Stick Blood Sugars ○ BID ○ TID ○ QID ○ AC & HS ○ Other |
| | ☐ Other |

| 11. Other | ☐ Release of Information |
|---|---|
| | ☐ Initiate CIWA protocol |
| | ☐ Initiate Hunger Strike Protocol |
| | ☐ Initiate COWS protocol |
| | ☐ Dressing changes |

MCCI MED RECORDS 113

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DOHELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/1/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*Added 07/01/2015 06:45 PM EST by yeverson LPN*

*I/m displays no signs or symptoms of withdrawal at this time CIWA- 0. I/m stated that he was taking zoloft when home. Advised that he speak with mental health personal to discuss his medication needs.*
*No verbalization of suicidal ideations or gestures.*
*Continue to monitor as needed.*

E-Signed by Yvette Everson n 07/01/2015 06:45 PM EST

Page 1 of 1

MCCI MED RECORDS 114

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

### Infirmary Progress Notes
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1976 | 7/1/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-01-2015 12:12 PM EST | 118/72 | 95 | 20 | 98.70 | 98 | – | – |

*Added 07/01/2015 12:18 PM EST by kFackina LPN.*

S) c/o headache and anxiety.
O) a&a at rounds. seen by np. h&p complete.
meds ordered.
A) on cw due to si. no attempts. also reports
polysubstance abuse. placed on abbreviated librium
protocol. to begin tonight. currently exhibits no active wd sx.
P) will continue to monitor.

MCCI MED RECORDS 115

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold , NJ07728*

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/1/2015 |

P) will continue to monitor.

E-Signed by Kathryn Fackina n 07/01/2015 12:18 PM EST

MCCI MED RECORDS 116

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1975 | 7/1/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 ml (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-01-2015 04:27 AM EST | 99/68 | 81 | 18 | 97.90 | - | - | - |

Added 07/01/2015 11:38 AM EST by Iraskauskas Nurse Practitioner

*S: progress note, c/o nausea/headache from ETOH w/d, c/o homodical/SI*
*O: vss*
*A: ETOH w/d score 2*
*P: continue monitoring SNU*

MCCI MED RECORDS 117

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/1/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-01-2015 04:27 AM EST | 99/68 | 81 | 18 | 97.90 | -- | -- | -- |

| Added 07/01/2015 04:30 AM EST by hrussell LPN |
|---|
| S- "I heard there is a special unit here for mental health, can I go there?"<br>O- Resting on rounds, wakes easily. No distress or self harm noted. CIWA=2 for anxiety.<br>A- On CW for S/I, also being monitored for etoh WD<br>P- Continue to monitor |

MCCI MED RECORDS 118

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/2/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-03-2015 12:33 AM EST | 100/55 | 81 | 18 | 98.30 | - | ~ | ~ |

Added 07/03/2015 12:41 AM EST by hrussell LPN

S- When asked why he was lying on the floor I/M replied, "I'm more comfortable down here, and I felt dizzy. My hands are also shaking."
O- Resting on rounds, wakes easily. Denies current S/I, appears depressed. I/M held out hand, no tremors noted or felt in fingertips. CIWA=0, COWS=0. No signs of self harm noted.
A- On CW for S/I, also being monitored for polysubstance WD
P- Fluids encouraged, continue to monitor

E-Signed by Heather Russell n 07/03/2015 12:41 AM EST

Page 1 of 1

MCCI MED RECORDS 119

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/2/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy | |
|---|---|---|---|
| | | Allergy Items | Allergy |
| 06-30-2015 | | No Known Allergies | |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-02-2015 04:00 PM EST | 104/64 | 70 | 16 | 97.20 | - | - | - |

Added 07/02/2015 09:00 PM EST by kyeager LPN

S- IM stated " I want to hurt myself because of where I am" I am depressed"
O- IM was compliant with v/s. IM stated he wanted to hurt himself but not anyone else. IM denies hearing voices. V/S wnl. IM refused Librium stating "I dont want that". IM on Civa and cows protocol with anxiety being his only w/d symptom.
A- IM in C/W for S/I and polysub W/D
P-Will continue to monitor and offer fluids

E-Signed by Kimberly Yeager n 07/02/2015 09:00 PM EST

Page 1 of 1

MCCI MED RECORDS 120

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1975 | 7/2/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/02/2015 02:13 PM EST by kFackina LPN

S) no com-plaints
O) a&a at rounds. refused librium
wants only pscyhe meds. exhibits
no signs of active wd.
A) on cw due to si. denies
no attempts
P) will continue to monitor.

MCCI MED RECORDS 121



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/2/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-02-2015 01:55 AM EST | 105/69 | 61 | 18 | 98.40 | – | – | – |

Added 07/02/2015 10:10 AM EST by traskauskas Nurse Practitioner

S: progess note, ednies complaint
O: vss, cowa score 2
A: medically stable
P: f/u prn, continue ciwa monitoing

MCCI MED RECORDS 122

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/2/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-02-2015 01:55 AM EST | 105/69 | 61 | 18 | 98.40 | - | - | - |

Added 07/02/2015 01:57 AM EST by hrussell LPN

S- "I need my antidepressant."
O- Resting on rounds, wakes easily. No signs of self harm noted. CIWA=0, COWS=0, no active WD observed.
A- On CW for S/I, also being monitored for polysubstance WD
P- Continue to monitor

E-Signed by Heather Russell n 07/02/2015 01:57 AM EST

Page 1 of 1

MCCI MED RECORDS 123

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/3/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-03-2015 04:00 PM EST | 101/63 | 67 | 16 | 98.80 | - | - | - |

Added 07/03/2015 11:23 PM EST by kyeager LPN

S- "of course I want to hurt myself , Im not getting any better"
O- IM observed sitting on floor, IM compliant with V/S and pm medication. IM made no suicidal attempts.
A- Im in CW for S/I
P- Will continue to monitor

MCCI MED RECORDS 124

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/3/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 2.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/03/2015 10:42 AM EST by kFackina LPN

S) "i think i need my med dose raised. nothing is happening"
O) a&a at rounds. compliant with meds. po intake adequate.
vss. no distress
A) on cw due to si. no attempts. advised that meds were only recently
started and needed to be given some time to take effect. im agreed to
wait and continue with current dose. on librium for polysubstance abuse
but has refused it every day. no active wd sx are noted.
P) monitoring to continue st this time.

E-Signed by Kathryn Fackina n 07/03/2015 10:42 AM EST

Page 1 of 1

MCCI MED RECORDS 125

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/4/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 ml (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy | |
|---|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies | |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/04/2015 11:33 AM EST by dlazaro LPN

S- Advised of SI thoughts but no plan. c/o depression. Denies n/v/d or s&s r/t wd
O- A&OX3. Calm and cooperative. No evidence distress or self harm. Advised po intake is adequate. Am meds taken and tolerated.
A- I/m in CW for S/I
P- Will continue to monitor

E-Signed by Danielle Lazaro n 07/04/2015 11:33 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3278268 | 12/25/1975 | 7/4/2016 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-04-2015 01:35 AM EST | 106/66 | 62 | 18 | – | – | – | – |

*Added 07/04/2015 01:36 AM EST by dvelardi LPN*

*S- no voiced complaints*
*O- Observed I/P resting on the floor during rounds- , wakes easily- alert.Denies current S/I, appears depressed. I/M held out hand, no tremors noted or felt in fingertips. No signs of self harm noted.*
*A- On CW for S/I, also being monitored for polysubstance WD*
*P- Fluids encouraged, continue to monitor*

MCCI MED RECORDS 127

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/5/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/06/2015 12:58 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I
P- Continue to monitor

E-Signed by Heather Russell n 07/06/2015 12:58 AM EST

Page 1 of 1

MCCI MED RECORDS 128

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/5/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/05/2015 10:36 AM EST by dlazaro LPN

S- "Can I have gatorade?" c/o depression.
O- A&OX3. Aggravated by denial of gatorade. Cow/ciwa completed last night. . No evidence distress or self harm. Am meds taken and tolerated.
A- I/m in CW for S/I
P- Will continue to monitor

MCCI MED RECORDS 129

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/5/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-05-2015 02:09 AM EST | 111/67 | 65 | 18 | 98.60 | -- | -- | -- |

Added 07/05/2015 02:11 AM EST by hrussell LPN

S- When asked if he was still having thoughts of self harm I/M replied, "of course" and shook his head "yes".
O- Resting on rounds, wakes easily. No distress or self harm noted. CIWA=0, COWS=0.
A- On CW for S/I, also being monitored for polysubstance WD
P- Continue to monitor

MCCI MED RECORDS 130

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/6/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-06-2015 05:00 PM EST | 98/55 | 50 | 18 | 98.00 | – | – | – |

Added 07/06/2015 07:31 PM EST by alabarbera LPN

S- No complaints voiced

O- Resting on rounds on the floor, Denies SI/ HI. No self injury noted.

A- On CW for S/i and H/i.

P- Will continue to monitor.

E-Signed by Ashley Labarbera n 07/06/2015 07:31 PM EST

Page 1 of 1

MCCI MED RECORDS 131

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/6/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/06/2015 12:32 PM EST by kFackina LPN

S) continues to report ineffectiveness of zoloft.
"when is it going to start working?"
O) a&a at rounds. compliant with meds
po intake adequate.
A) on cw due to si. no attempts.
P) will continue to monitor.

E-Signed by Kathryn Fackina n 07/06/2015 12:32 PM EST

MCCI MED RECORDS 132

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/26/1976 | 7/7/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-07-2015 03:45 PM EST | 96/65 | 63 | 18 | 98.20 | - | - | - |

Added 07/07/2015 04:29 PM EST by tDivita Supervisory Staff

S:  " I'M ALRIGHT."

O:   A,O,X,3, SKIN BROWN, WARM AND DRY.  POSITIVE S/I AT PRESENT TIME. DIDNT VERBALIZE IF HE HAS A PLAN TO COMMIT SUICIDE.. BLUNT, DEPRESSED MOOD, POOR EYE CONCTAT MADE. I/M SITTING ON EDGE OF BED QUIETLY WITH NO SIGNS OF DISTRESS.

A:  MALE I/M ON CONSTANT WATCH FOR S/I.

P:  CONTINUE TO MONITOR, REDUCING RISK OF SELF HARM.

MCCI MED RECORDS 133



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/7/2015 |

P:  CONTINUE TO MONITOR, REDUCING RISK OF SELF HARM.

MCCI MED RECORDS 134

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/7/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/07/2015 02:10 PM EST by kFackina LPN

S) no complaints.
O) a&a at rounds. med compliant
with adequate po intake.
A) on cw due to si. no attempts.
P) will continue to monitor.

MCCI MED RECORDS 135



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/7/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 ml (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-07-2015 02:13 AM EST | 95/59 | 54 | 18 | -- | -- | -- | -- |

*Added 07/07/2015 02:13 AM EST by dvelardi LPN*

S- No complaints voiced
O- Observed I/P resting on rounds, no distress or self harm noted-alert
A- On CW for S/I
P- Continue to monitor

MCCI MED RECORDS 136

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/8/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/08/2015 04:40 PM EST by lDivita Supervisory Staff

S:   " MY LEG HURTS, ITS FROM AN OLD INJURY." " I USE TO GET TRAMODOL "

O:   A,O,X,3, SKIN BROWN, WARM AND DRY.  CALM, QUIET AND COOPERATIVE. LAYING ON MATTRES C/O OF PAIN TO LEFT LEG PAIN. STATED IT WAS FROM AN OLD INJURY. C/O THAT THE DOSE OF TYLENOL DONT HAPPEN I/M SEEN STANDING AT TIMES BARING WEIGHT WHILE WALKIN IN CEL ROOM. DTATED HES BEEN TAKING ZOLOFT FOR A FEW DAYS NOW, BUT NO

A:   'MALE I/M ON CONSTANT WATCH FOR S/P:

P:   CONTINUE TO MONITOR, REDUCING RISK OF FALLING. CONTINUE

E-Signed by Lawrence Divita n 07/08/2015 04:40 PM EST

Page 1 of 1

MCCI MED RECORDS 137

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1976 | 7/8/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/08/2015 10:02 AM EST by kFackina LPN:

S) continues to inquire about zoloft taking effect. "it's still not working"
O) im started med 6 days ago. advised that full effectiveness may take time to occur. is med compliant with adequate po intake.
A) on cw due to si. maintains feelings of si. no attempts made.
P) to remain on cw. will monitor.

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/8/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours . | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| acetaminophen 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| loperamide 2 mg capsule | 1.00 capsule | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |
| meclizine 25 mg chewable tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/1/2015 7:00:00 PM | 7/8/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/08/2015 01:56 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I
P- Continue to monitor

MCCI MED RECORDS 139

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1976 | 7/9/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-09-2015 04:30 PM EST | 122/64 | 88 | 18 | 97.90 | -- | -- | -- |

Added 07/09/2015 09:22 PM EST by kyeager LPN:

S- IM stated "yes I want to hurt myself, Im just depressed, hopefully my new medication will help.
O- IM compliant with V/S and intake. IM in bed most of night. IM made no attempts to hurt himself. IM A&O
A- IM in CW for S/I
P- will continue to monitor

MCCI MED RECORDS 140

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/9/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/09/2015 02:15 PM EST by kFackina LPN

S) no medical complaints
O)a&a at rounds.
med compliant. po intake adequate.
A) on cw due to si . no attempts.
P) will continue to monitor.

E-Signed by Kathryn Fackina n 07/09/2015 02:15 PM EST

Page 1 of 1

MCCI MED RECORDS 141

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/9/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/09/2015 01:49 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I
P- Continue to monitor

MCCI MED RECORDS 142

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/26/1975 | 7/10/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/11/2015 12:24 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no attempts at self harm since placement
P- Continue to monitor

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DOHELL FREEMAN | 26184 | 3279258 | 12/26/1976 | 7/10/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-10-2015 05:00 PM EST | 98/47 | 50 | 18 | 98.30 | - | - | - |

Added 07/10/2015 07:40 PM EST by alabarbera LPN

S- I/M c/o pain in back from injury years ago

O- I/M lying on floor in cell on rounds. Adequate po intake. I/M states he is still feeling SI. No self injury noted. I/M given ordered medication for pain.

A- On CW for SI

P- Will continue to monitor

MCCI MED RECORDS 144

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL, FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/10/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility; Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility; Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility; Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility; BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

*Added 07/10/2015 02:32 PM EST by kFackina LPN*

S) co back pain from hip replacement when he was 14 years old.
O) a&a. po intake adequate . med compliant. vss. sitting up and
moving freely with no visible signs of pain. issue was addressed by rnd.
A) on cw due to si. no attempts. continues to aver.
P) will continue to monitor.

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/10/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-09-2015 04:30 PM EST | 122/64 | 88 | 18 | 97.90 | -- | -- | -- |

Added 07/10/2015 10:38 AM EST by khashmi Provider

Pt is in the CW area for suicidal ideation. Pt remains suicidal.
Today pt states he wants ultram for his chronic intermittent pain to the left hip.
Hx of left hip repair done at the age of 14. Since then pt states he had a fracture for the last few yrs. Pt states he was in prison and the fx was not treated.
Pt is sitting in indian style-very comfortable.
IMP chronic mild pain. Pt has a history of substance abuse and ultram would be a poor choice
Rec: naprosyn prn.

E-Signed by Kabeeruddin Hashmi n 07/10/2015 10:38 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL, FREEMAN | 26184 | 3279268 | 12/26/1975 | 7/10/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/10/2015 01:53 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no self injurious behavior since placement
P- Continue to monitor

E-Signed by Heather Russell n 07/10/2015 01:53 AM EST

MCCI MED RECORDS 147

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/11/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-11-2015 07:17 PM EST | 112/77 | 70 | 16 | 97.90 | - | - | - |

Added 07/11/2015 07:19 PM EST by csmalls LPN

S- No medical or mental health complaints offered
O- Compliant with vitals and meds. Inmate is resting quietly during rounds, no self injury noted or reported. Po intake adequate
A- Housed in constant watch secondary to suicidal ideation
P- Continue to monitor until cleared per MH

E-Signed by Cherie Smalls n 07/11/2015 07:19 PM EST

Page 1 of 1

MCCI MED RECORDS 148

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/11/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/11/2015 10:22 AM EST by csmalls LPN

S- No medical or mh c/o at this time
O- Inmate resting in bed, calm and quiet, no self injury noted or reported. Po intake adequate
A- Housed in constant watch secondary to suicidal ideation
P- Continue to monitor until further ordered per MH staff

E-Signed by Cherie Smalls n 07/11/2015 10:22 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1976 | 7/12/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

*Added 07/12/2015 11:54 PM EST by dvelardi LPN*

S- No complaints voiced
O- observed I/P resting on rounds, no distress or self harm noted-alert
A- On CW for S/I, no attempts at self harm since placement
P- Continue to monitor

MCCI MED RECORDS 150

Monmouth County
Monmouth Adult (MCCi)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/12/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/12/2015 07:03 PM EST by iDivita Supervisory Staff

S:  NO VOICED COMPLAINTS.

O:  A,O,X,3 SKIN BROWN AND DRY. NO DISTRESS, NO COMPLAINTS. CALM, QUIET AND COOPERTIVE ALL DAY. ATE DINNER WITHOUT COMPLAINTS. LAYING ON MATTRESS QUIETLY. NO SIGNS OF AGITATION OR SELF HARM.

A:  MALE I/M ON CONSTANT WATCH FOR S/I.

P:  CONTINUE TO MONITOR, REDUCING RISK OF SELF HARM.

MCCI MED RECORDS 151

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/12/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-12-2015 09:28 AM EST | 103/69 | 69 | 18 | 97.20 | - | - | - |

Added 07/12/2015 09:32 AM EST by lDivita Supervisory Staff

S: "I'M ALRIGHT."

O: A,O,X,3, SKIN BROWN, WARM AND DRY. NO COMPLAINTS OR DISTRESS. ATE 100 % BREAKFAST AND TOOK AM MEDICATIONS. I/M LAYING DOWN OM MATTRESS. NO SIGNS OF AGITATION OR SELF HARM.

A: MALE I/M ON CONSTANT WATCH FOR S/I

P: CONTINUE TO MONITOR, REDUCING RISK OF SELF HARM.

MCCI MED RECORDS 152

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/12/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/12/2015 02:45 AM EST by dvelardi LPN

S- No complaints voiced
O- observed I/P resting on rounds, no distress or self harm noted-alert
A- On CW for S/I, no attempts at self harm since placement
P- Continue to monitor

MCCI MED RECORDS 153

**Monmouth County**
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ07728*

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/13/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/14/2015 12:28 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no attempts at self harm since placement
P- Continue to monitor

MCCI MED RECORDS 154

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Dete Of Service |
|---|---|---|---|---|
| DONELL FREEMAH | 26184 | 3279268 | 12/25/1975 | 7/13/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy items | No Known Allergies |

☑ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-13-2015 05:00 PM EST | 113/76 | 60 | 18 | 98.00 | - | - | - |

Added 07/13/2015 08:03 PM EST by alabarbera LPN

S- No voiced complaints.

O- I/M lying on floor in cell on rounds, Adequate po intake. I/M states he is still feeling SI. No self injury noted.

A- On CW for SI

P- Will continue to monitor

MCCI MED RECORDS 155



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/13/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 ml (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/13/2015 09:43 AM EST by kFackina LPN

S) no complaints
O) a&a. med compliant. po intake adequate.
A) on cw due to si. no definitive response given currently.
P) will continue to monitor.

E-Signed by Kathryn Fackina n 07/13/2015 09:43 AM EST

Page 1 of 1

MCCI MED RECORDS 156

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/14/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/15/2015 12:49 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no self harm attempts of gestures since placement
P- Continue to monitor

E-Signed by Heather Russell n 07/15/2015 12:49 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/14/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCI 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-14-2015 04:00 PM EST | 104/71 | 62 | 18 | 97.30 | - | - | - |

Added 07/14/2015 05:03 PM EST by lDivita Supervisory Staff

S:   " I KNOW WHAT WILL STOP ME FROM BEING DEPRESSED, EXTRA FOOD.  ( I/M SMILING )

O:   A,O X,3 SKIN BROWN WARM AND DRY. NO DISTRESS, NO COMPLAINTS. I/M TRYING TO GET EXTRA FOOD FROM NURSE. INFORMED I/M WE HAVE NOTHING TO DO WITH EXTRA FOOD UNLESS WE HAVE A DR'S ORDER FPR EXTRA FOOD. SITTING ON MATTRESS QUIETY, NO SIGNS OF SELF HARM.

A:   MALE I/M ON CONSTANT WATCH FOR S/I. REDUCING RISK OF SELF HARM.

P:   CONTINUE TO MONITOR, MONITOR FOR SIGNS OF SELF HARM. NOTIFY MENTAL HEALTH OF ANY CHANGES/

E-Signed by Lawrence Divita n 07/14/2015 05:03 PM EST

MCCI MED RECORDS 158

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 7/14/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/14/2015 10:33 AM EST by kFackina LPN

S) no medical complaints
O) a&a. med compliant with adequate po intake.
A) on cw due to si. no attempts.
P) will continue to monitor.

MCCI MED RECORDS 159

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/15/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/16/2015 12:39 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no self harm attempts since placement
P- Continue to monitor

E-Signed by Heather Russell n 07/16/2015 12:39 AM EST

Page 1 of 1

MCCI MED RECORDS 160

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/15/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-15-2015 04:43 PM EST | 102/62 | 55 | 18 | 98.00 | - | - | - |

Added 07/15/2015 07:20 PM EST by yeverson LPN

*I/m had no c/o earlier in shift , later on c/o of pain. Alert and orientated, ate most of dinner. Relaxing in cell
I/m seems calm and comfortable at this time, no suicidal ideation or gestures
Medicated for pain as prescribed.
Continue to monitor and assist as needed.*

MCCI MED RECORDS 161

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/15/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/15/2015 11:22 AM EST by kFackina LPN

S) no medical complaints
O) a&a. med compliant with adequate po intake.
A) on cw due to si. continues to aver. no attempts.
P) will continue to monitor.

MCCI MED RECORDS 162

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/16/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

> Added 07/16/2015 10:07 PM EST by yeverson LPN
>
> i/m refused having his vital signs taken. I/m lays behind his bunk with mattress on floor and blanket over his head.
> I/m is alert, orientated. No suicidal ideations or gestures. Ate all his dinner
> Will continue to monitor and assist as needed.

MCCI MED RECORDS 163

| Monmouth County<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold, NJ07728 | | **Infirmary Progress Notes**<br>FOR INFIRMARY USE ONLY | |  |

| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>7/16/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

> Added 07/16/2015 12:13 PM EST by kFackina LPN
>
> S) no medical complaints
> O) a&a at rounds. med compliant with adequate po intake.
> A) on cw due to si. continues to aver. no attempts.
> P) will continue to monitor.

MCCI MED RECORDS 164

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/17/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/18/2015 12:37 AM EST by dvelardi LPN

S- No complaints voiced
O- Resting on rounds-alert-no distress or self harm noted
A- On CW for S/I, no attempts since placement
P- Continue to monitor

MCCI MED RECORDS 165

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/17/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/17/2015 07:16 PM EST by kyeager LFN

S- IM stated " Dont worry about it" (when asked if this writer could check his vitals) IM also stated, " Im still depressed" when asked if he wanted to hurt himself, IM never verbally stated any S/I
O- IM refused V/S. IM sitting on floor most of shift and talked with staff during rounds
A- IM in C/W for S/I
P- Will continue to monitor for any changes in behavior

E-Signed by Kimberly Yeager n 07/17/2015 07:16 PM EST

Page 1 of 1

MCCI MED RECORDS 166

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/17/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/17/2015 12:21 PM EST by kFackina LPN

S) no complaints
O) a&a. med compliant with adequate po intake.
A) on cw due to si. no attempts.
P) will continue to monitor.

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 7/17/2016 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 AM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/17/2015 02:18 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no attempts since placement
P- Continue to monitor

E-Signed by Heather Russell n 07/17/2015 02:18 AM EST

Page 1 of 1

MCCI MED RECORDS 168

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/18/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

*Added 07/19/2015 12:58 AM EST by hrussell LPN*

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no attempts at self harm since placement
P- Continue to monitor

E-Signed by Heather Russell n 07/19/2015 12:58 AM EST

Page 1 of 1

MCCI MED RECORDS 169

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/18/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/18/2015 09:07 PM EST by kyeager LPN

S- IM voiced no complaints
O- IM refused v/s but was compliant with meds. im sitting on mattress on floor. IM compliant with intake. IM did not answer either way when asked if he wanted to hurt himself. no labored breathing no c/o pain.
A- im in CW for S/I
P- Will continue to monitor for any changes in behavior

MCCI MED RECORDS 170

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/18/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCI 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-18-2015 08:00 AM EST | 118/76 | 65 | 16 | 97.10 | – | – | – |

Added 07/18/2015 11:20 AM EST by kyeager LPN

S- IM stated, "Alright" when asked how he was doing
O- IM compliant with V/S. IM compliant with intake and medication. IM sitting on floor in cell. NO Suicidal attempts made
A- IM in C/W for S/I
P- Will continue to monitor

MCCI MED RECORDS 171

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/19/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 mililiter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 AM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-19-2015 10:21 PM EST | 104/67 | 54 | 16 | 98.30 | - | - | - |

*Added 07/19/2015 10:22 PM EST by csmalls LPN*

S- " I suffer from depression"
O- No self injury noted or reported, po intake good. Naprosyn given as ordered for c/o back pain
A-Inmate housed in constant watch secondary to suicidal ideationb
P- Continue to monitor until  cleared per MH

E-Signed by Cherie Smalls n 07/19/2015 10:22 PM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/19/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 mililiter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/19/2015 02:44 PM EST by oBizer LPN

S: "I'am still depress and yes I want to hurt myself" when he was asked.
O: A&Ox3. Flat affect.  poor eye contact. complaint with medication. po intake adequate. Appears to be free from slef harm.
A CW/SI.
P. Continue to monitor

MCCI MED RECORDS 173

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/29/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/21/2015 12:23 AM EST by dgranat LPN

Checked on I/M in CW due to SI
-
I/M sleeping on floor of cell quietly.
Continue to monitor.

E-Signed by Darren Granat n 07/21/2015 12:23 AM EST

Page 1 of 1

MCCI MED RECORDS 174

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONEL L. FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/20/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-20-2015 05:00 PM EST | 115/78 | 102 | 18 | 98.20 | - | - | - |

> Added 07/20/2015 07:43 PM EST by alabarbera LPN
>
> S- No voiced complaints.
> O- I/M lying on floor in cell on rounds. Adequate po intake. I/M states he is still feeling SI. No self injury noted. Compliant with PRN medication
> A- On CW for SI
> P- Will continue to monitor

MCCI MED RECORDS 175

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/20/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility: BID AM & HS | 7/10/2015 7:00:00 AM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| | Allergy Items | Allergy |
| 06-30-2015 | | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/20/2015 12:36 PM EST by kFackina LPN

S) no complaints
O) a&a. med compliant. po intake good.
A) on cw due to si. no attempts
P) will continue to monitor.

E-Signed by Kathryn Fackina n 07/20/2015 12:36 PM EST

Page 1 of 1

MCCI MED RECORDS 176

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1976 | 7/20/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility; Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility; Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Naprosyn (Naproxen) 500 mg tablet | 1.00 tablet | Monmouth Facility; BID AM & HS | 7/10/2015 7:00:00 PM | 7/20/2015 6:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility; Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/20/2015 01:51 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress or self harm noted
A- On CW for S/I, no self harm since placement
P- Continue to monitor

E-Signed by Heather Russell n 07/20/2015 01:51 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/21/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-21-2015 03:30 PM EST | 101/64 | 66 | 18 | 98.10 | - | - | - |

Added 07/21/2015 04:20 PM EST by IDivita Supervisory Staff

S:   " I DONT LIKE THIS ROOM." " IS THERE A BIBLE I CAN READ?"

O:   A,O,X,3, SKIN BROWN, WARM AND DRY. NO DISTRESS, NO COMPLAINTS. SITTING ON MATTRESS, IN CORNER IN ROOM. NO SIGNS OF AGITATION OR SELF HARM.

A:   MALE I/M IN SNU FOR S/P CONSTANT WATCH FOR S/I.

P:   CONTINUE TO MONITOR, REDUCING RISK OF SELF HARM.

E-Signed by Lawrence Divita n 07/21/2015 04:20 PM EST

Page 1 of 1

MCCI MED RECORDS 178

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/21/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

> Added 07/21/2015 01:32 PM EST by kFackina LPN
>
> S) no complaints
> O) a&a. med compliant with adequate po intake.
> A) seen by mh. cleared from cw status.
> transfered to snu.
> P) monitoring to continue.

E-Signed by Kathryn Fackina n 07/21/2015 01:32 PM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/22/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/22/2015 15:42 by (not submitted/edited yet)

P: CONTINUE TO MONITOR, REDUCING RISK OF SELF

Added 07/22/2015 04:35 PM EST by IDivita Supervisory Staff

S:   " NO, I'M OK. I DONT NEED IT DONE. "

O:   A, OX3 SKIN BROWN WARM AND DRY. NO DISTRESS, NO COMPLAINTS. I/M DIDNT WANT HIS VITAL SIGNS CHECKED, STATING HE'S OK. NO SIGNS OF AGITATION OR SELF HARM. LAYING ON MATTRESS QUIETY WITH NO DISTRESS.

A:   MALE I/M IN SNU FOR MENTAL HEALTH OBSERVATION, S/I

P: CONTINUE TO MONTOR, REDUCING RISK OF L

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/22/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/22/2015 10:39 AM EST by kFackina LPN

S) no complaints
O) a&a. med compliant with adequate po intake.
A) on snu for mh observation. no issues reported.
P) will continue to monitor.

E-Signed by Kathryn Fackina n 07/22/2015 10:39 AM EST

MCCI MED RECORDS 181

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279268 | Birth Date<br>12/25/1975 | Date Of Service<br>7/22/2015 |
|---|---|---|---|---|

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/22/2015 01:36 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress noted. I/M kneeling on floor with chest on the bed sleeping. No signs of self harm noted
A- In SNU for MH observation, s/p CW
P- Continue to monitor

E-Signed by Heather Russell n 07/22/2015 01:36 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/23/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/23/2015 01:10 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress noted
A- In SNU for MH observation
P- Continue to monitor

E-Signed by Heather Russell n 07/23/2015 01:10 AM EST

Page 1 of 1

MCCI MED RECORDS 183

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/23/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-23-2015 04:15 PM EST | 123/74 | 62 | 18 | 97.90 | - | - | - |

Added 07/23/2015 09:25 PM EST by yeverson LPN

S- I/m recieved sitting at table talking to attorney. Vital signs stable. No c/o.
O- I/m remains cooperative and calm, no suicidal ideation or gestures, no apperance of responding to internal stimuli.
A-P- Continue to monitor and assist as needed.

E-Signed by Yvette Everson n 07/23/2015 09:26 PM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/23/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/23/2015 01:11 PM EST by.kFackina LPN

S) no complaints
O) a&a. med comp with adequate po intake.
A) on snu due to mh observation.
P) will continue to monitor.

MCCI MED RECORDS 185



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/24/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/25/2015 12:56 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress noted
A- In SNU for MH observation
P- Contiue to monitor

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/24/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-24-2015 09:00 PM EST | 115/76 | 107 | 18 | 98.00 | - | - | - |

Added 07/24/2015 08:17 PM EST by alabarbera LPN

S- No voiced complaints.

O- I/M resting in bed during rounds. Adequate po intake. No self injury noted.

A- In SNU for Mh OBS

P- Will continue to monitor

MCCI MED RECORDS 187

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/24/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 ml (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/24/2015 11:31 AM EST by kFackina LPN

S) no complaints
O) a&a. med compliant po intake adequate.
A) onsnu due to mh observation. no issues.
P) will continue to monitor.

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/24/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/24/2015 01:41 AM EST by hrussell LPN

S- No complaints voiced
O- Resting on rounds, no distress noted
A- In SNU on MH observation
P- Continue to monitor

E-Signed by Heather Russell n 07/24/2015 01:41 AM EST

Page 1 of 1

MCCI MED RECORDS 189

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 Fax 732-866-3669

## Dental Informed Consent


**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name | Patient Number | Date of Birth | Today's Date |
|---|---|---|---|
| FREEMAN, DONELL | 26184 | 12/25/1975 | 6/29/2016 |

This is my consent for (procedure) :  ☐Diagnostic X-Ray  ☐Oral Examination  ☐Scaling
☐Restorations  ☐Extractions-Tooth Number _____
Patient Initial _D.F_

☐Other, as deemed necessary by the dentist: _____

_____

I agree to the use of local anesthesia.

The frequency of complications associated with oral surgery is very low.  However, with any surgical procedure there are certain post-operative occurrences, which you may or may not experience depending upon the nature of the procedure to be performed.

These may include, but are not limited to:

| COMMON | INFREQUENT |
|---|---|
| * DRY SOCKET | * INFECTION |
| * PAIN | * PROLONGED SWELLING |
| * SWELLING | * HEAVY BLEEDING |
| * TEMPORARY MILD OOZING OF BLOOD | * TEMPORARY OR PERMANENT NUMBNESS |
| * SLIGHT ELEVATION IN TEMPERATURE | OF LIPS AND/OR TONGUE |
| * SKIN DISCOLORATIONS | * ORAL SINUS OPENING AFTER EXTRACTION |
| * LIMITED MOUTH OPENING | OF UPPER TEETH |
| *NAUSEA | * BROKEN FILLING IN ADJACENT TOOTH |
| * DIFFICULTY | * BROKEN ADJACENT DECAYING TOOTH |

Under certain Circumstances, special X-rays may be required.

Medications and anesthetics may cause drowsiness.

I understand that I may ask any questions about my surgery and alternatives, and will be given a detailed explanation before the procedure.

I acknowledge that all the information given in my medical history is correct.

NAME OF INMATE (PRINT) _Donell Freeman_

| _Donell Freeman_ 6/29/2016 | | | | |
|---|---|---|---|---|
| Inmate | Date | Witness to Signature Only | Date | Time |

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The Inmate appeared to understand and consented to the procedures described.

| _[signature]_ | _6/29/16_ |
|---|---|
| Physician's Signature | Date |

© 2009 Correct Care Solutions, LL

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Dental Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 6/29/2016 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Time/Comments**

Added 06/29/2016 10:55 AM EST by wibrahim Dental Provider

Exam and 4 BW"s
Findings:
#1 O, $ M' 15 O, 31 O, 32 O. possible #14 Distal?

E-Signed by Wael Ibrahim n 06/29/2016 10:55 AM EST

Page 1 of 1

MCCI MED RECORDS 191

MCCI MED RECORDS 192

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/6/2016 |

Status    ◉ Adult ○ Juvenile

---

**Referred from:**

☐ Sick Call ☐ Nursing/Medical ☐ Behavioral Health ☐ Security ☑ Other

*MH follow up after removal from SNR*

☐ Post suicide watch release follow up

---

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge

*"Good."*

---

**Mental Status Exam**

**Appearance:**
☑ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☐ Other

**Speech:**
☑ Appropriate ☐ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other

**Mood:**
☑ Appropriate ☐ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☐ Irritable ☐ Other

**Affect:**
☑ Appropriate ☐ Tearful ☐ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other

**Thought Form:**
☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Assoc.
☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

**Thought Content:**
☑ Appropriate ☐ Hallucinations ☐ Comp/obsess. ☐ Thought insertion
☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**
☑ Person ☑ Place ☐ Time ☑ Situation

**Intelligence:**
☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

**Memory:**

Page 1 of 3

MCCI MED RECORDS 193

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279253 | 12/25/1975 | 10/6/2016 |

**Memory:**

☑ Intact ☐ Immediate Impaired ☐ Recent Impaired ☐ Remote Impaired

**Insight:**

☐ Intact ☑ Good ☐ Fair ☐ Poor

**Judgment:**

☐ Intact ☑ Good ☐ Fair ☐ Poor

**Behavior:**

☑ Appropriate ☐ Belligerent ☐ Agitated ☐ Impulsive ☐ Withdrawn ☐ Other

---

### Current Status

Medication Compliant?     ◉ N/A ○ Yes ○ No

Suicidal Ideations noted?     ○ Yes ◉ No ○ Refuses to answer

Homicidal Ideations noted?     ○ Yes ◉ No ○ Refuses to answer

---

### Assessment and Interventions Provided (include tasks assigned to patient, if any)

*Seen in Medical. Logical / relevant thought structure, no symptoms of psychosis or mania. Calm, no distress or agitation. Stated that he felt "good." Discussed the progress of his legal case. Also discussed his efforts at self-improvement, including participation in numerous substance abuse programs. Denied current SI/HI. Psychiatrically stable. No need for resumption of MH services at this time.*

---

### Plan (Please check all that apply)

☑ Treatment not indicated at this time (understands how to access services)

☐ Consulted with:

☐ Behavioral Health to follow up PRN or through sick call

☐ Behavioral Health follow-up (#days/date)

# days /
date:

☐ Refer to:

Refer to     ☐ Psychiatry ☐ Medical ☐ Discharge Planner ☐ Other

Other

☐ Placed on Special Needs

☐ Placement on Special Needs considered and deferred

BH217UN0000ACCEN050116

MCCI MED RECORDS 194

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/6/2016 |

BH217UN0000ACCEN050116

MCCI MED RECORDS 195

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 3/31/2017 |

Status  ● Adult ○ Juvenile

---

**Referred from:**

---

☐ Sick Call  ☐ Nursing/Medical  ☐ Behavioral Health  ☐ Security  ☑ Other
Sentencing
☐ Post suicide watch release follow up

---

**Reason for Referral/Subjective Findings**
If post suicide watch release follow up, number of days since discharge

---

*I/M stated that he was doing well and although 9 years was a large sentence he was initially looking "at much more time." Stated that he "could do 5 more years in prison, I'll be alright with that." I/M denied ideations of self harm and hasn't been prescribed psychiatric medication in several months. Informed I/M of follow up contact on Wednesday.*

---

**Mental Status Exam**

---

**Appearance:**
☑ Appropriate  ☐ Meticulous  ☐ Unclean  ☐ Disheveled  ☐ Bizarre  ☐ Other

**Speech:**
☑ Appropriate  ☐ Expressive  ☐ Loud  ☐ Slowed  ☐ Pressured  ☐ Slurred  ☐ Other

**Mood:**
☑ Appropriate  ☐ Depressed  ☐ Euphoric  ☐ Anxious  ☐ Angry  ☐ Irritable  ☐ Other

**Affect:**
☑ Appropriate  ☐ Tearful  ☐ Blunted  ☐ Flat  ☐ Labile  ☐ Hostile  ☐ Other

**Thought Form:**
☑ Coherent  ☐ Circumstantial  ☐ Tangential  ☐ Loose Assoc.
☐ Poverty of Thought  ☐ Flight of Ideas  ☐ Other

**Thought Content:**
☑ Appropriate  ☐ Hallucinations  ☐ Comp/obsess.  ☐ Thought insertion
☐ Broadcasting  ☐ Delusional  ☐ Suicidal  ☐ Homicidal  ☐ Other

**Orientation:**
☑ Person  ☑ Place  ☑ Time  ☑ Situation

**Intelligence:**

MCCI MED RECORDS 196

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ07728*

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/31/2017 |

**Intelligence:**

☐ *Above Average*  ☑ *Average*  ☐ *Below Average*  ☐ *Developmentally Disabled*

**Memory:**

☑ *Intact*  ☐ *Immediate Impaired*  ☐ *Recent Impaired*  ☐ *Remote Impaired*

**Insight:**

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*

**Judgment:**

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*

**Behavior:**

☑ *Appropriate*  ☐ *Belligerent*  ☐ *Agitated*  ☐ *Impulsive*  ☐ *Withdrawn*  ☐ *Other*

---

**Current Status**

Medication Compliant?                                    ⊙ *N/A*  ○ *Yes*  ○ *No*

Suicidal Ideations noted?                       ○ *Yes*  ⊙ *No*  ○ *Refuses to answer*

Homicidal Ideations noted?                     ○ *Yes*  ⊙ *No*  ○ *Refuses to answer*

---

**Assessment and Interventions Provided (include tasks assigned to patient, if any)**

*I/M presented within normal limits of functioning without signs or reports of psychiatric concern. I/M was seen interacting with other inmates on the unit prior to our meeting. Appropriate, respectful, engaged, and utilized humor during meeting. Will follow up in 5 days.*

---

**Plan (Please check all that apply)**

☐ *Treatment not indicated at this time (understands how to access services)*

☐ *Consulted with:*

☐ *Behavioral Health to follow up PRN or through sick call*

☑ *Behavioral Health follow-up (#days/date)*

# days /
date:        *4/5*

☐ *Refer to:*

Refer to     ☐ *Psychiatry* ☐ *Medical* ☐ *Discharge Planner* ☐ *Other*

Other

☐ *Placed on Special Needs*

☐ *Placement on Special Needs considered and deferred*

*Page 2 of 3*

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/31/2017 |

☐ *Placement on Special Needs considered and deferred*

BH217UN0000ACCEN050116

MCCI MED RECORDS 198

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Structured
Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 4/5/2017 |

Status    ◉ *Adult* ○ *Juvenile*

---

### Referred from:

☐ *Sick Call* ☐ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☑ *Other*

*sentencing f/u*

☐ *Post suicide watch release follow up*

---

### Reason for Referral/Subjective Findings

If post suicide watch release follow up, number of days since discharge

*Reports that he is well, denies any current concerns and is coping well in regards to sentence. Pleasant and cooperative, presents as stable.*

---

### Mental Status Exam

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**
☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*
☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**
☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation*

**Intelligence:**
☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

MCCI MED RECORDS 199

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Structured**
**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DORELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 4/5/2017 |

☐ Above Average  ☑ Average  ☐ Below Average  ☐ Developmentally Disabled

**Memory:**

☑ Intact  ☐ Immediate Impaired  ☐ Recent Impaired  ☐ Remote Impaired

**Insight:**

☑ Intact  ☐ Good  ☐ Fair  ☐ Poor

**Judgment:**

☑ Intact  ☐ Good  ☐ Fair  ☐ Poor

**Behavior:**

☑ Appropriate  ☐ Belligerent  ☐ Agitated  ☐ Impulsive  ☐ Withdrawn  ☐ Other

---

**Current Status**

Medication Compliant?                                       ◉ N/A  ○ Yes  ○ No

Suicidal Ideations noted?                          ○ Yes  ◉ No  ○ Refuses to answer

Homicidal Ideations noted?                         ○ Yes  ◉ No  ○ Refuses to answer

---

**Assessment and Interventions Provided (include tasks assigned to patient, if any)**

offered supportive counseling and education, encouraged wellness and stability

---

**Plan (Please check all that apply)**

☑ Treatment not indicated at this time (understands how to access services)

☐ Consulted with:

☐ Behavioral Health to follow up PRN or through sick call

☐ Behavioral Health follow-up (#days/date)

# days /
date:

☐ Refer to:

Refer to     ☐ Psychiatry  ☐ Medical  ☐ Discharge Planner  ☐ Other

Other

☐ Placed on Special Needs

☐ Placement on Special Needs considered and deferred

BH217UN0000ACCEN050116

E-Signed by Sarah Smentkowski, Mental Health Professional. on 04/05/2017 11:44 AM EST                    Page 2 of 2

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs**
Note



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| OONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 8/7/2015 |

### Current Status and Progress Since Last Appointment:

*Met with I/M on I2. I/M presented within normal limits of functioning without signs or reports of psychiatric distress. I/M was seen sitting by the microwave drinking coffee prior to meeting. Inquired about I/M's plans for continued group attendance which he stated that he intended to continue and is furthering himself with additional AA meetings. I/M stated that otherwise he was doing well at this time. I/M denied SI/HI and signed treatment plan.*

### Describe Interventions Utilized/Taught During Session:

*Supportive counseling offered.*

Medication Compliant?                  ○ N/A  ◉ Yes  ○ No

Suicidal Ideations noted?              ○ N/A  ○ Yes  ◉ No

Homicidal Ideations noted?             ○ N/A  ○ Yes  ◉ No

Does treatment plan require revision based on current status?        ○ Yes  ◉ No

Note changes:

---

### Mental Status Exam:

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:

Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:

Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:

Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*
Explain:

Thought Form:
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*
Explain:

Thought Content:
☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

MCCI MED RECORDS 201

Monmouth County
**Monmouth Adult (MCCI)**
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 8/7/2015 |

☑ *Appropriate* ☐ *Complusness.* ☐ *Thought Insertion* ☐ *Broadcasting*

☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

Insight:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Judgment:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Behavior:

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☑ *Cooperative* ☐ *Uncooperative*

---

**Diagnoses (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Current Dx MDD

---

**Plan (please check all that apply):**

☑ *Continue Special Needs visits.*

    Follow up in_____ number of days. Number of days/Date:    *monthly*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Refer to Medical:*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☑ *Other:*

Page 2 of 3

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 8/7/2016 |

☑ *Other:*

**continue with MH group**

MCCI MED RECORDS 203

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs
Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 11/19/2015 |

**Current Status and Progress Since Last Appointment:**

*States he is "fine", denies any current MH concerns and contracts for safety at this time. Noted that he is awaiting x-rays for his knees, has already consulted with medical*

**Describe Interventions Utilized/Taught During Session:**

*Offered supportive counseling and education, encouraged continued stability*

Medication Compliant? ○ *N/A* ◉ *Yes* ○ *No*

Suicidal Ideations noted? ○ *N/A* ○ *Yes* ◉ *No*

Homicidal Ideations noted? ○ *N/A* ○ *Yes* ◉ *No*

Does treatment plan require revision based on current status? ○ *Yes* ◉ *No*

Note changes:

---

**Mental Status Exam:**

---

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:

Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:

Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:

Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*
Explain:

Thought Form:
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*
Explain:

Thought Content:
☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*
Explain:

Orientation:

Page 1 of 2

MCCI MED RECORDS 204

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 11/19/2015 |

Explain:

Orientation:

☑ *Person*  ☐ *Place*  ☑ *Purpose*  ☑ *Time*

Intelligence:

☐ *Above Average*  ☑ *Average*  ☐ *Below Average*  ☐ *Developmentally Disabled*

Memory:

☑ *Intact*  ☐ *Immediate Impaired*  ☐ *Recent Impaired*  ☐ *Remote Impaired*

Insight:

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*

Judgment:

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*

Behavior:

☑ *Appropriate*  ☐ *Belligerent*  ☐ *Agitated*  ☐ *Withdrawn*  ☐ *Cooperative*  ☐ *Uncooperative*

---

**Diagnoses (include mental disorders and relevant medical conditions):**

---

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Depression

---

**Plan (please check all that apply):**

---

☑ *Continue Special Needs visits.*

Follow up in____ number of days. Number of days/Date:        *12/2015*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Refer to Medical:*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other:*

MCCI MED RECORDS 205

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Special Needs
Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 12/18/2015 |

**Current Status and Progress Since Last Appointment:**

*Denies any current MH concerns and contracts for safety. Discussed hip pain and frustration that he may not be able to have it treated in the manner he desires. Pleasant and cooperative for duration of assessment*

**Describe Interventions Utilized/Taught During Session:**

*Offered supportive counseling and education, encouraged continued stability*

Medication Compliant?                ○ *N/A* ⦿ *Yes* ○ *No*

Suicidal Ideations noted?           ○ *N/A* ○ *Yes* ⦿ *No*

Homicidal Ideations noted?        ○ *N/A* ○ *Yes* ⦿ *No*

Does treatment plan require revision based on current status?            ○ *Yes* ⦿ *No*

Note changes:

---

**Mental Status Exam:**

---

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:

Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:

Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:

Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*
Explain:

Thought Form:
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*
Explain:

Thought Content:
☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*
Explain:

Orientation:

MCCI MED RECORDS 206

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs
Note**



| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279268 | Birth Date<br>12/25/1976 | Date Of Service<br>12/18/2015 |
|---|---|---|---|---|

Explain:

Orientation:

☑ *Person*  ☑ *Place*  ☑ *Purpose*  ☑ *Time*

Intelligence:

☐ *Above Average*  ☑ *Average*  ☐ *Below Average*  ☐ *Developmentally Disabled*

Memory:

☑ *Intact*  ☐ *Immediate Impaired*  ☐ *Recent Impaired*  ☐ *Remote Impaired*

Insight:

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*

Judgment:

☑ *Intact*  ☐ *Good*  ☐ *Fair*  ☐ *Poor*

Behavior:

☑ *Appropriate*  ☐ *Belligerent*  ☐ *Agitated*  ☐ *Withdrawn*  ☐ *Cooperative*  ☐ *Uncooperative*

**Diagnoses (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed<br>Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Depression*

**Plan (please check all that apply):**

☑ *Continue Special Needs visits.*

    Follow up in____ number of days. Number of days/Date:    *1/2016*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Refer to Medical:*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other:*

E-Signed by Sarah Smentkowski n 12/18/2015 01:34 PM EST

MCCI MED RECORDS 207

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 2/6/2016 |

**Current Status and Progress Since Last Appointment:**

*Reviewed and signed tx plan with writer, denies any current MH issues or concerns and able to contract for safety. Asked writer for "research" linking "oppression and depression"; advised I/M that he must seek this research on his own.*

**Describe Interventions Utilized/Taught During Session:**

*Offered supportive counseling and education, encouraged wellness*

Medication Compliant?  ○ N/A  ◉ Yes  ○ No

Suicidal Ideations noted?  ○ N/A  ○ Yes  ◉ No

Homicidal Ideations noted?  ○ N/A  ○ Yes  ◉ No

Does treatment plan require revision based on current status?   ○ Yes  ◉ No

Note changes:

---

**Mental Status Exam:**

---

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

Explain:

Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

Explain:

Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

Explain:

Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Explain:

Thought Form:
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

Explain:

Thought Content:
☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

MCCI MED RECORDS 208

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Special Needs
Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 2/5/2016 |

Explain:

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

Insight:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Judgment:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Behavior:

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☐ *Cooperative* ☐ *Uncooperative*

---

### Diagnoses (include mental disorders and relevant medical conditions):

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Depression

---

### Plan (please check all that apply):

☑ *Continue Special Needs visits.*

    Follow up in_____ number of days. Number of days/Date:    *3/2015*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Refer to Medical:*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other:*

E-Signed by Sarah Smentkowski n 02/05/2016 12:36 PM EST

Page 2 of 2

MCCI MED RECORDS 209

| | | | | |
|---|---|---|---|---|
Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26484 | 3279268 | 12/25/1975 | 3/22/2016 |

**Current Status and Progress Since Last Appointment:**

*Met with I/M on A2. I/M presented within normal limits of functioning without signs or reports of psychiatric concern. I/M spoke about continuing to fight his case on his own and requested information on the criteria for substance use disorder in the DSM 5. I/M stated that he was otherwise doing well and was keeping himself busy exploring how environment effects behaviors. I/M denied SI/HI.*

**Describe Interventions Utilized/Taught During Session:**

*Supportive counseling, find requested information*

Medication Compliant?               ○ N/A ◉ Yes ○ No

Suicidal Ideations noted?           ○ N/A ○ Yes ◉ No

Homicidal Ideations noted?          ○ N/A ○ Yes ◉ No

Does treatment plan require revision based on current status?          ○ Yes ◉ No

Note changes:

**Mental Status Exam:**

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:

Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:

Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:

Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*
Explain:

Thought Form:
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*
Explain:

Thought Content:
☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

MCCI MED RECORDS 210

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Behavioral Health Special Needs
Note**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/22/2016 |

☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

Insight:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Judgment:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Behavior:

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☑ *Cooperative* ☐ *Uncooperative*

**Diagnoses (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Current Dx Major Depression

**Plan (please check all that apply):**

☑ *Continue Special Needs visits.*

   Follow up in____ number of days. Number of days/Date:        *monthly*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Refer to Medical:*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other:*

MCCI MED RECORDS 211

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs
Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 3/22/2016 |

☐ *Other:*

E-Signed by Jesse Coudray n 03/22/2016 07:34 PM EST

**MCCI MED RECORDS 212**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Behavioral Health Special Needs
Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 4/22/2016 |

**Current Status and Progress Since Last Appointment:**

*Met with I/M on A2. I/M presented within normal limits of functioning without signs or reports of psychiatric concern. Stated that he was continuing to fight his court case, the information provided was helpful, and he is currently working on putting in motions. Stated that at this time he didn't have pressing issues or concerns and was informed how to contact MH PRN. I/M denied SI/HI.*

**Describe Interventions Utilized/Taught During Session:**

*Supportive counseling offered.*

Medication Compliant?　　　　　　　○ N/A ◉ Yes ○ No
Suicidal Ideations noted?　　　　　　○ N/A ○ Yes ◉ No
Homicidal Ideations noted?　　　　　○ N/A ○ Yes ◉ No

Does treatment plan require revision based on current status?　　　　　　○ Yes ◉ No
Note changes:

**Mental Status Exam:**

Appearance:
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*
Explain:
Speech:
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*
Explain:
Mood:
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*
Explain:
Affect:
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*
Explain:
Thought Form:
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*
Explain:
Thought Content:
☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Page 1 of 3

MCCI MED RECORDS 213

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 4/22/2016 |

☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

Insight:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Judgment:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Behavior:

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☑ *Cooperative* ☐ *Uncooperative*

## Diagnoses (include mental disorders and relevant medical conditions):

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

## Plan (please check all that apply):

☑ *Continue Special Needs visits.*

Follow up in_____ number of days. Number of days/Date:        *monthly*

☐ *Refer to Psychiatry.*

☐ *Start Suicide Precautions.*

☐ *Refer to Medical.*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other.*

Page 2 of 3

MCCI MED RECORDS 214

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 4/22/2016 |

☐ *Other:*

**MCCI MED RECORDS 215**

**Monmouth County**
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold , NJ07728*

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 5/18/2016 |

**Current Status and Progress Since Last Appointment:**
*States "I'm good", denies any current MH issues and contracts for safety, pleasant and cooperative.*

**Describe Interventions Utilized/Taught During Session:**
*Offered supportive counseling and education, encouraged stability*

Medication Compliant?  ○ N/A  ◉ Yes  ○ No

Suicidal Ideations noted?  ○ N/A  ○ Yes  ◉ No

Homicidal Ideations noted?  ○ N/A  ○ Yes  ◉ No

Does treatment plan require revision based on current status?  ○ Yes  ◉ No

Note changes:

---

| **Mental Status Exam:** |
|---|

Appearance:

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

Explain:

Speech:

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

Explain:

Mood:

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

Explain:

Affect:

☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Explain:

Thought Form:

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

Explain:

Thought Content:

☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*

☐ *Delusional* ☐ *Hallucinations* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

Explain:

Orientation:

☐ *Person* ☐ *Place* ☐ *Purpose* ☐ *Time*

MCCI MED RECORDS 216

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 5/18/2016 |

Orientation:

☑ *Person* ☑ *Place* ☑ *Purpose* ☑ *Time*

Intelligence:

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*

Memory:

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*

Insight:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Judgment:

☑ *Intact* ☐ *Good* ☐ *Fair* ☐ *Poor*

Behavior:

☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Withdrawn* ☐ *Cooperative* ☐ *Uncooperative*

---

**Diagnoses (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

---

**Plan (please check all that apply):**

☑ *Continue Special Needs visits.*

　　Follow up in____ number of days. Number of days/Date:　　6/2016

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Refer to Medical:*

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other:*

E-Signed by Sarah Smentkowski n 05/18/2016 04:25 PM EST

Page 2 of 2

MCCI MED RECORDS 217

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/15/2016 |

**Current Status and Progress Since Last Appointment:**

*Met with I/M on A1. I/M presented within normal limits of functioning without signs or reports of psychiatric concern despite ceasing Zoloft 2 weeks earlier. I/M wanted to discuss current gains in legal understanding as he is representing himself during court. Informed I/M that legal issues are outside my scope of practice, however he wanted to discuss passages he read to ensure his "reading comprehension" was correct. I/M was engaged throughout the session and brought paperwork. I/M stated that he was otherwise doing well, was referred to SAS to ask questions regarding results of intoxication, and denied SI/HI.*

**Describe Interventions Utilized/Taught During Session:**

*Supportive counseling*

Medication Compliant?                      ◉ N/A  ○ Yes  ○ No

Suicidal Ideations noted?                  ○ N/A  ○ Yes  ◉ No

Homicidal Ideations noted?                 ○ N/A  ○ Yes  ◉ No

Does treatment plan require revision based on current status?            ○ Yes  ◉ No

Note changes:

**Mental Status Exam:**

Appearance:

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

Explain:

Speech:

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

Explain:

Mood:

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

Explain:

Affect:

☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

Explain:

Thought Form:

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Association*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

Explain:

Thought Content:

☑ *Appropriate* ☐ *Comp/obsess.* ☐ *Thought Insertion* ☐ *Broadcasting*

Page 1 of 3

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 6/15/2016 |

☑ Appropriate ☐ Comp/obsess. ☐ Thought Insertion ☐ Broadcasting

☐ Delusional ☐ Hallucinations ☐ Suicidal ☐ Homicidal ☐ Other

Explain:

Orientation:

☑ Person ☑ Place ☑ Purpose ☑ Time

Intelligence:

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

Memory:

☑ Intact ☐ Immediate Impaired ☐ Recent Impaired ☐ Remote Impaired

Insight:

☑ Intact ☐ Good ☐ Fair ☐ Poor

Judgment:

☑ Intact ☐ Good ☐ Fair ☐ Poor

Behavior:

☑ Appropriate ☐ Belligerent ☐ Agitated ☐ Withdrawn ☑ Cooperative ☐ Uncooperative

## Diagnoses (include mental disorders and relevant medical conditions):

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

## Plan (please check all that apply):

☑ Continue Special Needs visits.

Follow up in_____ number of days. Number of days/Date:     monthly

☐ Refer to Psychiatry:

☐ Start Suicide Precautions:

☐ Refer to Medical:

☐ D/C from SN program-MH to f/u in 1 month to assess adjustment

MCCI MED RECORDS 219

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 6/15/2016 |

☐ *D/C from SN program-MH to f/u in 1 month to assess adjustment.*

☐ *Other:*

**MCCI MED RECORDS 220**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs
Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/5/2016 |

### Current Status and Progress Since Last Appointment

*Met with I/M on A2. I/M presented within normal limits of functioning without signs or reports of psychiatric concern. I/M was seen laying down in the recreation yard. Discussed with I/M removal from the MH roster due to his continued stability and cessation of medication, which he agreed to. Discussed briefly a follow up regarding last meeting and his defense for court which he was still counting on, however hasn't gone to court yet. I/M stated that he was continuing to do well and returned to the recreation yard following this meeting. I/M denied SI/HI.*

### Describe Interventions Utilized/Taught During the Session

*Supportive counseling*

### Current Status

Medication Compliant?  ◉ *N/A* ○ *Yes* ○ *No*

Suicidal Ideations noted?  ○ *Yes* ◉ *No* ○ *Refuses to answer*

Homicidal Ideations noted?  ○ *Yes* ◉ *No* ○ *Refuses to answer*

Does treatment plan require revision based on current status?  ◉ *Yes* ○ *No*

Note changes:
*remove from SN roster*

### Mental Status Exam

**Appearance:**
☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**
☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**
☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**
☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**
☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

Page 1 of 3

MCCI MED RECORDS 221

| Monmouth County<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold , NJ07728 | **Behavioral Health Special Needs<br>Note** | | | |  |
|---|---|---|---|---|---|

| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>7/5/2016 |
|---|---|---|---|---|

**Thought Content:**

☑ Appropriate ☐ Hallucinations ☐ Comp/Obsess ☐ Thought insertion

☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**

☑ Person ☑ Place ☑ Time ☑ Situation

**Intelligence:**

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

**Memory:**

☑ Intact ☐ Immediate Impaired ☐ Recent Impaired ☐ Remote Impaired

**Insight:**

☑ Intact ☐ Good ☐ Fair ☐ Poor

**Judgment:**

☑ Intact ☐ Good ☐ Fair ☐ Poor

**Behavior:**

☑ Appropriate ☐ Belligerent ☐ Agitated ☐ Impulsive ☐ Withdrawn ☐ Other

---

**Diagnosis (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed<br>Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance<br>Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH:<br>Depression | Unspecified Major Depression,<br>Recurrent Episode | Janice Buttler |

---

**Plan (please check all that apply):**

☐ Continue Special Needs visits.

    Follow up in_____ number of days. Number of days/Date:

☐ Start Suicide Precautions:

☐ Homework given on:

☐ Consult with:

MCCI MED RECORDS 222

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Special Needs**
**Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/5/2016 |

☐ *Consult with:*

☑ *D/C from SN program. Follow up in one month.*

☐ *Other:*

Refer to   ☐ *Psychiatric Provider* ☐ *Medical* ☐ *Discharge Planner*

BH216UN0000ACCEN050116

E-Signed by Jesse Coudray n 07/05/2016 07:49 PM EST

Page 3 of 3

MCCI MED RECORDS 223

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Psychiatric
Provider Initial Evaluation**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/1/2015 |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Presenting Issue:**

*"Im trying to get help, I"m suicidal and homicidal and I'm depressed. Mental illness is a stigma in my community. I did crack - I know thats stupid. Im ready to get some help"*

**Current Psychotropic Medications:**

*no psych meds at this time*

---

**Current Status:**

History of Prior Treatment?                    ◉ Yes  ○ No
*jersey shore crisis and UMDNJ crisis*

Family Psychiatric History?                    ○ Yes  ◉ No

Relevant Past Medical HX and Medications       ◉ Yes  ○ No
*chronic pain from hip replacement*

Prior Self Harm Attempt?                       ◉ Yes  ○ No
*2X - tried to shoot self, OD*

Prior Violence Toward Others?                  ○ Yes  ◉ No

History of Substance Abuse?                    ◉ Yes  ○ No
Last Date of Use
*ETOH and crack - last use 2 days ago*

---

**Mental Status Exam:**

Appearance:
☐ Appropriate  ☐ Meticulous  ☐ Unclean  ☐ Disheveled  ☐ Bizarre  ☑ Other
Explain:   *safety gown*

Speech:
☑ Appropriate  ☐ Expressive  ☐ Loud  ☐ Slowed  ☐ Pressured  ☐ Slurred  ☐ Other
Explain:

Mood:
☐ Appropriate  ☑ Depressed  ☐ Euphoric  ☐ Anxious  ☐ Angry  ☐ Irritable  ☐ Other
Explain:

Affect:

Page 1 of 3

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Behavioral Health Psychiatric**
**Provider Initial Evaluation**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/1/2016 |

Explain:

Affect:

☑ Appropriate  ☐ Tearful  ☐ Blunted  ☐ Flat  ☐ Labile  ☐ Hostile  ☐ Other

Explain:

Thought Form:

☑ Coherent  ☐ Circumstantial  ☐ Tangential  ☐ Loose Association

☐ Poverty of Thought  ☐ Flight of Ideas  ☐ Other

Explain:

Thought Content:

☑ Appropriate  ☐ Comp/obsess.  ☐ Thought Insertion  ☐ Broadcasting

☐ Delusional  ☐ Hallucinations  ☐ Suicidal  ☐ Homicidal  ☑ Other

Explain:   reports seeing mother and sisters in past. vague about voices - possibly due to drug use

Orientation:

☑ Person  ☑ Place  ☑ Purpose  ☑ Time

Intelligence:

☐ Above Average  ☑ Average  ☐ Below Average  ☐ Developmentally Disabled

Memory:

☑ Intact  ☐ Immediate Impaired  ☐ Recent Impaired  ☐ Remote Impaired

Insight:

☐ Intact  ☐ Good  ☐ Fair  ☑ Poor

Judgment:

☐ Intact  ☐ Good  ☐ Fair  ☑ Poor

Behavior:

☑ Appropriate  ☐ Belligerent  ☐ Agitated  ☐ Withdrawn  ☐ Cooperative  ☐ Uncooperative

## Diagnosis (include mental disorders and relevant medical conditions):

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

*IM reports depressed mood and treated it by doing drugs suicidal and homicidal today*

**Plan:**

MCCI MED RECORDS 225

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Psychiatric
Provider Initial Evaluation**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

**Plan:**

1. Medication:

*zoloft 50 mg qam*

2. Labs:

*none*

3. Other:

*continue constant watch*

4. Follow Up Date:     *daily*

MCCI MED RECORDS 226

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Psychiatric
Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/14/2015 |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Subjective:**

*"im still depressed, I had a lot of stuff happen to me. Im trying to get help and noone helps me. Its not easy I have so many strikes against me"*

**Mental Status Exam:**

Appearance:

☐ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☑ Other

Explain:    laying on cot covered with safety gown, sits up to talk

Speech:

☑ Appropriate ☐ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other

Explain:

Mood:

☐ Appropriate ☑ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☐ Irritable ☐ Other

Explain:

Affect:

☑ Appropriate ☐ Tearful ☐ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other

Explain:

Thought Form:

☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Association

☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

Explain:

Thought Content:

☑ Appropriate ☐ Comp/obsess. ☐ Thought Insertion ☐ Broadcasting

☐ Delusional ☐ Hallucinations ☐ Suicidal ☐ Homicidal ☐ Other

Explain:

Orientation:

☑ Person ☑ Place ☑ Purpose ☑ Time

Intelligence:

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

Memory:

MCCI MED RECORDS 227

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Behavioral Health Psychiatric
Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/14/2015 |

☐ Above Average  ☑ Average  ☐ Below Average  ☐ Developmentally Disabled

Memory:

☑ Intact  ☐ Immediate Impaired  ☐ Recent Impaired  ☐ Remote Impaired

Insight:

☐ Intact  ☐ Good  ☑ Fair  ☐ Poor

Judgment:

☐ Intact  ☐ Good  ☑ Fair  ☐ Poor

Behavior:

☑ Appropriate  ☐ Belligerent  ☐ Agitated  ☐ Withdrawn  ☐ Cooperative  ☐ Uncooperative

**Recent Lab Results:**

**Medication Side Effects:**

M denies SE

**AIMS:**   ☑ N/A - based on current treatment

**Response to Treatment:**

poor

**Diagnosis (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

IM still reports depressd mood and suicidal thoughts

**Plan:**

1. Medication:

d/c zoloft 50 zoloft 150 mg qam

2. Labs:

MCCI MED RECORDS 228

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Psychiatric
Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/14/2015 |

~~alc zoloft sertraline 100 mg qam~~

2. Labs:

*none*

3. Other:

*continue constant watch*

4. Follow Up Date:     *daily*

MCCI MED RECORDS 229

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Behavioral Health Psychiatric**
**Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/15/2015 |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

### Subjective:

*"I still am suicidal, I told you that yesterday. I have nothing to live for. You have no idea how bad my life is, I was in prison for 20 years"*

### Mental Status Exam:

Appearance:
☐ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☑ Other
Explain:   safety gown
Speech:
☑ Appropriate ☐ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other
Explain:
Mood:
☐ Appropriate ☑ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☐ Irritable ☐ Other
Explain:
Affect:
☐ Appropriate ☐ Tearful ☑ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other
Explain:
Thought Form:
☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Association
☐ Poverty of Thought ☐ Flight of Ideas ☐ Other
Explain:
Thought Content:
☑ Appropriate ☐ Comp/obsess. ☐ Thought Insertion ☐ Broadcasting
☐ Delusional ☐ Hallucinations ☐ Suicidal ☐ Homicidal ☐ Other
Explain:
Orientation:
☑ Person ☑ Place ☑ Purpose ☑ Time
Intelligence:
☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled
Memory:

MCCI MED RECORDS 230

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Psychiatric
Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/15/2015 |

☐ Above Average  ☑ Average  ☐ Below Average  ☐ Developmentally Disabled

Memory:

☑ Intact  ☐ Immediate Impaired  ☐ Recent Impaired  ☐ Remote Impaired

Insight:

☐ Intact  ☐ Good  ☑ Fair  ☐ Poor

Judgment:

☐ Intact  ☐ Good  ☑ Fair  ☐ Poor

Behavior:

☑ Appropriate  ☐ Belligerent  ☐ Agitated  ☐ Withdrawn  ☐ Cooperative  ☐ Uncooperative

---

**Recent Lab Results:**

---

**Medication Side Effects:**

IM denies SE

---

**AIMS:** ☑ N/A - based on current treatment

---

**Response to Treatment:**

poor (med inc. 7/14)

---

**Diagnosis (include mental disorders and relevant medical conditions):**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

IM continues to feel suicidal

---

**Plan:**

1. Medication:

cont med

2. Labs:

MCCI MED RECORDS 231

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Psychiatric**
**Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 7/15/2015 |

continued

2. Labs:

3. Other:

   continue constant watch for suicidal ideation

4. Follow Up Date:     daily

**MCCI MED RECORDS 232**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Behavioral Health Psychiatric
Provider Follow Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/22/2015 |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Subjective:**

*When approached IM in infirmary he stated "Im beginning to feel better" I jsuggested that it might be time to consider moving to GP and he began to go on about how sick he is and how we are trying to push him out . "If I want to hurt myself and you push me out I don't know what can happen...."*

**Mental Status Exam:**

Appearance:
☐ Appropriate ☐ Meticulous ☐ Unclean ☐ Disheveled ☐ Bizarre ☑ Other
Explain:   bundled in safety gown on floor

Speech:
☑ Appropriate ☐ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other
Explain:

Mood:
☐ Appropriate ☑ Depressed ☐ Euphoric ☐ Anxious ☐ Angry ☐ Irritable ☐ Other
Explain:

Affect:
☑ Appropriate ☐ Tearful ☐ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other
Explain:

Thought Form:
☑ Coherent ☐ Circumstantial ☐ Tangential ☐ Loose Association
☐ Poverty of Thought ☐ Flight of Ideas ☐ Other
Explain:

Thought Content:
☑ Appropriate ☐ Comp/obsess. ☐ Thought Insertion ☐ Broadcasting
☐ Delusional ☐ Hallucinations ☐ Suicidal ☐ Homicidal ☐ Other
Explain:

Orientation:
☑ Person ☑ Place ☑ Purpose ☑ Time

Intelligence:
☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

Page 1 of 3

MCCI MED RECORDS 233

MCCI MED RECORDS 234

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*

**Self Harm Watch/Mental Health
Observation Release Summary**



| Patient Name DONELL FREEMAN | Patient Number 26184 | Booking Number 3279258 | Birth Date 12/25/1975 | Date Of Service 7/27/2015 |
|---|---|---|---|---|

Date: *7/27/2015*

Time: *8:40 am*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Discharge From:          ○ *Self Harm Watch*   ◉ *MH Observation*

Discharge Ordered by          *A. Caputo Smith, Ph.D.*
(CCS Staff Member):

**Reason for Admission:**

*Suicidal ideation*

**Progress Noted on Admitting Issues:**

*Logical / relevant thought structure, no symptoms of psychosis or mania and he offered no reports of such. Calm but irritable. Stated he was "still depressed" but denied current SI/HI. Complained that I never see him this early in the morning (untrue) and that, "I was hoping to see you around 11." Psychiatrically stable for G.P.*

**Current Medications:**

1. *Zoloft*

   ☐ *Check for additional medication*

2.

   ☐ *Check for additional medication*

3.

   ☐ *Check for additional medication*

4.

---

**Discharge Recommendations:**

☑ *Client scheduled for follow-up per policy, see SW Follow up Schedule (24 hrs post-release, 7 days post-release, 30 days post-release)*

☐ *Refer to psychiatry for follow-up*

☐ *Refer to MH Special Needs Program*

   ☑ *Client ALREADY IN Special Needs Program*

☐ *Refer to MH group therapy*

☐ *Refer to MH counseling*

---

MCCI MED RECORDS 235

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Self Harm Watch/Mental Health**
**Observation Release Summary**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/27/2015 |

☐ Refer to MH group therapy

☐ Refer to MH counseling

☐ Refer to substance abuse services

☐ Refer to Psychiatric Cellblock

☑ Refer to General Population

☐ Refer to Administrative Segregation Cellblock

☐ Refer to Disciplinary Segregation Cellblock

☐ Refer to Discharge Planner

☐ Refer to medical (complete separate referral form)

☐ Other:

E-Signed by Alicia Caputo-Smith n 07/27/2015 09:50 AM EST

MCCI MED RECORDS 236

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Self Harm Watch/Mental Health
Observation Follow-Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/28/2015 |

STATUS:  ○ Self Harm Watch ○ MH Observation

REASON FOR VISIT:  ○ Daily ● S/P SW 24 hrs. ○ S/P SW D7 ○ S/P SW D30

FREQUENCY:  ○ Close Observation ○ 15/min

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

## Mental Status

Sensorium:  ☑ Alert ☑ Oriented x 3 ☐ Distractible ☐ Poor concentration ☐ Other
Explain:

Behavior:  ☑ Calm ☐ Agitated ☐ Slowed ☐ Other
Explain:

Mood:  ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☐ Irritable ☐ Other
Explain:

Thought Process:  ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other
Explain:

Thought Content:  ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☑ Other
Explain: *wnl*

Appearance:  ☑ Well kept ☐ Self-neglect ☐ Other
Explain:

Speech:  ☑ Clear/Coherent ☐ Spontaneous ☐ Pressured ☐ Poverty ☐ Other
Explain:

Affect:  ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other
Explain:

Memory:  ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other
Explain:

Cognitive Estimate:  ☐ High ☑ Average ☐ Low

## Risk Assessment

Current Ideation:  ○ Yes ● No ○ Refuses to Answer

MCCI MED RECORDS 237

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Self Harm Watch/Mental Health
Observation Follow-Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/28/2015 |

**RISK ASSESSMENT**

Current Ideation:                          ○ Yes  ◉ No  ○ Refuses to Answer

Current Plan:                               ○ Yes  ◉ No  ○ Refuses to answer

Any self harm since last MHP visit?   ○ Yes  ◉ No

Describe:

Review status of factors that lead to placement on watch/observation:

*SI / MHO*

Medication:          ◉ Yes  ○ No

Compliant:           ◉ Yes  ○ No  ○ N/A

Client's subjective report:

*I/M stated that he was doing well and was interested in joining the MH group. Discussed reasons for wanting to join the group, explained group composition, and what to expect. I/M continued to deny ideations of self harm.*

Interventions utilized during meeting:

*Supportive counseling, enroll in MH group*

---

**Plan ☐ *Complete this Section for Visits completed while Client on Watch or Observation Status***

---

**Plan ☑ *Complete this Section for Post Release Visits***

☐ *Initiate Suicide Watch*

Why?

☐ *Initiate MH Observation*

Why?

☑ *Mental Health Follow-Up*

   Follow-up Date: *8/3/2015*

☐ *Refer to Special Needs Program*

☐ *Refer to MH Group*

☐ *Plan for MH F/U after S/P D30 visit*

☑ *Other*

   *enroll in MH group*

---

MCCI MED RECORDS 238

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Self Harm Watch/Mental Health
Observation Follow-Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 8/3/2015 |

STATUS: ○ Self Harm Watch ○ MH Observation

REASON FOR VISIT: ○ Daily ○ S/P SW 24 hrs. ◉ S/P SW D7 ○ S/P SW D30

FREQUENCY: ○ Close Observation ○ 15/min

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

## Mental Status

**Sensorium:** ☑ Alert ☑ Oriented x 3 ☐ Distractible ☐ Poor concentration ☐ Other

Explain:

**Behavior:** ☑ Calm ☐ Agitated ☐ Slowed ☐ Other

Explain:

**Mood:** ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☐ Irritable ☐ Other

Explain:

**Thought Process:** ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other

Explain:

**Thought Content:** ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☐ Other

Explain:

**Appearance:** ☑ Well kept ☐ Self-neglect ☐ Other

Explain:

**Speech:** ☑ Clear/Coherent ☐ Spontaneous ☐ Pressured ☐ Poverty ☐ Other

Explain:

**Affect:** ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other

Explain:

**Memory:** ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other

Explain:

**Cognitive Estimate:** ☐ High ☑ Average ☐ Low

## Risk Assessment

Current Ideation: ○ Yes ◉ No ○ Refuses to Answer

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Self Harm Watch/Mental Health
Observation Follow-Up Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 8/3/2015 |

**RISK ASSESSMENT**

Current Ideation:  ○ *Yes* ◉ *No* ○ *Refuses to Answer*

Current Plan:  ○ *Yes* ◉ *No* ○ *Refuses to answer*

Any self harm since last MHP visit?  ○ *Yes* ◉ *No*

Describe:

Review status of factors that lead to placement on watch/observation:

*SI*

Medication:  ◉ *Yes* ○ *No*

Compliant:  ◉ *Yes* ○ *No* ○ *N/A*

Client's subjective report:

*Reports that he is not suicidal at this time and is coping to the best of his ability in GP. Future-focused,
discussed plans to start MH group and relapse preventions groups this week. Encouraged I/M to make
adequate use of these resources to engender change, as opposed to simply passing time; I/M receptive.*

Interventions utilized during meeting:

*Offered supportive counseling, encouraged wellness*

---

**Plan** ☐ ***Complete this Section for Visits completed while Client on Watch or Observation Status***

---

**Plan** ☑ ***Complete this Section for Post Release Visits***

    ☐ *Initiate Suicide Watch*

Why?

    ☐ *Initiate MH Observation*

Why?

    ☐ *Mental Health Follow-Up*

      *Follow-up Date:*

    ☐ *Refer to Special Needs Program*

    ☐ *Refer to MH Group*

    ☑ *Plan for MH F/U after S/P D30 visit*

      *monthly MH contact*

    ☐ *Other*

---

MCCI MED RECORDS 240

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/9/2015 |

Referral Source   ☐ Sick Call  ☐ Nursing/Medical Referral  ☐ Security Referral  ☑ Other

Reason for Visit   *Inmate request*

| **Subjective** |
|---|

*"I'm feeling good."*

| **Objective: Mental Status Exam** |
|---|

Sensorium        ☑ Alert  ☐ Oriented x 3  ☐ Distractible  ☐ Poor concentration  ☐ Other

Appearance       ☑ Well-kept  ☐ Self-neglect  ☐ Other

Behavior         ☑ Calm  ☐ Agitated  ☐ Slowed  ☐ Other

Speech           ☑ Clear/coherent  ☐ Spontaneous  ☐ Pressured  ☐ Poverty  ☐ Other

Mood             ☑ Euthymic  ☐ Depressed  ☐ Anxious  ☐ Elevated  ☐ Irritable  ☐ Other

Affect           ☑ Appropriate  ☐ Inappropriate  ☐ Constricted  ☐ Blunted  ☐ Other

Thought Process  ☑ Goal-Directed  ☐ Disorganized  ☐ Loose Associations  ☐ Tangential  ☐ Other

Memory           ☑ Recent Intact  ☑ Remote Intact  ☐ Impaired  ☐ Other

Thought Content  ☑ WNL  ☐ Homicidal  ☐ Suicidal  ☐ Paranoid  ☐ Hallucinations  ☐ Delusions  ☐ Other

Describe
hallucinations /
delusions:

Cognitive Estimate   ☐ High  ☑ Average  ☐ Low

| **Assessment and Interventions Provided** |
|---|

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Seen in Medical. Logical / relevant thought structure, no symptoms of psychosis or mania. Calm, smiled, no distress or agitation. Stated he wanted to see me to thank me for getting him back on track. Talked about a movie he was watching in his therapy group, Maslow's hierarchy of needs, and his childhood. No SI/HI. Psychiatrically stable.*

Page 1 of 2

| Monmouth County | | Mental Health Progress Note | | |
| Monmouth Adult (MCCI) | | Use only if no other specific note applies | | |
| 1 waterworks road | | | | |
| Freehold , NJ07728 | | | | |



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/9/2015 |

movie he was watching in his therapy group, Maslow's hierarchy of needs, and his childhood. No SI/HI.
Psychiatrically stable.

## Plan

☐ Mental Health Treatment not indicated at this time-mental health will follow up as needed

☑ Mental Health follow-up in_____(# of days or date)

    Mental Health follow-up in (# of days or date) *monthly MH special needs visits*

☐ Refer to Special Needs

☐ Refer to medical staff

☐ Refer to psychiatric provider

☐ Consult with_____.

    Consult
    with

☐ Completed ROI. Follow-up when information is received.

☐ Homework assigned. Please list.

      List
homework
assignment

  ☐ Other Interventions

     Other
Interventions

MCCI MED RECORDS 242

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/12/2016 |

Referral Source ☐ Sick Call ☐ Nursing/Medical Referral ☐ Security Referral ☑ Other

Reason for Visit  *Inmate request*

### Subjective

*"I just wanted to update you on my case."*

### Objective: Mental Status Exam

| Sensorium | ☑ Alert ☐ Oriented x 3 ☐ Distractible ☐ Poor concentration ☐ Other |
|---|---|
| Appearance | ☑ Well-kept ☐ Self-neglect ☐ Other |
| Behavior | ☑ Calm ☐ Agitated ☐ Slowed ☐ Other |
| Speech | ☑ Clear/coherent ☐ Spontaneous ☐ Pressured ☐ Poverty ☐ Other |
| Mood | ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☐ Irritable ☐ Other |
| Affect | ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other |
| Thought Process | ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other |
| Memory | ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other |
| Thought Content | ☑ WNL ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☐ Other |
| Describe hallucinations / delusions: | |
| Cognitive Estimate | ☐ High ☑ Average ☐ Low |

### Assessment and Interventions Provided

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Seen in Medical. Logical / relevant thought structure, no symptoms of psychosis or mania. Calm, no distress or agitation. Denied feeling anxious or depressed, as indicated in sick call referral; rather, stated he wanted to discuss his legal case. Asked about being evaluated for court, if he decides to assert a MH defense. Was informed that these evaluations are not performed by MCCI MH staff, and that his attorney must request the*

MCCI MED RECORDS 243

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/12/2016 |

discuss his legal case. Asked about being evaluated for court, if he decides to assert a MH defense. Was informed that these evaluations are not performed by MCCI MH staff, and that his attorney must request the evaluation. Also discussed his difficulty obtaining MH and substance abuse treatment in the community. Was receptive to feedback. Psychiatrically stable.

---

**Plan**

☐ Mental Health Treatment not indicated at this time-mental health will follow up as needed

☑ Mental Health follow-up in _____ (# of days or date)

    Mental Health follow-up in (# of days or date) *monthly MH special needs visits*

☐ Refer to Special Needs

☐ Refer to medical staff

☐ Refer to psychiatric provider

☐ Consult with _____.

    Consult
      with

☐ Completed ROI. Follow-up when information is received.

☐ Homework assigned. Please list.

      List
  homework
assignment

☐ Other Interventions

    Other
Interventions

MCCI MED RECORDS 244

Monmouth County
Monmouth Adult (MCCI)
1 Waterworks road
Freehold, NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/22/2016 |

Referral Source  ☐ Sick Call ☐ Nursing/Medical Referral ☐ Security Referral ☑ Other

Reason for Visit  I/M request

### Subjective

*I/M spoke a summary of his history which led to his current situation and requested materials on how chronic pain can lead to depression and chronic arrests and homelessness can cause psychological distress.*

### Objective: Mental Status Exam

| | |
|---|---|
| Sensorium | ☑ Alert ☑ Oriented x 3 ☐ Distractible ☐ Poor concentration ☐ Other |
| Appearance | ☑ Well-kept ☐ Self-neglect ☐ Other |
| Behavior | ☑ Calm ☐ Agitated ☐ Slowed ☐ Other |
| Speech | ☑ Clear/coherent ☐ Spontaneous ☐ Pressured ☐ Poverty ☐ Other |
| Mood | ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☐ Irritable ☐ Other |
| Affect | ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other |
| Thought Process | ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other |
| Memory | ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other |
| Thought Content | ☑ WNL ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☐ Other |
| Describe hallucinations / delusions: | |
| Cognitive Estimate | ☐ High ☑ Average ☐ Low |

### Assessment and Interventions Provided

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Met with I/M on F2. I/M presented within normal limits of functioning however had concerns regarding how history affects MH. Discussed with him similar situations and directions others have went with research and court regarding his issues. I/M denied SI/HI.*

Page 1 of 2

MCCI MED RECORDS 245

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 1/22/2016 |

*history affects MH. Discussed with him similar situations and directions others have went with research and court regarding his issues. I/M denied SI/HI.*

| **Plan** |
|---|

☐ *Mental Health Treatment not indicated at this time-mental health will follow up as needed*
☐ *Mental Health follow-up in____(# of days or date)*
    Mental Health follow-up in (# of days or date)
☐ *Refer to Special Needs*
☐ *Refer to medical staff*
☐ *Refer to psychiatric provider*
☐ *Consult with_____*
   Consult
   with
☐ *Completed ROI. Follow-up when information is received.*
☐ *Homework assigned. Please list.*
    List
homework
assignment
☑ *Other Interventions*
   Other *find requested information*
Interventions

E-Signed by Jesse Coudray n 01/22/2016 08:09 PM EST

Page 2 of 2

MCCI MED RECORDS 246

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 2/24/2016 |

Referral Source ☐ Sick Call ☐ Nursing/Medical Referral ☐ Security Referral ☑ Other

Reason for Visit *I/M request*

---

**Subjective**

*I/M had questions regarding substance abuse as a mental illness, treatment for people who informed an emergency room that they were suicidal, and the sociological factors that could contribute to criminal and substance abuse activity.*

---

**Objective: Mental Status Exam**

Sensorium ☑ Alert ☑ Oriented x 3 ☐ Distractible ☐ Poor concentration ☐ Other

Appearance ☑ Well-kept ☐ Self-neglect ☐ Other

Behavior ☑ Calm ☐ Agitated ☐ Slowed ☐ Other

Speech ☑ Clear/coherent ☐ Spontaneous ☐ Pressured ☐ Poverty ☐ Other

Mood ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☐ Irritable ☐ Other

Affect ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other

Thought Process ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other

Memory ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other

Thought Content ☐ WNL ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☐ Other

Describe
hallucinations /
delusions:

Cognitive Estimate ☐ High ☑ Average ☐ Low

---

**Assessment and Interventions Provided**

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Met with I/M on I2. I/M presented within normal limits of functioning with primary concern regarding his court case and strategies for defense. Informed I/M that I am unable to provide legal advice and discuss his MH*

Page 1 of 2

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 2/24/2016 |

Met with I/M on I2. I/M presented within normal limits of functioning with primary concern regarding his court case and strategies for defense. Informed I/M that I am unable to provide legal advice and discuss his MH questions with him. I/M denied SI/HI and was informed how to contact MH services PRN.

| Plan |
|---|

☐ Mental Health Treatment not indicated at this time-mental health will follow up as needed

☐ Mental Health follow-up in____(# of days or date)
Mental Health follow-up in (# of days or date)

☐ Refer to Special Needs

☐ Refer to medical staff

☐ Refer to psychiatric provider

☐ Consult with_____
Consult with

☐ Completed ROI. Follow-up when information is received.

☐ Homework assigned. Please list.
List homework assignment

☑ Other Interventions
Other Interventions   continue with monthly SN contacts

MCCI MED RECORDS 248

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 3/24/2016 |

Referral Source    ☐ Sick Call ☐ Nursing/Medical Referral ☐ Security Referral ☑ Other

Reason for Visit    *mh follow up*

## Subjective

*Discussed with I/M substance use disorder, concerns he had regarding pain and depression, and anxiety he felt trying to fight own court case.*

## Objective: Mental Status Exam

| | |
|---|---|
| Sensorium | ☑ Alert ☑ Oriented x 3 ☐ Distractible ☐ Poor concentration ☐ Other |
| Appearance | ☑ Well-kept ☐ Self-neglect ☐ Other |
| Behavior | ☑ Calm ☐ Agitated ☐ Slowed ☐ Other |
| Speech | ☑ Clear/coherent ☐ Spontaneous ☐ Pressured ☐ Poverty ☐ Other |
| Mood | ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Elevated ☐ Irritable ☐ Other |
| Affect | ☑ Appropriate ☐ Inappropriate ☐ Constricted ☐ Blunted ☐ Other |
| Thought Process | ☑ Goal-Directed ☐ Disorganized ☐ Loose Associations ☐ Tangential ☐ Other |
| Memory | ☑ Recent Intact ☑ Remote Intact ☐ Impaired ☐ Other |
| Thought Content | ☑ WNL ☐ Homicidal ☐ Suicidal ☐ Paranoid ☐ Hallucinations ☐ Delusions ☐ Other |
| Describe hallucinations / delusions: | |
| Cognitive Estimate | ☐ High ☑ Average ☐ Low |

## Assessment and Interventions Provided

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Met with I/M on A2. I/M presented within normal limits of functioning without signs or reports of psychiatric concerns. I/M requested information several days ago regarding substance use disorder which was given.*

MCCI MED RECORDS 249

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Mental Health Progress Note**
Use only if no other specific note applies



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/24/2016 |

Met with I/M on A2. I/M presented within normal limits of functioning without signs or reports of psychiatric concerns. I/M requested information several days ago regarding substance use disorder which was given. Doesn't seem to have pressing MH issues, however is interested in psycho-education seemingly for his court case. Again informed I/M to seek legal counsel if he intended to use information legally. I/M denied SI/HI.

| Plan |
|---|

☐ *Mental Health Treatment not indicated at this time-mental health will follow up as needed*

☐ *Mental Health follow-up in____(# of days or date)*

Mental Health follow-up in (# of days or date)

☐ *Refer to Special Needs*

☐ *Refer to medical staff*

☐ *Refer to psychiatric provider*

☐ *Consult with_____.*

Consult
with

☐ *Completed ROI. Follow-up when information is received.*

☐ *Homework assigned. Please list.*

List
homework
assignment

☑ *Other Interventions*

Other            *continue with monthly SN contacts*
Interventions

MCCI MED RECORDS 250

MCCI MED RECORDS 251

## Monmouth County Correctional Institution

 **vRad**

**Final Radiology Report**

24/7/365 assistance    Call: 866.941.5695
Online chat: https://access.vrad.com

| | | | |
|---|---|---|---|
| Patient Name: | FREEMAN, DONELL | MRN: | 26184 |
| DOB (Age): | 12/25/1975 39 | Gender: | M |
| Date of Exam: | 12/02/2015 | Accession: | |
| Referring Physician: | Hashmi, Kabeeruddin | # of Images: | 2 |
| Ordered As: | XR HIP 1 VIEW UNILAT | | |

### EXAM:
XR Left Hip, 1 View.

### CLINICAL HISTORY:
39 years old, male; Signs and symptoms; Other: Limping gait; Additional info:

### TECHNIQUE:
Frontal view of the left hip.

### EXAM DATE/TIME:
Exam ordered 12/2/2015 10:21 AM

### COMPARISON:
No relevant prior studies available.

### FINDINGS:
Bones:  Single cancellus screw within the proximal left femur.  No acute fracture.
Joints:  Deformity of the left hip and acetabulum.  Chronic.  Severe degenerative changes.
Soft tissues:  non contributory.

### IMPRESSION:
Deformity of the left hip and acetabulum.  Chronic.  Severe degenerative changes.


Thank you for allowing us to participate in the care of your patient.

Dictated and Authenticated by: McDonnell, Kevin, MD
12/03/2015 1:05 PM Eastern Time (US & Canada)

**CONFIDENTIALITY STATEMENT**
This report is intended only for use by the referring physician, and only in accordance with law. If you received this in error, call 866-941-5695.
Page 1 of 1



vRad Fax App14        12/3/2015 12:06:13 PM   PAGE   1/001   Fax Server

## Monmouth County Correctional Institution



**Final Radiology Report**                24/7/365        Call: 866.941.5695
                                         assistance     Online chat: https://access.vrad.com

| Patient Name: | FREEMAN, DONELL | MRN: | 26184 |
|---|---|---|---|
| DOB (Age): | 12/25/1975 39 | Gender: | M |
| Date of Exam: | 12/02/2015 | Accession: | |
| Referring Physician: | Hashmi, Kabeeruddin | # of Images: | 2 |
| Ordered As: | XR HIP 1 VIEW UNILAT | | |

**EXAM:**
XR Left Hip, 1 View.

**CLINICAL HISTORY:**
39 years old, male; Signs and symptoms; Other: Limping gait; Additional Info:

**TECHNIQUE:**
Frontal view of the left hip.

**EXAM DATE/TIME:**
Exam ordered 12/2/2015 10:21 AM

**COMPARISON:**
No relevant prior studies available.

**FINDINGS:**
Bones: Single cancellus screw within the proximal left femur. No acute fracture.
Joints: Deformity of the left hip and acetabulum. Chronic. Severe degenerative changes.
Soft tissues: non contributory.

**IMPRESSION:**
Deformity of the left hip and acetabulum. Chronic. Severe degenerative changes.


Thank you for allowing us to participate in the care of your patient.

Dictated and Authenticated by: McDonnell, Kevin, MD
12/03/2015 1:05 PM Eastern Time (US & Canada)

**CONFIDENTIALITY STATEMENT**
This report is intended only for use by the referring physician, and only in accordance with law. If you received this in error, call 866-941-5695.
E-Signed by Kabeeruddin Hashmi, Provider on 01/04/2016 04:26 PM EST  Page 1 of 1                    Page 1 of 1

E-Signed by Kabeeruddin Hashmi, Provider on 01/04/2016 04:26 PM EST

MCCI MED RECORDS 253

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1975 | 12/1/2015 |

Monmouth County Correctional Institute 732-866-3560    Fax 732-866-3669

Pod: _I-2_

Order Practitioner:  ☑Dr. Hashmi      ☐Dr. Donkor      ☐Dr. Sandru
                     ☐Ellen Barton     ☐Cathy Jordan     ☐Tanecia Bruce-Owens

☑Male   ☐Female                        Alien # _____

Nurses Signature  _Krista Killins_

| Body Part | # Views | Body Part | # Views |
|---|---|---|---|
| Abdomen (KUB) | 1 | Patella Sunrise View | 1 |
| Abdomen Flat/Upright | 2 | Pelvis | 1 |
| Abdomen Complete including Decubitus Erect Views | 3 | Ribs Unilat | 4 |
| Ankle Complete | 3 | Saccrum/Coccyx | 2 |
| Chest    +PPD | 1 | Shoulder AP/Lat/Y-view | 2 |
| Chest AP/Lat | 2 | Spine Cervical AP/Lat/Oblique | 3 |
| Clavicle | 2 | Spine Thoracic | Open Mouth |
| Elbow Complete | 3 | Spine Lumbar | 2 |
| Femur AP/Lat | 2 | Sternum | 4 |
| Fingers | 3 | Tibia/Fibula (leg | 2 |
| Foot 3 Views | 3 | Toes | 2 |
| Forearm | 2 | Wrist | 2 |
| Hand | 3 | Other | 3 |
| Heel (Os Calcis) | 2 | | |
| Hip AP/Lat/Oblique  (L) | 3 | | |
| Hip Bilat/Pelvis | 5 | | |
| Humerus | 2 | | |
| Knee Complete | 3 | | |
| Mandible | 3 | | |
| Nasal Bones | 3 | | |

| Symptom Diagnosis | | | |
|---|---|---|---|
| Abnormal Chest Sounds | | Pleural Effusion | |
| CHF | | Pneumonia | |
| Concussion | | Persistent Vomiting | |
| COPD | | SOB | |
| Cough | | Swelling Limb | |
| DDD Degenerative Disc Dis. | | Trauma | |
| Feeding Difficulties | | URI | |
| PPD + | | Other: limping gait | |
| Pain | | | |

Tech Name  _Diana Wood (Rt)_     Date/Time exam done: _10:25am 12.2.15_

©2010 Correct Care Solutions, LLC.
Revised 01.01.2014 Monmouth

MCCI MED RECORDS 255

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

**Refusal of Treatment**


**CCS**
**CORRECT CARE**
**S O L U T I O N S**

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 10/27/2015 |

I, _Donell Freeman_____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_____ A. Refused medication          _____ E. Refused X-Ray service

_____ B. Refused dental care          _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment     _____ G. Refused physical exam

_____ D. Refused laboratory services      ✓ H. Other (Please specify)

_____

_____

Reason for Refusal __Got to use bAthroom,_____

_____

_____

Potential Consequences Explained:

✓ A. Worsening Of Medical Conditions     _____ C. Permanent Disability

_____ B. Death          _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks
involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all
responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_Kerri L. DuGrey_____
Witness Signature

_____     _Donell Freeman___
Witness Signature         Patient Signature

_10/27/15_____          _1321_____
Date               Time

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-009)



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 12/1/2015 |

I, _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_____ A. Refused medication          _____ E. Refused X-Ray service

_____ B. Refused dental care          _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment   _____ G. Refused physical exam

_____ D. Refused laboratory services      _____ H. Other (Please specify)

_____ FLU SHOT _____

Reason for Refusal _____

_____

_____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions    _____ C. Permanent Disability

_____ B. Death                 _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

12/1/15
Date

_____
Patient Signature

11:15 AM
Time

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-009)



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 3/14/2016 |

I, _____ have, this day, knowing that I have a condition requiring
         (Name of Patient)

medical care as indicated below:

_____ A. Refused medication                    _____ E. Refused X-Ray service

_____ B. Refused dental care                   _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment  _____ G. Refused physical exam

_____ D. Refused laboratory services           __X__ H. Other (Please specify)

_____ NSC _____

_____

Reason for Refusal _____

_____

_____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions     _____ C. Permanent Disability

_____ B. Death                               _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____
Witness Signature

*Danielle Lazaro* RN  *Donell Freeman*
Witness Signature                    Patient Signature

_____   _____
Date                                 Time

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-009)



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 2407 Fax 732-866-3669

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 5/7/2016 |

I, _Donell_____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_X_ A. Refused medication                    _____ E. Refused X-Ray service

_____ B. Refused dental care                    _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment    _____ G. Refused physical exam

_____ D. Refused laboratory services            _____ H. Other (Please specify)

_Zoloft 100mg - 2tabs_____

_____

Reason for Refusal _"Im fasting"_____

_____

_____

Potential Consequences Explained:

_X_ A. Worsening Of Medical Conditions          _____ C. Permanent Disability

_____ B. Death                                _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

X_____
Witness Signature

_____
Witness Signature

_5/7/16_____
Date

X_Donell Freeman_____
Patient Signature

_11:30 A_____
Time

© 2007 Correct Care Solutions, LLC
CCS-C702 (formerly CCS-009)



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 Fax 732-866-3669*

# Refusal of Treatment


**CCS**
CORRECT CARE
S O L U T I O N S

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/15/2016 |

I, _Freeman Donell_ _____ have, this day, knowing that I have a condition requiring
(Name of Patient)

medical care as indicated below:

_____ A. Refused medication          _____ E. Refused X-Ray service

_____ B. Refused dental care          _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment    _____ G. Refused physical exam

_____ D. Refused laboratory services    _✓___ H. Other (Please specify)

_____ Refused to stay & refused to sign. _____

Reason for Refusal _____ Dental Sick Call _____

Potential Consequences Explained:

_✓___ A. Worsening Of Medical Conditions    _____ C. Permanent Disability

_____ B. Death          _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks
involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all
responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_Hayle_
Witness Signature

_7-15-16_
Date

_____
Patient Signature

_@ 10:30 A.m_
Time

C/o White
inmate
refused to sign,
refusal & walk
out -

© 2007 Correct Care Solutions, LLC
CCS-CT02 (formerly CCS-008)



Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 Fax 732-866-3669

**Refusal of Treatment**



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 9/28/2016 |

I, _Freeman, Donell_ _____ have, this day, knowing that I have a condition requiring

(Name of Patient)

medical care as indicated below:

_____ A. Refused medication                    _____ E. Refused X-Ray service

_____ B. Refused dental care                    _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment    _____ G. Refused physical exam

_____ D. Refused laboratory services            __✓__ H. Other (Please specify)

_____ Flu shot _____

Reason for Refusal _I refuse because, I had a allergical reactions_
_last time that I had tooken that shot._

Potential Consequences Explained:

__✓__ A. Worsening Of Medical Conditions        __✓__ C. Permanent Disability

_____ B. Death                                __✓__ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all responsibility and any ill effects which may result from this refusal.

I have read this form and certify that I understand its contents.

_E Burnt_

Witness Signature

_____                    _Donell Freeman_

Witness Signature                            Patient Signature

_9/28/16_                                    _1157am_

Date                                         Time

© 2007 Correct Care Solutions  LLC
CCS-CT02 (formerly CCS-009)



*020335012167930316408193 9CP5942 P*

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 Fax 732-866-3669

# Refusal of Treatment



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 12/26/2016 |

I, _____ have, this day, knowing that I have a condition requiring
    (Name of Patient)

medical care as indicated below:

_____ A. Refused medication                   _____ E. Refused X-Ray service

_____ B. Refused dental care                   _____ F. Refused other diagnosis services

_____ C. Refused an outside medical appointment   _____ G. Refused physical exam

_____ D. Refused laboratory services            _____ H. Other (Please specify)

_____

_____

Reason for Refusal _____

_____

_____

Potential Consequences Explained:

_____ A. Worsening Of Medical Conditions        _____ C. Permanent Disability

_____ B. Death                                  _____ D. Other _____

I acknowledge that I have been fully informed of and understand the above refused treatment and the risks
involved in refusing. I hereby release and agree to hold harmless CCS and correctional personnel from all
responsibility and any ill effects which may result from this refusal.

        I have read this form and certify that I understand its contents.

_____
Witness Signature

_____        _____
Witness Signature                       Patient Signature

_____        _____
Date                                    Time

© 2007 Correct Care Solutions, LLC
CCS-GT02 (formerly CCS-009)



MCCI MED RECORDS 263



| Monmouth County<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold , NJ 07728 | | Chronic Care Asthma/Pulmonary<br>Initial Visit | | |
|---|---|---|---|---|
| Patient Name<br>DONELL, FREEMAN | Patient Number<br>26184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>7/27/2015 |

☐ **Patient refuses the Chronic Care Asthma/Pulmonary Initial Visit.**
   ☐ **Appropriate "Refusal of Treatment" paperwork completed.**

**SUBJECTIVE** Review chart for other medical problems     ☑ **No complaints**

*no c/o feels well no asthma attacks in 1 month*

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

Medications (including Nebs):
Name/Dosage/Frequency:     ☐ see MAR

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

☑ **Asthma** ☐ **COPD**

| | |
|---|---|
| Onset of Disease: | *dx 2006* |
| Smoking History | *2-3 cigaretts / day* |
| Date of last exacerbation | *1 month ago* |
| | ☐ Date of last exacerbation is unknown |
| Frequency of exacerbation | *4 x a year* |
| | ☐ Frequency of exacerbation is random |
| Aggravating Factors | ☐ Seasonal Changes ☐ Pollen ☑ Dust ☐ Smog |
| | ☑ Cigarette Smoke ☐ Exercise ☐ Pets ☐ Other |
| Prior asthma hospitalization: | ○ Yes ● No |
| Date: | |

MCCI MED RECORDS 264

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07128

**Chronic Care Asthma/Pulmonary**
**Initial Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/27/2015 |

Date:

Endotracheal intubation required?  ○ Yes  ◉ No

Approx Date:

Typical Peak Flow  *450*

☐ Typical peak flow unknown

Date of last spirometry  *today*

☐ Date of last spirometry unknown

Chronic cough?  ○ Yes  ◉ No

Productive cough?  ○ Yes  ◉ No

Adherent to meds?  ◉ Yes  ○ No

If no, give reason

Steroids used to treat?  ○ Yes  ◉ No  ○ Unknown

Name/dosage/when:

## OBJECTIVE

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-27-2015 12:09 PM EST | 113/59 | 63 | - | 97.90 | - | 205 | 29.4 |

Pain Scale (0-10)  *0*

Lab Results:

*none available*

Diagnostic Results:

*pk flow 450*

**Directed Physical Exam:**

SKIN / EXTREMITIES  ◉ Normal  ○ Abnormal  ○ Not done

HEENT / NECK  ◉ Normal  ○ Abnormal  ○ Not done

HEART  ◉ Normal  ○ Abnormal  ○ Not done

LUNGS  ◉ Normal  ○ Abnormal  ○ Not done

ABDOMEN  ◉ Normal  ○ Abnormal  ○ Not done

GU / RECTAL  ○ Normal  ○ Abnormal  ◉ Not done

Page 2 of 4

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Asthma/Pulmonary
Initial Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/27/2015 |

GU / RECTAL          ○ Normal ○ Abnormal ● Not done

NEURO              ● Normal ○ Abnormal ○ Not done

OTHER              ○ Normal ○ Abnormal ● Not done

---

**ASSESSMENT refer to CCS Definitions of Disease Control and Clinical Status**

☑ *ASTHMA*      *Mild intermittent*              Degree of Control: *Good Control*

☐ *COPD*                              Degree of Control: *Select One*

---

**INTERVENTIONS AND PLAN**

Medication Changes:        ● *None* ○ *As follows*

Diagnostics            ☐ *Chest x-ray* ☐ *Drug Levels*

Education            ● *Condition specific education provided* ○ *Condition specific education not
provided*

Additional Education      ☐ *diet/nutrition* ☑ *medication* ☐ *disease process* ☐ *exercise*

☑ *drug/alcohol/tobacco avoidance* ☐ *symptom management*

☐ *weight management* ☐ *adaptation to incarceration* ☐ *other*

Other education
Special Nursing Care:
Immunizations          ☑ *UTD*

Diet:
☐ *\*\* No Items Selected \*\**
Restrictions, Activity Restrictions and Special Needs        ☐ *Other*

☐ *Housing: Bottom Bunk* ☐ *Housing: Bottom Level* ☐ *Housing: Detox* ☐ *Housing: Medical Observation*
Explain
Comments and Immediate Needs

**Treatment Plan**

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care
Treatment Plan Form for initial treatment plan WHEN NEEDED for treatment planning of multiple chronic
medical problems or complex issues.

*Added 07/27/2015 12:52 PM EST by cjordan Nurse Practitioner*

Page 3 of 4

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Chronic Care Asthma/Pulmonary
Initial Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/27/2015 |

Added 07/27/2015 12:52 PM EST by cjordan Nurse Practitioner

*Asthma  goal no exarbation   timeframe next CCC
educated smoking cessation*

**Other Orders**

☐ *Flu Vaccine (if indicated)*  ☐ *Hep A vaccine (if indicated)*  ☐ *Hep B vaccine (if indicated)*

Follow-Up Appointment in          *90 days*

☐ *Discharge from Chronic Care Clinic*

Reason

MCCI MED RECORDS 267

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Chronic Care Periodic Exam or**
**Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/27/2015 |

☑ **Patient refuses the Chronic Care Periodic Exam or Follow Up Visit.**

  ☑ **Appropriate "Refusal of Treatment" paperwork completed**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

MCCI MED RECORDS 268

| Monmouth County | | | **Chronic Care Periodic Exam or** | | | |
| Monmouth Adult (MCCI) | | | **Follow Up Visit** | | | |
| 1 waterworks road | | | | | | |
| Freehold, NJ07728 | | | | | | |



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 12/1/2015 |

☐ *Patient refuses the Chronic Care Periodic Exam or Follow Up Visit.*

    ☐ *Appropriate "Refusal of Treatment" paperwork completed*

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

Current Medications                         ☐ *see MAR*

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 2.00 tablet | Monmouth Facility: Q AM | 10/3/2015 8:00:00 AM | 1/6/2016 7:59:00 AM |

List Chronic Diseases         ☑ *Asthma/COPD* ☐ *Diabetes* ☐ *GERD* ☐ *Heart Disease*

                                  ☐ *HIV* ☐ *Hypertension* ☑ *Pain* ☐ *Seizures* ☐ *Other*

Other

Other

---

**SUBJECTIVE (Any problems since last visit - include pertinent negatives)**     ☑ *No Complaints*

---

For all diseases, since last visit, describe new symptoms

*chronic pain to the left hip. Hx of fracture age 14 related to mva. Pt is in a low bunk.*

☑ *Asthma*

Number of attacks in last month?                     *0*

Number of short acting beta agonist canisters in last month?     *0*

Number times awakening with asthma symptoms per week?     *0*

☐ *Seizure disorder*

☐ *Diabetes mellitus*

MCCI MED RECORDS 269

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Chronic Care Periodic Exam or
Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/1/2015 |

☐ Seizure disorder

☐ Diabetes mellitus

☐ CV/hypertension

☐ HIV/HCV

☐ GERD

☐ Pain

Patient adherence with medications?  ◉ Yes ○ No

Patient adherence with diet?  ◉ Yes ○ No

Patient adherence with exercise?  ◉ Yes ○ No

## OBJECTIVE

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 12-01-2015 10:56 AM EST | 115/79 | 60 | 16 | 97.50 | 98 | 199 | 28.6 |

Pain Scale (0-10)

**Labs**

Hgb A1C

HIV VL

CD4

Total Chol

LDL

HDL

Trig

INR

Range of fingerstick glucose

Range of BP monitoring

**Directed Physical Exam:**

SKIN / EXTREMITIES  ◉ Normal ○ Abnormal ○ Not done

HEENT / NECK  ◉ Normal ○ Abnormal ○ Not done

HEART  ◉ Normal ○ Abnormal ○ Not done

LUNGS  ◉ Normal ○ Abnormal ○ Not done

MCCI MED RECORDS 270

| Monmouth County<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold , NJ07728 | Chronic Care Periodic Exam or<br>Follow Up Visit | | |  |

| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>12/1/2015 |
|---|---|---|---|---|

LUNGS     ◉ *Normal* ○ *Abnormal* ○ *Not done*

ABDOMEN     ◉ *Normal* ○ *Abnormal* ○ *Not done*

GU / RECTAL     ○ *Normal* ○ *Abnormal* ◉ *Not done*

NEURO     ◉ *Normal* ○ *Abnormal* ○ *Not done*

OTHER     ◉ *Normal* ○ *Abnormal* ○ *Not done*

Physical Exam Abnormalities:

## ASSESSMENT

1. *asthma*

     Degree of Control: *Good Control*      Clinical Status *Improved Status*

☐ *Check for another entry*

## Interventions and Plan

Medication Changes:     ○ *None* ◉ *As follows*

     *Pin medication- mobic 7.5*

Diagnostics     ☐ *Chest x-ray* ☐ *EKG* ☐ *Fasting Lipid Profile* ☐ *CD4* ☐ *Viral Load*

     ☐ *Diagnostic Panel 1* ☐ *Diagnostic Panel 2* ☐ *Diagnostic Panel 3*

     ☐ *Pap Smear* ☐ *HgbA1c* ☐ *PT/INR* ☐ *Drug levels*

Monitoring     ☐ *Finger-stick Glucose ___x per day/___x per week/___x per month*

     ☐ *BP ___x per day/___x per week/___x per month*

Education     ◉ *Condition specific education provided* ○ *Condition specific education not provided*

Additional Education     ☑ *diet/nutrition* ☑ *medication* ☑ *disease process* ☑ *exercise*

     ☑ *drug/alcohol/tobacco avoidance* ☐ *symptom management*

     ☑ *weight management* ☐ *adaptation to incarceration* ☐ *other*

Other education

Special Nursing Care:

Immunizations     ☐ *UTD*

Diet:

☐ *** No Items Selected ***

MCCI MED RECORDS 271



| | | | | |
|---|---|---|---|---|
| Monmouth County Monmouth Adult (MCCI) 1 waterworks road Freehold , NJ07728 | | **Chronic Care Periodic Exam or Follow Up Visit** | | |
| Patient Name DONELL FREEMAN | Patient Number 26184 | Booking Number 3279268 | Birth Date 12/25/1975 | Date Of Service 12/1/2015 |

☐ \*\* *No Items Selected* \*\*

Restrictions (Special Needs)

☑ *Housing: Bottom Bunk* ☑ *Housing: Bottom Level* ☑ *Housing: Detox* ☑ *Housing: Medical Observation*

Comments and Immediate Needs

*Pt has history of chronic pain.*

**Treatment Plan**

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan WHEN NEEDED for treatment planning of multiple chronic medical problems or complex issues.

☐ *No change from current treatment plan*

> Added 12/01/2015 11:17 AM EST by khashmi Provider
>
> *Asthma is not active- Goal met.*
>
> *Hip pain on the left – will try pain med and do xray.*

**Other Orders**

☑ *Flu Vaccine (if indicated)* ☐ *Hep A vaccine (if indicated)* ☐ *Hep B vaccine (if indicated)*

*refuses.*

Follow-Up Appointment in          *90 days*

☐ *Discharge from Chronic Care Clinic*

Reason

MCCI MED RECORDS 272

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Periodic Exam or
Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DOHELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 3/24/2016 |

☐ *Patient refuses the Chronic Care Periodic Exam or Follow Up Visit.*
   ☐ *Appropriate "Refusal of Treatment" paperwork completed*

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

Current Medications

☐ *see MAR*

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 12/28/2015 2:00:00 PM | 6/25/2016 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 2.00 tablet | Monmouth Facility: Q AM | 1/6/2016 8:00:00 AM | 4/5/2016 7:59:00 AM |

List Chronic Diseases     ☐ *Asthma/COPD* ☐ *Diabetes* ☐ *GERD* ☐ *Heart Disease*
                          ☐ *HIV* ☐ *Hypertension* ☐ *Pain* ☐ *Seizures* ☐ *Other*

Other
Other

**SUBJECTIVE (Any problems since last visit - include pertinent negatives)**     ☐ **No Complaints**

For all diseases, since last visit, describe new symptoms
 *Chronic pain*

☐ *Asthma*

☐ *Seizure disorder*

☐ *Diabetes mellitus*

☐ *CV/hypertension*

☐ *HIV/HCV*

Page 1 of 4

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Chronic Care Periodic Exam or
Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/24/2016 |

☐ *HIV/HCV*

☐ *GERD*

☑ *Pain*

**Pain Assessment**

| | |
|---|---|
| Severity | *mild* |
| Quality | *3/10* |
| Location | *Left acetabulum* |
| Aggravating/Alleviating Factors | *Abnormal gait* |
| Associated Symptoms | *left acetabulum deformity* |
| Context | *Chronic* |
| Duration | *Since inmate was 14 years old* |

Impact of Pain on ADLs / sleep / mood / diet
 *Slight abnormal gail*

Method of Pain Assessment
(check all that apply)   ☑ *Direct Observation* ☑ *Self-Report* ☐ *Third Party* ☐ *Other*

**Symptom Screen (check all that apply)**

☐ *Bright red rectal bleeding* ☐ *Black/tarry stools* ☐ *Hematemesis*

☐ *Incontinence* ☐ *Epigastric pain* ☐ *Paresthesias*

| | | |
|---|---|---|
| Patient adherence with medications? | ◉ *Yes* ○ *No* | |
| Patient adherence with diet? | ◉ *Yes* ○ *No* | |
| Patient adherence with exercise? | ○ *Yes* ◉ *No* | |

---

**OBJECTIVE**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 03-24-2016 12:12 PM EST | 134/76 | 64 | 18 | 98.70 | -- | - | -- |

Pain Scale (0-10)

**Labs**

Hgb A1C

HIV VL

CD4

MCCI MED RECORDS 274

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

### Chronic Care Periodic Exam or Follow Up Visit



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/24/2016 |

CD4

Total Chol

LDL

HDL

Trig

INR

Range of fingerstick glucose

Range of BP monitoring

**Directed Physical Exam:**

| | | | |
|---|---|---|---|
| SKIN / EXTREMITIES | ○ Normal | ◉ Abnormal | ○ Not done |
| HEENT / NECK | ◉ Normal | ○ Abnormal | ○ Not done |
| HEART | ◉ Normal | ○ Abnormal | ○ Not done |
| LUNGS | ◉ Normal | ○ Abnormal | ○ Not done |
| ABDOMEN | ◉ Normal | ○ Abnormal | ○ Not done |
| GU / RECTAL | ○ Normal | ○ Abnormal | ◉ Not done |
| NEURO | ◉ Normal | ○ Abnormal | ○ Not done |
| OTHER | ◉ Normal | ○ Abnormal | ○ Not done |

Physical Exam Abnormalities:
*Walking with a limp.*

### ASSESSMENT

1. *Chronic Pain*

    Degree of Control: *Fair Control*       Clinical Status *Stable Status*

                                                 ☐ Check for another entry

### Interventions and Plan

Medication Changes:    ◉ None ○ As follows

Diagnostics          ☐ Chest x-ray ☐ EKG ☐ Fasting Lipid Profile ☐ CD4 ☐ Viral Load

                    ☐ Diagnostic Panel 1 ☐ Diagnostic Panel 2 ☐ Diagnostic Panel 3

                    ☐ Pap Smear ☐ HgbA1c ☐ PT/INR ☐ Drug levels

Monitoring          ☐ Finger-stick Glucose   x per day/   x per week/   x per month

MCCI MED RECORDS 275

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Chronic Care Periodic Exam or
Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 3/24/2016 |

Monitoring
  ☐ *Finger-stick Glucose ___x per day/___x per week/___x per month*

  ☐ *BP ___x per day/___x per week/___x per month*

Education
  ◉ *Condition specific education provided* ○ *Condition specific education not provided*

Additional Education
  ☑ *diet/nutrition* ☑ *medication* ☑ *disease process* ☑ *exercise*

  ☑ *drug/alcohol/tobacco avoidance* ☑ *symptom management*

  ☑ *weight management* ☑ *adaptation to incarceration* ☐ *other*

Other education
Special Nursing Care:    *Pain control*
Immunizations    ☐ *UTD*

Diet:
  ☐ *** No Items Selected ***
Restrictions (Special Needs)
  ☑ *Housing: Bottom Bunk* ☑ *Housing: Bottom Level* ☑ *Housing: Detox* ☑ *Housing: Medical Observation*
Comments and Immediate Needs
  *Pain management*

**Treatment Plan**

This must have measurable treatment goal(s) and a timeframe to reach the goal(s). Use Chronic Care Treatment Plan Form for initial treatment plan WHEN NEEDED for treatment planning of multiple chronic medical problems or complex issues.

☑ *No change from current treatment plan*

> *Added 03/24/2016 12:52 PM EST by dunachukwu Nurse Practitioner*
>
> *Goal: Pain control.*
>
> *follow up in 90 days.*
>
> *Medication when pain in the left leg flares*

**Other Orders**

☐ *Flu Vaccine (if indicated)* ☐ *Hep A vaccine (if indicated)* ☐ *Hep B vaccine (if indicated)*

Follow-Up Appointment in    *f/u 90 days*
  ☐ *Discharge from Chronic Care Clinic*
Reason

E-Signed by Daniel Unachukwu n 03/24/2016 12:52 PM EST        Page 4 of 4

MCCI MED RECORDS 276



**Initial Visit for Multiple Medical Problems**
Chronic Care

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28434 | 3279258 | 12/25/1975 | 6/24/2016 |

☐ *Patient refuses the Chronic Care Initial Visit for Multiple Medical Problems.*
    ☐ *Appropriate "Refusal of Treatment" paperwork completed.*

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

| Medication | PRN | Dose | Schedule | Ordered By | Start Date | End Date |
|---|---|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | True | 1.00 milliliter | Monmouth Facility: Every 3 hours | Kabeeruddin Hashmi | 12/28/2015 2:00:00 PM | 6/25/2016 1:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | True | 1.00 milliliter | Monmouth Facility: Every 3 hours | Kabeeruddin Hashmi | 6/25/2016 2:00:00 PM | 12/22/2016 1:59:00 PM |

| | |
|---|---|
| Past Drug History | ☑ *Tobacco abuse* ☑ *Drug abuse* ☑ *Alcohol abuse*<br>☐ *Risks of Drug, Tobacco and Alcohol abuse discussed* |
| Diet | ◉ *Regular Diet* ○ *Medical Diet*<br>☐ *Additional food from commissary* |
| Diet details | |
| Exercises | ◉ *Regularly* ○ *Occasionally* ○ *Never* |
| Medication compliance | ○ *Compliant per patient* ○ *Non compliant per patient* ◉ *Not on medication* |
| MAR reviewed | ○ *Yes* ○ *No*<br>○ *Compliant with meds* ○ *Non compliant with meds* |

---

☑ **ASTHMA/COPD**

| | |
|---|---|
| | ◉ Asthma ○ COPD |
| Diagnosed | Diagnosed 2007 |
| Improved since arrival to jail | ○ Yes ◉ No |
| Current Management | ☑ B-agonist PRN ☐ Long acting B-agonist ☐ Inhaled steroid ☐ None |

MCCI MED RECORDS 277



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Initial Visit for Multiple Medical
Problems**
Chronic Care

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/24/2016 |

Current Management      ☑ B-agonist PRN ☐ Long acting B-agonist ☐ Inhaled steroid ☐ None

Triggers      *Allergenes*

Severity of exacerbation in past   *Mild*

Complaints / Issues / Labs and Plan discussed with Patient

*no complains*

☑ *Discussion of trigger avoidance, tobacco avoidance and rescue medication use.*

---

☐ *HEPATITIS C*

☐ *SEIZURE DISORDER*

☐ *GERD*

☐ *HYPERTENSION*

☐ *LIPIDS*

☐ *PAIN*

☐ *THYROID DISEASE*

☐ *HIV/AIDS*

☐ *CARDIOVASCULAR DISEASE*

☐ *DIABETES MELLITUS*

☐ *OTHER MEDICAL ILLNESS AND COMPLAINTS*

PHYSICAL EXAM

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 06-24-2016 11:19 AM EST | 101/78 | 94 | 16 | 97.90 | – | – | – |

GENERAL: Patient is WD, WN, NAD, AAOx3      ☐ Abnormal

MCCI MED RECORDS 278

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Initial Visit for Multiple Medical Problems**
Chronic Care



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/24/2016 |

**GENERAL:** Patient is WD, WN, NAD, AAOx3.
☐ Exceptions / Comments
☑ Normal

**HEENT:** NCAT, PERRL, EOM intact. Mouth is without lesions. Mucous membranes are moist.
☐ Exceptions / Comments
☑ Normal

**NECK:** Supple. No lymphadenopathy or thyromegaly.
☐ Exceptions / Comments
☑ Normal

**LUNGS:** Clear to auscultation.
☐ Exceptions / Comments
☑ Normal

**HEART:** S1 S2 regular rate and rhythm. No murmurs.
☐ Exceptions / Comments
☑ Normal

**ABDOMEN:** Soft, nontender, and nondistended. No hepatosplenomegaly noted.
☐ Exceptions / Comments
☑ Normal

**EXTREMITIES:** No swelling and no tenderness.
☐ Exceptions / Comments
☑ Normal

**NEUROLOGIC:** CN 2-12 intact, motor, sensory, cerebellar and gait grossly intact.
☐ Exceptions / Comments
☑ Normal

**SKIN:** No rash, ulceration, infections.
☐ Exceptions / Comments
☑ Normal

Genitalia Exam — Deferred
☐ Male
No masses, no lesions and no penile discharge — ☐ Normal
☐ Female
External genitalia normal, no discharge no lesions. Pelvic exam done with chaperone: no discharge, normal cervix, no lesions. No cervical motion tenderness. — ☐ Normal
☐ Exceptions / Comments

Page 3 of 6

| | | | | |
|---|---|---|---|---|
| Monmouth County<br>*Monmouth Adult (MCCI)*<br>*1 waterworks road*<br>*Freehold , NJ07728* | | **Initial Visit for Multiple Medical<br>Problems**<br>Chronic Care | |  |

| *Patient Name*<br>DONELL FREEMAN | *Patient Number*<br>26184 | *Booking Number*<br>3279258 | *Birth Date*<br>12/25/1975 | *Date Of Service*<br>6/24/2016 |
|---|---|---|---|---|

no discharge, normal cervix, no lesions. No cervical motion tenderness.

☐ *Exceptions / Comments*

| Breast Exam: | *Deferred* |
|---|---|

| Rectal Exam: | *Deferred* |
|---|---|

## ASSESSMENT

| ASTHMA | *Mild Persistent* | *Fair Control* |
|---|---|---|
| COPD | | *Select One* |

OTHER MEDICAL ILLNESS / COMPLAINTS / COMMENTS

## PLAN (including Medication changes)

*Added 06/24/2016 11:43 AM EST by dunachukwu Nurse Practitioner*

*Goal: keep asthma exacerbation off for the next 90 days.*

*Follow up in 90 days.*

**Discussion with Patient**

Diet          ☑ *Regular diet is appropriate*  ☐ *Medical diet is indicated*

Exercise recommendation     *Brisk walk (4MPH) 30 mins/day for 5 days and Muscle strengthening 2 times a week*

☑ *Agrees to continue*

☐ *Agrees to start*

☐ *Will not consider*

Body mass

Current Weight          *200 lbs*

Desired weight before next visit   *190 lbs*

Goals Discussed--Attempt to meet before next visit

MCCI MED RECORDS 280

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Initial Visit for Multiple Medical**
**Problems**
Chronic Care



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/24/2016 |

Goals Discussed—Attempt to meet before next visit

☐ *Blood Pressure*
    ☐ *less than 140 / 90* ☐ *less than 130 / 80* ☐ *goal met*

☐ *HgBA1C*
    ☐ *less than 7* ☐ *7 - 8* ☐ *less than 9* ☐ *goal met*

☐ *No seizures*
    ☐ *goal met*

☑ *Minimize Asthma exacerbation*
    ☑ *None* ☐ *2x week* ☐ *goal met*

☐ *LDL*
    ☐ *less than 70* ☐ *less than 100* ☐ *less than 190* ☐ *goal met*

☐ *TSH*
    ☐ *normal range* ☐ *goal met*

☐ *HIV*
    ☐ *CD4 above 200* ☐ *Viral load undetectable* ☐ *goal met*

☐ *Reflux*
    ☐ *none to occasional reflux* ☐ *goal met*

☐ *Cardiac disease*
    ☐ *stabilize* ☐ *goal met*

☐ *Hepatitis C*
    ☐ *education* ☐ *goal met*

☐ *Other*

---

☑ **Orders**

Follow Up
Labs
EKG
Flu vaccine      *Follow up in 90 days. Continue with Albuterol neb treatment as needed*
Diet Changes      *daily.*
Other Nursing
Instruction
Stat Meds

MCCI MED RECORDS 281

| | Initial Visit for Multiple Medical Problems | | | |
|---|---|---|---|---|
| Monmouth County Monmouth Adult (MCCI) 1 waterworks road Freehold , NJ07728 | | Chronic Care | |  |

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 6/24/2016 |

Stat Meds

MCCI MED RECORDS 282

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Progress Notes**
Chronic Care



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/25/1975 | 9/22/2016 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 6/25/2016 2:00:00 PM | 12/22/2016 1:59:00 PM |
| Tylenol (Acetaminophen) 325 mg tablet | 2.00 tablet | Monmouth Facility: BID AM & HS | 9/22/2016 7:00:00 PM | 12/21/2016 6:59:00 PM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

**Notes / History:**

Added 09/22/2016 12:30 PM EST by khashmi Provider

Flu shot offered but refused.

E-Signed by Kabeeruddin Hashmi, Provider on 09/22/2016 12:30 PM EST

Page 1 of 1

MCCI MED RECORDS 283

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 9/22/2016 |

☐ **Patient refuses the Chronic Care Follow Up Visit**
☐ **Appropriate "Refusal of Treatment" paperwork completed.**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

| Medication | PRN | Dose | Schedule | Ordered By | Start Date | End Date |
|---|---|---|---|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | True | 1.00 milliliter | Monmouth Facility: Every 3 hours | Kabeeruddin Hashmi | 6/25/2016 2:00:00 PM | 12/22/2016 1:59:00 PM |

Past Drug History    ☐ Tobacco abuse ☑ Drug abuse ☐ Alcohol abuse
                     ☑ Risks of Drug, Tobacco and Alcohol abuse discussed

Diet               ◉ Regular Diet ○ Medical Diet
                     ☐ Additional food from commissary

Diet details

Exercises         ○ Regularly ◉ Occasionally ○ Never

Medication compliance    ◉ Compliant per patient ○ Non compliant per patient ○ Not on medication

MAR reviewed     ○ Yes ◉ No
                     ○ Compliant with meds ○ Non compliant with meds

☑ **ASTHMA/COPD**

                          ◉ Asthma ○ COPD

Diagnosed             chilhood

Improved since arrival to jail    ◉ Yes ○ No

Current Management     ☑ B-agonist PRN ☐ Long acting B-agonist ☐ Inhaled steroid ☐ None

Triggers                smoke

Severity of exacerbation in past   mild

MCCI MED RECORDS 284

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 9/22/2016 |

| | |
|---|---|
| Triggers | *smoke* |
| Severity of exacerbation in past | *mild* |

Complaints / Issues / Labs and Plan discussed with Patient

*in the past pt states he was told he was borderline diabetic.Will check lab. While child had hip surgery . Pt enquires about reeval.*

☑ *Discussion of trigger avoidance, tobacco avoidance and rescue medication use.*

---

☐ **HEPATITIS C**

☐ **SEIZURE DISORDER**

☐ **GERD**

☐ **HYPERTENSION**

☐ **LIPIDS**

☐ **PAIN**

☐ **THYROID DISEASE**

☐ **HIV/AIDS**

☐ **CARDIOVASCULAR DISEASE**

☐ **DIABETES MELLITUS**

☐ **OTHER MEDICAL ILLNESS AND COMPLAINTS**

**PHYSICAL EXAM**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 09-22-2016 12:01 PM EST | 128/75 | 101 | 16 | 98.70 | - | 200 | 28.7 |

GENERAL: Patient is WD, WN, NAD, AAOx3.                    ☑ *Normal*

Page 2 of 5

MCCI MED RECORDS 285

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 9/22/2016 |

GENERAL: Patient is WD, WN, NAD, AAOx3.     ☑ *Normal*
☐ *Exceptions / Comments*

HEENT: NCAT, PERRL, EOM intact. Mouth is without lesions. Mucous membranes are moist.     ☑ *Normal*
☐ *Exceptions / Comments*

NECK: Supple. No lymphadenopathy or thyromegaly.     ☑ *Normal*
☐ *Exceptions / Comments*

LUNGS: Clear to auscultation.     ☑ *Normal*
☐ *Exceptions / Comments*

HEART: S1 S2 regular rate and rhythm. No murmurs.     ☑ *Normal*
☐ *Exceptions / Comments*

ABDOMEN: Soft, nontender, and nondistended. No hepatosplenomegaly noted.     ☑ *Normal*
☐ *Exceptions / Comments*

EXTREMITIES: No swelling and no tenderness.     ☑ *Normal*
☑ *Exceptions / Comments*
*Mild antalgic gait.*

NEUROLOGIC: CN 2-12 intact, motor, sensory, cerebellar and gait grossly intact.     ☑ *Normal*
☐ *Exceptions / Comments*

SKIN: No rash, ulceration, infections.     ☑ *Normal*
☐ *Exceptions / Comments*

Genitalia Exam     *Deferred*
☐ *Male*
No masses, no lesions and no penile discharge     ☐ *Normal*
☐ *Female*
External genitalia normal, no discharge no lesions. Pelvic exam done with chaperone: no discharge, normal cervix, no lesions. No cervical motion tenderness.     ☐ *Normal*
☐ *Exceptions / Comments*

MCCI MED RECORDS 286

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 9/22/2016 |

no discharge, normal cervix, no lesions. No cervical motion tenderness.     ☐ Normal

☐ Exceptions / Comments

| Breast Exam: | Deferred |
|---|---|

| Rectal Exam: | Deferred |
|---|---|

## ASSESSMENT

ASTHMA                              Select One                          Select One

COPD                                                                    Select One

OTHER MEDICAL ILLNESS / COMPLAINTS / COMMENTS

## PLAN (including Medication changes)

**Discussion with Patient**

Diet                    ☑ Regular diet is appropriate  ☐ Medical diet is indicated

Exercise recommendation      *Brisk walk (4MPH) 30 mins/day for 5 days and Muscle strengthening 2 times a week*

                        ☐ Agrees to continue
                        ☑ Agrees to start
                        ☐ Will not consider

Body mass

Current Weight              200
Desired weight before next visit   200

Goals Discussed--Attempt to meet before next visit

☐ Blood Pressure
        ☐ less than 140 / 90  ☐ less than 130 / 80  ☐ goal met
☐ HgBA1C

MCCI MED RECORDS 287

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 9/22/2016 |

☐ *HgBA1C*
    ☐ *less than 7* ☐ *7 - 8* ☐ *less than 9* ☐ *goal met*

☐ *No seizures*
    ☐ *goal met*

☑ *Minimize Asthma exacerbation*
    ☑ *None* ☐ *2x week* ☑ *goal met*

☐ *LDL*
    ☐ *less than 70* ☐ *less than 100* ☐ *less than 190* ☐ *goal met*

☐ *TSH*
    ☐ *normal range* ☐ *goal met*

☐ *HIV*
    ☐ *CD4 above 200* ☐ *Viral load undetectable* ☐ *goal met*

☐ *Reflux*
    ☐ *none to occasional reflux* ☐ *goal met*

☐ *Cardiac disease*
    ☐ *stabilize* ☐ *goal met*

☐ *Hepatitis C*
    ☐ *education* ☐ *goal met*

☐ *Other*

---

☑ **Orders**

Follow Up
Labs
EKG
Flu vaccine             *diag #3 HgBA1C ccc 90 days*
Diet Changes
Other Nursing Instruction
Stat Meds

---

MCCI MED RECORDS 288

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1975 | 12/26/2016 |

☐ **Patient refuses the Chronic Care Follow Up Visit**

    ☐ **Appropriate "Refusal of Treatment" paperwork completed.**

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

| Medication | PRN | Dose | Schedule | Ordered By | Start Date | End Date |
|---|---|---|---|---|---|---|
| Tylenol (Acetaminophen) 325 mg tablet | True | 2.00 tablet | Monmouth Facility: BID AM & HS | Kabeeruddin Hashmi | 12/21/2016 7:00:00 PM | 3/21/2017 6:59:00 PM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | True | 1.00 milliliter | Monmouth Facility: Every 3 hours | Kabeeruddin Hashmi | 12/22/2016 2:00:00 PM | 6/20/2017 1:59:00 PM |
| hydrocortisone 1 % Topical Ointment | True | 1.00 ointment | Monmouth Facility: BID AM & HS | Marisa Marciano, RN | 12/21/2016 7:00:00 PM | 12/31/2016 6:59:00 PM |

| Past Drug History | ☑ Tobacco abuse ☐ Drug abuse ☐ Alcohol abuse |
|---|---|
| | ☑ Risks of Drug, Tobacco and Alcohol abuse discussed |
| Diet | ◉ Regular Diet ○ Medical Diet |
| | ☑ Additional food from commissary |
| Diet details | |
| Exercises | ○ Regularly ◉ Occasionally ○ Never |
| Medication compliance | ◉ Compliant per patient ○ Non compliant per patient ○ Not on medication |
| MAR reviewed | ○ Yes ◉ No |
| | ○ Compliant with meds ○ Non compliant with meds |

☑ **ASTHMA/COPD**

    ◉ Asthma ○ COPD

| Diagnosed | 2006 |
|---|---|
| Improved since arrival to jail | ◉ Yes ○ No |

Page 1 of 6

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 12/26/2016 |

Improved since arrival to jail    ⦿ Yes ○ No

Current Management            ☑ B-agonist PRN ☐ Long acting B-agonist ☐ Inhaled steroid ☐ None

Triggers                                *shell fish-allergy related, cig smoke*

Severity of exacerbation in past  *Last heat attack- 2013*

Complaints / Issues / Labs and Plan discussed with Patient

  *No issues*

  ☑ *Discussion of trigger avoidance, tobacco avoidance and rescue medication use.*

---

☐ *HEPATITIS C*

☐ *SEIZURE DISORDER*

☐ *GERD*

☐ *HYPERTENSION*

☐ *LIPIDS*

☐ *PAIN*

☐ *THYROID DISEASE*

☐ *HIV/AIDS*

☐ *CARDIOVASCULAR DISEASE*

☐ *DIABETES MELLITUS*

☐ *OTHER MEDICAL ILLNESS AND COMPLAINTS*

**PHYSICAL EXAM**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 12-26-2016 10:24 AM EST | 137/85 | 100 | 16 | 97.70 | - | 195 | 28 |

MCCI MED RECORDS 290

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/26/2016 |

~~10:24 AM~~
EST

---

GENERAL: Patient is WD, WN, NAD, AAOx3.     ☑ *Normal*

☐ *Exceptions / Comments*

---

HEENT: NCAT, PERRL, EOM intact. Mouth is without lesions. Mucous membranes are moist.     ☑ *Normal*

☐ *Exceptions / Comments*

---

NECK: Supple. No lymphadenopathy or thyromegaly.     ☑ *Normal*

☐ *Exceptions / Comments*

---

LUNGS: Clear to auscultation.     ☑ *Normal*

☐ *Exceptions / Comments*

---

HEART: S1 S2 regular rate and rhythm. No murmurs.     ☑ *Normal*

☐ *Exceptions / Comments*

---

ABDOMEN: Soft, nontender, and nondistended. No hepatosplenomegaly noted.     ☑ *Normal*

☐ *Exceptions / Comments*

---

EXTREMITIES: No swelling and no tenderness.     ☑ *Normal*

☐ *Exceptions / Comments*

---

NEUROLOGIC: CN 2-12 intact, motor, sensory, cerebellar and gait grossly intact.     ☑ *Normal*

☐ *Exceptions / Comments*

---

SKIN: No rash, ulceration, infections.     ☑ *Normal*

☐ *Exceptions / Comments*

---

Genitalia Exam     *Deferred*

☐ *Male*

No masses, no lesions and no penile discharge     ☐ *Normal*

☐ *Female*

External genitalia normal, no discharge no lesions. Pelvic exam done with chaperone:     ☐ *Normal*

---

MCCI MED RECORDS 291

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 12/26/2016 |

☐ Female

External genitalia normal, no discharge no lesions. Pelvic exam done with chaperone: no discharge, normal cervix, no lesions. No cervical motion tenderness.

☐ *Normal*

☐ *Exceptions / Comments*

| Breast Exam: | *Deferred* |
|---|---|
| Rectal Exam: | *Deferred* |

**ASSESSMENT**

| ASTHMA | *Mild Intermittent* | *Good Control* |
|---|---|---|
| COPD | | *Select One* |

OTHER MEDICAL ILLNESS / COMPLAINTS / COMMENTS

**PLAN (including Medication changes)**

> *Added 12/26/2016 10:35 AM EST by khashmi Provider*
>
> *Flu shot offered refused.*

**Discussion with Patient**

| Diet | ☑ *Regular diet is appropriate* ☐ *Medical diet is indicated* |
|---|---|
| Exercise recommendation | *Brisk walk (4MPH) 30 mins/day for 5 days and Muscle strengthening 2 times a week* |

    ☐ *Agrees to continue*
    ☑ *Agrees to start*
    ☐ *Will not consider*

Body mass

| Current Weight | *195* |
|---|---|
| Desired weight before next visit | *195* |

Goals Discussed--Attempt to meet before next visit

MCCI MED RECORDS 292

Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 12/26/2016 |

Goals Discussed--Attempt to meet before next visit

☐ Blood Pressure

    ☐ less than 140 / 90 ☐ less than 130 / 80 ☐ goal met

☐ HgBA1C

    ☐ less than 7 ☐ 7 - 8 ☐ less than 9 ☐ goal met

☐ No seizures

    ☐ goal met

☑ Minimize Asthma exacerbation

    ☑ None ☐ 2x week ☐ goal met

☐ LDL

    ☐ less than 70 ☐ less than 100 ☐ less than 190 ☐ goal met

☐ TSH

    ☐ normal range ☐ goal met

☐ HIV

    ☐ CD4 above 200 ☐ Viral load undetectable ☐ goal met

☐ Reflux

    ☐ none to occasional reflux ☐ goal met

☐ Cardiac disease

    ☐ stabilize ☐ goal met

☐ Hepatitis C

    ☐ education ☐ goal met

☐ Other

---

☑ **Orders**

Follow Up
Labs
EKG
Flu vaccine                    ccc 90 days diag #2 HGbA1C Labs to be done in 2 months.
Diet Changes
Other Nursing Instruction
Stat Meds

MCCI MED RECORDS 293

Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold , NJ07728*

**Chronic Care Follow Up Visit**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 12/26/2016 |

MCCI MED RECORDS 294

MCCI MED RECORDS 295

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Medical History and Physical
Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/20/2016 |

☑ *Receiving Screening reviewed*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-19-2016 | Acute | Symptoms | Abnormality of Gait | |
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

| Medication | Start Date | End Date |
|---|---|---|
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 12/28/2015 2:00:00 PM | 6/25/2016 1:59:00 PM |

**Medical History**

**Medical Problems** ☐ *None*

    ☑ *Asthma* ☐ *Diabetes* ☐ *Seizure Disorder* ☐ *Thyroid Disorder* ☐ *Heart Disease* ☐ *Hypertension*
    ☐ *COPD* ☐ *Bleeding Disorder* ☐ *Kidney Disease* ☐ *Tuberculosis* ☐ *HIV* ☐ *Cancer* ☐ *Hepatitis C*

Asthma

Diabetes - Insulin dependent

Diabetes - Non insulin dependent

Seizure Disorder - Grand Mal

Seizure Disorder - Partial

Seizure Disorder - Petit Mal

Seizure Disorder - Drug/Alcohol Withdrawal

Seizure Disorder - Other

Thyroid Disorder - Hyperthyroid

Thyroid Disorder - Hypothyroid

Thyroid Disorder - Other

Heart Disease - Coronary artery disease

Heart Disease - Stents

Heart Disease - Congestive heart failure

Heart Disease - Atrial fibrillation

MCCI MED RECORDS 296

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Medical History and Physical Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/20/2016 |

Heart Disease – Atrial fibrillation

Heart Disease – Other

Hypertension

COPD

Bleeding Disorder

Kidney disease – Renal insufficiency

Kidney disease – End stage renal disease

Kidney disease – Dialysis dependent

Tuberculosis

HIV – Compliant with medications

HIV – Noncompliant with medications

HIV – Not on medications

Cancer

Hepatitis C

Other Illness / Details

| **Medications** | ☐ *None* |
|---|---|

*Albuterol sulfate solution.*

| **Substance Abuse History** | ☑ *None* |
|---|---|

**Substance Abuse**   ☐ *Alcohol*  ☐ *Heroin*  ☐ *benzodiazepines*  ☐ *Cannibus*  ☐ *tobacco*  ☐ *Other*

**Substance Abuse**

Alcohol

Heroin

benzodiazepines

Cannibus

tobacco

Other

Details

| **Surgical History** | ☑ *None* |
|---|---|

| Glasses | ☑ *None* |
|---|---|

Glasses          ☐ *Brought to Jail*  ☐ *Not brought to Jail*  ☐ *In Property*

Glasses – Brought to Jail

Glasses – Not brought to Jail

Glasses – In Property

| Contacts | ☑ *None* |
|---|---|

Contacts         ☐ *Brought to Jail*  ☐ *Not brought to Jail*  ☐ *In Property*

MCCI MED RECORDS 297

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Medical History and Physical Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/20/2016 |

| | |
|---|---|
| Contacts | ☑ None |
| Contacts | ☐ Brought to Jail ☐ Not brought to Jail ☐ In Property |
| Contacts - Brought to Jail | |
| Contacts - Not brought to Jail | |
| Contacts - In Property | |
| Immunizations up to date? | ⦿ Yes ○ No |
| | Check to view as ☑ Medical History Summary |

**Mental Health History**

| | |
|---|---|
| Mental Health problems | ☑ None |
| | ☐ Depression ☐ Schizophrenia ☐ Bipolar ☐ Anxiety ☐ PTSD ☐ Other |
| Depression | |
| Schizophrenia | |
| Bipolar | |
| Anxiety | |
| PTSD | |
| Other | |
| History of Special Education? | None |
| Head trauma? | ☑ None |
| Patient concerned about ability to cope with incarceration? | ○ Yes ⦿ No |
| Previous suicide attempts? | ☑ None |
| Are you feeling suicidal now? | ○ Yes ⦿ No |
| Level of Cognitive Functioning | ⦿ Above Average ○ Average ○ Below Average |
| | Check to view as ☑ Mental Health History Summary |

**Complaints/Review of Systems**

**Physical Exam**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 06-20-2016 09:51 AM EST | 106/68 | 115 | 16 | 97.70 | - | 199 | 28.6 |

MCCI MED RECORDS 298

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Medical History and Physical Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1975 | 6/20/2016 |

*EST*

---

GENERAL: Patient is well developed, well nourished, in no apparent distress. Alert and oriented X3.

☐ Exceptions / Comments

☑ *Normal*

---

HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light. Nares appeared normal. Mouth is without lesions. Mucous membranes are moist.

☐ Exceptions / Comments

☑ *Normal*

---

TEETH

*In good condition*

---

NECK: Supple. No lymphadenopathy or thyromegaly.

☐ Exceptions / Comments

☑ *Normal*

---

LUNGS: Clear to auscultation.

☐ Exceptions / Comments

☑ *Normal*

---

HEART: S1 S2 regular rate and rhythm. No murmurs.

☐ Exceptions / Comments

☑ *Normal*

---

ABDOMEN: Soft, nontender, and nondistended. No hepatosplenomegaly noted.

☐ Exceptions / Comments

☑ *Normal*

---

EXTREMITIES: No swelling and no tenderness.

☐ Exceptions / Comments

☑ *Normal*

---

NEUROLOGIC: Cranial nerves II through XII, motor, sensory, cerebellar and gait are grossly intact.

☐ Exceptions / Comments

☑ *Normal*

---

SKIN: No rash, ulceration, infections.

☐ Exceptions / Comments

☑ *Normal*

---

PSYCHIATRIC: Normal affect.

☑ *Normal*

MCCI MED RECORDS 299

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Medical History and Physical
Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 6/20/2016 |

---

PSYCHIATRIC: Normal affect. ☑ *Normal*

☐ *Exceptions / Comments*

---

Genitalia Exam *Deferred*

☐ *Male*

No masses, no lesions and no penile discharge ☐ *Normal*

☐ *Female*

External genitalia normal, no discharge no lesions. Pelvic exam done with chaperone: no discharge, normal cervix, no lesions. No cervical motion tenderness. ☐ *Normal*

☐ *Exceptions / Comments*

---

Breast Exam: *Deferred*

---

Rectal Exam: *Deferred*

**Comments**

---

☑ *Males Only*

Do you have sex with men? ○ *Yes* ● *No* ○ *Refuses*

RPR offered? ○ *Yes* ○ *No*

○ *Patient agreed - RPR Screening Ordered* ○ *Patient declined RPR Screening*

☐ *Female*

Are you currently pregnant? ○ *Yes* ○ *No*

Pregnancy Education and Options discussed with Patient? ○ *Yes* ○ *No*

Dental Hygiene instructions provided? ● *Yes* ○ *No*

Detox Education provided? ● *Yes* ○ *Not Applicable*

**Work Clearance**

General Work Clearance ● *Yes* ○ *No*

Kitchen Clearance ● *Yes* ○ *No*

**General Comments**

Page 5 of 6

MCCI MED RECORDS 300

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Medical History and Physical
Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/20/2016 |

## General Comments

*TB test. AAO X 3,NAD.*

MCCI MED RECORDS 302

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

### Mental Health Group Note



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 8/4/2015 |

Type
of       *process*
Group:

Topic of Session:

*My role in consequences.*

Client Response to Topic:

*I/M's first session in MH group, however was highly talkative and presented as versed in group process. Engaged group in his thoughts of change, accepting addiction, and a life of incarceration.*

Client
Hygiene:   *wnl*

### Communication/Social Behavior: (check all that apply)

- ☑ *Stated thoughts/feelings clearly*
- ☑ *Made supportive comments to others*
- ☐ *Quiet, but responded to others*
- ☐ *Made negative self-directed comments*
- ☐ *Statements not reality oriented*
- ☑ *Initiated conversation*
- ☐ *Made independent decisions*
- ☐ *Refused to participate*
- ☐ *Avoided eye contact*
- ☐ *Demanding of others*
- ☐ *Not able to stay on task*
- ☐ *Speech pressured*
- ☑ *Willing to listen to others*
- ☐ *Influenced by others*
- ☐ *Quiet and withdrawn*
- ☐ *Argumentive*
- ☐ *Accepted positive feedback*
- ☐ *Required prompting from staff*
- ☐ *Interrupts*
- ☑ *Had good eye contact*
- ☐ *Easily frustrated*

MCCI MED RECORDS 303

| | | | | |
|---|---|---|---|---|
| Monmouth County<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold, NJ 07728 | | **Mental Health Group Note** | |  |

| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279253 | Birth Date<br>12/25/1975 | Date Of Service<br>8/4/2015 |
|---|---|---|---|---|

☑ *Had good eye contact*

☐ *Easily frustrated*

☑ *Able to stay on task*

☐ *Threatening/Dominating*

☐ *Other:*

Note treatment plan goals targeted by this group:
*Encouraged continued compliance with treatment plan and group process as it applies to mental health needs.*

Treatment Plan reviewed?  ○ Yes  ◉ No

   Changes Required?  ○ Yes  ○ No

**Plan (check all that apply):**

☑ *Continue Mental Health Group*

   Next session: *8/11/15*

☐ *Refer to Mental Health for individual follow-up*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Homework assigned:*
   Specify:

☐ *Refer to Medical:*

☐ *Discontinue from Mental Health Group, MH to follow up in 1 week to assess adjustment.*
   Reason for Discontinuation:

☐ *Other:*

E-Signed by Jesse Coudray n 08/04/2015 03:56 PM EST

MCCI MED RECORDS 304

Case 3:18-cv-07802-BRM-ZNQ Document 88 Filed 12/14/20 Page 311 of 486 PageID: 990

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 8/25/2015 |

Type
of        *process*
Group:

Topic of Session:
*meaning through loss*

Client Response to Topic:
*I/M spoke of how he had a similar life experience as another group member, but being 15 years older, had time to recognize where he could have coped differently. Spoke of resentment and guilt leading to continued substance abuse and feeling that he was never able to work through the grief.*

Client
Hygiene: *wnl*

---

**Communication/Social Behavior: (check all that apply)**

- ☑ *Stated thoughts/feelings clearly*
- ☑ *Made supportive comments to others*
- ☐ *Quiet, but responded to others*
- ☐ *Made negative self-directed comments*
- ☐ *Statements not reality oriented*
- ☐ *Initiated conversation*
- ☐ *Made independent decisions*
- ☐ *Refused to participate*
- ☐ *Avoided eye contact*
- ☐ *Demanding of others*
- ☐ *Not able to stay on task*
- ☐ *Speech pressured*
- ☑ *Willing to listen to others*
- ☐ *Influenced by others*
- ☐ *Quiet and withdrawn*
- ☐ *Argumentive*
- ☐ *Accepted positive feedback*
- ☐ *Required prompting from staff*
- ☐ *Interrupts*
- ☑ *Had good eye contact*

MCCI MED RECORDS 305

Case 3:18-cv-07802-BRM-ZNQ   Document 88   Filed 12/14/20   Page 312 of 486 PageID: 991

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 8/25/2015 |

☑ *Had good eye contact*

☐ *Easily frustrated*

☑ *Able to stay on task*

☐ *Threatening/Dominating*

☐ *Other:*


Note treatment plan goals targeted by this group:

*Encouraged continued compliance with treatment plan and group process as it applies to mental health needs.*

Treatment Plan reviewed?   ○ Yes  ◉ No

Changes Required?  ○ Yes  ○ No

---

**Plan (check all that apply):**

---

☑ *Continue Mental Health Group*

Next session: *9/1/15*

☐ *Refer to Mental Health for individual follow-up*

☐ *Refer to Psychiatry:*


☐ *Start Suicide Precautions:*


☐ *Homework assigned:*

Specify:

☐ *Refer to Medical:*


☐ *Discontinue from Mental Health Group, MH to follow up in 1 week to assess adjustment.*

Reason for Discontinuation:


☐ *Other:*


E-Signed by Jesse Coudray n 08/25/2015 02:39 PM EST

MCCI MED RECORDS 306

Monmouth County
Monmouth Adult (MCCI)                    **Mental Health Group Note**
1 waterworks road
Freehold, NJ 07728



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 9/1/2015 |

Type
of          *process*
Group:

Topic of Session:

*feeling lost*

Client Response to Topic:

*I/M requested to leave early due to physical illness. Wanted assurance he wouldn't be removed from the list.*

Client
Hygiene: *wnl*

---

**Communication/Social Behavior: (check all that apply)**

☐ *Stated thoughts/feelings clearly*
☐ *Made supportive comments to others*
☐ *Quiet, but responded to others*
☐ *Made negative self-directed comments*
☐ *Statements not reality oriented*
☐ *Initiated conversation*
☐ *Made independent decisions*
☐ *Refused to participate*
☐ *Avoided eye contact*
☐ *Demanding of others*
☐ *Not able to stay on task*
☐ *Speech pressured*
☐ *Willing to listen to others*
☐ *Influenced by others*
☐ *Quiet and withdrawn*
☐ *Argumentive*
☐ *Accepted positive feedback*
☐ *Required prompting from staff*
☐ *Interrupts*
☐ *Had good eye contact*
☐ *Easily frustrated*

MCCI MED RECORDS 307

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 9/1/2015 |

☐ *Easily frustrated*

☐ *Able to stay on task*

☐ *Threatening/Dominating*

☑ *Other:*

*didn't remain long enough to asses behavior*

Note treatment plan goals targeted by this group:
*Encouraged continued compliance with treatment plan and group process as it applies to mental health needs.*

Treatment Plan reviewed?   ○ Yes  ● No

Changes Required?  ○ Yes  ○ No

**Plan (check all that apply):**

☑ *Continue Mental Health Group*
Next
session: *9/8*

☐ *Refer to Mental Health for individual follow-up*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Homework assigned:*
Specify:

☐ *Refer to Medical:*

☐ *Discontinue from Mental Health Group, MH to follow up in 1 week to assess adjustment.*
Reason for Discontinuation:

☐ *Other:*

E-Signed by Jesse Coudray n 09/01/2015 02:55 PM EST

Page 2 of 2

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 9/8/2015 |

Type
of          *process*
Group:

Topic of Session:

*defining purpose*

Client Response to Topic:

*I/M arrived late and although initially spoke well regarding creating his purpose and taking the energy from his addiction in order to divert it to a greater purpose, soon ceased interaction and fell asleep. Will continue to assess for this group.*

Client
Hygiene:  *wnl*

---

**Communication/Social Behavior: (check all that apply)**

---

- ☑ *Stated thoughts/feelings clearly*
- ☐ *Made supportive comments to others*
- ☐ *Quiet, but responded to others*
- ☐ *Made negative self-directed comments*
- ☐ *Statements not reality oriented*
- ☐ *Initiated conversation*
- ☐ *Made independent decisions*
- ☐ *Refused to participate*
- ☐ *Avoided eye contact*
- ☐ *Demanding of others*
- ☐ *Not able to stay on task*
- ☐ *Speech pressured*
- ☐ *Willing to listen to others*
- ☐ *Influenced by others*
- ☐ *Quiet and withdrawn*
- ☐ *Argumentive*
- ☐ *Accepted positive feedback*
- ☐ *Required prompting from staff*
- ☐ *Interrupts*
- ☐ *Had good eye contact*

MCCI MED RECORDS 309

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 9/8/2015 |

☐ Had good eye contact

☐ Easily frustrated

☐ Able to stay on task

☐ Threatening/Dominating

☑ Other:

disengaged

Note treatment plan goals targeted by this group:

Encouraged continued compliance with treatment plan and group process as it applies to mental health needs.

Treatment Plan reviewed?  ○ Yes  ◉ No

    Changes Required?  ○ Yes  ○ No

---

**Plan (check all that apply):**

☑ Continue Mental Health Group

Next session: 9/22

☐ Refer to Mental Health for individual follow-up

☐ Refer to Psychiatry:

☐ Start Suicide Precautions:

☐ Homework assigned:

    Specify:

☐ Refer to Medical:

☐ Discontinue from Mental Health Group, MH to follow up in 1 week to assess adjustment.

    Reason for Discontinuation:

☐ Other:

MCCI MED RECORDS 310

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/6/2015 |

Type
of *process*
Group:

Topic of Session:

*Recognizing symptoms of psychiatric distress*

Client Response to Topic:

*I/M was engaged with the movie this week stating that he is looking at it from a "clinical" perspective in order to draw out the benefits which could help him.*

Client
Hygiene: *wnl*

---

**Communication/Social Behavior: (check all that apply)**

- ☐ *Stated thoughts/feelings clearly*
- ☐ *Made supportive comments to others*
- ☐ *Quiet, but responded to others*
- ☐ *Made negative self-directed comments*
- ☐ *Statements not reality oriented*
- ☐ *Initiated conversation*
- ☐ *Made independent decisions*
- ☐ *Refused to participate*
- ☐ *Avoided eye contact*
- ☐ *Demanding of others*
- ☐ *Not able to stay on task*
- ☐ *Speech pressured*
- ☐ *Willing to listen to others*
- ☐ *Influenced by others*
- ☐ *Quiet and withdrawn*
- ☐ *Argumentative*
- ☐ *Accepted positive feedback*
- ☐ *Required prompting from staff*
- ☐ *Interrupts*
- ☐ *Had good eye contact*
- ☐ *Easily frustrated*

MCCI MED RECORDS 311

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/6/2015 |

☐ *Had good eye contact*

☐ *Easily frustrated*

☐ *Able to stay on task*

☐ *Threatening/Dominating*

☑ *Other:*

*Majority of group was engaged in watching movie, I/M was wnl throughout.*

Note treatment plan goals targeted by this group:

*Encouraged continued compliance with treatment plan and group process as it applies to mental health needs.*

Treatment Plan reviewed?   ○ *Yes* ◉ *No*

Changes Required? ○ *Yes* ○ *No*

---

**Plan (check all that apply):**

---

☑ *Continue Mental Health Group*

Next
session: *10/13*

☐ *Refer to Mental Health for individual follow-up*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Homework assigned:*

Specify:

☐ *Refer to Medical:*

☐ *Discontinue from Mental Health Group, MH to follow up in 1 week to assess adjustment.*

Reason for Discontinuation:

☐ *Other:*

MCCI MED RECORDS 312

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Mental Health Group Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 10/20/2015 |

Type
of      *process*
Group:

Topic of Session:

*Recognizing psychiatric symptoms and distress*

Client Response to Topic:

*Completed film which was used to promote group topic. I/M presented as actively engaged as displayed by choice of his seat at the front of the class. I/M made appropriate comments and questions throughout.*

Client
Hygiene: *wnl*

---

**Communication/Social Behavior: (check all that apply)**

- ☐ *Stated thoughts/feelings clearly*
- ☐ *Made supportive comments to others*
- ☐ *Quiet, but responded to others*
- ☐ *Made negative self-directed comments*
- ☐ *Statements not reality oriented*
- ☐ *Initiated conversation*
- ☐ *Made independent decisions*
- ☐ *Refused to participate*
- ☐ *Avoided eye contact*
- ☐ *Demanding of others*
- ☐ *Not able to stay on task*
- ☐ *Speech pressured*
- ☐ *Willing to listen to others*
- ☐ *Influenced by others*
- ☐ *Quiet and withdrawn*
- ☐ *Argumentive*
- ☐ *Accepted positive feedback*
- ☐ *Required prompting from staff*
- ☐ *Interrupts*
- ☐ *Had good eye contact*
- ☐ *Easily frustrated*

MCCI MED RECORDS 313

Monmouth County
Monmouth Adult (MCCI)            **Mental Health Group Note**
1 waterworks road
Freehold, NJ 07728



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279268 | 12/25/1975 | 10/20/2015 |

☐ *Had good eye contact*

☐ *Easily frustrated*

☐ *Able to stay on task*

☐ *Threatening/Dominating*

☑ *Other:*

*primarily focused on film this week. Appropriate behavior.*

Note treatment plan goals targeted by this group:
*Encouraged continued compliance with treatment plan and group process as it applies to mental health needs.*

Treatment Plan reviewed?   ○ Yes  ◉ *No*

     Changes Required?  ○ Yes  ○ *No*

**Plan (check all that apply):**

☑ *Continue Mental Health Group*

   Next
session: *10/27*

☐ *Refer to Mental Health for individual follow-up*

☐ *Refer to Psychiatry:*

☐ *Start Suicide Precautions:*

☐ *Homework assigned:*

   Specify:

☐ *Refer to Medical:*

☐ *Discontinue from Mental Health Group, MH to follow up in 1 week to assess adjustment.*

    Reason for Discontinuation:

☐ *Other:*

E-Signed by Jesse Coudray n 10/20/2015 03:01 PM EST

**MCCI MED RECORDS 314**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Medical History and Physical
Assessment**



| Patient Name DONELL FREEMAN | Patient Number 26184 | Booking Number 3279258 | Birth Date 12/25/1975 | Date Of Service 7/1/2015 |
|---|---|---|---|---|

☑ Receiving Screening reviewed

☐ Per site policy, no Medical History and Physical Assessment required

☐ Patient refused Medical History and Physical Assessment

☐ **Appropriate "Refusal of Treatment" paperwork completed**

---

**History**

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

| Medication | Start Date | End Date |
|---|---|---|
| thiamine HCl 100 mg tablet | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| Zoloft (Sertraline) 50 mg tablet | 7/2/2015 8:00:00 AM | 9/30/2015 7:59:00 AM |
| chlordiazepoxide 25 mg capsule | 7/1/2015 7:00:00 PM | 7/3/2015 6:59:00 PM |

1. Is there history of asthma, diabetes, seizure disorder, thyroid disorder, heart condition, hypertension, bleeding disorder, kidney disease, tuberculosis, HIV or cancer?  ◉ Yes ○ No

Explain:  *asthma*

2. Do you currently take any medications?  ◉ Yes ○ No

If yes:  *symbicort*

3. Is there history of substance abuse?  ◉ Yes ○ No

Kind / Amount / Frequency   *ETOH 1 pint day x 20 yrs, ecstacy, coke, last use 2 days ago. cig smoke 1 pk/day*

4. Is there prior surgical history?  ◉ Yes ○ No

Explain:  *L hip replacement, L shoulder repair, hernia*

5. Do you currently wear glasses / contacts?  ◉ Yes ○ No

MCCI MED RECORDS 315

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Medical History and Physical Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/26/1975 | 7/1/2015 |

Explain:  *L hip replacement, L shoulder repair, hernia*

5. Do you currently wear glasses / contacts?    ◉ Yes  ○ No

If yes    ☑ Glasses ☐ Contacts

6. Immunizations up to date?    ○ Yes  ○ No  ◉ Unknown

*tetanus*

---

**Exam**

---

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-01-2015 04:27 AM EST | 99/68 | 81 | 18 | 97.90 | – | – | – |

☐ Female

Are you currently pregnant?    ○ Yes  ○ No

Breast Exam:    ○ Normal ○ Abnormal ◉ Deferred

Explain:

Rectal Exam:    ○ Normal ○ Abnormal ◉ Deferred

Explain:

☐ Testicular Exam

Testicular Exam:    ○ Normal ○ Abnormal ○ Deferred

Explain:

SKIN:    ○ Normal ◉ Abnormal ○ Deferred

Explain:    *large surg scars left sholder, abdomen, L hip*

HEENT (including Dental Screen):    ◉ Normal ○ Abnormal ○ Deferred

Explain:

NECK:    ◉ Normal ○ Abnormal ○ Deferred

Explain:

CARDIOTHORACIC:    ◉ Normal ○ Abnormal ○ Deferred

Explain:

ABDOMEN:    ◉ Normal ○ Abnormal ○ Deferred

Explain:

MUSCULOSKELETAL:    ◉ Normal ○ Abnormal ○ Deferred

Explain:

MCCI MED RECORDS 316

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Medical History and Physical Assessment**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

Explain:

NEURO / NODES:                                    ◉ *Normal* ◯ *Abnormal* ◯ *Deferred*

Explain:

**Comments**

*denies seizures*

---

### Mental Health (Comment on all "yes" responses)

1. Is there history of serious mental illness, major depression, schizophrenia, bi-polar disorder, anxiety?                          ◉ *Yes* ◯ *No*

*depression, hears voices*

2. History of special education?                          ◯ *Yes* ◉ *No*

3. History of cerebral trauma?                          ◯ *Yes* ◉ *No*

4. Patient concerned about ability to cope with incarceration?                          ◯ *Yes* ◉ *No*

5. Are you feeling Suicidal or had Previous Suicide Attempts?                          ◉ *Yes* ◯ *No*

When /
Where?          *homocide and SI*

Level of Cognitive Functioning          ◯ *Above Average* ◉ *Average* ◯ *Below Average*

### Work Clearance

General Work Clearance                          ◯ *Yes* ◉ *No*

Kitchen Clearance                          ◯ *Yes* ◉ *No*

### General Comments

*patient education*

---

MCCI MED RECORDS 318

**Monmouth Adult (MCCI)**  **July 2015**  **Order Record History**

| Patient Name: | Patient ID. | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 3157918 | Order Status: Completed 07/03/2015 18:59 | Written | Last Administered: 07/03/2015 08:00 | Submit Date: 07/01/2015 11:28 | Start Date: 07/01/2015 19:00 | End Date: 07/03/2015 18:59

chlordiazepoxide 25 mg capsule: give 2 capsule PO BID AM & HS for 2 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | * KF | * KF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 19:00 | Init | * YE | * KY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 3154008 | Order Status: Completed 07/31/2015 07:59 | Written | Last Administered: 07/30/2015 08:00 | Submit Date: 06/30/2015 14:28 | Start Date: 07/01/2015 08:00 | End Date: 07/31/2015 07:59

thiamine HCl 100 mg tablet: give 1 tablet PO Q AM for 30 days. If unable to give oral thiamine, contact Provider. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | KF | KF | DL | DL | KF | KF | KF | BF | KF | CS | LD | KF | KF | CS | KF | KF | KF | KF | KF | CS | KF | KF | KF | KF | CS | CS | KF | RJ | RJ | RJ |

Order No: 3210101 | Order Status: Discontinued 10/07/2015 15:15 | Written | Last Administered: 10/12/2015 08:00 | Submit Date: 07/14/2015 15:59 | Start Date: 07/15/2015 08:00 | End Date: 10/13/2015 07:59

Zoloft (Sertraline) 100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | KF | KF | CS | KF | KF | KF | CS | KF | KF | CS | KF | RJ | RJ | CZ |

Order No: 3157749 | Order Status: Discontinued 07/14/2015 14:58 | Written | Last Administered: 09/29/2015 08:00 | Submit Date: 07/01/2015 11:04 | Start Date: 07/02/2015 08:00 | End Date: 09/30/2015 07:59

Zoloft (Sertraline) 50 mg tablet: give 1 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | KF | KF | DL | DL | KF | KF | KF | BF | KF | CS | LD | KF | KF | | | | | | | | | | | | | | | | | |

### PRN

Order No: 3157985 | Order Status: Completed 07/08/2015 18:59 | Written | Last Administered: 07/05/2015 18:35 | Submit Date: 07/01/2015 11:36 | Start Date: 07/01/2015 19:00 | End Date: 07/08/2015 18:59

acetaminophen 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 7 days. For muscle pain or spasm. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | 19:36 KY | 19:11 CS | 19:35 CS | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 3157975 | Order Status: Completed 12/28/2015 13:59 | Written | Last Administered: 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | 21:01 * LD | | | | | | | | | | 17:57 * CS | | 18:22 * LD | 20:26 * LD | | | | 18:14 * CS | 16:48 * CS | | | | | |

MCCI MED RECORDS 319

**Monmouth Adult (MCCI)**     July 2015     **Order Record History**

| Patient Name | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

---

Order No.: 3157987  Order Status: Completed 07/08/2015 18:59  Written  Last Administered: 07/04/2015 19:11  Submit Date: 07/01/2015 11:36  Start Date: 07/01/2015 19:00  End Date: 07/08/2015 18:59

loperamide 2 mg capsule: give 1 capsule PO BID AM & HS PRN for 7 days. For additional loose bowel movements following initial loperamide dose. Do not exceed 16mg in 24 hours. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | 19:11 CS | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

Order No.: 3157988  Order Status: Completed 07/08/2015 18:59  Written  Last Administered: 07/05/2015 19:35  Submit Date: 07/01/2015 11:36  Start Date: 07/01/2015 19:00  End Date: 07/08/2015 18:59

meclizine 25 mg chewable tablet: give 1 tablet PO BID AM & HS PRN for 7 days. If nausea or vomiting occurs. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | 19:39 KY | 19:11 CS | 19:35 CS | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

Order No.: 3193886  Order Status: Completed 07/20/2015 18:59  Written  Last Administered: 07/20/2015 18:44  Submit Date: 07/10/2015 10:39  Start Date: 07/10/2015 19:00  End Date: 07/20/2015 18:59

Naprosyn (Naproxen) 500 mg tablet: give 1 tablet PO BID AM & HS PRN for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | 19:02 AL | 09:36 CS | | | 20:09 * LD | 19:12 YE | | 19:56 KY | 10:28 KY 19:34 KY | 17:57 CS | -- 18:44 AL | | | | | | | | | | | |

---

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 07/27/2015 09:10 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

CORRECT CARE SOLUTIONS     Page 2 of 4     01/05/2018 18:17

MCCI MED RECORDS 320

**Monmouth Adult (MCCI)**                 July 2015                 **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

**Notes**

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3157918 | YE | General | 07/01/2015 19:00 | chlordiazepoxide 25 mg capsule | Refused | states does not need it |
| 3157918 | KF | General | 07/02/2015 08:00 | chlordiazepoxide 25 mg capsule | Refused | did not want |
| 3157918 | KY | General | 07/02/2015 19:00 | chlordiazepoxide 25 mg capsule | Refused | " I dont want them" |
| 3157918 | KF | General | 07/03/2015 08:00 | chlordiazepoxide 25 mg capsule | Refused | refused |
| 3157975 | LD | General | 07/08/2015 21:01 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed |
| 3157975 | CS | General | 07/19/2015 17:57 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Missed | im did not needed it |
| 3157975 | LD | General | 07/21/2015 18:22 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not requested |
| 3157975 | LD | General | 07/22/2015 20:26 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed, not requested |
| 3157975 | CS | General | 07/25/2015 10:14 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed at this time |
| 3157975 | CS | General | 07/26/2015 16:40 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed at this time |
| 3193866 | LD | General | 07/14/2015 20:00 | Naprosyn (Naproxen) 500 mg tablet | Refused | dont want |

MCCI MED RECORDS 321

**Monmouth Adult (MCCI)**                    July 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KF | Fackina, Kathryn, LPN |
| KY | Yeager, Kimberly, LPN |
| LD | Divita, Lawrence, LPN |
| RJ | Jenkins, Roxanna |
| YE | Everson, Yvette, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

**Monmouth Adult (MCCI)**                    **August 2015**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies:   No Known Allergies | |
|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No.: 3210101 | Order Status: Discontinued 10/07/2015 15:15 | Written: | Last Administered: 10/12/2015 08:00 | Submit Date: 07/14/2015 15:59 | Start Date: 07/15/2015 08:00 | End Date: 10/13/2015 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | LS | LS | CZ | RJ | CS | RJ | RJ | CS | RJ | RJ | RJ | AL | RJ | CS | XR | KR | CZ | RJ | RJ | DL | RJ | RJ | | CS | RJ | RJ | DL | RJ | RC | LJ | LS | RJ |

PRN

| Order No.: 3157975 | Order Status: Completed 12/28/2015 13:59 | Written: | Last Administered: 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

CORRECT CARE
S O L U T I O N S

01/05/2018 18:17

**Monmouth Adult (MCCI)**                      **August 2015**                      **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

| Allergies: | No Known Allergies | | |
|---|---|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| LJ | Jefferson, Lanee, LPN |
| RC | Cardin, Robert, LPN |
| RJ | Jenkins, Roxanna |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 324

**Monmouth Adult (MCCI)**                    September 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 3210101 | Order Status: Discontinued 10/07/2015 15:15 | Written: | Last Administered: 10/12/2015 08:00 | Submit Date: 07/14/2015 15:59 | Start Date: 07/15/2015 08:00 | End Date: 10/13/2015 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | DL | RJ | RJ | CS | CS | RJ | | DL | CS | CS | CZ | | DL | RJ | RJ | Y CS | CS | RJ | DL | RJ | RJ | LJ | KR | RJ | RJ | CS | | |

**PRN**

| Order No: 3187975 | Order Status: Completed 12/28/2015 13:59 | Written: | Last Administered: 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | 09:08 CZ | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

MCCI MED RECORDS 325

**Monmouth Adult (MCCI)**          September 2015          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: | No Known Allergies | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3157975 | CZ | General | 09/14/2015 09:08 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | dont need |
| 3210101 | CS | General | 09/19/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

### Initials Legend

| Initials | User |
|---|---|
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| LJ | Jefferson, Lanee, LPN |
| RJ | Jenkins, Roxanna |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE SOLUTIONS

01/05/2018 18:17

MCCI MED RECORDS 326

**Monmouth Adult (MCCI)**          October 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No.: 3210101 | Order Status: Discontinued 10/07/2015 15:15 | Written | Last Administered: 10/12/2015 08:00 | Submit Date: 07/14/2015 15:59 | Start Date: 07/15/2015 08:00 | End Date: 10/13/2015 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline) 100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | DL | RJ | LS | CZ | RJ | RJ | DL | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No.: 3578194 | Order Status: Completed 01/06/2016 07:59 | Written | Last Administered: 01/05/2016 08:00 | Submit Date: 10/07/2015 16:19 | Start Date: 10/08/2015 08:00 | End Date: 01/06/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | RJ | KY | CS | CS | DL | AL | CS | CZ | CZ | * CS | CS | RJ | RJ | AL | RJ | RJ | * LS | LS | RJ | RJ | AL | RJ | PS | RC |

### PRN

| Order No.: 3167975 | Order Status: Completed 12/28/2015 13:59 | Written | Last Administered: 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Date/time | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

CORRECT CARE
SOLUTIONS

01/05/2018 18:17

**MCCI MED RECORDS 327**

**Monmouth Adult (MCCI)**                    October 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3578194 | CS | General | 10/17/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | in speaker jam |
| 3578194 | LJ | General | 10/24/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |
| PS | Stager, Patricia, LPN |
| RC | Cardin, Robert, LPN |
| RJ | Jenkins, Roxanna |

### Order Administration Sites

| Abbreviation | Site |
|---|---|
| | |

CORRECT CARE SOLUTIONS

01/05/2018 16:17

**Monmouth Adult (MCCI)**                    November 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 3578194   Order Status: Completed 01/06/2016 07:59   Written   Last Administered: 01/05/2016 08:00   Submit Date: 10/07/2015 16:19   Start Date: 10/08/2015 08:00   End Date: 01/06/2016 07:59

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | CS | CS | | AL | RJ | RJ | LJ | LJ | RJ | RJ | AL | RJ | RJ | KY | | | CS | AL | RJ | RJ | KR | LJ | RJ | RJ | KR | RJ | RJ | KY | CS | CS | |

### PRN

Order No: 3157975   Order Status: Completed 12/28/2015 13:59   Written   Last Administered: 09/14/2015 09:08   Submit Date: 07/01/2015 11:34   Start Date: 07/01/2015 14:00   End Date: 12/28/2015 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

MCCI MED RECORDS 329

**Monmouth Adult (MCCI)**                    November 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| KR | Reed, Kendra |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |
| RJ | Jenkins, Roxanna |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 330

**Monmouth Adult (MCCI)**   December 2015   **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 3829255   Order Status: Completed 12/16/2015 18:59   Written   Last Administered: 12/15/2015 19:00   Submit Date: 12/01/2015 11:20   Start Date: 12/01/2015 19:00   End Date: 12/16/2015 18:59

Mobic (Meloxicam)  7.5 mg tablet: give 1 tablet PO Q HS for 15 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:00 | Init | TR | AL | LFC | CS | VC | L3 | AL | AL | AL | CZ | VC | CS | CZ | VC | AL | | | | | | | | | | | | | | | | | |

Order No: 3678194   Order Status: Completed 01/06/2016 07:59   Written   Last Administered: 01/05/2016 08:00   Submit Date: 10/07/2015 16:19   Start Date: 10/08/2015 08:00   End Date: 01/06/2016 07:59

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | KR | AL | KR | AL | * L3 | L3 | AL | AL | CZ | RC | AL | CS | LD | KR | AL | KY | AL | KY | DL | L3 | KY | KY | AL | CZ | KR | CS | CS | KR | AL | KY | AL |

### PRN

Order No: 3838191   Order Status: Completed 06/25/2016 13:59   Written   Last Administered: 06/18/2016 12:59   Submit Date: 12/24/2015 13:56   Start Date: 12/28/2015 14:00   End Date: 06/25/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 3157975   Order Status: Completed 12/28/2015 13:59   Written   Last Administered: 09/14/2015 09:08   Submit Date: 07/01/2015 11:34   Start Date: 07/01/2015 14:00   End Date: 12/28/2015 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

**Monmouth Adult (MCCI)**    December 2015    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3578194 | LJ | General | 12/05/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| KY | Yeager, Kimberly, LPN |
| LD | Divita, Lawrence, LPN |
| LJ | Jefferson, Lanee, LPN |
| LPC | Carvalho, Luis, LPN |
| RC | Cardin, Robert, LPN |
| TR | Rohrman, Timothy, LPN |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 332

**Monmouth Adult (MCCI)**　　　　　　　　January 2016　　　　　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |

Allergies:　No Known Allergies

Diagnosis:　Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 3578194 | Order Status: Completed 01/06/2016 07:59 | Written | Last Administered: 01/05/2016 08:00 | Submit Date: 10/07/2015 16:19 | Start Date: 10/08/2015 08:00 | End Date: 01/06/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline) 100 mg tablet; give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | KY | KR | KR | RC | AL | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No: 3980657 | Order Status: Completed 04/05/2016 07:59 | Written | Last Administered: 04/04/2016 08:00 | Submit Date: 12/30/2015 15:02 | Start Date: 01/06/2016 08:00 | End Date: 04/05/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline) 100 mg tablet; give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | AL | DG | CZ | KY | CS | CZ | KY | DG | DG | KY | * KR | KR | * RC | RC | * KR | DG | CZ | * CS | CS | AL | KY | KR | * DG | DL | KR | KR |

### PRN

| Order No: 3638191 | Order Status: Completed 06/25/2016 13:59 | Written | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 01/05/2016 08:19 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 16:17

**MCCI MED RECORDS 333**

**Monmouth Adult (MCCI)**          January 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3960657 | KR | General | 01/16/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | nsx3 |
| 3960657 | RC | General | 01/18/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | refused  to come to cart |
| 3960657 | KR | General | 01/20/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | nsx3 |
| 3960657 | CS | General | 01/23/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 3960657 | DG | General | 01/28/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | did not show |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DG | Granat, Darren, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| KY | Yeager, Kimberly, LPN |
| RC | Cardin, Robert, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 334

**Monmouth Adult (MCCI)**                          **February 2016**                          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: No Known Allergies | |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No.: 3960657 | Order Status: Completed 04/05/2016 07:59 | Written: | Last Administered: 04/04/2016 08:00 | Submit Date: 12/30/2015 15:02 | Start Date: 01/06/2016 08:00 | End Date: 04/05/2016 07:59 |

Zoloft (Sertraline)  100 mg tablet; give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | DP | DP | * KY | AL | AL | KY | CS | AL | DR | DP | AL | AL | DR | LJ | AL | AL | KY | AL | AL | * KY | CS | AL | * KY | DP | AL | AL | * LJ | AL | AL | | |

**PRN**

| Order No.: 8938191 | Order Status: Completed 06/25/2016 13:59 | Written: | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59 |

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization; give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | 12:39 sa-DP | | | | | | | | | | | | | | | | | | | | | 22:35 sa-DP | 12:02 sa-DP | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 02/18/2016 13:19 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

**Monmouth Adult (MCCI)**          **February 2016**          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3960657 | KY | General | 02/03/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 3960657 | KY | General | 02/20/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 3960657 | KY | General | 02/23/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | in class |
| 3960657 | LJ | General | 02/27/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 336

**Monmouth Adult (MCCI)**　　　　　　　　**March 2016**　　　　　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:　No Known Allergies

Diagnosis:　Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 3960657　Order Status: Completed 04/05/2016 07:59　Written　Last Administered: 04/04/2016 08:00　Submit Date: 12/30/2015 15:02　Start Date: 01/06/2016 08:00　End Date: 04/05/2016 07:59

Zoloft (Sertraline)  100 mg tablet; give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | * DR | KY | AL | CZ | KY | CS | AL | LD | KY | LD | AL | LJ | LJ | AL | DP | KY | AL | CZ | KY | DP | AL | * DP | DR | AL | * CZ | * LJ | LJ | AL | DP | KY | AL |

### PRN

Order No: 3938191　Order Status: Completed 06/25/2016 13:59　Written　Last Administered: 06/18/2016 12:59　Submit Date: 12/24/2015 13:56　Start Date: 12/28/2015 14:00　End Date: 06/25/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | 18:11 * VC | | | 21:32 sa-DP | | | | | 20:47 sa-DP | | | | | 08:35 sa-DP 12:04 sa-DP | | | | | 06:51 sa-DP 12:37 sa-DP 11:04 sa-DP | | | | | 12:09 sa-DP 11:53 sa-DP 11:04 sa-DP | | | | 21:59 sa-DP | | |

Order No: 4376484　Order Status: Completed 03/31/2016 18:59　Written　Last Administered: 03/29/2016 21:59　Submit Date: 03/24/2016 12:53　Start Date: 03/24/2016 19:00　End Date: 03/31/2016 18:59

Tylenol Extra Strength (Acetaminophen)  500 mg tablet: give 2 tablet PO Q HS PRN for 7 days. - Ordering Provider: Daniel Unachukwu

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 21:59 * DP | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 03/07/2016 13:20 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 16:17

**Monmouth Adult (MCCI)**          **March 2016**          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3938191 | VC | General | 03/07/2016 18:21 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Missed | prn |
| 3960657 | DR | General | 03/01/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 3960657 | DP | General | 03/22/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | MISSED |
| 3960657 | CZ | General | 03/25/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | ns |
| 3960657 | LJ | General | 03/26/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 4376484 | DP | General | 03/29/2016 21:59 | Tylenol Extra Strength (Acetaminophen) 500 mg tablet | Refused | refused |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| LD | Divita, Lawrence, LPN |
| LJ | Jefferson, Lanee, LPN |
| VC | Cotroneo, Veronica, LPN |

CORRECT CARE
SOLUTIONS

Monmouth Adult (MCCI)                    March 2016                    Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Order Administration Sites

Abbreviation    Site

MCCI MED RECORDS 339

**Monmouth Adult (MCCI)**            **April 2016**            **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 3960657 | Order Status: Completed 04/05/2016 07:59 | Written | Last Administered: 04/04/2016 08:00 | Submit Date: 12/30/2015 15:02 | Start Date: 01/06/2016 08:00 | End Date: 04/05/2016 07:59 |

Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | AL | KY | KY | DR | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No: 4398688 | Order Status: Discontinued 06/02/2016 09:16 | Written | Last Administered: 07/03/2016 08:00 | Submit Date: 03/29/2016 14:52 | Start Date: 04/05/2016 08:00 | End Date: 07/04/2016 07:59 |

Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | KY | DR | AL | DR | AL | CZ | AL | DR | DR | AL | * CZ | CZ | DP | AL | * DP | DP | CZ | CZ | CS | * KY | DR | * DP | KY | CZ | CZ | KY |

### PRN

| Order No: 3938191 | Order Status: Completed 06/25/2016 13:59 | Written | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59 |

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | 18:41 *VC | | | 17:18 sa-DP | | | | | | | | | | 18:54 sa-DP / 12:46 sa-DP | | 18:54 DP / 13:54 sa-DP | 07:08 sa-DP | | | | | | 11:16 sa-DP / 07:09 sa-DP | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

**Monmouth Adult (MCCI)**                    **April 2016**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3938191 | VC | General | 04/04/2016 18:41 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | prn |
| 4398688 | CZ | General | 04/15/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | DP | General | 04/19/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | missed |
| 4398688 | KY | General | 04/24/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want it this morning |
| 4398688 | DP | General | 04/26/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

01/05/2018 18:17

**Monmouth Adult (MCCI)**                    **May 2016**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No. 4398888 | Order Status: Discontinued 06/02/2016 09:18 | Written | Last Administered: 07/03/2016 08:00 | Submit Date: 03/28/2016 14:52 | Start Date: 04/05/2016 08:00 | End Date: 07/04/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | KY | AL | * DP | BM | AL | AL | * KY | LJ | * AL | DR | KY | AL | AL | KY | BM | AL | KY | KY | AL | AL | KY | | RC | DR | * KY | AL | AL | * KY | * KY | * DP | * KY |

### PRN

| Order No. 3938191 | Order Status: Completed 06/25/2016 13:59 | Written | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 18:09 sa-DP 11:15 sa-DP | | | | | | | | | | | | | | | | | | 17:05 sa-DP | | | | | | | | | 18:45 sa-DP 13:12 sa-DP | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

**Monmouth Adult (MCCI)**                    **May 2016**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 4398688 | DP | General | 05/03/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused |
| 4398688 | KY | General | 05/07/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | "im fasting" |
| 4398688 | AL | General | 05/09/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused to come to med cart |
| 4398688 | AL | General | 05/23/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Administered | refused to come up for meds |
| 4398688 | KY | General | 05/25/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | KY | General | 05/28/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | "freeman is cured" |
| 4398688 | KY | General | 05/29/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | DP | General | 05/30/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused |
| 4398688 | KY | General | 05/31/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want it |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| BM | Mckittrick, Bonnie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |
| RC | Cardin, Robert, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 343

**Monmouth Adult (MCCI)**  June 2016  **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |
| Allergies: No Known Allergies | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 4398668 | Order Status: Discontinued 06/02/2016 09:18 | Written | Last Administered: 07/03/2016 08:00 | Submit Date: 03/29/2016 14:52 | Start Date: 04/05/2016 08:00 | End Date: 07/04/2016 07:59

Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | * KY | * AL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#### PRN

Order No: 3936191 | Order Status: Completed 06/25/2016 13:59 | Written | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | 19:24 sa-DP | | 08:36 sa-DP 11:51 sa-DP | | | | 11:41 sa-DP | 13:28 sa-DP 07:22 sa-DP | | | | | | | | | 06:59 sa-DP 12:59 sa-LJ | | | | | | | | | | | | | | |

Order No: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written | Last Administered: 11/20/2016 15:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | 19:29 sa-DP | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

MCCI MED RECORDS 344

**Monmouth Adult (MCCI)**        June 2016        **Order Record History**

| Patient Name | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 4398688 | KY | General | 06/01/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | AL | General | 06/02/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused md Mh referrel |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| DP | Perrin, Debra, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 345

**Monmouth Adult (MCCI)**          July 2016          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date: | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders
#### PRN

| Order No: 4914065 | Order Status:  Completed 12/22/2016  13:59 | Written: | Last Administered:   11/20/2016  19:41 | Submit Date:  06/20/2016  13:57 | Start Date:  06/25/2016  14:00 | End Date:   12/22/2016  13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | 11:34 sa-DP | | | 20:58 sa-DP | | | | | 12:17 sa-DP 18:17 sa-DP | | | | | | | | 19:53 sa-DP | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

### Initials Legend

| Initials | User |
|---|---|
| DP | Perrin, Debra, LPN |

**Monmouth Adult (MCCI)**        July 2016        **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

**Order Administration Sites**

Abbreviation    Site

CORRECT CARE
SOLUTIONS

01/05/2018 18:17

MCCI MED RECORDS 347

**Monmouth Adult (MCCI)**          August 2016          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

| Order No.: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written: | Last Administered:   11/20/2016 19:41 | Submit Date:  06/20/2016 13:57 | Start Date:  06/25/2016 14:00 | End Date:   12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | 11:00 SB-DP 12:06 SB-DP | | | | | | | | | | | | | | | | | | | | | 11:01 SB-DP | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

### Initials Legend

| Initials | User |
|---|---|
| DP | Perrin, Debra, LPN |

CORRECT CARE SOLUTIONS

MCCI MED RECORDS 348

**Monmouth Adult (MCCI)**                    August 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: No Known Allergies |
|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

**Order Administration Sites**

Abbreviation    Site

MCCI MED RECORDS 349

**Monmouth Adult (MCCI)**                    September 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies: No Known Allergies

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

**Medication Orders**

PRN

| Order No.: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written | Last Administered: 11/20/2015 19:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 20:38 SB= DP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No.: 5303111 | Order Status: Completed 12/21/2016 18:59 | Written | Last Administered: 12/16/2016 18:54 | Submit Date: 09/22/2016 12:29 | Start Date: 09/22/2016 19:00 | End Date: 12/21/2016 18:59 |
|---|---|---|---|---|---|---|

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | 19:13 AL | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

**Monmouth Adult (MCCI)**          September 2016          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: No Known Allergies | |
|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| DP | Perrin, Debra, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 351

**Monmouth Adult (MCCI)**                    **October 2016**                    **Order Record History**

| Patient Name: | | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|---|
| FREEMAN, DONELL | | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: | No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

Order No: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written | Last Administered: 11/20/2016 19:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 5303111 | Order Status: Completed 12/21/2016 18:59 | Written | Last Administered: 12/16/2016 18:54 | Submit Date: 09/22/2016 12:29 | Start Date: 09/22/2016 19:00 | End Date: 12/21/2016 18:59

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | 18:11 AL | | | | | | | | | | | | | 19:42 DR | 09:11 KH | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

CORRECT CARE SOLUTIONS

Page 1 of 2

01/05/2018 18:17

**Monmouth Adult (MCCI)**                     October 2016                     **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| DR | Reyes, Doris, LPN |
| KM | McCray, Kamisha, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 353

**Monmouth Adult (MCCI)**    November 2016    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

| Order No: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written | Last Administered: 11/20/2016 19:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | 19:41 VC | | | | | | | | | | | |

| Order No: 5303111 | Order Status: Completed 12/21/2016 18:59 | Written | Last Administered: 12/16/2016 18:54 | Submit Date: 09/22/2016 12:29 | Start Date: 09/22/2016 19:00 | End Date: 12/21/2016 18:59 |
|---|---|---|---|---|---|---|

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | 19:43 VC 08:54 KM | | | | | 08:48 KM | 08:46 KM | | | 08:31 LD | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 11/16/2016 13:03 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|---|
| Order: | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 18:17

**MCCI MED RECORDS 354**

**Monmouth Adult (MCCI)**          November 2016          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 4814065 | VC | General | 11/20/2016 19:41 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | pm |

### Initials Legend

| Initials | User |
|---|---|
| KM | McCray, Kamisha, LPN |
| LD | Divita, Lawrence, LPN |
| VC | Cotroneo, Veronica, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 355

**Monmouth Adult (MCCI)**                          December 2016                          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders
#### PRN

---

Order No: 4814065   Order Status: Completed 12/22/2016 13:59   Written   Last Administered:   11/20/2016 19:41   Submit Date: 06/20/2016 13:57   Start Date:  06/25/2016 14:00   End Date:   12/22/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time   Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

Order No: 5744943   Order Status: Released 04/18/2017 12:03   Written   Last Administered:   12/31/2016 19:06   Submit Date: 12/13/2016 14:29   Start Date:   12/22/2016 14:00   End Date:   06/20/2017 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time   Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN   Times | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 19:06 * VC |

---

Order No: 5785459   Order Status: Completed 12/31/2016 18:59   Verbal/Ph   Last Administered:   12/31/2016 19:06   Submit Date: 12/21/2016 11:44   Start Date:   12/21/2016 18:00   End Date:   12/31/2016 18:59

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS PRN for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time   Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN   Times | | | | | | | | | | | | | | | | | | | | | 19:10 sa- DB | 18:29 sa- DB | 06:27 sa- HS | 08:17 sa- DR 19:14 sa- DR | 18:56 sa- HS | 09:59 sa- DP | 08:34 sa- LD | 08:25 sa- DB | | 19:06 sa- HS | 19:06 sa- VC |

---

Order No: 5704289   Order Status: Completed 12/13/2016 18:59   Verbal/Ph   Last Administered:   12/08/2016 08:34   Submit Date: 12/06/2016 14:21   Start Date:   12/06/2016 19:00   End Date:   12/13/2016 18:59

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS PRN for 7 days. - Ordering Provider: Kabeeruddin Hashmi

| Time   Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN   Times | | | | | | | | 08:34 sa- LD | | | | | | | | | | | | | | | | | | | | | | | |

---

Order No: 5303111   Order Status: Completed 12/21/2016 18:59   Written   Last Administered:   12/19/2016 18:54   Submit Date: 09/22/2016 12:29   Start Date:   09/22/2016 19:00   End Date:   12/21/2016 18:59

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time   Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN   Times | | | | | | | | | | | | | | | 08:19 DR | 08:25 LAM 18:54 DB | | | | | | | | | | | | | | | |

---

CORRECT CARE SOLUTIONS                                                   01/05/2018 18:17

MCCI MED RECORDS 356

**Monmouth Adult (MCCI)**       December 2016       **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

| Order No: 5744942 | Order Status: Completed 03/21/2017 18:59 | Written: | Last Administered: 03/12/2017 19:27 | Submit Date: 12/13/2016 14:29 | Start Date: 12/21/2016 19:00 | End Date: 03/21/2017 18:59 |
|---|---|---|---|---|---|---|

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 19:06 ⅐ VC |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 5744942 | VC | General | 12/31/2016 19:06 | Tylenol (Acetaminophen) 325 mg tablet | Refused | prn |
| 5744943 | VC | General | 12/31/2016 19:06 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | prn |

MCCI MED RECORDS 357

**Monmouth Adult (MCCI)**                          December 2016                          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Initials Legend

| Initials | User |
|---|---|
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| LAM | Maldonado, Laura, LPN |
| LD | Divita, Lawrence, LPN |
| MS | Sihombing, Michael, LPN |
| OB | Bizer, Orfa |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 358

**Monmouth Adult (MCCI)**          January 2017          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 5885390   Order Status: Completed 01/15/2017 07:59   Written   Last Administered: 01/14/2017 08:00   Submit Date: 01/09/2017 11:49   Start Date: 01/10/2017 08:00   End Date: 01/15/2017 07:59

prednisone 20 mg tablet: give 2 tablet PO Q AM for 5 days. - Ordering Provider: Pauline Tyas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | LD | CS | DR | LAM | DP | | | | | | | | | | | | | | | | | |

Order No: 5885392   Order Status: Completed 01/17/2017 07:59   Written   Last Administered: 01/16/2017 08:00   Submit Date: 01/09/2017 11:49   Start Date: 01/10/2017 08:00   End Date: 01/17/2017 07:59

Zyrtec (Cetirizine) 10 mg tablet: give 1 tablet PO Q AM for 7 days. dose given. - Ordering Provider: Pauline Tyas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | LD | CS | DR | LAM | DP | DP | HS | | | | | | | | | | | | | | | |

### PRN

Order No: 5744943   Order Status: Released 04/18/2017 12:05   Written   Last Administered: 12/31/2016 19:06   Submit Date: 12/13/2016 14:29   Start Date: 12/22/2016 14:00   End Date: 06/20/2017 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 5744942   Order Status: Completed 03/21/2017 18:59   Written   Last Administered: 03/12/2017 19:27   Submit Date: 12/13/2016 14:29   Start Date: 12/21/2016 19:00   End Date: 03/21/2017 18:59

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | 09:27 CS | | | | | 08:28 DR | | | | | | | 10:46 DP | 08:57 DP | | 08:31 DR | | | | | | | 08:37 LD | 10:32 CS | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 01/05/2017 14:08 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | | |

CORRECT CARE SOLUTIONS

**MCCI MED RECORDS 359**

**Monmouth Adult (MCCI)**                    January 2017                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|
| CS | Smalls, Cherie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| LAM | Maldonado, Laura, LPN |
| LD | Divita, Lawrence, LPN |
| MS | Sihombing, Michael, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

**Monmouth Adult (MCCI)**     **February 2017**     **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 5140013 | Order Status: Completed 03/03/2017 18:59 | Verbal/Prn | Last Administered: 03/03/2017 08:00 | Submit Date: 02/21/2017 09:41 | Start Date: 02/21/2017 19:00 | End Date: 03/03/2017 18:59 |
|---|---|---|---|---|---|---|

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | | | | | | | | sa-CS | sa-DR | sa-RC | sa-DP | sa-LK | * CN | sa-DR | | | |
| 19:00 | Init | | | | | | | | | | | | | | | | | | | | | | sa-CS | sa-OB | sa-OB | sa-OB | sa-VC | sa-VC | * OB | sa-KM | | | |

### PRN

| Order No: 5744943 | Order Status: Released 04/18/2017 12:03 | Written | Last Administered: 12/31/2016 19:06 | Submit Date: 12/13/2016 14:29 | Start Date: 12/22/2016 14:00 | End Date: 06/20/2017 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No: 5744942 | Order Status: Completed 03/21/2017 18:59 | Written | Last Administered: 03/12/2017 19:27 | Submit Date: 12/13/2016 14:29 | Start Date: 12/21/2016 19:00 | End Date: 03/21/2017 18:59 |
|---|---|---|---|---|---|---|

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 19:25 * OB | | 18:26 CS | | | | | | | 08:50 KM | 09:06 KM | | | | | | | | | 09:35 CS | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

CORRECT CARE
SOLUTIONS

Page 1 of 2

01/05/2018 18:16

**Monmouth Adult (MCCI)**                February 2017                **Order Record History**

| Patient Name: | | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|---|
| FREEMAN, DONELL | | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: | No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 5744942 | OB | General | 02/03/2017 19:26 | Tylenol (Acetaminophen) 325 mg tablet | Missed | pod lock down |
| 6140013 | CM | Administration | 02/27/2017 08:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6140013 | OB | Administration | 02/27/2017 19:00 | hydrocortisone 1 % Topical Ointment | Refused | |

## Initials Legend

| Initials | User |
|---|---|
| CM | McCormack, Christine, LPN |
| CS | Smalls, Cherie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KM | McCray, Kamisha, LPN |
| KM | Muller, Karen, LPN |
| LK | Krantz, Laura, LPN |
| OB | Bizer, Orfa |
| RC | Cardin, Robert, LPN |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE SOLUTIONS                Page 2 of 2                01/05/2018 18:16

**Monmouth Adult (MCCI)**　　　　　　**March 2017**　　　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |
| Allergies: | No Known Allergies |  |  |  |  |  |

Diagnosis:　Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 6140013　Order Status: Completed 03/03/2017 18:59　Verbal/Ph　Last Administered: 03/03/2017 08:00　Submit Date: 02/21/2017 09:41　Start Date: 02/21/2017 19:00　End Date: 03/03/2017 18:59

hydrocortisone 1 % Topical Ointment; give 1 ointment TOP BID AM & HS for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | sa-LD | * LD | sa-LK |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 19:00 | Init | sa-HS | sa-OB |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Order No: 6302332　Order Status: Completed 03/30/2017 18:59　Verbal/Ph　Last Administered: 03/30/2017 08:00　Submit Date: 03/20/2017 09:44　Start Date: 03/20/2017 19:00　End Date: 03/30/2017 18:59

hydrocortisone 1 % Topical Ointment; give 30 milliliter TOP BID AM & HS for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | sa-LD | sa-CS | sa-LK | sa-LAM | sa-LJ | sa-LK | sa-LK | sa-LK | sa-LD | sa-HS |  |  |
| 19:00 | Init |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | sa-CS | sa-DP | * DR | JEN | * OB | sa-KS | sa-LJ | * OB | * OB | sa-HS |  |  |  |
| 19:00 | Site |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | AFAK |  |  |  |  |  |  |  |  |  |  |

### PRN

Order No: 5744943　Order Status: Released 04/18/2017 12:03　Written　Last Administered: 12/31/2016 19:06　Submit Date: 12/13/2016 14:28　Start Date: 12/22/2016 14:00　End Date: 06/20/2017 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization; give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Order No: 5744942　Order Status: Completed 03/21/2017 18:59　Written　Last Administered: 03/12/2017 19:27　Submit Date: 12/13/2016 14:29　Start Date: 12/21/2016 19:00　End Date: 03/21/2017 18:59

Tylenol (Acetaminophen) 325 mg tablet; give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times |  |  |  |  |  |  |  |  |  |  | 19:27 LJ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
|  |  |  |  |

**Monmouth Adult (MCCI)**                         March 2017                         **Order Record History**

| Patient Name | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 6140013 | LD | Administration | 03/02/2017  08:00 | hydrocortisone 1 % Topical Ointment | Released | |
| 6302332 | DR | Administration | 03/22/2017  19:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6302332 | OB | Administration | 03/24/2017  19:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6302332 | OB | Administration | 03/27/2017  19:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6302332 | OB | Administration | 03/28/2017  19:00 | hydrocortisone 1 % Topical Ointment | Refused | |

## Initials Legend

| Initials | User | | Initials | User |
|---|---|---|---|---|
| CS | Smalls, Cherie, LPN | | MS | Sihombing, Michael, LPN |
| DP | Perrin, Debra, LPN | | OB | Bizer, Orfa |
| DR | Reyes, Doris, LPN | | | |
| JEN | Nonez, John, LPN | | | |
| LAM | Maldonado, Laura, LPN | | | |
| LD | Divita, Lawrence, LPN | | | |
| LJ | Jefferson, Lanee, LPN | | | |
| LK | Krantz, Laura, LPN | | | |

Monmouth Adult (MCCI)                           March 2017                              Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Order Administration Sites

| Abbreviation | Site |
|---|---|
| AFAR | Affected Areas |

**Monmouth Adult (MCCI)**              April 2017                          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

**Medication Orders**

**PRN**

| Order No: 5744943 | Order Status: Released 04/18/2017 12:03 | Written | Last Administered: 12/31/2016 19:06 | Submit Date: 12/13/2016 14:29 | Start Date: 12/22/2016 14:00 | End Date: 06/20/2017 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Discharged | Discharged | | 04/17/2017 11:12 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | – | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

### Initials Legend

| Initials | User |
|---|---|

**Monmouth Adult (MCCI)**                 **April 2017**                         **Order Record History**

| Patient Name | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
S O L U T I O N S

01/05/2018 18:16

MCCI MED RECORDS 367

**May 2017**                                                                 **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|

Allergies:

Diagnosis:

## Orders

| Order No. | Order Status | Last Administered: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|---|

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

01/05/2018 18:16

MCCI MED RECORDS 368

June 2017 **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|

| Allergies: | |
|---|---|
| Diagnosis: | |

## Orders

| Order No: | Order Status: | Last Administered: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|---|

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

Page 1 of 1

01/05/2018 18:16

**MCCI MED RECORDS 369**

MCCI MED RECORDS 370

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Admission Record**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

Admission to be completed by person receiving patient in infirmary

Date: 6/30/2015        Time: 4pm

**Admitting Diagnosis:**

s/i

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

## Vital Signs

Time *4pm*

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 06-30-2015 04:00 PM EST | 106/61 | 87 | 18 | 98.00 | -- | -- | -- |

Known Allergies: List and describe reaction

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Emotional Status:** ☑ *Relaxed* ☑ *Cooperative* ☐ *Withdrawn* ☐ *Openly Anxious* ☐ *Uncooperative*

**Impairment:**

Hearing Impairment:    ☑ *None* ☐ *Decreased* ☐ *Deaf* ☐ *Hearing Aid*

         Decreased ☐ *Rt* ☐ *Lt*

         Deaf ☐ *Rt* ☐ *Lt*

         Hearing Aid ☐ *Rt* ☐ *Lt*

Page 1 of 3

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Admission Record**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/26/1975 | 6/30/2015 |

Admission to be completed by nurse receiving patient in infirmary.

Vision:              ☑ None ☐ Glasses ☐ Contacts ☐ Cataracts ☐ Artificial Eye ☐ Glaucoma
Communication:       ◉ Understands English ○ Does not understand English
Drug or Alcohol Use: etoh, crack cocaine

**Skin Assessment:**

Presence of lesions:  ◉ No ○ Yes, describe:
            Describe:
Color:                brown
Temperature:          ☑ Warm ☑ Dry ☐ Cool ☐ Moist
Edema                 ◉ No ○ Yes, describe:
Describe:

       Fingernails: Color: pink
       Capillary Refill: less then 3 seconds
           Condition: stable
       Toenails: Color: clear
           Condition: stable

**Physical Assessment:**

       Lung Sounds: clear
           Pulses: regular
   Abdominal Palpation: soft non tender
       Heart Sounds: U.T.A.
       Bowel Sounds: positive all 4 quads

**Nutrition Assessment:**

Last Intake:
       Food (Date/Time): 6/30/15 2pm
       Fluid (Date/Time): 6/30/15 2pm
Recent Weight         ○ Yes, Increase ○ Yes, Decrease ◉ No
change:
            Reason:

Difficulty Swallowing:  ○ Yes, describe ◉ No

Special Diet:           ○ Yes, describe ◉ No

Feeding Tube:           ○ Yes, Type & feeding schedule ◉ No
       Type & feeding

MCCI MED RECORDS 372



Monmouth County
Monmouth Adult (MCCI)          **Infirmary Admission Record**
1 waterworks road
Freehold, NJ 07728

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 6/30/2015 |

Feeding Tube: ○ Yes, Type & feeding schedule ◉ No

    Type & feeding
       schedule

**Elimination Assessment**

Last Bowel Movement: *6/30/15 am*

    Constipation: ○ Yes ◉ No

    Diarrhea: ○ Yes ◉ No

Urine:

    Frequency: *3 x a day*

    Urgency: ○ Yes ◉ No

    Discharge: ○ Yes ◉ No

    Burning: ○ Yes ◉ No

**Potential for Injury:**

    Steady on Feet: ◉ Yes ○ No
    Describe

    Aids to Mobility: ☑ None ☐ Cane ☐ Crutches ☐ Walker ☐ Wheelchair ☐ Prosthesis

    Recent Fall: ○ Yes ◉ No
    Describe

MCCI MED RECORDS 373

**Monmouth County**
**Monmouth Adult (MCCI)**
**1 waterworks road**
**Freehold, NJ07728**

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/26/1975 | 7/27/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/27/2015 02:12 PM EST by kFackina LPN

S)NO complaints
O) a&a . med compliant. po intake adequate.
A) on snu due to mh observation.
P) cleared by mh and transfered to gp in stable condition.
pt education was given.

---

MCCI MED RECORDS 374

Monmouth County
**Monmouth Adult (MCCI)**
1 waterworks road
Freehold , NJ07728

### Infirmary Progress Notes
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3270268 | 12/25/1975 | 7/26/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/27/2015 12:35 AM EST by dgranat LPN

Checked on I/M during rounds

No complaints at this time.
I/M is sleeping in bed.
I/M being monitored in Infirmary due to MH concerns.
Continue to monitor.

MCCI MED RECORDS 375

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name DONELL FREEMAN | Patient Number 26184 | Booking Number 3279258 | Birth Date 12/25/1975 | Date Of Service 7/26/2015 |
|---|---|---|---|---|

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-26-2015 09:23 PM EST | 104/67 | 62 | 16 | 98.30 | - | - | - |

---

Added 07/26/2015 09:25 PM EST by csmalls LPN

S- No medical or mental health complaints offered
O- Inmate smiling and joking with staff, no self injury noted or reported. Po intake adequate
A- Inmate housed in the infirmary secondary to mh observation
P- Continue to monitor

---

MCCI MED RECORDS 376

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/26/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/26/2015 12:08 PM EST by csmalls LPN

S- No medical or mental health complaints offered
O- Inmate observed in the day space interacting with others. Po intake adequate, No self injury noted or reported.
A- Housed in the infirmary secondary to mental health observation
P- Continue to monitor per MH orders

MCCI MED RECORDS 377

Monmouth County
**Monmouth Adult (MCCI)**
*1 waterworks road*
*Freehold, NJ 07728*

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/26/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/26/2015 12:26 AM EST by dgranat LPN

*Observed I/M during rounds*

*No complaints/No evidence of agitation at this time.*

*I/M sleeping in bed*

*I/M being monitored for MH reasons.*
*Continue to monitor until cleared by MH staff.*

MCCI MED RECORDS 378

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279268 | 12/25/1975 | 7/25/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Patient Allergies:**

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-25-2015 08:49 PM EST | 136/91 | 74 | 16 | 98.90 | -- | - | - |

Added 07/25/2015 08:53 PM EST by csmalls LPN

S- No medical or mental health complaints offered
O- Inmate is calm, quiet, compliant with vitals. No self injury noted or reported. Po intake good
A- In infirmary secondary to mental health observation
P- Continue to monitor until cleared per MH staff

MCCI MED RECORDS 379

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/25/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

> Added 07/25/2015 01:06 PM EST by csmalls LPN

S- No medical or mental health complaints offered
O- Inmate is calm, quiet, and complaint with vitals and meds, po intake good
A- Housed in the infirmary secondary to mental health observation
P- Continue to monitor until cleared per mental health staff

MCCI MED RECORDS 380

MCCI MED RECORDS 381

Monmouth County
Monmouth Adult (MCCI)
1 Waterworks Road
Freehold, NE 07728

**Mental Health Services Treatment Plan
For NON-Acute Mental Health Events**



CCS
CORRECT CARE
SOLUTIONS

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Freeman, Donell | Patient Number | 3279258 | 12/25/1975 | 8/7/2015 |

TREATMENT MODALITY:   ☒ Special Needs   ☐ Group Therapy   ☐ Individual Therapy

DIAGNOSIS*

Depressive Disorder NOS; Alcohol and Cocaine Dependence

*If patient currently under psychiatric treatment, utilize diagnoses determined by psychiatric provider.

---

**Focus of Treatment:** Remission of depressive symptoms, including those associated with substance abuse.

**Goals:** To alleviate depression and improve mood; to develop appropriate coping and relaxation skills; to identify triggers to substance use and relapse prevention strategies; to prevent injury to self or others; to support medication compliance.

**Treatment Interventions to be Utilized:** Monthly contacts with MH staff; visits with psychiatric prescriber 1x/3 months while prescribed psychotropic medication.

**Start Date of Treatment:**        **Anticipated Completion Date:**

Note: For patients prescribed psychotropic medication – MHP & Psychiatrist shall review plan.
_____ (Psychiatric Provider initials) _____ (MHP initials)

*************************************************************************************************************

**Treatment Plan Update: Date of Update:**        **Anticipated Completion Date:**

**Progress Toward Original Goals:**

**Revised Focus of Treatment:**

**Treatment Interventions to be Utilized:**

*************************************************************************************************************

Note: For Patients Enrolled in Special Needs Program – Review Treatment Plan Every Six (6) Months and Sign Below if No Updates Needed. Treatment Plan Shall Be Updated At Least Annually.

Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____

_____   8/7/15        X _____   8-7-2015
Staff Signature                 Date & Time      Patient Signature*                        Date
                                               *I agree to participate in this treatment plan.

Monmouth County
Monmouth Adult (MCCI)
1 Waterworks Road
Freehold, NE 07728

**Mental Health Services Treatment Plan**
**For NON-Acute Mental Health Events**





| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Freeman, Donell | Patient Number | 3279258 | 12/25/1975 | 2/1/2016 |

TREATMENT MODALITY:   ☒ Special Needs   ☐ Group Therapy   ☐ Individual Therapy

DIAGNOSIS*

Depressive Disorder NOS; Alcohol and Cocaine Dependence

*If patient currently under psychiatric treatment, utilize diagnoses determined by psychiatric provider.

**Focus of Treatment:**  Remission of depressive symptoms, including those associated with substance abuse.

**Goals:** To alleviate depression and improve mood; to develop appropriate coping and relaxation skills; to identify triggers to substance use and relapse prevention strategies; to prevent injury to self or others; to support medication compliance.

**Treatment Interventions to be Utilized:**  Monthly contacts with MH staff; visits with psychiatric prescriber 1x/3 months while prescribed psychotropic medication.

**Start Date of Treatment:**       Anticipated Completion Date:

Note:  For patients prescribed psychotropic medication – MHP & Psychiatrist shall review plan.
_____ (Psychiatric Provider initials) _____ (MHP initials)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Treatment Plan Update: Date of Update:       Anticipated Completion Date:**

**Progress Toward Original Goals:**

**Revised Focus of Treatment:**

**Treatment Interventions to be Utilized:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Note:  For Patients Enrolled in Special Needs Program – Review Treatment Plan Every Six (6) Months and Sign Below If No Updates Needed.  Treatment Plan Shall Be Updated At Least Annually.

Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____

_____       _____       _____       _____
Staff Signature                                    Date & Time                Patient Signature*                                 Date
                                                                                  *I agree to participate in this treatment plan.

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ07728*

**Staff Referral Form**
Mental Health



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/11/2016 |

Type:               ○ *Emergent*   ○ *Urgent*   ● *Routine*

Mental Health:   ☐ *Psychiatric Provider*  ☑ *MH Professional*  ☐ *MH Nurse*  ☐ *Other*

Other:

Reason for Referral:
 *requesting to speak to mental health about anxiety/depression*

Additional Information (including interim actions taken):
 *n/a*

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Staff Referral Form**
Mental Health



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 8/2/2016 |

Type: ○ *Emergent* ○ *Urgent* ◉ *Routine*

Mental Health: ☑ *Psychiatric Provider* ☑ *MH Professional* ☐ *MH Nurse* ☐ *Other*

Other:

Reason for Referral:

*I/M refusing medication states "I'm cured"*

Additional Information (including interim actions taken):

*eval*

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 2



**CCS**
CORRECT CARE
SOLUTIONS

## CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal

| Patient Name FREEMAN, DONELL | Patient Number 26184 | Booking Number 3279258 | Date of Birth 12/25/1975 | Today's Date: 6/30/2015 |
|---|---|---|---|---|

| Complete CIWA-AR assessments q shift x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR>19 CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score >10 prior to last dose Librium on day 5 |
|---|---|---|
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for Delirium Tremens ☐Yes ☐No A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations, Delirium, Tremors, Confusion, Agitation. | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting or dehydration. |

### Complete each section of score sheet every 8 hours x 5 days

| Date | 6.30 | 6/30 | 6/11 | | 7/1 | | 7/2 | 7/2 | 7/2 |
|---|---|---|---|---|---|---|---|---|---|
| Time | 1355 | 4PM | 12A | 9P | 4P | 12A | 9P | 4P |

#### Vitals Signs

| Blood Pressure | (S) >180 or (D) >110 call HCP (S) <90 or (D)<60 call HCP | 120/84 | 104 | 61/99 | 108 | 118/72 | 102/8 | 105/69 | 140/9 | 104/64 |
| Pulse | >120 or <60 call HCP | 72 | 81 | 81 | 91 | 73 | 61 | 91 | 70 |
| Temperature | >101.1F call HCP | 98 | 98.3 | 97.9 | 98 | 98- | 98.4 | 98 | 97.2 |
| Respirations | <10 or >24 call HCP | 14 | 18 | 18 | 20 | 16 | 18 | 20 | 16 |

#### CIWA-Ar Scoring

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Tremors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Paroxysmal sweating | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Agitation | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tactile Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auditory Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visual Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anxiety | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Headaches, Fullness in Head | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Orientation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Score  (max score 67)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

#### Behavioral Health Screen

| Expresses thoughts about self-harm? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
|---|---|---|---|---|---|---|---|---|
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has the patient gone to court/Video court since last nursing encounter and reports that it didn't go well? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Expresses feelings there is nothing to look forward to in the future?  (Feelings of hopelessness/helplessness) | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| **Clinical Staff Initial** | R | W | HR | | | LM | | KY |

| Initial's Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|
| R  RChen | HR  HRussell | | | |



© 2010 Correct Care Solutions, LLC
CCS TX19 Revised 2014

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 2



**CCS**
CORRECT CARE
S O L U T I O N S

## CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal

| Patient Name FREEMAN, DONELL | Patient Number 26184 | Booking Number 3279258 | Date of Birth 12/25/1975 | Today's Date: 6/30/2015 |
|---|---|---|---|---|

| Complete CIWA-AR assessments q shift x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR>19 CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score >10 prior to last dose Librium on day 5 |
|---|---|---|
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for Delirium Tremens ☐Yes ☐No A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations, Delirium, Tremors, Confusion, Agitation. | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting or dehydration. |

### Complete each section of score sheet every 8 hours x 5 days

| Date | 7/3 | 7/2 | 7/3 | 7/4 | 7/4 | 7/4 | 7/5 |
|---|---|---|---|---|---|---|---|
| Time | 12A | 9A | 16:00 | 4A | 9PM | 1630m | 12A |

#### Vitals Signs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >110 call HCP (S) <90 or (D)<60 call HCP | 109/55 | 132/88 | 101/63 | 108/106 | 94/71 | 111/89 | 111/67 |
| Pulse | >120 or <60 call HCP | 81 | 68 | 67 | 67 | 66 | 169 | 65 |
| Temperature | >101.1F call HCP | 98.3 | 98.1 | 116 | 116 | 116 | 98.7 | 98.6 |
| Respirations | <10 or >24 call HCP | 18 | 20 | 958 | 86.7 | 98.4 | 16 | 18 |

#### CIWA-Ar Scoring

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tremors | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Paroxysmal sweating | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Agitation | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tactile Disturbances | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auditory Disturbances | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visual Disturbances | | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Anxiety | | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Headaches, Fullness in Head | | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Orientation | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Score** (max score 67) | | 0 | 0 | 0 | 0 | 0 | 3 | 0 |

#### Behavioral Health Screen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☑N | ☐Y☑N | ☑Y☐N | ☐Y☑N | ☐Y☑N | ☑Y☐N | ☐Y☑N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☑Y☐N | ☐Y☑N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☑N | ☐Y☑N | ☑Y☐N | ☐Y☑N | ☐Y☑N | ☑Y☐N | ☐Y☑N | ☐Y☐N |
| Clinical Staff Initial | HR | | | | M | VC | HR | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| HR | HRussell | | | | |
| | | KS | Kuros | | |
| | | VC | V. Palomo, LPN | M | DRajanow |



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 1 of 2



CCS
CORRECT CARE
SOLUTIONS

### CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

| Complete CIWA-AR assessments q shift x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR>19 CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score >10 prior to last dose Librium on day 5 |
|---|---|---|
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for Delirium Tremens ☐Yes ☐No A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations, Delirium, Tremors, Confusion, Agitation. | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting or dehydration. |

#### Complete each section of score sheet every 8 hours x 5 days

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | |

#### Vitals Signs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >110 call HCP (S) <90 or (D) <60 call HCP | | | | | | | |
| Pulse | >120 or <80 call HCP | | | | | | | |
| Temperature | >101.1F call HCP | | | | | | | |
| Respirations | <10 or >24 call HCP | | | | | | | |

#### CIWA-Ar Scoring

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | | | | | | | | |
| Tremors | | | | | | | | |
| Paroxysmal sweating | | | | | | | | |
| Agitation | | | | | | | | |
| Tactile Disturbances | | | | | | | | |
| Auditory Disturbances | | | | | | | | |
| Visual Disturbances | | | | | | | | |
| Anxiety | | | | | | | | |
| Headaches, Fullness in Head | | | | | | | | |
| Orientation | | | | | | | | |
| **Total Score  (max score 67)** | | | | | | | | |

#### Behavioral Health Screen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Expresses feelings about nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| **Clinical Staff Initial** | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

©2010 Correct Care Solutions, LLC
CCS TX18 Revised 2014



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 2 of 2



**CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal**

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/26/1975 | 6/30/2015 |

### CIWA-AR Clinical Institute Withdrawal Assessment for Alcohol

**NAUSEA & VOMITING-Ask "Do you feel sick to your stomach? Have you vomited?" Observation**

0 No nausea, no vomiting
1 Mild Nausea with no vomiting
4 Intermittent nausea with dry heaves
7 Constant nausea, frequent dry heaves & vomiting

**AUDITORY DISTURBANCES-Ask "Are you more aware of sounds around you? Are they harsh? Do they frighten you? Are you hearing anything that is disturbing to you? Are you hearing things you know are not there?"**

0 Not present
1 Very mild harshness or ability to frighten
2 Mild harshness or ability to frighten
3 Moderate harshness or ability to frighten
4 Moderately severe hallucinations
5 Severe hallucinations
6 Extremely severe hallucinations
7 Continuous hallucinations

**TREMOR-Arms extended, fingers spread apart. Observation**

0 No tremor
1 Not visible but can be felt fingertip to fingertip
4 Moderate, with patient's arms extended
7 Severe, even with arms not extended

**VISUAL DISTURBANCES-Ask, "Does the light appear to be too bright? Is the color different? Does it hurt your eyes? Are you seeing anything that is disturbing to you? Are you seeing things you know are not there?**

0 Not present
1 Very mild sensitivity
2 Mild sensitivity
3 Moderate sensitivity
4 Moderately severe hallucinations
5 Severe hallucinations
6 Extremely severe hallucinations
7 Continuous hallucinations

**PAROXYSMAL SWEATS-Observation**

0 No sweat visible
1 Barely perceptible sweating, palms moist
4 Beads of sweat obvious on forehead
7 Drenching sweats

**ANXIETY-Ask "Do you feel nervous?"**

0 No anxiety, at ease
1 Mildly anxious
4 Moderately anxious, or guarded, so anxiety is inferred
7 Equivalent to acute panic state, as seen in severe delirium or acute schizophrenic reactions

**AGITATION-Observation**

0 Normal activity
1 Somewhat more than normal activity
4 Moderately fidgety and restless, shifting positions frequently
7 Paces back and forth during most of the interview, or constantly thrashes about

**HEADACHE FULLNESS IN HEAD-Ask "Does your head feel different?" Does it feel like there is a band around your head?" Otherwise rate severity. Do not rate dizziness or lightheadedness.**

0 Not present
1 Very mild
2 Mild
3 Moderate
4 Moderately severe
5 Severe
6 Very severe
7 Extremely severe

**TACTILE DISTURBANCES-Ask "Have you had any itching, pins & needles sensations, burning or numbness, or do you feel bugs crawling on or under your skin?**

0 None
1 Very mild itching, pins & needles, burning, or numbness
2 Mild itching, pins & needles, burning, or numbness
3 Moderate itching, pins & needles, burning, or numbness
4 Moderately severe hallucinations
5 Severe hallucinations
6 Extremely severe hallucinations
7 Continuous hallucinations

**ORIENTATION-Ask "What day is this? Where are you? Who am I?"**

0 Oriented and can do serial additions
1 Cannot do serial additions or is uncertain about the date
2 Disoriented for date by no more than 2 calendar days
3 Disoriented for date by more than 2 calendar days
4 Disoriented for place and/or person

| <10 Stable | 10-15 Mild to Moderate Withdrawal | 16-19 Moderate withdrawal | >20 Severe withdrawal |
|---|---|---|---|

© 2010 Correct Care Solutions, LLC
CCS TX19 Revised 2014



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 2


CCS
CORRECT CARE
S O L U T I O N S

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

| Complete COWS score sheet every 8 hours | COWS >12 increase COWS score sheet to QID (every 6 hours) and schedule next clinic day with HCP | Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. |
|---|---|---|---|

Discontinue COWS score sheet if COWS score remains <12 for 72 hours

**Complete each section of score sheet every TID until <12 for 72 hours.**

| Date | 7/1 | 7/2 | 7/2 | 7/2 | 7/3 | 7/3 | 7/3 |
|---|---|---|---|---|---|---|---|
| Time | 9A | 12A | 9A | 7/2 | 12A | 9A | 1600 |

### Vital Signs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >120 call HCP / (S) <90 or (D)<60 call HCP | 119/ | 105/89 | 149/90 | 104/84 | 100/55 | 134/78 | 104/63 |
| Resting Pulse | >120 or <60 call HCP | 92 | 61 | 91 | 70 | 8 | 81 | 68 |
| Temperature | >101.1F call HCP | 98 | 98.4 | 98.9 | 97.9 | 98.3 | 98.1 | 98 |
| Respirations | <10 or >24 call HCP | 20 | 18 | 20 | 16 | 18 | 16 | 16 |

### COWS Scoring

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Resting pulse rate | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Tremor | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sweating | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GI Upset | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Restlessness | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Yawning | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pupil Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anxiety /Irritability | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Bone/Joint Aches | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skin | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runny Nose/Tearing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Score** (max score 48) | 0 | 0 | 04 | 1 | 0 | 0 | 0 |

### Behavioral Health Screen

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| **Clinical Staff Initial** | | LM | | MM | | MM | MM |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | LM | HRussell |
| | | | | MM | MM |

© 2013 Correct Care Solutions, LLC
CCS TX2D Revised 2014



MCCI MED RECORDS 390

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ  07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 1 of 2



CCS
CORRECT CARE
SOLUTIONS

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/2/2015 |

| Complete COWS score sheet every 8 hours | COWS >12 increase COWS score sheet to QID (every 6 hours) and schedule next clinic day with HCP | Contact Behavioral Health/HCP for positive BH screen and place on suicide watch   ☐Yes ☐No | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. |
|---|---|---|---|

Discontinue COWS score sheet if COWS score remains <12 for 72 hours

### Complete each section of score sheet every TID until <12 for 72 hours

| Date | 7/4 | 7/4 | 7/4 | 7/5 | | | |
|---|---|---|---|---|---|---|---|
| Time | 12A | 9AM | 10:30P | 12A | | | |

#### Vitals Signs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >120 call HCP (S) <90 or (D)<60 call HCP | | | 111/89 | 111/97 | | | |
| Resting Pulse | >120 or <60 call HCP | | | 69 | 65 | | | |
| Temperature | >101.1F call HCP | 110 | 110 | 98.7 | 98.6 | | | |
| Respirations | <10 or >24 call HCP | | 8.0 | 16 | 18 | | | |

#### COWS Scoring

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Resting pulse rate | | | 0 | 0 | | | |
| Tremor | | | 1 | 0 | | | |
| Sweating | | | 0 | 0 | | | |
| GI Upset | | | 0 | 0 | | | |
| Restlessness | | | 0 | 0 | | | |
| Yawning | | | 0 | 0 | | | |
| Pupil Size | | | 0 | 0 | | | |
| Anxiety /Irritability | | | 1 | 0 | | | |
| Bone/Joint Aches | | | 0 | 0 | | | |
| Skin | | | 0 | 0 | | | |
| Runny Nose/Tearing | | | 0 | 0 | | | |
| **Total Score** (max score 48) | | 1 | 2 | 0 | | | |

#### Behavioral Health Screen

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future?  (Feelings of hopelessness/helplessness) | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Clinical Staff Initial | VV | VV | VC | HR | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | VC | V. Cotroneo | VV | |
| | | | | M | |
| | | | | HR | H Russell |



© 2010 Correct Care Solutions, LLC
CCS TX20 Revised 2014

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 2 of 2



## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

### COWS Clinical Opiate Withdrawal Scale

| | |
|---|---|
| **Resting Pulse Rate:** measured after the pt. is sitting or lying for one minute<br><br>0 pulse rate 80 or below<br>1 pulse rate 81-100<br>2 pulse rate 101-120<br>4 pulse rate greater than 120 | **Tremor:** observation of outstretched hands<br><br>0 no tremor<br>1 tremor can be felt but not observed<br>2 slight tremor observable<br>4 gross tremor or muscle twitching |
| **Sweating:** over past ½ hour not accounted for by room temperature or patient activity<br><br>0 no report of chills or flushing<br>1 pt. reports chills or flushing<br>2 flushed or observable moisture on face<br>3 beads of sweat on brow or face<br>*4 sweat streaming off face* | **GI Upset:** over the last ½ hour<br><br>0 no GI symptoms<br>1 stomach cramps<br>2 nausea or loose stool<br>3 vomiting or diarrhea<br>5 multiple episodes of vomiting or diarrhea |
| **Restlessness:** observation during assessment<br><br>0 able to sit still<br>1 reports difficulty sitting still, but is able to do so<br>3 frequent shifting or extraneous movements of legs/arms<br>5 unable to sit still for more than a few seconds | **Yawning:** observation on assessment<br><br>0 no yawning<br>1 yawning once or twice during assessment<br>2 yawning 3 or more times during assessment<br>4 yawning several times/minute |
| **Pupil Size:**<br><br>0 pupils pinned or normal size for room light<br>1 pupils possibly larger than normal for room light<br>2 pupils moderately dilated<br>5 pupils so dilated that only the rim of the iris is visible | **Anxiety or Irritability:**<br><br>0 none<br>1 pt. reports increasing irritability or anxiousness<br>2 pt. obviously irritable or anxious<br>4 pt. so irritable or anxious that participation in the assessment is difficult |
| **Bone or Joint Aches:** if pt. was having pain previously, only the additional component attributed to opiate withdrawal is scored.<br><br>0 not present<br>1 mild diffuse discomfort<br>2 pt. reports severe diffuse aching of joints/muscles<br>*4 pt. is rubbing joints or muscles & is unable to sit still because of discomfort* | **Skin:**<br><br>*0 skin is smooth*<br>*3 gooseflesh can be felt or hairs standing up on arms*<br>*5 prominent gooseflesh* |
| **Runny Nose or Tearing:** not accounted for by cold symptoms or allergies<br><br>0 not present<br>1 nasal stuffiness or unusually moist eyes<br>2 nose running or tearing<br>4 nose constantly running or tears streaming down cheeks | |

| 5-12 Mild Withdrawal | 13-24 Moderate Withdrawal | 25-36 Moderately Severe Withdrawal | >36 Severe Withdrawal |
|---|---|---|---|

© 2010 Correct Care Solutions, LLC.
CCS TX20 Revised 2014



Monmouth County, NJ
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 Fax 732-866-3669

**Nebulizer Treatment Flow Sheet**



| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 1/8/2017 |

Allergies  NKA

When was onset of Attack  this am          When was last Attack  this am

Nursing Survey:

Breathing: ☐Normal ☑Labored ☐Severe Distress
Use of Accessory Muscles: ☑Yes ☐No
Lungs: Clear:    ☐Bilateral ☐Right ☐Left
Wheezing: ☐Inspiratory ☐Expiratory ☑Inspiratory & Expiratory
☐RUL ☐LUL ☑RLL ☐LLL ☐Throughout

|  | | Provider Must be Notified before continuing | |
|---|---|---|---|
| Pre-Treatment | Pre-Treatment | Pre Treatment | Pre Treatment |
| Treatment #1 | Treatment #2 | Treatment #3 | Treatment #4 |
| Time: 8:50 am | Time: | Time: | Time: |
| Peak Flow: 280 | Peak Flow: | Peak Flow: | Peak Flow: |
| BP: | BP: | BP: | BP: |
| Pulse: 76 | Pulse: | Pulse: | Pulse: |
| Resp: 20 | Resp: | Resp: | Resp: |
| Temp: | Temp: | Temp: | Temp: |
| SaO2: 98% | SaO2: | SaO2: | SaO2: |
| Medication: ☑Albuterol ☐Atrovent | Medication: ☐Albuterol ☐Atrovent | Medication: ☐Albuterol ☐Atrovent | Medication: ☐Albuterol ☐Atrovent |
| Post Treatment | Post Treatment | Post Treatment | Post Treatment |
| Time: 9:15 am | Time: | Time: | Time: |
| Peak Flow: 500 | Peak Flow: | Peak Flow: | Peak Flow: |
| BP: | BP: | BP: | BP: |
| Pulse: 78 75 | Pulse: | Pulse: | Pulse: |
| Resp: 99% 18 | Resp: | Resp: | Resp: |
| Temp: | Temp: | Temp: | Temp: |
| SaO2: 99% | SaO2: | SaO2: | SaO2: |

Notes: _____
_____
_____
_____
_____

MD Call Required:   ☐Yes (Refer to MD Orders)  ☐No

MD Call Required:   ☐Return to Cell  ☐Move to Medical Housing (if available)  ☐Refer to Emergency Dept.

Nurse Signature: _____



© 2010 Correct Care Solutions, LLC
11.26.2013

MCCI MED RECORDS 394

# MONMOUTH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS

### MEDICAL RECORDS RELEASE AUTHORIZATION

To Whom it May Concern:

    I,   DONNELL FREEMAN       hereby give my permission to the

Monmouth County Correctional Institution for the release of my medical

records to the medical department at the New Jersey Department of Corrections

Date:    4/17/2017

Witness:

Inmate Signature: _Donell Feena_

Date of Birth: 12-25-1975

MCCI MED RECORDS 395

11/13/15

**Monmouth County**
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

## Authorization for Release of Information
AUTORIZACION PARA DIVULAR INFORMACION

**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name | Patient Number | Date of Birth | Today's Date |
|---|---|---|---|
| FREEMAN, DONELL | 26184 | 12/25/1975 | 11/13/2015 |
| AKA (Alias): | Booking Number 3279258 | | Social Security No. 145864878 |

F 973-465-0234

| I Authorize / Autorizo: | To Release Information To / A divulgar Información a: |
|---|---|
| Name of organization or individual / Nombre Northern Prison | Name of organization or individual / Nombre |
| Address / Dirección Mercy Hospital Baltimore | Address / Dirección 1 waterworks road Freehold, NJ 07728 732-866-3665 ext 3651 Fax 732-866-3669 |

410-332900

410 332 36 0236

1   This authorization includes records relating to the following (please check) / La presente autorización comprende los registros relacionados con lo que se detalla a continuación (por favor, marque la opción correcta):

☐ All remaining records / Otros registros restantes
☐ Mental health treatment / Tratamiento de salud mental
☐ Chemical dependency treatment / Tratamiento de drogadicción o alcoholismo
☐ HIV or AIDS related tests and treatment / Tratamiento o pruebas de SIDA o VIH
☑ Specify / Especificar   Radiology results

2   Purpose for disclosure (this line must be completed) / Propósito de la divulgación (se debe completar este renglón):_____

3.   Indicate dates of interest / Indique las fechas importantes. _____
If no date-range is provided, release will cover the previous year only / Si no se indica el periodo de divulgación, la misma tendrá lugar sólo por el término del año anterior.

4.   I understand that I may revoke this authorization at any time by providing written notice, except to the extent that release of information has already occurred in reliance upon it.

5.   I understand that under Federal Law (42CFR Part 2) records relating to treatment for chemical dependency cannot be released without my specific authorization as indicated under "1."

6.   I understand that information disclosed under this authorization may not be disclosed again to the recipient without my approval other than as authorized by state and federal laws.

7.   I understand that I will receive treatment even if I refuse to provide approval, but also understand that refusing to authorize information may affect the nature of the treatment provided.

8.   I agree to hold harmless all persons acting upon this authorization in good faith.

9.   It is my intention that a photocopy will be as valid as this original.

10.   This authorization shall be valid for one year from the date of my signature.

4.   Comprendo que pueda revocar la presente autorización en cualquier momento siempre que notifique mi decisión por escrito, salvo que la divulgación de mi información se haya efectuado dependiendo de dicha autorización.

5.   Comprendo que conforme a la Ley Federal (42CFR – Código de Normativa Federal – Parte 2) los registros relacionados con el tratamiento para el alcoholismo o drogadicción no pueden divulgarse sin mi previa autorización específica tal como indica el punto "1."

6.   Entiendo que la información que se divulgue en relación a mi autorización no puede ser revelada nuevamente por la parte receptora de la misma sin mi debida aprobación tal como lo indican las leyes estatales y federales.

7.   Comprendo que recibiré tratamiento incluso si me niego a otorgar mi aprobación; pero, asimismo comprendo que rehusarme a autorizar la divulgación de mi información puede afectar la naturaleza del tratamiento que se me proporcione.

8.   Acepto eximir de responsabilidad a todas las personas que actúen con buena fe bajo la presente autorización.

9.   Manifiesto que una fotocopia tendrá el mismo valor que su copia original.

10.   La presente autorización tendrá validez por el plazo de un año a partir de la fecha de mi firma.

| Patient or authorized signature / Firma del paciente o persona autorizada Donell Penn | Date / Fecha 11/13/15 |
|---|---|
| If other than patient signature, relationship to patient / Si no es la firma del paciente, indicar relación con el paciente | Date / Fecha |
| Witness signature / Firma del testigo | Date / Fecha 11/13/15 |

CT40QUN0009ACC8I060113

*620357212169831C40819390CP2444?P*

**MCCI MED RECORDS 396**

11/13/2015 11:50:47 AM -0500 FAXCOM                           PAGE 2   OF 5

Nov. 13. 2015 10:30AM                                          No. 2797   P. 1/1

**Monmouth County**
*Monmouth Adult (MCCI)*
*1 Waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

## Authorization for Release of Information
### AUTORIZACION PARA DIVULGAR INFORMACION

**CCS**
CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Date of Birth | Today's Date |
|---|---|---|---|
| FREEMAN, DONELL | 26184 | 12/25/1975 | 11/13/2015 |
| AKA(Alias): | Booking Number | | Social Security No: |
| | 3279258 | | 145864878 |

**Authorize / Autorizo:** F 973-405-0234
Name of organization or individual / Nombre
Northern State Prison

**To Release Information To / A divulgar información a:**
Name of organization or individual / Nombre

Address / Dirección
Mercy Hospital Baltimore 410-332-9000

Address / Dirección
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 Fax 732-866-3669*

410 337 0336

1   This authorization includes records relating to the following (please check) / La presente autorización comprende los registros relacionados con lo que se detalla a continuación (por favor, marque la opción correcta):

☐ All remaining records / Otros registros restantes
☐ Mental health treatment / Tratamiento de salud mental
☐ Chemical dependency treatment / Tratamiento de drogadicción o alcoholismo
☐ HIV or AIDS related tests and treatment / Tratamiento o pruebas de SIDA o VIH
☑ Specify / Especificar   Radiology results

2   Purpose for disclosure (this line must be completed) / Propósito de la divulgación (se debe completar este renglón): _____

3.  Indicate dates of interest / Indique las fechas importantes. _____
    If no date-range is provided, release will cover the previous year only / Si no se indica el periodo de divulgación, la misma tendrá lugar sólo por el término del año anterior.

4.  I understand that I may revoke this authorization at any time by providing written notice, except to the extent that release of information has already occurred in reliance upon it.

5.  I understand that under Federal Law (42CFR Part 2) records relating to treatment for chemical dependency cannot be released without my specific authorization as indicated under "1."

6.  I understand that information disclosed under this authorization may not be disclosed again by the recipient without my approval other than as authorized by state and federal laws.

7.  I understand that I will receive treatment even if I refuse to provide approval, but also understand that refusing to authorize information may affect the nature of the treatment provided.

8.  I agree to hold harmless all persons acting upon this authorization in good faith.

9.  It is my intention that a photocopy will be as valid as this original.

10. This authorization shall be valid for one year from the date of my signature.

4.  Comprendo que puedo revocar la presente autorización en cualquier momento siempre que notifique mi decisión por escrito, salvo que la divulgación de mi información se haya efectuado dependiendo de dicha autorización.

5.  Comprendo que conforme a la Ley Federal (42CFR – Código de Normativa Federal – Parte 2) los registros relacionados con el tratamiento para el alcoholismo o drogadicción no pueden divulgarse sin mi previa autorización específica tal como indica el punto "1."

6.  Entiendo que la información que se divulgue en relación a mi autorización no puede ser revelada nuevamente por la parte receptora de la misma sin mi debida aprobación tal como lo indican las leyes estatales y federales.

7.  Comprendo que recibiré tratamiento incluso si me niego a otorgar mi aprobación; pero, asimismo comprendo que rehusarme a autorizar la divulgación de mi información pueda afectar la naturaleza del tratamiento que se me proporcione.

8.  Acepto eximir de responsabilidad a todas las personas que actúen con buena fe bajo la presente autorización.

9.  Manifiesto que una fotocopia tendrá el mismo valor que su copia original.

10. La presente autorización tendrá validez por el plazo de un año a partir de la fecha de mi firma.

| Patient or authorized signature / Firma del paciente o persona autorizada | Date / Fecha |
|---|---|
| Donell Ray | 2/10 |
| If other than patient signature, relationship to patient / Si no es la firma del paciente, indicar relación con el paciente | Date / Fecha |
| | |
| Witness signature / Firma del testigo | Date / Fecha |
| | 1/13/16 |

OT40QUN0002ACS 81060112

Mental Health Services
**Medication Consent Form**
Anti-depressant



| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Freeman, Donnell | | | D/08/81 | 3/1/15 |

I,

agree to treatment with the following medications in the dosage recommended to me by the psychiatric provider.

( ) Trazodone                 ( ) Wellbutrin
( ) Tricyclic Antidepressant (TCA)    ( ) Mirtazapine
(X) SSRI                    ( ) SNRI (Effexor, Cymbalta, Pristiq)
( ) Other _Zoloft_

I have been made aware that the following are benefits that may occur through taking these medications:

> Decreased symptoms of depression (depressed mood, anxiety, insomnia, excess guilt, worthlessness, low energy, agitation, poor concentration), and/or symptoms of anxiety.

I have been made aware that possible side effects of taking these medications may be:

( ) All meds below    priapism (priapism is a persistent and painful erection (hard penis) that lasts more than 4 hours). This is a rare but serious sexual side effect that if not treated immediately can lead to scarring and permanent erectile dysfunction (loss of sexual function). Alert medical staff immediately if you experience these symptoms

( ). All meds below:    mania/hypomania (excessive energy), sedation, nausea/vomiting, impaired cognitive and motor functioning (racing thoughts, fatigue), sexual dysfunction (low sexual drive) anxiety, withdrawal syndrome, asthenia (loss of energy), increase in suicidal ideation

( ) Trazodone    dizziness, nausea, nasal congestion
( ) TCA    dry mouth, constipation, blurred vision, difficulty urinating, cardiac conduction defects, hypo/hypertension (low/high blood pressure), weight gain, sweating
(X) SSRI    nausea, diarrhea, headaches, anxiety, insomnia, fatigue, tremors, akathisia (restlessness)
( ) SNRI    nausea, headaches, sweating, insomnia, hypertension (not Cymbalta)
( ) Wellbutrin    headaches, nausea, anxiety, insomnia, seizures
( ) Mirtazapine    dry mouth, constipation, sedation, neutropenia, weight gain

( ) _____  _____

*Concurrent use of other medications may increase the risk of priapism, including typical antipsychotics; and clozapine, risperidone, olanzapine, aripiprazole, quetiapine, terazosin, tamsulosin, alfuzosin, prazosin, hydralazine, buspirone, hydroxyzine, heparin, acenocumarol, warfarin, tadalafil, sildenafil.*

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatric provider. I understand that I may choose to withdraw this permission in the future at my discretion. I have had an opportunity to ask any questions, and I am satisfied with the explanations. All the side-effects listed above have been explained to me, and I understand the risks and benefits of taking this medication.

_____   7/1/15     _Donell Freeman_   7/1
Psychiatric Provider Signature / Date       Patient's Signature       Date

© 2007 Correct Care Solutions, LLC

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold , NJ07728*

**Treatment Plan**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/27/2015 |

◉ *Initial Treatment Plan*  ○ *Addendum to existing Treatment Plan*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Medical Condition to be addressed:**

*Asthma*

**Diagnostic Needs:**

*pk flow*

**Treatment Goals:**

1. *No exarbation of asthma*

☐ *Check for additional goal entry*

**Intervention:**

Goal: *No exarbation of asthma*
Service Modality (Nurse, Social Worker, Etc) and Process:
*educate smoking cessation be aware and avoid triggers*
Anticipated Date for Goal attainment: *10/27/2015*

**Educational Interventions:**

Service Modality (Nurse, Social Worker, Etc) and Process:
*educate smoking cessation be aware and avoid triggers*
Anticipated Date for Goal attainment: *10/27/2015*

**Review Date for Treatment Plan:**        *10/27/2015*
Follow Up Appointment:        *90 days*

E-Signed by Catherine Jordan n 07/27/2015 12:55 PM EST

Page 1 of 1

**MCCI MED RECORDS 399**

**Monmouth Adult (MCCI)**                     **July 2015**                              **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 3157918   Order Status: Completed 07/03/2015 18:59   Written   Last Administered:   07/03/2015 08:00   Submit Date: 07/01/2015 11:28   Start Date:   07/01/2015 19:00   End Date:   07/03/2015 18:59

chlordiazepoxide 25 mg capsule: give 2 capsule PO BID AM & HS for 2 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | * KF | * KF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 19:00 | Init | * YE | * KY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 3164008   Order Status: Completed 07/31/2015 07:59   Written   Last Administered:   07/30/2015 08:00   Submit Date: 06/30/2015 14:28   Start Date:   07/01/2015 08:00   End Date:   07/31/2015 07:59

thiamine HCl 100 mg tablet: give 1 tablet PO Q AM for 30 days. If unable to give oral thiamine, contact Provider. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | KF | KF | DL | DL | KF | KF | KF | KF | CS | LD | KF | KF | KF | KY | CS | KF | KF | KF | KF | KF | CS | CS | KF | RJ | RJ | RJ | | | | |

Order No: 3210101   Order Status: Discontinued 10/07/2015 16:15   Written   Last Administered:   10/12/2015 08:00   Submit Date: 07/14/2015 15:59   Start Date:   07/15/2015 08:00   End Date:   10/13/2015 07:59

Zoloft (Sertraline)  100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | KF | CS | KF | KF | KF | KF | KF | CS | CS | KF | KF | CS | CS | KF | RJ | RJ | CZ |

Order No: 3157749   Order Status: Discontinued 07/14/2015 14:58   Written   Last Administered:   09/29/2015 08:00   Submit Date: 07/01/2015 11:04   Start Date:   07/02/2015 08:00   End Date:   09/30/2015 07:59

Zoloft (Sertraline)  50 mg tablet: give 1 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | KF | KF | DL | DL | KF | KF | KF | KF | CS | LD | KF | KF | | | | | | | | | | | | | | | | | | |

### PRN

Order No: 3157985   Order Status: Completed 07/08/2015 18:59   Written   Last Administered:   07/05/2015 18:35   Submit Date: 07/01/2015 11:36   Start Date:   07/01/2015 19:00   End Date:   07/08/2015 18:59

acetaminophen 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 7 days. For muscle pain or spasm. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | 19:28 KY | 19:11 CS | 19:35 CS | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 3157975   Order Status: Completed 12/28/2015 13:59   Written   Last Administered:   09/14/2015 08:08   Submit Date: 07/01/2015 11:34   Start Date:   07/01/2015 14:00   End Date:   12/28/2015 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | 23:81 * LD | | | | | | | | | | 17:57 * CS | 18:22 * LD | 20:26 * LD | | 10:14 * CS | 16:40 * CS | | | | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 18:17

**MCCI MED RECORDS 400**

**Monmouth Adult (MCCI)**　　　　　　July 2015　　　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

---

**Order No.: 3157887**  Order Status: Completed 07/08/2015 18:59  Written:  Last Administered: 07/04/2015 19:11  Submit Date: 07/01/2015 11:36  Start Date: 07/01/2015 19:00  End Date: 07/08/2015 18:59

loperamide 2 mg capsule: give 1 capsule PO BID AM & HS PRN for 7 days. For additional loose bowel movements following initial loperamide dose.  Do not exceed 16mg in 24 hours. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | 19:11 CS | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**Order No.: 3157886**  Order Status: Completed 07/08/2015 18:59  Written:  Last Administered: 07/05/2015 19:35  Submit Date: 07/01/2015 11:36  Start Date: 07/01/2015 19:00  End Date: 07/08/2015 18:59

meclizine 25 mg chewable tablet: give 1 tablet PO BID AM & HS PRN for 7 days. If nausea or vomiting occurs. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 19:39 KY | 19:11 CS | 19:35 CS | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**Order No.: 3193368**  Order Status: Completed 07/20/2015 18:59  Written:  Last Administered: 07/20/2015 18:44  Submit Date: 07/10/2015 10:39  Start Date: 07/10/2015 19:00  End Date: 07/20/2015 18:59

Naprosyn (Naproxen) 500 mg tablet: give 1 tablet PO BID AM & HS PRN for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | 19:02 4L | 09:36 CS | | | | 20:00 * LD | 19:12 YE | | 19:56 KY | 10:28 KY 19:34 KY | 17:57 CS | -- 18:44 4L | | | | | | | | | | |

---

### Patient Status Changes

| Patient Status | Description | To/From | Date | | |
|---|---|---|---|---|---|
| Active | Admitted to Facility | | 07/27/2015  09:10 | | |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

**Monmouth Adult (MCCI)**                    **July 2015**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3157918 | YE | General | 07/01/2015 19:00 | chlordiazepoxide 25 mg capsule | Refused | states does not need it |
| 3157918 | KF | General | 07/02/2015 08:00 | chlordiazepoxide 25 mg capsule | Refused | did not want |
| 3157918 | KY | General | 07/02/2015 19:00 | chlordiazepoxide 25 mg capsule | Refused | " I dont want them" |
| 3157918 | KF | General | 07/03/2015 08:00 | chlordiazepoxide 25 mg capsule | Refused | refused |
| 3157975 | LD | General | 07/08/2015 21:01 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed |
| 3157975 | CS | General | 07/19/2015 17:57 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Missed | im did not needed it |
| 3157975 | LD | General | 07/21/2015 18:22 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not requested |
| 3157975 | LD | General | 07/22/2015 20:26 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed, not requested |
| 3157975 | CS | General | 07/25/2015 10:14 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed at this time |
| 3157975 | CS | General | 07/26/2015 16:40 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Hold | not needed at this time |
| 3193866 | LD | General | 07/14/2015 20:00 | Naprosyn (Naproxen) 500 mg tablet | Refused | dont want |

CORRECT CARE SOLUTIONS

01/05/2016 18:17

**Monmouth Adult (MCCI)**                    **July 2015**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KF | Fackina, Kathryn, LPN |
| KY | Yeager, Kimberly, LPN |
| LD | Divita, Lawrence, LPN |
| RJ | Jenkins, Roxanna |
| YE | Everson, Yvette, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 403

**Monmouth Adult (MCCI)**          **August 2015**          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No.: 3210101 | Order Status:  Discontinued 10/07/2015  15:15 | Written: | Last Administered:  10/12/2015  08:00 | Submit Date:  07/14/2015  15:59 | Start Date:  07/15/2015  08:00 | End Date:  10/13/2015  07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet; give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | L3 | L3 | C2 | RJ | CS | RJ | RJ | CS | CS | RJ | RJ | AL | RJ | CS | XR | XR | CZ | RJ | DL | RJ | RJ | | CS | RJ | RJ | DL | RJ | RC | L3 | L3 |

**PRN**

| Order No.: 3157975 | Order Status:  Completed 12/28/2015  13:59 | Written: | Last Administered:  09/14/2015  09:08 | Submit Date:  07/01/2015  11:34 | Start Date:  07/01/2015  14:00 | End Date:  12/28/2015  13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

**Monmouth Adult (MCCI)**          **August 2015**          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| LJ | Jefferson, Lanee, LPN |
| RC | Cardin, Robert, LPN |
| RJ | Jenkins, Roxanna |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE SOLUTIONS

01/05/2018 18:17

**Monmouth Adult (MCCI)**                    September 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:  No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No.: 3210101 | Order Status: Discontinued 10/07/2015 15:13 | Written: | Last Administered: | 10/12/2015 08:00 | Submit Date: 07/14/2015 15:59 | Start Date: 07/15/2015 08:00 | End Date: 10/18/2015 07:59 |
|---|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | DL | RJ | RJ | CS | CS | RJ | RJ | DL | RJ | RJ | CS | CS | CZ | RJ | DL | RJ | RJ | Y CS | CS | RJ | RJ | DL | RJ | RJ | LJ | KR | RJ | RJ | CS | |

#### PRN

| Order No.: 3157975 | Order Status: Completed 12/28/2015 13:59 | Written: | Last Administered: | 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59 |
|---|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | 09:08 * CZ | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

### PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|

Order:

CORRECT CARE SOLUTIONS

01/05/2018 18:17

MCCI MED RECORDS 406

**Monmouth Adult (MCCI)** · · · · · · · · · · · · · · · · · September 2015 · · · · · · · · · · · · · · · · · **Order Record History**

| Patient Name: | Patient ID | Med Record #: | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3157975 | CZ | General | 09/14/2015 09:08 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | dont need |
| 3210101 | CS | General | 09/19/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

### Initials Legend

| Initials | User |
|---|---|
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| LJ | Jefferson, Lanee, LPN |
| RJ | Jenkins, Roxanna |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 407

**Monmouth Adult (MCCI)**                October 2015                **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No.: 3210101 | Order Status:  Discontinued 10/07/2015 15:15 | Written | Last Administered: | 10/12/2015  08:00 | Submit Date: 07/14/2015  15:59 | Start Date:  07/15/2015  08:00 | End Date:  10/13/2015  07:59 |
|---|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 1.5 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | DL | RJ | LJ | CZ | RJ | RJ | DL | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No.: 8578194 | Order Status:  Completed 01/06/2016 07:59 | Written | Last Administered: | 01/05/2016 08:00 | Submit Date: 10/07/2015  16:19 | Start Date:  10/08/2015  08:00 | End Date:  01/06/2016  07:59 |
|---|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | Init | | | | | | | | RJ | KY | CS | CS | DL | AL | CS | CZ | CZ | * CS | CS | RJ | RJ | AL | RJ | RJ | * LJ | LJ | RJ | RJ | AL | RJ | PS | RC |

### PRN

| Order No.: 8157975 | Order Status:  Completed 12/28/2015  13:59 | Written | Last Administered: | 09/14/2015  08:00 | Submit Date: 07/01/2015 11:34 | Start Date:  07/01/2015  14:00 | End Date:  12/28/2015  13:59 |
|---|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

01/05/2018 18:17

CORRECT CARE SOLUTIONS

**Monmouth Adult (MCCI)**        October 2015        **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3578194 | CS | General | 10/17/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | In speaker jam |
| 3578194 | LJ | General | 10/24/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |
| PS | Stager, Patricia, LPN |
| RC | Cardin, Robert, LPN |
| RJ | Jenkins, Roxanna |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE SOLUTIONS

01/05/2018 18:17

MCCI MED RECORDS 409

**Monmouth Adult (MCCI)**
November 2015
**Order Record History**

| Patient Name: | Patient ID: | Med Record # | Admission Date: | Date of Birth: | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 3576194 | Order Status: Completed 01/06/2016 07:59 | Written: | Last Administered: 01/05/2016 08:00 | Submit Date: 10/07/2015 10:19 | Start Date: 10/08/2015 08:00 | End Date: 01/06/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline) 100 mg tablet: give 2 tablet PO Q AM for 90 days. – Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | CS | CS | | AL | RJ | RJ | LJ | LJ | RJ | RJ | AL | RJ | KY | | | CS | AL | RJ | RJ | KR | LJ | RJ | RJ | KR | RJ | KY | CS | CS | |

**PRN**

| Order No: 3157975 | Order Status: Completed 12/28/2015 13:59 | Written: | Last Administered: 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. – Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

**Monmouth Adult (MCCI)**                    November 2015                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| KR | Reed, Kendra |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |
| RJ | Jenkins, Roxanna |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

01/05/2016 18:17

**Monmouth Adult (MCCI)**      December 2015      **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 3820255 | Order Status: Completed 12/16/2015 18:59 | Written: | Last Administered: 12/15/2015 19:00 | Submit Date: 12/01/2015 11:20 | Start Date: 12/01/2015 19:00 | End Date: 12/16/2015 18:59 |
|---|---|---|---|---|---|---|

Mobic (Meloxicam)  7.5 mg tablet: give 1 tablet PO Q HS for 15 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:00 | Init | TR | AL | LPC | CS | VC | LJ | AL | AL | AL | CZ | VC | CS | CZ | VC | AL | | | | | | | | | | | | | | | | |

| Order No: 3678194 | Order Status: Completed 01/06/2016 07:59 | Written: | Last Administered: 01/05/2016 08:00 | Submit Date: 10/07/2015 16:19 | Start Date: 10/08/2015 08:00 | End Date: 01/06/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | KR | AL | KR | AL | * LJ | LJ | AL | AL | CZ | RC | AL | CS | LD | KR | AL | KY | AL | KY | DL | LJ | KY | AL | CZ | ER | CS | CS | KR | AL | KY | AL |

### PRN

| Order No: 3659191 | Order Status: Completed 06/25/2016 13:59 | Written: | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/25/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No: 3157975 | Order Status: Completed 12/28/2015 13:59 | Written: | Last Administered: 09/14/2015 09:08 | Submit Date: 07/01/2015 11:34 | Start Date: 07/01/2015 14:00 | End Date: 12/28/2015 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Theresa Raskauskas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

**MCCI MED RECORDS 412**

**Monmouth Adult (MCCI)**                 December 2015                         **Order Record History**

| Patient Name: | | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|---|
| FREEMAN, DONELL | | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: | No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3578194 | LJ | General | 12/05/2015 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| KY | Yeager, Kimberly, LPN |
| LD | Divita, Lawrence, LPN |
| LJ | Jefferson, Lanee, LPN |
| LPC | Carvalho, Luis, LPN |
| RC | Cardin, Robert, LPN |
| TR | Rohrman, Timothy, LPN |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 413

**Monmouth Adult (MCCI)**          January 2016          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:  No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 3578184 | Order Status: Completed 01/06/2016 07:59 | Written | Last Administered: 01/05/2016 08:00 | Submit Date: 10/07/2015 16:19 | Start Date: 10/05/2015 08:00 | End Date: 01/06/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | KY | KR | KR | RC | AL | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No: 3980557 | Order Status: Completed 04/05/2016 07:59 | Written | Last Administered: 04/04/2016 08:00 | Submit Date: 12/30/2015 15:02 | Start Date: 01/06/2016 08:00 | End Date: 04/05/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | AL | DG | CZ | KY | CS | CZ | KY | DG | DG | KY | * KR | KR | * RC | RC | * KR | DG | CZ | * CS | CS | AL | KY | KR | * DG | DL | KR | KR |

### PRN

| Order No: 3938191 | Order Status: Completed 06/25/2016 13:59 | Written | Last Administered: 06/16/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/29/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 01/05/2016  08:19 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

CORRECT CARE SOLUTIONS          Page 1 of 2          01/05/2018 18:17

**Monmouth Adult (MCCI)**    January 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3960657 | KR | General | 01/16/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | nsx3 |
| 3960657 | RC | General | 01/18/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | refused  to come to cart |
| 3960657 | KR | General | 01/20/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | nsx3 |
| 3960657 | CS | General | 01/23/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 3960657 | DG | General | 01/28/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | did not show |

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DG | Granat, Darren, LPN |
| DL | Lazaro, Danielle, LPN |
| KR | Reed, Kendra |
| KY | Yeager, Kimberly, LPN |
| RC | Cardin, Robert, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 415

**Monmouth Adult (MCCI)**             February 2016                              **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

# Discontinued

### Medication Orders

| Order No: 3960657 | Order Status: Completed 04/05/2018 07:59 | Written: | Last Administered: 04/04/2016 08:00 | Submit Date: 12/30/2016 15:02 | Start Date: 01/06/2016 08:00 | End Date: 04/05/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | DP | DP | * KY | AL | AL | KY | CS | AL | DR | DP | AL | AL | DR | LJ | AL | AL | AL | KY | AL | AL | * KY | CS | AL | * KY | DP | AL | AL | * LJ | AL | AL | | |

#### PRN

| Order No: 3935191 | Order Status: Completed 06/25/2018 13:59 | Written: | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/26/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | 12:39 SA-DP | | | | | | | | | | | | | | | | | | | | 22:35 SA-DP | 12:02 SA-DP | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility |  | 02/18/2016 13:19 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

CORRECT CARE SOLUTIONS                                     Page 1 of 2                                        01/05/2018 16:17

**Monmouth Adult (MCCI)**             February 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3960657 | KY | General | 02/03/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 3960657 | KY | General | 02/20/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 3960657 | KY | General | 02/23/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | in class |
| 3960657 | LJ | General | 02/27/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 417

**Monmouth Adult (MCCI)**                    March 2016                                        **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| **FREEMAN, DONELL** | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:  No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No.: 3960657  Order Status: Completed 04/06/2016, 07:59  Written:  Last Administered:  04/04/2016, 08:00  Submit Date: 12/30/2015, 15:02  Start Date: 01/06/2016, 08:00  End Date: 04/05/2016, 07:59

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | * DR | KY | AL | CZ | KY | CS | AL | LD | KY | LD | AL | LJ | LJ | AL | DP | KY | AL | CZ | KY | DP | AL | * DP | DR | AL | * CZ | * LJ | LJ | AL | DP | KY | AL |

### PRN

Order No.: 3936191  Order Status: Completed 06/25/2016, 13:59  Written:  Last Administered:  06/18/2016, 12:59  Submit Date: 12/24/2015, 13:58  Start Date: 12/26/2015, 14:00  End Date: 06/25/2016, 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | 18:31 * VC | | 21:32 sa-DP | | 20:47 sa-DP | | 08:35 sa-DP 12:04 sa-DP | | | | | 08:53 sa-DP 12:37 sa-DP | 12:09 sa-DP 11:53 sa-DP 11:04 sa-DP | | | | | | | 21:59 sa-DP | | |

Order No.: 4375464  Order Status: Completed 03/31/2016, 18:59  Written:  Last Administered:  03/29/2016, 21:59  Submit Date: 03/24/2016, 12:53  Start Date: 03/24/2016, 19:00  End Date: 03/31/2016, 18:59

Tylenol Extra Strength (Acetaminophen)  500 mg tablet: give 2 tablet PO Q HS PRN for 7 days. - Ordering Provider: Daniel Unachukwu

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 21:59 * DP | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 03/07/2016 13:20 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

**MCCI MED RECORDS 418**

**Monmouth Adult (MCCI)**      **March 2016**      **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |
| Allergies: No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3938191 | VC | General | 03/07/2016 18:21 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Missed | prn |
| 3960657 | DR | General | 03/01/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 3960657 | DP | General | 03/22/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | MISSED |
| 3960657 | CZ | General | 03/25/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | ns |
| 3960657 | LJ | General | 03/26/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | no show |
| 4376484 | DP | General | 03/29/2016 21:59 | Tylenol Extra Strength (Acetaminophen) 500 mg tablet | Refused | refused |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalis, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| LD | Divita, Lawrence, LPN |
| LJ | Jefferson, Lanea, LPN |
| VC | Cotroneo, Veronica, LPN |

CORRECT CARE SOLUTIONS

01/05/2018 18:17

**Monmouth Adult (MCCI)** | **March 2016** | **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: No Known Allergies | |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Order Administration Sites

Abbreviation    Site

CORRECT CARE
SOLUTIONS

01/05/2018 18:17

MCCI MED RECORDS 420

**Monmouth Adult (MCCI)**                     April 2016                     **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 08/30/2015 | 12/25/1975 | M | |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 4960857 | Order Status: Completed 04/05/2016 07:59 | Written | Last Administered: 04/04/2016 08:00 | Submit Date: 12/30/2015 15:02 | Start Date: 01/06/2016 08:00 | End Date: 04/05/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet; give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | AL | KY | KY | DR | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No: 4899888 | Order Status: Discontinued 06/02/2016 09:18 | Written | Last Administered: 07/03/2016 08:00 | Submit Date: 03/29/2016 14:52 | Start Date: 04/05/2016 08:00 | End Date: 07/04/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet; give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | KY | DR | AL | DR | DR | AL | CZ | AL | DR | DR | AL | * CZ | CZ | DP | AL | * DP | DP | CZ | CZ | CS | * KY | DR | * DP | KY | CZ | CZ | KY |

PRN

| Order No: 4939191 | Order Status: Completed 06/25/2016 13:59 | Written | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 13:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | 18:41 * VC | | 17:18 sa-DP | | | | | | | | | | | 18:54 sa-DP 12:46 sa-DP | | 18:54 DP 13:54 sa-DP | 07:08 sa-DP | | | | | | 11:16 sa-DP 07:09 sa-DP | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

CORRECT CARE SOLUTIONS

**MCCI MED RECORDS 421**

**Monmouth Adult (MCCI)**          **April 2016**          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: | No Known Allergies | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 3838191 | VC | General | 04/04/2016 18:41 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | prn |
| 4398688 | CZ | General | 04/15/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | DP | General | 04/19/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Missed | missed |
| 4398688 | KY | General | 04/24/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want it this morning |
| 4398688 | DP | General | 04/26/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| CS | Smalls, Cherie, LPN |
| CZ | Ziemba, Cheryl, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 422

**Monmouth Adult (MCCI)**          May 2016          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 4398888   Order Status: Discontinued 06/02/2016 09:18   Written   Last Administered: 07/03/2016 08:00   Submit Date: 03/28/2016 14:52   Start Date: 04/05/2016 08:00   End Date: 07/04/2016 07:59

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | KY | AL | * DP | BM | AL | AL | * KY | LJ | * AL | DR | KY | AL | AL | KY | BM | AL | KY | KY | AL | AL | KY | | RC | DR | * KY | AL | AL | * KY | * KY | * DP | * KY |

#### PRN

Order No: 3938181   Order Status: Completed 06/25/2016 13:59   Written   Last Administered: 06/18/2016 12:59   Submit Date: 12/24/2015 13:56   Start Date: 12/28/2015 14:00   End Date: 06/25/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 10:00 sa-DP 11:15 sa-DP | | | | | | | | | | | | | | | | | | | 17:05 sa-DP | | | | | | | | 10:45 sa-DP 13:12 sa-DP | |

## Patient Status Changes

| Patient Status | Description | To/From | Data |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

**Monmouth Adult (MCCI)**                    **May 2016**                    **Order Record History**

| Patient Name: | | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|---|
| FREEMAN, DONELL | | 26184 | | 06/30/2015 | 12/25/1975 | M | |

**Allergies:** No Known Allergies

**Diagnosis:** Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 4398688 | DP | General | 05/03/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused |
| 4398688 | KY | General | 05/07/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | "Im fasting" |
| 4398688 | AL | General | 05/09/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused to come to med cart |
| 4398688 | AL | General | 05/23/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Administered | refused to come up for meds |
| 4398688 | KY | General | 05/25/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | KY | General | 05/28/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | "freeman is cured" |
| 4398688 | KY | General | 05/29/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | DP | General | 05/30/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused |
| 4398688 | KY | General | 05/31/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want it |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbara, Ashley, LPN |
| BM | Mckittrick, Bonnie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |
| RC | Cardin, Robert, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 424

**Monmouth Adult (MCCI)**                    June 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

| Order No: 4398668 | Order Status: Discontinued 08/02/2016 09:18 | Written | Last Administered: 07/03/2016 08:00 | Submit Date: 03/29/2016 14:52 | Start Date: 04/05/2016 08:00 | End Date: 07/04/2016 07:59 |
|---|---|---|---|---|---|---|

Zoloft (Sertraline)  100 mg tablet: give 2 tablet PO Q AM for 90 days. med renewal. - Ordering Provider: Janice Buttler

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | * KY | * AL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PRN

| Order No: 3936191 | Order Status: Completed 06/25/2016 10:59 | Written | Last Administered: 06/18/2016 12:59 | Submit Date: 12/24/2015 16:56 | Start Date: 12/28/2015 14:00 | End Date: 06/25/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | 18:24 sa-DP | | 08:36 sa-DP 11:55 sa-DP | | | | 11:43 sa-DP | 11:28 sa-DP 07:22 sa-DP | | | | | | | | | 06:59 sa-DP 12:59 sa-LD | | | | | | | | | | | | | |

| Order No: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written | Last Administered: 11/20/2016 18:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | 18:29 sa-DP | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| | | | |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 16:17

**Monmouth Adult (MCCI)**                    **June 2016**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 4398688 | KY | General | 06/01/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | dont want |
| 4398688 | AL | General | 06/02/2016 08:00 | Zoloft (Sertraline) 100 mg tablet | Refused | refused md Mh referral |

## Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| DP | Perrin, Debra, LPN |
| KY | Yeager, Kimberly, LPN |
| LJ | Jefferson, Lanee, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|
| | |

CORRECT CARE SOLUTIONS

01/05/2018 16:17

MCCI MED RECORDS 426

**Monmouth Adult (MCCI)**                    July 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date: | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

| Order No.: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written: | Last Administered: 11/20/2016 19:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | 11:34 sa- DP | | | 20:58 sa- DP | | | | | 11:17 sa- DP 10:17 sa- DP | | | | | | | | 19:53 sa- DP | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|---|
| Order: | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|
| DP | Perrin, Debra, LPN |

Monmouth Adult (MCCI}                    July 2016                          Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Order Administration Sites

Abbreviation    Site

**Monmouth Adult (MCCI)**    August 2016    **Order Record History**

| Patient Name: | Patient ID | Med Record #. | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

Allergies:  No Known Allergies

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

| Order No.: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written: | Last Administered: 11/20/2016 18:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times |  |  |  |  |  |  | 11:06 sa-DP 12:06 sa-DP |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 11:01 sa-DP |  |  |  |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|
| DP | Perrin, Debra, LPN |

CORRECT CARE SOLUTIONS

Page 1 of 2

01/05/2018 18:17

MCCI MED RECORDS 429

**Monmouth Adult (MCCI)**                    **August 2016**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Order Administration Sites

Abbreviation   Site

CORRECT CARE
S O L U T I O N S

01/05/2018 18:17

**MCCI MED RECORDS 430**

**Monmouth Adult (MCCI)**                          September 2016                          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

# Discontinued

### Medication Orders

**PRN**

| Order No.: 4814065 | Order Status: Completed 12/22/2016 13:59 | Written | Last Administered:  11/20/2016 19:41 | Submit Date: 06/20/2016 13:57 | Start Date: 06/25/2016 14:00 | End Date: 12/22/2016 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 20:38 sa-DP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Order No.: 5303111 | Order Status: Completed 12/21/2016 18:59 | Written | Last Administered:  12/16/2016 16:24 | Submit Date: 09/22/2016 12:25 | Start Date: 09/22/2016 19:00 | End Date: 12/21/2016 18:59 |
|---|---|---|---|---|---|---|

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | 19:33 AI | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

CORRECT CARE SOLUTIONS                                                   01/05/2018 18:17

MCCI MED RECORDS 431

**Monmouth Adult (MCCI)**                    September 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| **FREEMAN, DONELL** | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| DP | Perrin, Debra, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 432

**Monmouth Adult (MCCI)**　　　　　　　　October 2016　　　　　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:　No Known Allergies

Diagnosis:　Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

Order No.: 4514065   Order Status: Completed 12/22/2016 13:59   Written   Last Administered: 11/20/2016 19:41   Submit Date: 06/20/2016 13:57   Start Date: 06/25/2016 14:00   End Date: 12/22/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No.: 5503111   Order Status: Completed 12/21/2016 18:59   Written   Last Administered: 12/18/2016 18:54   Submit Date: 09/22/2016 12:29   Start Date: 09/22/2016 19:00   End Date: 12/21/2016 18:59

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | 18:11 AL | | | | | | | | | | | | | 19:42 GR | 09:31 KH | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

CORRECT CARE SOLUTIONS

01/05/2018 16:17

**Monmouth Adult (MCCI)**               October 2016                     **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date: | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Initials Legend

| Initials | User |
|---|---|
| AL | Labarbera, Ashley, LPN |
| DR | Reyes, Doris, LPN |
| KM | McCray, Karnisha, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

01/05/2018 18:17

MCCI MED RECORDS 434

**Monmouth Adult (MCCI)**　　　　November 2016　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |
|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M |

| Allergies: | No Known Allergies |
|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

Order No: 4814065   Order Status: Completed 12/22/2016 13:59   Written   Last Administered:   11/20/2016 19:41   Submit Date: 08/20/2016 13:57   Start Date: 08/25/2016 14:00   End Date: 12/22/2016 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | 19:41 VC | | | | | | | | | | | |

Order No: 5303111   Order Status: Completed 12/21/2016 18:59   Written   Last Administered:   12/16/2016 18:54   Submit Date: 09/22/2016 12:29   Start Date: 09/22/2016 19:00   End Date: 12/21/2016 18:59

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | 19:41 VC 08:54 KH | | | | | 08:48 KH | 08:45 KH | | | 08:31 LD | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 11/16/2016 13:03 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

CORRECT CARE SOLUTIONS

**MCCI MED RECORDS 435**

**Monmouth Adult (MCCI)**  November 2016  **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 4814065 | VC | General | 11/20/2016 19:41 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | prn |

### Initials Legend

| Initials | User |
|---|---|
| KM | McCray, Kamisha, LPN |
| LD | Divita, Lawrence, LPN |
| VC | Cotroneo, Veronica, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 436

**Monmouth Adult (MCCI)**     December 2016                                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

#### PRN

**Order No: 4814065   Order Status: Completed 12/22/2016 13:59   Written   Last Administered: 11/20/2016 19:41   Submit Date: 06/20/2016 13:57   Start Date: 06/25/2016 14:00   End Date: 12/22/2016 13:59**

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Order No: 5744949   Order Status: Released 04/18/2017 12:03   Written   Last Administered: 12/31/2016 19:06   Submit Date: 12/21/2016 14:00   Start Date: 12/22/2016 14:00   End Date: 06/20/2017 13:59**

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 19:06 * VC | |

**Order No: 5789453   Order Status: Completed 12/31/2016 18:59   Verbal/Ph   Last Administered: 12/31/2016 19:06   Submit Date: 12/21/2016 11:44   Start Date: 12/21/2016 18:00   End Date: 12/31/2016 18:59**

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS PRN for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | 19:10 sa-OB | 18:29 sa-OB | 08:27 sa-HS 19:14 sa-DR | 08:17 sa-DR | 18:56 sa-HS | 09:59 sa-DP | 08:34 sa-LD | 08:25 sa-OB | 19:08 sa-HS | 19:06 sa-VC | |

**Order No: 5704289   Order Status: Completed 12/13/2016 18:59   Verbal/Ph   Last Administered: 12/08/2016 08:34   Submit Date: 12/05/2016 14:21   Start Date: 12/06/2016 19:00   End Date: 12/13/2016 18:59**

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS PRN for 7 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | 08:34 sa-LD | | | | | | | | | | | | | | | | | | | | | | | |

**Order No: 6303111   Order Status: Completed 12/21/2016 18:59   Written   Last Administered: 12/16/2016 18:54   Submit Date: 09/22/2016 12:29   Start Date: 09/22/2016 19:00   End Date: 12/21/2016 18:59**

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | 08:19 DR | 08:25 LAM 18:54 OB | | | | | | | | | | | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 18:17

**MCCI MED RECORDS 437**

**Monmouth Adult (MCCI)**　　　　　　　December 2016　　　　　　　**Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

| Order No: 5744942 | Order Status: Completed 03/21/2017 18:59 | Written | Last Administered: 03/12/2017 19:27 | Submit Date: 12/13/2016 14:29 | Start Date: 12/21/2016 19:00 | End Date: 03/21/2017 18:59 |
|---|---|---|---|---|---|---|

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 19:06 * VC |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 5744942 | VC | General | 12/31/2016 19:06 | Tylenol (Acetaminophen) 325 mg tablet | Refused | prn |
| 5744943 | VC | General | 12/31/2016 19:06 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | Refused | prn |

CORRECT CARE SOLUTIONS

01/05/2018 16:17

**Monmouth Adult (MCCI)**          December 2016                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis:  Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Initials Legend

| Initials | User |
|---|---|
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| LAM | Maldonado, Laura, LPN |
| LD | Divita, Lawrence, LPN |
| MS | Sihombing, Michael, LPN |
| OB | Bizer, Orfa |
| VC | Cotroneo, Veronica, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 439

**Monmouth Adult (MCCI)**                    January 2017                    **Order Record History**

| Patient Name: | | Patient ID : | Med Record # : | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|---|
| FREEMAN, DONELL | | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 5885390     Order Status: Completed 01/15/2017  07:59     Written     Last Administered:  01/14/2017  08:00     Submit Date: 01/09/2017  11:49     Start Date:  01/10/2017  08:00     End Date:  01/15/2017  07:59

prednisone 20 mg tablet: give 2 tablet PO Q AM for 5 days. - Ordering Provider: Pauline Tyas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | LD | CS | DR | LAM | DP | | | | | | | | | | | | | | | | | |

Order No: 5885392     Order Status: Completed 01/17/2017  07:59     Written     Last Administered:  01/16/2017  08:00     Submit Date: 01/09/2017  11:49     Start Date:  01/10/2017  08:00     End Date:  01/17/2017  07:59

Zyrtec (Cetirizine)  10 mg tablet: give 1 tablet PO Q AM for 7 days. dose given. - Ordering Provider: Pauline Tyas

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | LD | CS | DR | LAM | DP | DP | HS | | | | | | | | | | | | | | | |

### PRN

Order No: 5744943     Order Status: Released 04/18/2017  12:03     Written     Last Administered:  12/31/2016  19:06     Submit Date: 12/13/2016  14:29     Start Date:  12/22/2016  14:00     End Date:  06/20/2017  13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 5744942     Order Status: Completed 03/21/2017  18:59     Written     Last Administered:  03/12/2017  19:27     Submit Date: 12/13/2016  14:29     Start Date:  12/21/2016  19:00     End Date:  03/21/2017  18:59

Tylenol (Acetaminophen)  325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | 09:27 CS | | | | | | 08:28 DR | | | | | | | 10:46 DP | 08:57 DP | 08:31 DR | | | | | | | 08:37 LD | 18:32 CS | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 01/05/2017 14:08 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 18:16

**MCCI MED RECORDS 440**

**Monmouth Adult (MCCI)**                    January 2017                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: | No Known Allergies | |
|---|---|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

### Initials Legend

| Initials | User |
|---|---|
| CS | Smalls, Cherie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| LAM | Maldonado, Laura, LPN |
| LD | Divita, Lawrence, LPN |
| MS | Sihombing, Michael, LPN |

### Order Administration Sites

| Abbreviation | Site |
|---|---|

MCCI MED RECORDS 441

**Monmouth Adult (MCCI)**            February 2017                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

Order No: 8140013 | Order Status: Completed 03/03/2017 18:59 | Verbal/Ph | Last Administered: 03/03/2017 08:00 | Submit Date: 02/21/2017 09:41 | Start Date: 02/21/2017 19:00 | End Date: 03/03/2017 18:59

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | | | | | | | | sa-CS | sa-DR | sa-RC | sa-DP | sa-LK | * CN | sa-DR | | | |
| 19:00 | Init | | | | | | | | | | | | | | | | | | | | | | sa-OB | sa-CS | sa-OB | sa-OB | sa-VC | sa-VC | * OB | sa-KM | | | |

### PRN

Order No: 5744942 | Order Status: Released 04/18/2017 12:03 | Written | Last Administered: 12/31/2016 19:06 | Submit Date: 12/13/2016 14:29 | Start Date: 12/22/2016 14:00 | End Date: 06/20/2017 18:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Order No: 5744942 | Order Status: Completed 03/21/2017 18:59 | Written | Last Administered: 03/12/2017 19:27 | Submit Date: 12/13/2016 14:29 | Start Date: 12/21/2016 19:00 | End Date: 03/21/2017 18:59

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | 19:26 * OB | | 10:26 CS | | | | | | | 08:50 KM | 09:06 KM | | | | | | | | | 09:35 CS | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order; | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order; | | | | | | | |

CORRECT CARE SOLUTIONS

01/05/2018 18:16

MCCI MED RECORDS 442

**Monmouth Adult (MCCI)**                       February 2017                       **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 |  | 06/30/2015 | 12/25/1975 | M |  |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 5744942 | OB | General | 02/03/2017 19:26 | Tylenol (Acetaminophen) 325 mg tablet | Missed | pod lock down |
| 6140013 | CM | Administration | 02/27/2017 08:00 | hydrocortisone 1 % Topical Ointment | Refused |  |
| 6140013 | OB | Administration | 02/27/2017 19:00 | hydrocortisone 1 % Topical Ointment | Refused |  |

## Initials Legend

| Initials | User |
|---|---|
| CM | McCormack, Christine, LPN |
| CS | Smalls, Cherie, LPN |
| DP | Perrin, Debra, LPN |
| DR | Reyes, Doris, LPN |
| KM | McCray, Kamisha, LPN |
| KM | Muller, Karen, LPN |
| LK | Krantz, Laura, LPN |
| OB | Bizer, Orfa |
| RC | Cardin, Robert, LPN |
| VC | Cotroneo, Veronica, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE SOLUTIONS

01/05/2018 18:18

**Monmouth Adult (MCCI)**          March 2017                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex |  |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

Allergies:   No Known Allergies

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

# Discontinued

## Medication Orders

**Order No: 6140013** | **Order Status:** Completed 03/03/2017 18:59 | **Verbal/Ph** | **Last Administered:** 03/03/2017 08:00 | **Submit Date:** 02/21/2017 09:41 | **Start Date:** 02/21/2017 19:00 | **End Date:** 03/03/2017 18:59

hydrocortisone 1 % Topical Ointment: give 1 ointment TOP BID AM & HS for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | sa-LD | * LD | sa-LK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 19:00 | Init | sa-MS | | sa-OB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Order No: 6302332** | **Order Status:** Completed 03/30/2017 18:59 | **Verbal/Ph** | **Last Administered:** 03/30/2017 08:00 | **Submit Date:** 03/20/2017 09:44 | **Start Date:** 03/20/2017 19:00 | **End Date:** 03/30/2017 18:59

hydrocortisone 1 % Topical Ointment: give 30 milliliter TOP BID AM & HS for 10 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | | | | | | sa-CS | sa-LD | sa-CS | sa-LK | sa-LAM | sa-LJ | sa-LK | sa-LK | sa-LK | sa-LD | sa-MS | |
| 19:00 | Init | | | | | | | | | | | | | | | | | | | | sa-CS | sa-DP | * OR | DH | * OB | sa-MS | sa-LJ | * OB | * OB | sa-MS | | |
| 19:00 | Site | | | | | | | | | | | | | | | | | | | | | | | AFAR | | | | | | | | |

### PRN

**Order No: 5744943** | **Order Status:** Released 04/18/2017 12:03 | **Written** | **Last Administered:** 12/31/2016 19:05 | **Submit Date:** 12/13/2016 14:29 | **Start Date:** 12/22/2016 14:00 | **End Date:** 06/20/2017 13:59

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Order No: 5744942** | **Order Status:** Completed 03/21/2017 18:59 | **Written** | **Last Administered:** 03/12/2017 19:27 | **Submit Date:** 12/13/2016 14:29 | **Start Date:** 12/21/2016 19:00 | **End Date:** 03/21/2017 18:59

Tylenol (Acetaminophen) 325 mg tablet: give 2 tablet PO BID AM & HS PRN for 90 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | | | | | | | | | | | 19:27 LJ | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| | | | |

MCCI MED RECORDS 444

**Monmouth Adult (MCCI)**          **March 2017**          **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies: No Known Allergies | | | | | | |

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 6140013 | LD | Administration | 03/02/2017 08:00 | hydrocortisone 1 % Topical Ointment | Released | |
| 6302332 | DR | Administration | 03/22/2017 19:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6302332 | OB | Administration | 03/24/2017 19:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6302332 | OB | Administration | 03/27/2017 19:00 | hydrocortisone 1 % Topical Ointment | Refused | |
| 6302332 | OB | Administration | 03/28/2017 19:00 | hydrocortisone 1 % Topical Ointment | Refused | |

## Initials Legend

| Initials | User | | Initials | User |
|---|---|---|---|---|
| CS | Smalls, Cherie, LPN | | MS | Sihombing, Michael, LPN |
| DP | Perrin, Debra, LPN | | OB | Bizer, Orfa |
| DR | Reyes, Doris, LPN | | | |
| JEN | Nonez, John, LPN | | | |
| LAM | Maldonado, Laura, LPN | | | |
| LD | Divita, Lawrence, LPN | | | |
| LJ | Jefferson, Lanee, LPN | | | |
| LK | Krantz, Laura, LPN | | | |

CORRECT CARE SOLUTIONS          Page 2 of 3          01/05/2018 16:16

MCCI MED RECORDS 445

**Monmouth Adult (MCCI)**                    **March 2017**                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

### Order Administration Sites

| Abbreviation | Site |
|---|---|
| AFAR | Affected Areas |

⚠ CORRECT CARE
  S O L U T I O N S

01/05/2018 18:16

**MCCI MED RECORDS 446**

**Monmouth Adult (MCCI)**                    April 2017                    **Order Record History**

| Patient Name | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |

| Allergies: No Known Allergies |
|---|

Diagnosis: Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

## Discontinued

### Medication Orders

**PRN**

| Order No: 5744843 | Order Status: Released 04/18/2017 12:03 | Written | Last Administered: 12/31/2016 19:06 | Submit Date: 12/13/2015 14:29 | Start Date: 12/22/2016 14:00 | End Date: 06/20/2017 13:59 |
|---|---|---|---|---|---|---|

albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization: give 1 milliliter INH Every 3 hours PRN for 180 days. - Ordering Provider: Kabeeruddin Hashmi

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Discharged | Discharged | | 04/17/2017 11:12 |

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

### PRN Effectiveness

| Admin Date | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|
| Order: | | | | | | |

### Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

### Initials Legend

| Initials | User |
|---|---|

**Monmouth Adult (MCCI)**                                    April 2017                                    **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex | |
|---|---|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | | 06/30/2015 | 12/25/1975 | M | |
| Allergies:   No Known Allergies | | | | | | |

Diagnosis:   Unspecified Major Depression, Recurrent Episode, Alcohol Abuse, Asthma Not Otherwise Specified, Abnormality of Gait

**Order Administration Sites**

Abbreviation    Site

CORRECT CARE

01/05/2018 19:16

May 2017

# Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|

| Allergies: | |
|---|---|

Diagnosis:

## Orders

| Order No: | Order Status: | Last Administered: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|---|

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

Page 1 of 1

01/05/2018 18:16

MCCI MED RECORDS 449

June 2017

# Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|

| Allergies: | |
|---|---|

Diagnosis:

## Orders

| Order No: | Order Status: | Last Administered: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|---|

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|

## Order Administration Sites

| Abbreviation | Site |
|---|---|

CORRECT CARE
SOLUTIONS

Page 1 of 1

01/05/2018 18:16

**MCCI MED RECORDS 450**

MCCI MED RECORDS 451

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Admission Record**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

Admission to be completed by person receiving patient in infirmary

Date: 6/30/2015        Time: 4pm

**Admitting Diagnosis:**

*s/l*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | |

| **Vital Signs** |
|---|

Time 4pm

*Patient Vitals:*

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 06-30-2015 04:00 PM EST | 106/61 | 87 | 18 | 98.00 | - | - | - |

Known Allergies: List and describe reaction

*Patient Allergies:*

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

**Emotional Status:**    ☑ *Relaxed*   ☐ *Cooperative*   ☐ *Withdrawn*   ☐ *Openly Anxious*   ☐ *Uncooperative*

**Impairment:**

Hearing Impairment:    ☑ *None*   ☐ *Decreased*   ☐ *Deaf*   ☐ *Hearing Aid*

              Decreased ☐ *Rt* ☐ *Lt*

                  Deaf ☐ *Rt* ☐ *Lt*

           Hearing Aid ☐ *Rt* ☐ *Lt*

—    —    —    —    —    —

MCCI MED RECORDS 452

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ 07728

**Infirmary Admission Record**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

Admission to be completed by person receiving patient in infirmary

| | |
|---|---|
| Vision: | ☑ *None* ☐ *Glasses* ☐ *Contacts* ☐ *Cataracts* ☐ *Artificial Eye* ☐ *Glaucoma* |
| Communication: | ◉ *Understands English* ○ *Does not understand English* |
| Drug or Alcohol Use: | *etoh, crack cocaine* |

**Skin Assessment:**

| | |
|---|---|
| Presence of lesions: | ◉ *No* ○ *Yes, describe:* |
| Describe: | |
| Color: | *brown* |
| Temperature: | ☑ *Warm* ☑ *Dry* ☐ *Cool* ☐ *Moist* |
| Edema | ◉ *No* ○ *Yes, describe:* |
| Describe: | |

Fingernails: Color: *pink*
Capillary Refill: *less then 3 seconds*
Condition: *stable*
Toenails: Color: *clear*
Condition: *stable*

**Physical Assessment:**

Lung Sounds: *clear*
Pulses: *regular*
Abdominal Palpation: *soft non tender*
Heart Sounds: *U.T.A.*
Bowel Sounds: *positive all 4 quads*

**Nutrition Assessment:**

Last Intake:
Food (Date/Time): *6/30/15 2pm*
Fluid (Date/Time): *6/30/15 2pm*

| | |
|---|---|
| Recent Weight change: | ○ *Yes, Increase* ○ *Yes, Decrease* ◉ *No* |
| Reason: | |
| Difficulty Swallowing: | ○ *Yes, describe* ◉ *No* |
| Special Diet: | ○ *Yes, describe* ◉ *No* |
| Feeding Tube: | ○ *Yes, Type & feeding schedule* ◉ *No* |

Type & feeding

MCCI MED RECORDS 453



| Monmouth County<br>Monmouth Adult (MCCI)<br>1 waterworks road<br>Freehold , NJ07728 | **Infirmary Admission Record** | | | |
|---|---|---|---|---|
| Patient Name<br>DONELL FREEMAN | Patient Number<br>26184 | Booking Number<br>3279258 | Birth Date<br>12/25/1975 | Date Of Service<br>6/30/2015 |

Feeding Tube:  ○ *Yes, Type & feeding schedule*  ◉ *No*

Type & feeding
schedule

**Elimination Assessment**

Last Bowel Movement: *6/30/15 am*

Constipation: ○ *Yes* ◉ *No*

Diarrhea: ○ *Yes* ◉ *No*

Urine:

Frequency: *3 x a day*

Urgency: ○ *Yes* ◉ *No*

Discharge: ○ *Yes* ◉ *No*

Burning: ○ *Yes* ◉ *No*

**Potential for Injury:**

Steady on Feet: ◉ *Yes* ○ *No*

Describe

Aids to Mobility: ☑ *None* ☐ *Cane* ☐ *Crutches* ☐ *Walker* ☐ *Wheelchair* ☐ *Prosthesis*

Recent Fall: ○ *Yes* ◉ *No*

Describe

E-Signed by Lawrence Divita n 06/30/2015 04:35 PM EST

Page 3 of 3

**MCCI MED RECORDS 454**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 28184 | 3279258 | 12/26/1975 | 7/27/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/27/2015 02:12 PM EST by kFackina LPN

S)NO complaints
O) a&a . med compliant. po intake adequate.
A) on snu due to mh observation.
P) cleared by mh and transferred to gp in stable condition.
pt education was given.

E-Signed by Kathryn Fackina n 07/27/2015 02:12 PM EST

Page 1 of 1

MCCI MED RECORDS 455

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/26/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/27/2015 12:35 AM EST by dgranat LPN

Checked on I/M during rounds

No complaints at this time.
I/M is sleeping in bed.
I/M being monitored in Infirmary due to MH concerns.
Continue to monitor.

E-Signed by Darren Granat n 07/27/2015 12:35 AM EST

Page 1 of 1

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/26/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-26-2015 09:23 PM EST | 104/67 | 62 | 16 | 98.30 | – | – | – |

Added 07/26/2015 09:25 PM EST by csmalls LPN

S– No medical or mental health complaints offered
O– Inmate smiling and joking with staff, no self injury noted or reported. Po intake adequate
A– Inmate housed in the infirmary secondary to mh observation
P– Continue to monitor

E-Signed by Cherie Smalls n 07/26/2015 09:25 PM EST

Page 1 of 1

MCCI MED RECORDS 457

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/26/1975 | 7/26/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/26/2015 12:08 PM EST by csmalls LPN

S– No medical or mental health complaints offered
O– Inmate observed in the day space interacting with others. Po intake adequate, No self injury noted or reported.
A– Housed in the infirmary secondary to mental health observation
P– Continue to monitor per MH orders

E-Signed by Cherie Smells n 07/26/2015 12:08 PM EST

Page 1 of 1

MCCI MED RECORDS 458

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/25/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Added 07/26/2015 12:26 AM EST by dgranat LPN

Observed I/M during rounds
-
No complaints/No evidence of agitation at this time.
-
I/M sleeping in bed
-
I/M being monitored for MH reasons.
Continue to monitor until cleared by MH staff.

E-Signed by Darron Granat n 07/26/2015 12:26 AM EST

Page 1 of 1

MCCI MED RECORDS 459

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/25/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☑ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|
| 07-25-2015 08:49 PM EST | 136/91 | 74 | 16 | 98.90 | - | - | - |

Added 07/25/2015 08:53 PM EST by csmalls LPN

S- No medical or mental health complaints offered
O- Inmate is calm, quiet, compliant with vitals. No self injury noted or reported. Po intake good
A- In infirmary secondary to mental health observation
P- Continue to monitor until cleared per MH staff

MCCI MED RECORDS 460

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Infirmary Progress Notes**
FOR INFIRMARY USE ONLY



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 7/25/2015 |

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| thiamine HCl 100 mg tablet | 1.00 tablet | Monmouth Facility: Q AM | 7/1/2015 8:00:00 AM | 7/31/2015 7:59:00 AM |
| albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1.00 milliliter | Monmouth Facility: Every 3 hours | 7/1/2015 2:00:00 PM | 12/28/2015 1:59:00 PM |
| Zoloft (Sertraline) 100 mg tablet | 1.50 tablet | Monmouth Facility: Q AM | 7/15/2015 8:00:00 AM | 10/13/2015 7:59:00 AM |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

Patient Allergies:

| Observed Date | Type | Allergy |
|---|---|---|
| 06-30-2015 | Allergy Items | No Known Allergies |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | Blood Pressure | Pulse | Resp. Rate | Temp | Pulse Ox | Weight | BMI |
|---|---|---|---|---|---|---|---|

Added 07/25/2015 01:06 PM EST by csmalls LPN

S– No medical or mental health complaints offered
O– Inmate is calm, quiet, and complaint with vitals and meds, po intake good
A– Housed in the infirmary secondary to mental health observation
P– Continue to monitor until cleared per mental health staff

E-Signed by Cherie Smalls n 07/25/2015 01:06 PM EST

Page 1 of 1

MCCI MED RECORDS 461

MCCI MED RECORDS 462

Monmouth County
Monmouth Adult (MCCI)
1 Waterworks Road
Freehold, NE 07728

**Mental Health Services Treatment Plan**
**For NON-Acute Mental Health Events**



**CCS**
CORRECT CARE
S O L U T I O N S

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Freeman, Donell | Patient Number | 3279258 | 12/25/1975 | 8/7/2015 |

TREATMENT MODALITY:   ☒ Special Needs      ☐ Group Therapy      ☐ Individual Therapy

DIAGNOSIS*

Depressive Disorder NOS; Alcohol and Cocaine Dependence

*If patient currently under psychiatric treatment, utilize diagnoses determined by psychiatric provider.

Focus of Treatment:  Remission of depressive symptoms, including those associated with substance abuse.

Goals: To alleviate depression and improve mood; to develop appropriate coping and relaxation skills; to identify triggers
to substance use and relapse prevention strategies; to prevent injury to self or others; to support medication compliance.

Treatment Interventions to be Utilized:  Monthly contacts with MH staff; visits with psychiatric prescriber 1x/3 months
while prescribed psychotropic medication.

Start Date of Treatment:      Anticipated Completion Date:

Note:  For patients prescribed psychotropic medication – MHP & Psychiatrist shall review plan.
                        (Psychiatric Provider initials) _____ (MHP initials)

**************************************************************************************************************

Treatment Plan Update:  Date of Update:      Anticipated Completion Date:

Progress Toward Original Goals:

Revised Focus of Treatment:

Treatment Interventions to be Utilized:

**************************************************************************************************************

Note: For Patients Enrolled in Special Needs Program – Review Treatment Plan Every Six (6) Months and Sign Below If No
Updates Needed.  Treatment Plan Shall Be Updated At Least Annually.

Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____

Staff Signature          Date & Time          X  Patient Signature*          Date
8/7/15                                             8-7-2015
                                 *I agree to participate in this treatment plan.

2007 Correct Care Solutions, LLC

Monmouth County
Monmouth Adult (MCCI)
1 Waterworks Road
Freehold, NE 07728

## Mental Health Services Treatment Plan
## For NON-Acute Mental Health Events




| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Freeman, Donell | Patient Number | 3279258 | 12/25/1975 | 2/1/2016 |

TREATMENT MODALITY:   ☒ Special Needs   ☐ Group Therapy   ☐ Individual Therapy

DIAGNOSIS*

Depressive Disorder NOS; Alcohol and Cocaine Dependence

*If patient currently under psychiatric treatment, utilize diagnoses determined by psychiatric provider.

---

**Focus of Treatment:**  Remission of depressive symptoms, including those associated with substance abuse.

**Goals:** To alleviate depression and improve mood; to develop appropriate coping and relaxation skills; to identify triggers to substance use and relapse prevention strategies; to prevent injury to self or others; to support medication compliance.

**Treatment Interventions to be Utilized:** Monthly contacts with MH staff; visits with psychiatric prescriber 1x/3 months while prescribed psychotropic medication.

**Start Date of Treatment:**      **Anticipated Completion Date:**

> Note:  For patients prescribed psychotropic medication – MHP & Psychiatrist shall review plan.
> _____ (Psychiatric Provider initials)   _____ (MHP initials)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Treatment Plan Update: Date of Update:**      **Anticipated Completion Date:**

**Progress Toward Original Goals:**

**Revised Focus of Treatment:**

**Treatment Interventions to be Utilized:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

> Note: For Patients Enrolled in Special Needs Program – Review Treatment Plan Every Six (6) Months and Sign Below If No Updates Needed.  Treatment Plan Shall Be Updated At Least Annually.
>
> Review Date: _____   Reviewing Staff Signature: _____
> Review Date: _____   Reviewing Staff Signature: _____
> Review Date: _____   Reviewing Staff Signature: _____

_____        2/5/16        (Ⓧ) Donell Freeman        2/5/16
Staff Signature                      Date & Time    Patient Signature*                    Date
                                                *I agree to participate in this treatment plan.

2007 Correct Care Solutions, LLC

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Staff Referral Form**
Mental Health



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 1/11/2016 |

Type:          ○ Emergent ○ Urgent ◉ Routine

Mental Health:   ☐ Psychiatric Provider ☑ MH Professional ☐ MH Nurse ☐ Other

Other:

Reason for Referral:

  requesting to speak to mental health about anxiety/depression

Additional Information (including interim actions taken):

  n/a

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Staff Referral Form**
Mental Health



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1975 | 8/2/2016 |

Type:  ○ *Emergent* ○ *Urgent* ◉ *Routine*

Mental Health:  ☑ *Psychiatric Provider* ☑ *MH Professional* ☐ *MH Nurse* ☐ *Other*

Other:

Reason for Referral:

*I/M refusing medication states "I'm cured"*

Additional Information (including interim actions taken):

*eval*

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 2





**CCS** CORRECT CARE SOLUTIONS

## CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

| | | |
|---|---|---|
| Complete CIWA-AR assessments q shift x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR>19 CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score >10 prior to last dose Librium on day 5 |
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for Delirium Tremens ☐Yes ☐No A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations, Delirium, Tremors, Confusion, Agitation. | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting or dehydration. |

### Complete each section of score sheet every 8 hours x 5 days

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 6/30 | 6/30 | 7/1 | 7/1 | 7/1 | 7/2 | 7/2 | 7/2 |
| Time | 1355 | 4PM | 12A | 9A | 4P | 12A | 9A | 4P |

#### Vitals Signs
| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >110 call HCP (S) <90 or (D) <60 call HCP | 120/84 | 104/61 | 99/68 | 115/72 | 103/5 | 105/69 | | 104/64 |
| Pulse | >120 or <60 call HCP | 72 | 91 | 81 | 98 | 73 | 61 | 91 | 10 |
| Temperature | >101.1F call HCP | 98 | 98.3 | 97.9 | 98 | 98- | 98.4 | 98.3 | 97.2 |
| Respirations | <10 or >24 call HCP | 14 | 18 | 18 | 20 | 16 | 18 | 20 | 16 |

#### CIWA-Ar Scoring
| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tremors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Paroxysmal sweating | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Agitation | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tactile Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auditory Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visual Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anxiety | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Headaches, Fullness in Head | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Orientation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Score** (max score 67) | | | | | 0 | | | |

#### Behavioral Health Screen
| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Clinical Staff Initial | R | W | HR | | | | | KY |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| R | RCmos | HR | HRussell | | |



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 1 of 2

**CCS**
CORRECT CARE
SOLUTIONS

## CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

| | | |
|---|---|---|
| Complete all CIWA-AR assessments q shift x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR>19<br>CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score >10 prior to last dose Librium on day 5 |
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for Delirium Tremens<br>☐Yes ☐No<br>A combination of these symptoms indicate DTs and is a medical emergency: Hallucinations. Delirium, Tremors, Confusion, Agitation. | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting or dehydration. |

### Complete each section of scoresheet every 8 hours x 5 days

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 7/3 | 7/3 | 7/3 | 7/4 | 7/4 | 7/4 | 7/5 | |
| Time | 12A | 9A | 4:00 | 12A | 9PM | 10PM | 12A | |

### Vitals Signs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >110 call HCP<br>(S) <80 or (D)<60 call HCP | 109/55 | 136/8 | 101/63 | 109/106 | 94/71 | 111/69 | 111/67 | |
| Pulse | >120 or <60 call HCP | 81 | 68 | 67 | 68 | 00 | 169 | 65 | |
| Temperature | >101.1F call HCP | 98.3 | 98.1 | 98.1 | 98 | 98.7 | 98.6 | |
| Respirations | <10 or >24 call HCP | 18 | 20 | 458 | 80.7 | 98.4 | 16 | 18 | |

### CIWA-Ar Scoring

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | 0 | 0 | 0 | 0 | 0 | 0 | |
| Tremors | 0 | 0 | 0 | 0 | 0 | 0 | |
| Paroxysmal sweating | 0 | 0 | 0 | 0 | 0 | 0 | |
| Agitation | 0 | 0 | 0 | 0 | 0 | 0 | |
| Tactile Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | |
| Auditory Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | |
| Visual Disturbances | 0 | 0 | 0 | 0 | 0 | 0 | |
| Anxiety | 0 | 0 | 1 | 0 | 0 | 0 | |
| Headaches, Fullness in Head | 0 | 0 | 0 | 0 | 0 | 0 | |
| Orientation | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Total Score** (max score 67) | 0 | 0 | 0 | 0 | 0 | 3 | |

### Behavioral Health Screen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☒Y☐N | ☐Y☒N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☒Y☐N | ☐Y☒N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☒Y☐N | ☐Y☒N | ☐Y☐N |
| Clinical Staff Initial | RC | | | RC | RC | VC | RC | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | HR | HRussell | | |
| | | RC | RCROS | | |
| | | VC | V. Palomeras, RN | M | |



© 2010 Correct Care Solutions, LLC
CCS TX16 Revised 2014

Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ  07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 1 of 2



**CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal**

| Patient Name **FREEMAN, DONELL** | Patient Number 26184 | Booking Number 3279258 | Date of Birth 12/25/1975 | Today's Date: 6/30/2015 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Complete CIWA-AR assessments q shift x 5 days and prior to each Librium dose | Contact HCP if CIWA-AR>19 CIWA score >15 schedule next clinic day with HCP | Contact HCP if CIWA-AR score >10 prior to last dose Librium on day 5 |
| Contact Behavioral Health/HCP for positive BH screen and place on suicide watch  ☐Yes ☐No | Contact HCP for Delirium Tremens ☐Yes  ☐No A combination of these symptoms indicate DTs and is a medical emergency:  Hallucinations, Delirium, Tremors, Confusion, Agitation. | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting or dehydration. |

**Complete each section of score sheet every 8 hours x 5 days**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | |
| Time | | | | | | | | |

**Vitals Signs**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >110 call HCP (S) <90 or (D)<60 call HCP | | | | | | | | |
| Pulse | >120 or <60 call HCP | | | | | | | | |
| Temperature | >101.1F call HCP | | | | | | | | |
| Respirations | <10 or >24 call HCP | | | | | | | | |

**CIWA-Ar Scoring**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nausea/Vomiting | | | | | | | | |
| Tremors | | | | | | | | |
| Paroxysmal sweating | | | | | | | | |
| Agitation | | | | | | | | |
| Tactile Disturbances | | | | | | | | |
| Auditory Disturbances | | | | | | | | |
| Visual Disturbances | | | | | | | | |
| Anxiety | | | | | | | | |
| Headaches, Fullness in Head | | | | | | | | |
| Orientation | | | | | | | | |
| **Total Score  (max score 67)** | | | | | | | | |

**Behavioral Health Screen**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future?  (Feelings of hopelessness/helplessness) | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| **Clinical Staff Initial** | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

© 2010 Correct Care Solutions, LLC
CCS TX19 Revised 2014



Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold, NJ 07728
732-866-3665 ext. 3651 Fax 732-866-3669
Page 2 of 2



| CIWA-AR SCORE SHEET Alcohol and Benzodiazepine Withdrawal | | | | |
|---|---|---|---|---|
| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 6/30/2015 |

## CIWA-AR  Clinical Institute Withdrawal Assessment for Alcohol

**NAUSEA & VOMITING-**Ask "Do you feel sick to your stomach? Have you vomited?"  Observation

0 No nausea, no vomiting
1 Mild Nausea with no vomiting
4 Intermittent nausea with dry heaves
7 Constant nausea, frequent dry heaves & vomiting

**AUDITORY DISTURBANCES-**Ask "Are you more aware of sounds around you?  Are they harsh?  Do they frighten you?  Do you hearing anything that is disturbing to you?  Are you hearing things you know are not there?"

0 Not present
1 Very mild harshness or ability to frighten
2 Mild harshness or ability to frighten
3 Moderate harshness or ability to frighten
4 Moderately severe hallucinations
5 Severe hallucinations
6 Extremely severe hallucinations
7 Continuous hallucinations

**TREMOR-**Arms extended, fingers spread apart. Observation

0 No tremor
1 Not visible but can be felt fingertip to fingertip
4 Moderate, with patient's arms extended
7 Severe, even with arms not extended

**VISUAL DISTURBANCES-**Ask, "Does the light appear to be too bright?  Is the color different?  Does it hurt your eyes?  Are you seeing anything that is disturbing to you?  Are you seeing things you know are not there?

0 Not present
1 Very mild sensitivity
2 Mild sensitivity
3 Moderate sensitivity
4 Moderately severe hallucinations
5 Severe hallucinations
6 Extremely severe hallucinations
7 Continuous hallucinations

**PAROXYSMAL SWEATS-**Observation

0 No sweat visible
1 Barely perceptible sweating, palms moist
4 Beads of sweat obvious on forehead
7 Drenching sweats

**ANXIETY-**Ask "Do you feel nervous?"

0 No anxiety, at ease
1 Mildly anxious
4 Moderately anxious, or guarded. so anxiety is inferred
7 Equivalent to acute panic state, as seen in severe delirium or acute schizophrenic reactions

**AGITATION-**Observation

0 Normal activity
1 Somewhat more than normal activity
4 Moderately fidgety and restless. shifting positions frequently
7 Paces back and forth during most of the interview, or constantly thrashes about

**HEADACHE FULLNESS IN HEAD-**Ask "Does your head feel different?"  Does it feel like there is a band around your head?"  Otherwise rate severity.  Do not rate dizziness or lightheadedness.

0 Not present
1 Very mild
2 Mild
3 Moderate
4 Moderately severe
5 Severe
6 Very severe
7 Extremely severe

**TACTILE DISTURBANCES-**Ask "Have you had any itching, pins & needles sensations, burning or numbness, or do you feel bugs crawling on or under your skin?"

0 None
1 Very mild itching, pins & needles, burning, or numbness
2 Mild itching, pins & needles, burning, or numbness
3 Moderate itching, pins & needles, burning, or numbness
4 Moderately severe hallucinations
5 Severe hallucinations
6 Extremely severe hallucinations
7 Continuous hallucinations

**ORIENTATION-**Ask "What day is this?  Where are you?  Who am I?"

0 Oriented and can do serial additions
1 Cannot do serial additions or is uncertain about the date
2 Disoriented for date by no more than 2 calendar days
3 Disoriented for date by more than 2 calendar days
4 Disoriented for place and/or person

| <10  Stable | 10-15  Mild to Moderate Withdrawal | 16-19 Moderate withdrawal | >20 Severe withdrawal |

© 2010 Correct Care Solutions, LLC
CCS TX19 Revised 2014



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*



Page 1 of 2

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| **FREEMAN, DONELL** | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

| Complete COWS score sheet every 8 hours | COWS >12 increase COWS score sheet to QID (every 6 hours) and schedule next clinic day with HCP | Contact Behavioral Health/HCP for positive BH screen and place on suicide watch  ☐Yes  ☐No | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. |
|---|---|---|---|

Discontinue COWS score sheet if COWS score remains <12 for 72 hours

### Complete each section of score sheet every TID until <12 for 72 hours

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 7/1 | 7/2 | 7/2 | 7/2 | 7/3 | 7/3 | 7/3 |
| Time | 4A | 12A | 9A | 7/2 | 12A | 9A | 1600 |

### Vital Signs

| Blood Pressure | (S) >180 or (D) >120 call HCP (S) <90 or (D)<60 call HCP | | 105/69 | 140/91 | 104/64 | 109/55 | 130/78 | 104/63 |
|---|---|---|---|---|---|---|---|---|
| Resting Pulse | >120 or <60 call HCP | | 61 | 91 | 70 | 8 | 68 | 67 |
| Temperature | >101.1F call HCP | 98 | 98.4 | 98 | 97.2 | 98.3 | 98.1 | 98.8 |
| Respirations | <10 or >24 call HCP | 20 | 18 | 20 | 16 | 18 | 16 | 16 |

### COWS Scoring

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Resting pulse rate | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Tremor | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sweating | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GI Upset | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Restlessness | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Yawning | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pupil Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anxiety /Irritability | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Bone/Joint Aches | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Skin | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runny Nose/Tearing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Score** (max score 48) | 0 | 0 | | 1 | 1 | 0 | 1 |

### Behavioral Health Screen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| Expresses feelings there is nothing to look forward to in the future? (Feelings of hopelessness/helplessness) | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N | ☐Y☑N |
| **Clinical Staff Initial** | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

© 2010 Correct Care Solutions, LLC
CCS TX20 Revised 2014



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 1 of 2


**CCS**
CORRECT CARE
SOLUTIONS

## COWS SCORE SHEET Opiate Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/2/2015 |

| Complete COWS score sheet every 8 hours | COWS >12 increase COWS score sheet to QID (every 6 hours) and schedule next clinic day with HCP | Contact Behavioral Health/HCP for positive BH screen and place on suicide watch ☐Yes ☐No | Contact HCP for deteriorating condition including, but not limited to, unresponsiveness, multiple seizures, unstable vital signs, persistent vomiting, or dehydration. |
|---|---|---|---|

Discontinue COWS score sheet if COWS score remains <12 for 72 hours

| Complete each section of score sheet every TID until <12 for 72 hours | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 7/4 | 7/4 | 7/4 | 7/5 | | | |
| Time | 12A | 9AM | 10:30p | 12A | | | |

| Vitals Signs | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure | (S) >180 or (D) >120 call HCP (S) <90 or (D)<60 call HCP | | | 111/89 | 111/67 | | | | |
| Resting Pulse | >120 or <60 call HCP | | | 69 | 65 | | | | |
| Temperature | >101.1F call HCP | | | 98.7 | 98.6 | | | | |
| Respirations | <10 or >24 call HCP | | | 16 | 18 | | | | |

| COWS Scoring | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Resting pulse rate | | | 0 | 0 | | | | |
| Tremor | | | 1 | 0 | | | | |
| Sweating | | | 0 | 0 | | | | |
| GI Upset | | | 0 | 0 | | | | |
| Restlessness | | | 0 | 0 | | | | |
| Yawning | | | 0 | 0 | | | | |
| Pupil Size | | | 0 | 0 | | | | |
| Anxiety /Irritability | | | 0 | 0 | | | | |
| Bone/Joint Aches | | | 0 | 0 | | | | |
| Skin | | | 0 | 0 | | | | |
| Runny Nose/Tearing | | | 0 | 0 | | | | |
| **Total Score** (max score 48) | | 1 | 2 | 0 | | | | |

| Behavioral Health Screen | | | | | | | |
|---|---|---|---|---|---|---|---|
| Expresses thoughts about self-harm? | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has patient had a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Has the patient gone to court/video court since last nursing encounter and reports that it didn't go well? | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Expresses feelings there is nothing to look forward to in the future?  (Feelings of hopelessness/helplessness) | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☒N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Clinical Staff Initial | VV | VV | VC | HR | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | VC | V. Ostrocega | VV | DB |
| | | | | M | DTaylor |
| | | | | HR | H Russell |

© 2015 Correct Care Solutions, LLC
CCS TX20 Revised 2014



Monmouth County
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*
Page 2 of 2



**CCS**
CORRECT CARE
S O L U T I O N S

| COWS SCORE SHEET Opiate Withdrawal | | | | |
|---|---|---|---|---|
| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date: |
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 7/1/2015 |

| COWS Clinical Opiate Withdrawal Scale | |
|---|---|
| **Resting Pulse Rate:** measured after the pt. is sitting or lying for one minute<br><br>0 pulse rate 80 or below<br>1 pulse rate 81-100<br>2 pulse rate 101-120<br>4 pulse rate greater than 120 | **Tremor:** observation of outstretched hands<br><br>0 no tremor<br>1 tremor can be felt but not observed<br>2 slight tremor observable<br>4 gross tremor or muscle twitching |
| **Sweating:** over past ½ hour not accounted for by room temperature or patient activity<br><br>0 no report of chills or flushing<br>1 pt. reports chills or flushing<br>2 flushed or observable moisture on face<br>3 beads of sweat on brow or face<br>*4 sweat streaming off face* | **GI Upset:** over the last ½ hour<br><br>0 no GI symptoms<br>1 stomach cramps<br>2 nausea or loose stool<br>3 vomiting or diarrhea<br>5 multiple episodes of vomiting or diarrhea |
| **Restlessness:** observation during assessment<br><br>0 able to sit still<br>1 reports difficulty sitting still, but is able to do so<br>3 frequent shifting or extraneous movements of legs/arms<br>5 unable to sit still for more than a few seconds | **Yawning:** observation on assessment<br><br>0 no yawning<br>1 yawning once or twice during assessment<br>2 yawning 3 or more times during assessment<br>4 yawning several times/minute |
| **Pupil Size:**<br><br>0 pupils pinned or normal size for room light<br>1 pupils possibly larger than normal for room light<br>2 pupils moderately dilated<br>5 pupils so dilated that only the rim of the iris is visible | **Anxiety or Irritability:**<br><br>0 none<br>1 pt. reports increasing irritability or anxiousness<br>2 pt. obviously irritable or anxious<br>4 pt. so irritable or anxious that participation in the assessment is difficult |
| **Bone or Joint Aches:** if pt. was having pain previously, only the additional component attributed to opiate withdrawal is scored.<br><br>0 not present<br>1 mild diffuse discomfort<br>2 pt. reports severe diffuse aching of joints/muscles<br>4 pt. is rubbing joints or muscles & is unable to sit still because of discomfort | **Skin:**<br><br>*0 skin is smooth<br>3 gooseflesh can be felt or hairs standing up on arms<br>5 prominent gooseflesh* |
| **Runny Nose or Tearing:** not accounted for by cold *symptoms or allergies*<br><br>*0 not present*<br>1 nasal stuffiness or unusually moist eyes<br>2 nose running or tearing<br>4 nose constantly running or tears streaming down cheeks | |

| 5-12 Mild Withdrawal | 13-24 Moderate Withdrawal | 25-36 Moderately Severe Withdrawal | >36 Severe Withdrawal |
|---|---|---|---|

© 2010 Correct Care Solutions, LLC
CCS TX20 Revised 2014



Monmouth County, NJ
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 Fax 732-866-3669*

## Nebulizer Treatment Flow Sheet



**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| FREEMAN, DONELL | 26184 | 3279258 | 12/25/1975 | 1/8/2017 |

Allergies  N K A

When was onset of Attack  this am          When was last Attack  this am

**Nursing Survey:**

Breathing: ☐Normal ☒Labored ☐Severe Distress

Use of Accessory Muscles: ☒Yes ☐No

Lungs: Clear:  ☐Bilateral ☐Right ☐Left

Wheezing: ☐Inspiratory ☐Expiratory ☒Inspiratory & Expiratory

☐RUL ☐LUL ☒RLL ☐LLL ☐Throughout

| | | Provider Must be Notified before continuing | |
|---|---|---|---|
| Pre-Treatment | Pre-Treatment | Pre Treatment | Pre Treatment |
| Treatment #1 | Treatment #2 | Treatment #3 | Treatment #4 |
| Time: 8:50 am | Time: | Time: | Time: |
| Peak Flow: 280 | Peak Flow: | Peak Flow: | Peak Flow: |
| BP: | BP: | BP: | BP: |
| Pulse: 76 | Pulse: | Pulse: | Pulse: |
| Resp: 30 | Resp: | Resp: | Resp: |
| Temp: | Temp: | Temp: | Temp: |
| SaO2: 98% | SaO2: | SaO2: | SaO2: |
| Medication: | Medication: | Medication: | Medication: |
| ☒Albuterol ☐Atrovent | ☐Albuterol ☐Atrovent | ☐Albuterol ☐Atrovent | ☐Albuterol ☐Atrovent |
| Post Treatment | Post Treatment | Post Treatment | Post Treatment |
| Time: 9:15am | Time: | Time: | Time: |
| Peak Flow: 500 | Peak Flow: | Peak Flow: | Peak Flow: |
| BP: | BP: | BP: | BP: |
| Pulse: 78   75 | Pulse: | Pulse: | Pulse: |
| Resp: 99% 18 | Resp: | Resp: | Resp: |
| Temp: | Temp: | Temp: | Temp: |
| SaO2: 99% | SaO2: | SaO2: | SaO2: |

Notes: _____

_____

_____

_____

MD Call Required:    ☐Yes (Refer to MD Orders)   ☐No

MD Call Required:    ☐Return to Cell   ☐Move to Medical Housing (if available)   ☐Refer to Emergency Dept.

Nurse Signature: _____



© 2010 Correct Care Solutions, LLC
11.26.2013

MCCI MED RECORDS 475

# MONMOUTH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS

### MEDICAL RECORDS RELEASE AUTHORIZATION

To Whom it May Concern:

    I,   DONNELL FREEMAN       hereby give my permission to the

Monmouth County Correctional Institution for the release of my medical

records to the medical department at the New Jersey Department of Corrections

Date:     4/17/2017

Witness:

Inmate Signature: Donell Feens

Date of Birth: 12-25-1975

MCCI MED RECORDS 476

11/13/15

**Monmouth County**
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

## Authorization for Release of Information
### AUTORIZACION PARA DIVULAR INFORMACION

**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name | Patient Number | Date of Birth | Today's Date |
|---|---|---|---|
| FREEMAN, DONELL | 26184 | 12/25/1975 | 11/13/2015 |
| AKA (Alias): | Booking Number | | Social Security No. |
| | 3279258 | | 145864878 |

F 973-465-6234

| Authorize / Autorizo: | To Release Information To / A divulgar Información a: |
|---|---|
| Name of organization or individual / Nombre  Northern State Prison | Name of organization or individual / Nombre |
| Address / Dirección  Mercy Hospital Baltimore  410-332900 | Address / Dirección  1 waterworks road  Freehold, NJ 07728  732-866-3665 ext. 3651 Fax 732-866-3669 |

410
332
0236

1   This authorization includes records relating to the following (please check) / La presente autorización comprende los registros relacionados con lo que se detalla a continuación (por favor, marque la opción correcta):

☐ All remaining records / Otros registros restantes
☐ Mental health treatment / Tratamiento de salud mental
☐ Chemical dependency treatment / Tratamiento de drogadicción o alcoholismo
☐ HIV or AIDS related tests and treatment / Tratamiento o pruebas de SIDA o VIH
☑ Specify / Especificar   Radiology results

2   Purpose for disclosure (this line must be completed) / Propósito de la divulgación (se debe completar este renglón): _____

3.   Indicate dates of interest / Indique las fechas importantes. _____
If no date-range is provided, release will cover the previous year only / Si no se indica el período de divulgación, la misma tendrá lugar sólo por el término del año anterior.

4.   I understand that I may revoke this authorization at any time by providing written notice, except to the extent that release of information has already occurred in reliance upon it.

5.   I understand that under Federal Law (42CFR Part 2) records relating to treatment for chemical dependency cannot be released without my specific authorization as indicated under "1."

6.   I understand that information disclosed under this authorization may not be disclosed again by the recipient without my approval other than as authorized by state and federal laws.

7.   I understand that I will receive treatment even if I refuse to provide approval, but also understand that refusing to authorize information may affect the nature of the treatment provided.

8.   I agree to hold harmless all persons acting upon this authorization in good faith.

9.   It is my intention that a photocopy will be as valid as this original.

10.  This authorization shall be valid for one year from the date of my signature.

4.   Comprendo que puedo revocar la presente autorización en cualquier momento siempre que notifique mi decisión por escrito, salvo que la divulgación de mi información se haya efectuado dependiendo de dicha autorización.

5.   Comprendo que conforme a la Ley Federal (42CFR – Código de Normativa Federal – Parte 2) los registros relacionados con el tratamiento para el alcoholismo o drogadicción no pueden divulgarse sin mi previa autorización específica tal como indica el punto "1."

6.   Entiendo que la información que se divulgue en relación a mi autorización no puede ser revelada nuevamente por la parte receptora de la misma sin mi debida aprobación tal como lo indican las leyes estatales y federales.

7.   Comprendo que recibiré tratamiento incluso si me niego a otorgar mi aprobación; pero, asimismo comprendo que rehusarme a autorizar la divulgación de mi información puede afectar la naturaleza del tratamiento que se me proporcione.

8.   Acepto eximir de responsabilidad a todas las personas que actúen con buena fe bajo la presente autorización.

9.   Manifiesto que una fotocopia tendrá el mismo valor que su copia original.

10.  La presente autorización tendrá validez por el plazo de un año a partir de la fecha de mi firma.

| Patient or authorized signature / Firma del paciente o persona autorizada  Donell New | Date / Fecha  11/13/15 |
|---|---|
| If other than patient signature, relationship to patient / Si no es la firma del paciente, indicar relación con el paciente | Date / Fecha |
| Witness signature / Firma del testigo | Date / Fecha  11/13/15 |

CT403JN0000ACCBK060113

A020357D121693B52C4081939CP24447P*

**MCCI MED RECORDS 477**

11/13/2015 11:50:47 AM -0500 FAXCOM          PAGE 2    OF 5

Nov. 13. 2015 10:30AM                         No. 2797   P. 1/1

**Monmouth County**
*Monmouth Adult (MCCI)*
*1 waterworks road*
*Freehold, NJ 07728*
*732-866-3665 ext. 3651 Fax 732-866-3669*

## Authorization for Release of Information
### AUTORIZACION PARA DIVULAR INFORMACION

**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name: FREEMAN, DONELL | Patient Number: 26184 | Date of Birth: 12/25/1975 | Today's Date: 11/13/2015 |
|---|---|---|---|
| AKA (Alias): | Booking Number: 3279258 | | Social Security No.: 145864878 |

F 973-405~0234

| I Authorize / Autorizo: Name of organization or individual / Nombre | To Release Information To / A divulgar información a: Name of organization or individual / Nombre |
|---|---|
| (1) *Naranya Johnson* | Address / Dirección 1 waterworks road Freehold, NJ 07728 732-866-3665 ext. 3651 Fax 732-866-3669 |
| (2) *Mercy Hospital Baltimore* 410-332940 | |

410
337
0336

1   This authorization includes records relating to the following (please check) / La presente autorización comprende los registros relacionados con lo que se detalla a continuación (por favor, marque la opción correcta):

   ☐ All remaining records / Otros registros restantes          ☐ Specify / Especificar *Radiology  results*
   ☐ Mental health treatment / Tratamiento de salud mental
   ☐ Chemical dependency treatment / Tratamiento de drogadicción o alcoholismo
   ☐ HIV or AIDS related tests and treatment / Tratamiento o pruebas de SIDA o VIH

2   Purpose for disclosure (this line must be completed) / Propósito de la divulgación (se debe completar este renglón): _____

3   Indicate dates of interest / Indique las fechas importantes.
   If no date-range is provided, release will cover the previous year only / Si no se ha indica el periodo de divulgación, la misma tendrá lugar sólo por el término del año anterior.

4.   I understand that I may revoke this authorization at any time by providing written notice, except to the extent that release of information has already occurred in reliance upon it.

5.   I understand that under Federal Law (42CFR Part 2) records relating to treatment for chemical dependency cannot be released without my specific authorization as indicated under "1."

6.   I understand that information disclosed under this authorization may not be disclosed again by the recipient without my approval other than as authorized by state and federal laws.

7.   I understand that I will receive treatment even if I refuse to provide approval, but also understand that refusing to authorize information may affect the nature of the treatment provided.

8.   I agree to hold harmless all persons acting upon this authorization in good faith.

9.   It is my intention that a photocopy will be as valid as this original.

10. This authorization shall be valid for one year from the date of my signature.

4.   Comprendo que puedo revocar la presente autorización en cualquier momento siempre que notifique mi decisión por escrito, salvo que la divulgación de mi información se haya efectuado dependiendo de dicha autorización.

5.   Comprendo que conforme a la Ley Federal (42CFR – Código de Normativa Federal – Parte 2) los registros relacionados con el tratamiento para el alcoholismo o drogadicción no pueden divulgarse sin mi previa autorización específica tal como indica el punto "1."

6.   Entiendo que la información que se divulga en relación a mi autorización no puede ser revelada nuevamente por la parte receptora de la misma sin mi debida aprobación tal como lo indican las leyes estatales y federales.

7.   Comprendo que recibiré tratamiento incluso si me niego a otorgar mi aprobación; pero, asimismo comprendo que rehusarme a autorizar la divulgación de mi información puede afectar la naturaleza del tratamiento que se me proporcione.

8.   Acepto eximir de responsabilidad a todas las personas que actúan con buena fe bajo la presente autorización.

9.   Manifiesto que una fotocopia tendrá el mismo valor que su copia original.

10. La presente autorización tendrá validez por el plazo de un año a partir de la fecha de mi firma.

| Patient or authorized signature / Firma del paciente o persona autorizada | Date / Fecha 11/13/15 |
|---|---|
| *Donell Ross* | |
| If other than patient signature, relationship to patient / Si no es la firma del paciente, indicar relación con el paciente | Date / Fecha |
| Witness signature / Firma del testigo | Date / Fecha 11/13/15 |

CT40dUND000ACC8040113

Mental Health Services
**Medication Consent Form**
Anti-depressant



I,

agree to treatment with the following medications in the dosage recommended to me by the psychiatric provider:

( ) Trazodone                                    ( ) Wellbutrin
( ) Tricyclic Antidepressant (TCA)               ( ) Mirtazapine
(X) SSRI                                          ( ) SNRI (Effexor, Cymbalta, Pristiq)
( ) Other _Zoloft_

I have been made aware that the following are benefits that may occur through taking these medications:

Decreased symptoms of depression (depressed mood, anxiety, insomnia, excess guilt, worthlessness, low energy, agitation, poor concentration), and/or symptoms of anxiety.

I have been made aware that possible side effects of taking these medications may be:

( )  All meds below       priapism (priapism is a persistent and painful erection (hard penis) that lasts more than 4 hours).  This is a rare but serious sexual side effect that if not treated immediately can lead to scarring and permanent erectile dysfunction (loss of sexual function).  Alert medical staff immediately if you experience these symptoms

( ).  All meds below:      mania/hypomania (excessive energy), sedation, nausea/vomiting, impaired cognitive and motor functioning (racing thoughts, fatigue), sexual dysfunction (low sexual drive) anxiety, withdrawal syndrome, asthenia (loss of energy), increase in suicidal ideation

( )  Trazodone            dizziness, nausea, nasal congestion
( )  TCA                  dry mouth, constipation, blurred vision, difficulty urinating, cardiac conduction defects, hypo/hypertension (low/high blood pressure), weight gain, sweating
(X) SSRI                  nausea, diarrhea, headaches, anxiety, insomnia, fatigue, tremors, akathisia (restlessness)
( )  SNRI                 nausea, headaches, sweating, insomnia, hypertension (not Cymbalta)
( )  Wellbutrin           headaches, nausea, anxiety, insomnia, seizures
( )  Mirtazapine          dry mouth, constipation, sedation, neutropenia, weight gain

( ) _____   _____

*Concurrent use of other medications may increase the risk of priapism, including typical antipsychotics; and clozapine, risperidone, olanzapine, aripriprazole, quetiapine, terazosin, tamsulosin, alfuzosin, prazosin, hydralazine, buspirone, hydroxyzine, heparin, acenocumarol, warfarin, tadalafil, sildenafil.*

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatric provider.  I understand that I may choose to withdraw this permission in the future at my discretion.  I have had an opportunity to ask any questions, and I am satisfied with the explanations.  All the side-effects listed above have been explained to me, and I understand the risks and benefits of taking this medication.

_____   _7/1/15_        _Doniell Freeman_   _2/1_
Psychiatric Provider Signature   Date         Patient's Signature   Date

© 2007 Correct Care Solutions, LLC

**MCCI MED RECORDS 479**

Monmouth County
Monmouth Adult (MCCI)
1 waterworks road
Freehold , NJ07728

**Treatment Plan**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DONELL FREEMAN | 26184 | 3279258 | 12/25/1976 | 7/27/2015 |

◉ *Initial Treatment Plan*  ○ *Addendum to existing Treatment Plan*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-30-2015 | Acute | PSYCH: Substance Abuse | Alcohol Abuse | |
| 06-30-2015 | Chronic | RESP: Asthma | Asthma Not Otherwise Specified | |
| 06-30-2015 | Acute | PSYCH: Depression | Unspecified Major Depression, Recurrent Episode | Janice Buttler |

**Medical Condition to be addressed:**

*Asthma*

**Diagnostic Needs:**

*pk flow*

**Treatment Goals:**

1. *No exarbation of asthma*

☐ Check for additional goal entry

**Intervention:**

Goal:  *No exarbation of asthma*
Service Modality (Nurse, Social Worker, Etc) and Process:
       *educate smoking cessation be aware and avoid triggers*
   Anticipated Date for Goal attainment: *10/27/2015*

**Educational Interventions:**

Service Modality (Nurse, Social Worker, Etc) and Process:
       *educate smoking cessation be aware and avoid triggers*
   Anticipated Date for Goal attainment: *10/27/2015*

**Review Date for Treatment Plan:**       *10/27/2015*
Follow Up Appointment:               *90 days*

E-Signed by Catherine Jordan n 07/27/2015 12:55 PM EST

Page 1 of 1

MCCI MED RECORDS 480