**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

www.moodklaw.com

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

*Melissa J. Brown*
Member NJ & PA Bars
mbrown@moodklaw.com

December 15, 2020

<u>***Via Electronic Filing***</u>
The Honorable Zahid N. Quraishi
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE: Donell Freeman v. Kabeeruddin Hashmi, M.D. and Correct Care
         Solutions LLC, d/b/a WellPath, et al.
         Docket No.: 3:18-cv-7802
         D/A: 8/23/11
         <u>Our File No.: 1275-107074 (MJB/KTS)</u>

Dear Judge Quraishi:

  This office represents Defendants, Wellpath, LLC f/k/a Correct Care Solutions, Kabeeruddin Hashmi, M.D., and Daniel Unachukwu in the above-captioned matter. Please accept this correspondence as Defendants' formal objection to Plaintiff's Affidavit of Merit.

  On December 14, 2020, Plaintiff filed an Affidavit of Merit authored by Renee Dahring, MSN, RN, CNP, CCHP, FAANP. Please be advised that Defendants object to the Affidavit of Merit by Nurse Dahring as she is not qualified to offer an opinion as to Daniel Unachukuw and Defendants collectively. The Affidavit of Merit Statute requires that the Affidavit of Merit be issued by an affiant who is licensed within the same profession as the Defendant. As declared in his Answer, Danial Unachukuw is an Advanced Practice Nurse. Renee Dahring is notably not an Advanced Practice Nurse. Accordingly, Renee Dahring is not qualified to author an Affidavit of Merit against Daniel Unachukuw or Defendants collectively. Nurse Dahring's Affidavit of Merit is also substantively deficient as it fails to name any specific Defendants nor does it describe any negligent act with specificity. *See Fink v. Thompson*, 167 N.J. 551, 559-60 (2001).

{NJ166118.1}

| Philadelphia | Pittsburgh | New York | Westchester County | Wilmington | Towson |
|---|---|---|---|---|---|
| Pennsylvania | Pennsylvania | New York | New York | Delaware | Maryland |

      While this matter is in Federal Court and a conference pursuant to *Ferreira v. Rancocas Orthopedic Associates*, 178 N.J. 144 (2003) need not be scheduled, please be advised that Defendants intend to pursue all legal remedies available to them in compliance with the Affidavit of Merit Statute.

      Respectfully submitted,

      **MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

      *Melissa J. Brown*
Melissa J. Brown, Esquire

MJB
cc:   Michael Poreda, Esquire (*Via E-Courts*)
      Thomas Reardon, III, Esquire (*Via E-Courts*)