## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**DONELL FREEMAN**,

        Plaintiff,

    v.

**KEVIN MCDONNELL, M.D., et al.**,

        Defendants.

Civil Action No. 18-7802 (BRM)(ZNQ)

**ORDER**

This matter comes before the Court upon Plaintiff Donell Freeman's ("Plaintiff") Motion for Leave to file a Fourth Amended Complaint (the "Motion."). (Mot. For Leave to file Amended Compl., ECF No. 82). Defendants Wellpath, LLC f/k/a Correct Care Solutions, Kabeeruddin S. Hashmi, M.D., and Daniel A. Unachukwu ("Defendants") opposed, (Defs.' Opp'n, ECF No. 85), and Plaintiff replied, (Pl.'s Reply, ECF No. 89). Defendants Monmouth County, Monmouth County Correctional Institution ("MCCI"), and Warden Donald Sutton filed their own opposition, (MCCI Opp'n, ECF No. 92), and Plaintiff replied, (Pl.'s Second Reply, ECF No. 93). The Court has carefully considered the arguments and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

    **IT IS** on this 4th day of February 2021 **ORDERED** that:

1. Plaintiff's Motion (ECF No. 82) is **GRANTED** in part and **DENIED** in part.

2. Plaintiff's Amended Complaint must remove ADA claims against Defendants Wellpath, Kabeeruddin S. Hashmi, M.D., Daniel A. Unachukwu, Warden Sutton, and John Does A-E.

3.  Plaintiff must file the Fourth Amended Complaint within seven (7) days.


s/ Zahid N. Quraishi

_____

**ZAHID N. QURAISHI**
**United States Magistrate Judge**